# EXHIBIT 2



**Connecticut State
Colleges & Universities**

Andrew Kripp
Vice President Human Resources
(860) 723-0604
KrippA@ct.edu

October 26, 2021

**Hand Delivered**

Dr. Nicole Esposito
c/o Todd Steigman, Esq.
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103

Dear Dr. Esposito:

This letter is to inform you that a second pre-disciplinary meeting has been scheduled regarding your alleged misconduct and violation of State, Board of Regents for Higher Education and College Policies. This pre-disciplinary meeting is scheduled as follows:

      Date:  November 8, 2021
      Time:  1:00 p.m.
      Place:  Connecticut State Colleges & Universities System Office
             61 Woodland Street, Conference Room 310 (Third Floor)
             Hartford, Connecticut

Dr. Jane Gates, Provost and Sr. Vice President for Academic and Students Affairs, assisted by Fred Cratty, WCSU Human Resources Director, will conduct the meeting, consider your position and render a decision.

During this meeting the evidence against you will be discussed and you will be provided with an opportunity to explain your side of the issue and present relevant information. A copy of the evidence is enclosed with this notice to afford you with the opportunity to review it prior to the pre-disciplinary meeting. This evidence will also be forwarded to Dr. Gates. You are also being provided two disks which contain your emails. The passwords to the disks will be sent to you and your attorney via email.

At this meeting, you will have the opportunity to present reasons why the CSCU should not take the action it is contemplating. At this time, the action that is being contemplated is termination from State service. Although your attendance is not mandatory, you may attend this pre-disciplinary meeting with a representative of your choice.

You are once again reminded not to speak with any CSCU student or staff member in your capacity as CEO of Manchester Community College. Any attempt on your part to communicate

**CSCU 10/26/21 POSITION 000001**
**ESPOSITO 1/7/22 HEARING - 000177**

with potential witnesses to affect the outcome of this process is forbidden. Should it be reported to the CSCU by any student or staff member that you attempted to alter the results of the investigation, the CSCU will take appropriate action.

Sincerely,

Andrew Kripp
Vice President for Human Resources

Encl.

Cc:     Matt Fleury, Chair Board of Regents for Higher Education
        Terrence Cheng, CSCU President
        Jane Gates, Provost & Sr. Vice President Academic & Student Affairs
        Diane Mazza, HRSS Director of HR Strategy
        Rob Steinmetz, President Capital-East
        Fred Cratty, WCSU Human Resources Director

2

CSCU 10/26/21 POSITION 000002
ESPOSITO 1/7/22 HEARING - 000178

**POSITION STATEMENT**

**EMPLOYER'S REASONS FOR TERMINATING DR. NICOLE ESPOSITO'S EMPLOYMENT**

On May 14, 2020 Dr. Nicole Esposito was appointed the position of Chief Executive Officer of Manchester Community College with an effective start date of July 6, 2020. **Exhibit A**. Discussions to end the employment relationship were fully underway in June 2021. See **Exhibit B**. However, after Dr. Esposito was invited to a meeting with her immediate supervisor Dr. Rob Steinmetz, Regional President Capital East and CSCU General Counsel Ernestine Weaver, Dr. Esposito raised anonymous/confidential allegations that Dr. Steinmetz discriminated against her on account of her gender.  Given these allegations, Dr. Esposito's non-continuation was stayed pending the findings of the independent investigation which concluded on August 15, 2021. The investigation did not substantiate any of her allegations.

On August 24, 2021 she was placed on administrative leave with pay effective August 24, 2021.  **Exhibit C.** Administrative leave is allowable under Article 8.4 of the Connecticut State Colleges and Universities Human Resources Policies for Management & Confidential Professional Personnel ("HR Manual") attached hereto as **Exhibit D**. On September 17, 2021, Dr. Esposito was informed that she is being disciplined for cause pursuant to Article 8.2 of the HR Manual which states:

> Discipline for Cause
> No employee shall be disciplined except for cause.  Discipline is defined as reprimand, suspension, or termination.  Discipline does not include counseling.
>
> Cause includes, but is not limited to: conviction of a crime; offensive, indecent or abusive conduct toward students, the public, superiors or co-workers; use of fraudulent credentials in seeking of appointment, continuation of appointment or promotion; theft; willful neglect or misuse of state funds, property, equipment, material or supplies, including state-owned vehicles; violation of law, state regulation or rule of the Board of Regents for Higher Education; intoxication while on duty; neglect of duty; insubordination; engagement in an activity detrimental to the State or the Board of Regents for Higher Education; and disloyalty to the United States or to the State of Connecticut.

Esposito Discipline Position Statement 1

Over the course of her employment, Dr. Esposito's performance has been unacceptable, as evidenced by the attached exhibits. Dr. Esposito has been offensive toward her superior, insubordinate, and has engaged in activity detrimental to the Board of Regents for Higher Education. She has consistently failed to be supportive of the CT State Community College Merger. See, for example. **Exhibit E.**  It is an essential requirement that all CEOs help advocate, drive, and support the merger of the 12 Colleges in the creation of CT State Community College and is outlined in the job description under which she was hired. See **Exhibit F.** This was communicated to Dr. Esposito as early as the final stages of the interview process and repeated over the course of the year. Dr. Esposito's actions over the course of the past year in support of the merger have been absent. Her approach is often disruptive and combative as evidenced by many of the attached exhibits.   While Dr. Esposito has been open with her criticism, she has not been forthcoming with suggestions or solutions to assist in moving the process forward, something required of a CEO. See, for example, **Exhibit G.**

Even before Dr. Esposito began officially working, there was an initial meeting which included a discussion of future office space for both her and Dr. Steinmetz. He informed her that another regional president was using the "president's suite" and wanted to discuss their office locations. Dr. Esposito's response was to send Dr. Steinmetz a lengthy email stating that she should have the "President's Suite." Dr. Esposito's message indicated that she believed to have understood the needs of the campus despite not yet having started in the role. This message also indicated a disregard for the role of the Regional President, and Dr. Steinmetz's role as her supervisor and his capacity to understand the campus's needs. This is particularly offensive and inappropriate considering that Dr. Steinmetz had oversight of the campus for a year prior to Dr. Esposito's hiring. Dr. Esposito has demonstrated an intention to diminish Dr. Steinmetz's role and importance of the regional structure. See **Exhibit H.**

During her first two weeks as CEO, Dr. Steinmetz attempted to discuss several issues to better understand some of the decisions Dr. Esposito was making and provide her with feedback. Dr. Esposito categorically rejected the guidance Dr. Steinmetz provided in his role as her supervisor and expressed frustration that he was engaging with her in coaching discussions—despite having just started in the position. For example, Dr. Steinmetz attempted to provide Dr. Esposito with guidance regarding a college-wide email she sent that corrected an individual person on campus. Dr. Steinmetz let her know that it might be best to praise faculty and staff publicly, and, if criticism was necessary, that it should be

done privately. Dr. Esposito's response was, "I would do it the exact same way again". This is not an acceptable response and is considered an insubordinate response to her direct manager, especially when she had been just coached otherwise. See **Exhibit I**. Dr. Steinmetz provided Dr. Esposito, along with the other CEOs in his region, with an independent leadership coach to support her growth as a leader. Dr. Esposito was the only "new" CEO with no experience in the job in his region as the other two had served as interim leaders for two years or more.  However, her performance continued to be unacceptable despite this additional coaching support. See **Exhibit J**.

Dr. Esposito constantly failed to timely and accurately respond to requested action and to critical information requests.  For example, following a series of meetings with all campus leaders and meetings with the Capital-East Regional Leadership Team to engage in discussions and answer questions regarding Service Level Agreements (SLAs) with the CT State Enrollment Management and Student Affairs (EMSA) Division, Dr. Steinmetz provided her with a deadline of April 30, 2021 to return the signed SLAs. She failed to complete this by the deadline, provided no advance notice she would not meet the required deadline and provided no updates or reason for not signing the documents. Dr. Steinmetz had to proactively reach out to Dr. Esposito to determine the status after the deadline passed. Dr. Esposito stated she would sign the documents by the end of the day. She later sent a message stating that she had concerns about the documents, despite having had multiple opportunities before the deadline to express concerns. She also without authorization engaged her own legal counsel to review the documents. This is unacceptable performance for an executive level employee, and failure to meet clearly communicated deadlines with no explanation or prior notice is insubordination. See **Exhibit K**.

A similar situation occurred when Dr. Esposito was asked to sign federal financial aid forms. After the established deadline for signing them passed, Dr. Esposito expressed concerns related to signing the document. Dr. Steinmetz provided her with feedback related to her questions and she responded asking that Dr. Steinmetz "provide [her] with a written directive to sign these documents...". He then set up a meeting with financial aid leaders to address her concerns and she stated that she would not attend the meeting because she expected that additional CEOs should be invited. Although some of the other CEOs had questions, when presented with responses, they easily understood the purpose of the documents and complied with directions. Dr. Esposito refused to accept that logic. Dr. Steinmetz let Dr. Esposito know that the meeting should occur to address her specific concerns. Only then did she agree to the meeting. Following the meeting, Dr. Esposito agreed to sign the document. Again, for an individual

Esposito Discipline Position Statement 3

operating at the executive level of a CEO this is unacceptable performance. Dr. Esposito's behavior demonstrated a lack of understanding of even the most basic expectations of a CEO in risk analysis, timely problem solving and responsiveness to her manager. Executive leaders are expected and required to anticipate issues and solve them prior to deadlines not raise issues after critical deadlines have passed. See **Exhibit L**.

She also often failed to meet established deadlines on other occasions, including:

- Identifying space for the Regional Office in Fall 2020
- The Diversity and Equity Plan in November 2020
- An update on enrollment in September 2020
- HEERF Technology Needs Report in March 2021
- Use of Stimulus Funds Report in March 2021

See **Exhibit M** for these and other missed deadlines/punctuality issues.

Dr. Esposito has been openly insubordinate in meetings and directly with Dr. Steinmetz in one-on-one meetings, through email, and during phone conversations. Her observed behavior of rolling her eyes or shrugging her shoulders when Dr. Steinmetz speaks in meetings exhibits her open disrespect for him as her immediate supervisor. Dr. Esposito continually dismissed and ignored Dr. Steinmetz's advice, feedback, and directives.

Dr. Esposito would often refuse to speak with Dr. Steinmetz about significant decisions and would seek guidance and approval from others, despite Dr. Steinmetz being her immediate supervisor and, therefore, the individual that she should have gone to for guidance and approval. For example, Dr. Esposito created a reorganization plan and provided Dr. Steinmetz with no details before sending an email to five other administrators asking for their feedback at the same time as his. Dr. Esposito also continuously included other system leaders on emails that should have only been sent to her direct supervisor. Dr. Esposito also added others who were not on original correspondence that Dr. Steinmetz had sent. In addition, Dr. Esposito emailed others in the system without copying Dr. Steinmetz when he, as her supervisor, should have been copied. This behavior is yet another indication of her inability and/or unwillingness to accept the organization structures, process and supervisory role Dr. Steinmetz had explained to Dr. Esposito in her first week of employment. See, **Exhibit N** and **Exhibit O**.

Esposito Discipline Position Statement 4

In 2020, a new executive assistant began working for Dr. Steinmetz and stated she would need full access to Dr. Steinmetz's direct reports' calendars to easily set meetings and respond to emergency situations. Dr. Esposito expressed concern over providing her calendar information but, after discussion, she stated that she would provide the calendar access. Dr. Steinmetz provided a clear email to explain how to provide calendar access. Although Dr. Steinmetz made this request in November 2020, Dr. Esposito never provided the full calendar access as requested with no explanation for this failure. See **Exhibit P**.

As part of the work done to repopulate the campuses in fall 2021, there was a goal of at least 50% of courses to be taught on-ground. Dr. Steinmetz worked with Dr. Esposito on multiple occasions to ensure she was working toward this goal. Dr. Esposito stated that, while she could not reach 50%, 46% of courses were fully on-ground or hybrid. Dr. Steinmetz relied upon Dr. Esposito's statement that 46% of MCC's classes were on-ground when that was not true.  When a regional report of the breakdown of classes was provided on June 21, 2021, the Manchester Campus had less than 25% of courses in on-ground or hybrid formats. Though other campuses struggled to meet this goal, they were candid in their challenges and shared their data readily.  Dr. Esposito instead argued against the metric.  See **Exhibit Q**.

Dr. Esposito has shown deficiencies in managing areas related to diversity, equity, and inclusion, as well as formal investigations. She sent an email on June 30, 2021 related to identified diversity and inclusion issues on the campus where she failed to acknowledge that we all have responsibility in improving the climate and culture on the campus and attributed the issues to past leadership. She stated that the issues were "...relating to events that occurred under previous MCC leadership". In a conversation with Dr. Steinmetz on June 10, 2021, Dr. Esposito stated that she didn't understand why we were still talking about the "black and white issue" and stated that discussing the experiences of black employees and students was "outdated". Dr. Esposito said the focus should be on other areas of diversity, equity, and inclusion. While the focus certainly should be on all areas related to this work, to dismiss the work related to how African American employees and students are experiencing the college is unacceptable and demonstrates a lack of sensitivity and understanding of critical diversity issues and the importance to the college and the entire CSCU system. CEOs must be leaders on these issues and to shine light on them, not dismiss them. See **Exhibit R**.

Additionally, during a discussion regarding allegations of discrimination she expressed her own psychological assessments of a former employee. Not only is it illegal for an employer to discriminate

against an employee because of a mental health condition, it is highly inappropriate and unprofessional for a CEO to diagnose any employee with a mental health condition, regardless of her professional training or previous employment. See **Exhibit S.**

Dr. Esposito has also been found to be uncooperative and failed to meet the requirement in providing information and data in response to freedom of information ("FOI") requests. In the Spring of 2021, the BOR received an information request from Attorney Eric Chester on behalf of the 4C's union and AFT regarding teaching assignments made to non-bargaining unit members for courses either offered at the college or through local high schools for which students could receive college credit. Dr. Esposito received a spreadsheet from Andrew Kripp, VP of CSCU Human Resources, to collect and report this information. See **Exhibit T.**

Dr. Esposito initially responded, inaccurately, that she had no such programs. After several conversations and email exchanges, she provided inaccurate and incomplete responses. Her inaccurate and incomplete response required further discussion and emails and she was only able to provide accurate information when given an example of the completed information requests that were already submitted by her peers.

Inexperience with the FOI production aside, her resistance to the initial request, inaccurate and delayed responses created legal risk to CSCU in complying with the FOI from the Union's attorney. This risk was communicated to Dr. Esposito throughout the process. In addition, Dr. Esposito's lack of accuracy and responsiveness consumed valuable staff time. The inordinate engagement from Human Resources to prompt a response not only to a legally required request but to a wholly reasonable request is not aligned with the performance expectations of a CEO. It should be noted 11 of her peers responded accurately, completely, and reasonably within the timeframe requested with minimal issues concerns or questions; Dr. Esposito did not.

Most recently CSCU received a FOI request from Attorney Todd Stiegman. Dr. Esposito was sent a request to provide all materials responsive to that request by Ernestine Weaver. Although the FOI was based upon the complaint that Dr. Esposito had made regarding Dr. Steinmetz's conduct and gender-based discrimination, she produced no documents as evidence. Dr. Esposito merely referenced one email from July 2020 and her attorneys' letter. This is despite being on several emails that others produced related to matters of "conduct" to respond to the same request. See **Exhibit U.**

Esposito Discipline Position Statement 6

Dr. Esposito's resistance and apparent dismissive approach to a statutory requirement of valid FOI requests that were neither burdensome nor complex is unacceptable for an individual performing the role of CEO. Her actions exposed the institution to unnecessary risk, destroyed her credibility as to whether she responds openly, truthfully and in a timely way not only to these types of critical issues but also cast doubt on her ability to complete to other less critical requests in an accurate, truthful, and timely way. This behavior further demonstrates Dr. Esposito's lack of appreciation of the criticality of these types of tasks and her ability to perform the responsibilities of the CEO role.

Lastly, Dr. Esposito knowingly offered a position to a person who had been non-continued by the previous President of the College. A person who has been non-continued is a person who was essentially removed from employment. It shows incredibly poor judgment to knowingly hire someone who has a history of unsuccessful work at the College. See **Exhibit V.**

As indicated in many of the examples above, Dr. Esposito has demonstrated that she is an ineffective listener who is unable to hear new information that could lead to making more effective decisions. Dr. Esposito is unable to communicate clearly; she creates confusion, and provides inconsistent information. Her performance indicates that despite efforts to support her growth, she does not understand what it takes to an executive, is unwilling to engage in or unable to understand risk analysis and is not a good team player. See above referenced exhibits and **Exhibit W.**

Dr. Esposito's Manchester Community College CEO appointment should be terminated for the above reasons.

Exhibit A

CSCU 10/26/21 POSITION 000010
ESPOSITO 1/7/22 HEARING - 000186

**BR 20-058**

# CT BOARD OF REGENTS FOR HIGHER EDUCATION

## RESOLUTION

APPOINTING

Dr. Nicole Esposito

Manchester Community College Campus Chief Executive Officer

May 14, 2020

WHEREAS,    The members of the CSCU Search Committee (CSC), with the invaluable assistance of members of the Campus Advisory Committee (CAC), conducted a national search for a Campus Chief Executive Officer for Manchester Community College, and

WHEREAS,    Having completed this search through the careful evaluation of credentials and interviews with outstanding finalist candidates, the CSCU Search Committee recommends that Dr. Nicole Esposito be appointed to the position of Campus Chief Executive Officer for Manchester Community College, and

WHEREAS,    The Chairman of the Board of Regents for Higher Education and the President of the Connecticut State Colleges and Universities concur in this recommendation, therefore, be it

RESOLVED,    That effective July 6, 2020, under the terms and conditions of the CSCU Human Resources Policies for Management and Confidential Professional Personnel, as such policies may be revised from time to time, the CT Board of Regents for Higher Education affirms that Dr. Nicole Esposito is hereby appointed Manchester Community College Campus Chief Executive Officer at the annual rate of $155,250.

A True Copy:

Erin A. Fitzgerald, Secretary
CT Board of Regents for Higher Education

Exhibit B

CSCU 10/26/21 POSITION 000012
ESPOSITO 1/7/22 HEARING - 000188

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Tuesday, June 8, 2021 5:24 PM |
| **To:** | Naomi |
| **Subject:** | RE: meeting on HR matter |

You are too funny!  I'll send the invite.

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Naomi <naomike@comcast.net>
**Sent:** Tuesday, June 8, 2021 4:07 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** RE: meeting on HR matter

Yes, the 14th is fine.  It's flag day but I am sure I will have finished all the writings of Betsy Ross by
then!
Will we be on WebEx?

Naomi

**From:** Pritchard, Alice M [mailto:APritchard@commnet.edu]
**Sent:** Tuesday, June 8, 2021 3:31 PM
**To:** Cohen, Naomi (External Contact)
**Subject:** meeting on HR matter

Naomi,

Would it be possible to meet with you next Monday June 14 at 3:30pm on an HR matter?  I mentioned it to you a few
weeks back related to Manchester and would like to follow up and include Ernestine, Andy and Rob Steinmetz so we are
all on the same page.

Let me know if that's doable.

Thanks!

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016

1

CSCU 10/26/21 POSITION 000013
ESPOSITO 1/7/22 HEARING - 000189

pritchardai@ct.edu
www.ct.edu

2

CSCU 10/26/21 POSITION 000014
ESPOSITO 1/7/22 HEARING - 000190

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, June 14, 2021 5:14 PM |
| **To:** | Weaver, Ernestine Y; Kripp, Andrew |
| **Cc:** | Pritchard, Alice M |
| **Subject:** | Wednesday Meeting |

Hi all,

It looks like we have availability from 8am-9am or 4pm-5pm on Wednesday to meet with Nicole. We have 10:30am-11:00am if the other two tomes won't work. Once you know we will be ready, let me know the time preferred and I'll schedule it. It sound like we want it try for in-person. At Manchester or System Office?

Thanks,

Rob

Sent from my iPhone

1

CSCU 10/26/21 POSITION 000015
ESPOSITO 1/7/22 HEARING - 000191

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, June 15, 2021 8:08 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Re: stipulated agreement NE.docx |

Gotcha. But we'll need to give her the week to respond (unless that's changed) and she's then on medical leave for two weeks, so that will give several week of swirl if she chooses not to sign.

Sent from my iPhone

> On Jun 15, 2021, at 8:05 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> I want you to tell her on Friday. Just not ready for tomorrow.
>
> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff/COO
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu
>
> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Tuesday, June 15, 2021 7:42 PM
> **To:** Pritchard, Alice M <APritchard@commnet.edu>
> **Subject:** Re: stipulated agreement NE.docx
>
> Just for you....I hear that this is too rushed but just for us to understand: this means she will be involved in the matrixes organization retreat and that we will now need to make this decision under Terrance's new tenure.
>
> Sent from my iPhone
>
>> On Jun 15, 2021, at 7:34 PM, Pritchard, Alice M <APritcharda commnet.edu> wrote:
>>
>> We need to finalize the job description in particular. Let's get through the BOR meeting tomorrow morning and then I'm happy to help.
>>
>> Alice Pritchard, Ph.D.
>> CT State Colleges and Universities (CSCU)

1

**CSCU 10/26/21 POSITION 000016**
**ESPOSITO 1/7/22 HEARING - 000192**

Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, June 15, 2021 7:06 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Cc:** Gates, Jane <JGates@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>;
Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Re: stipulated agreement NE.docx

Got it. I will wait for further discussion.

Sent from my iPhone

> On Jun 15, 2021, at 6:51 PM, Pritchard, Alice M
> <APritchard@commnet.edu> wrote:

> Rob,

> Think we need to slow our pace a bit and make sure we have this all laid
> out.  Please hold off on scheduling.

> Alice

> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff/COO
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu

> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Tuesday, June 15, 2021 3:49 PM
> **To:** Gates, Jane <JGates@commnet.edu>; Pritchard, Alice M
> <APritchard@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>;
> Weaver, Ernestine Y <EWeaver@commnet.edu>
> **Subject:** RE: stipulated agreement NE.docx

> Greetings.

CSCU 10/26/21 POSITION 000017
ESPOSITO 1/7/22 HEARING - 000193

All looks good and I think Leslie or some other member of Jane's staff makes sense as her direct supervisor.

Just confirming that the difference between this and the agreement in which we would engage were the Board need to vote on non-continuation is: "CSCU shall not terminate the assignment prior to...". If the other option is needed, we would terminate the assignment were she to begin working in a new position elsewhere, correct?

Advise if you would like me to arrange for the meeting tomorrow, including time and location.

Thanks,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image002.png>
<image003.png>


<image004.jpg>

**From:** Gates, Jane <JGates@commnet.edu>
**Sent:** Tuesday, June 15, 2021 3:35 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Re: stipulated agreement NE.docx

All,

If this is a research project which I assumed it would be, the following description may be used which focuses on deliverables:


Mental health and well-being

Duties within the scope of the job:

- Identify trends in mental health conditions within the community colleges.

3

CSCU 10/26/21 POSITION 000018
ESPOSITO 1/7/22 HEARING - 000194

- Identify how mental health conditions affect populations, and how demographic environmental, and social factors can affect the course and expression of psychological conditions.
- Develop experimental protocols for the study of specific issues to better understand causative factors.
- Gather data through observations and interactions with the public.
- Detect relationships between cognitive and emotional functions.
- Develop theories regarding intervention, treatment, and prevention based on clinical research.
- Report findings to provide effective treatment and prevention services.

Jane

**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Tuesday, June 15, 2021 2:43 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Gates, Jane <JGates@commnet.edu>
**Subject:** RE: stipulated agreement NE.docx

Few thoughts

Alice Pritchard, Ph.D.
Chief of Staff
CT State Colleges and Universities (CSCU)
61 Woodland Street
Hartford, CT 06105
(860) 723-0016
pritcharda@ct.edu
www.ct.edu

<image005.png>

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, June 15, 2021 2:37 PM
**To:** Weaver, Ernestine Y <EWeaver@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Gates, Jane <JGates@commnet.edu>
**Subject:** RE: stipulated agreement NE.docx

I have not changes but suggest re the JD something less specific and very simple and I think potentially actually valuable:

4

CSCU 10/26/21 POSITION 000019

ESPOSITO 1/7/22 HEARING - 000195

The assignment to support CSCU Mental Health Initiative will focused on assessing the mental health challenges faced by the Community College Students in the transition back to fulltime on ground classes. The objective will be to quickly assess potential student mental health issues arising out to the transition from virtual leaning to in person learning. Make near term and longer term recommendations to support student mental health issues during this transition period.

Prior to the 7th week of the first semester 2021 provide short term mental health support and mitigation strategies. Options should focus on low cost near term solutions that can be implemented and communicated prior to end of the fall semester 2021.

In addition develop longer term mental health support recommendations that can be implemented during the course of the second semester AY 21/22.

For each set of recommendations KPI's and efficacy measures should be identified and tools and process for assessing success of recommendations implemented.

**From:** Weaver, Ernestine Y <EWeaver@commnet.edu>
**Sent:** Tuesday, June 15, 2021 2:04 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Gates, Jane <JGates@commnet.edu>
**Subject:** stipulated agreement NE.docx

Here's a draft of the Stipulated Agreement. There are a lot of unanswered questions plus we need a job description. I framed this somewhat differently than we discussed but it achieves our purposes. Ernestine

CSCU 10/26/21 POSITION 000020
ESPOSITO 1/7/22 HEARING - 000196

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz.III, Robert R |
| **Sent:** | Wednesday, June 16, 2021 5:55 PM |
| **To:** | Pritchard, Alice M; Weaver, Ernestine Y |
| **Subject:** | Fwd: Meeting at 4pm on June 17, 2021 |

Just want to make someone adds her to the visitor list at the front desk with her appointment time.

Sent from my iPhone

Begin forwarded message:

> **From:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Date:** June 16, 2021 at 5:07:00 PM EDT
> **To:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Cc:** "Weaver, Ernestine Y" <EWeaver@commnet.edu>
> **Subject: Meeting at 4pm on June 17, 2021**
>
> Greetings, Nicole.
>
> Please adjust your schedule to join me and  Ernestine Weaver for a meeting tomorrow, June 17, 2021 at 4pm in room 304 at the CSCU System Office (61 Woodland St, Hartford, CT 06105). I will follow-up with a calendar invite momentarily.
>
> Thank you,
>
> Rob
>
>
> Rob Steinmetz, Ed.D.
> Pronouns: he, him, his
> *Regional President*
> *Capital-East Region*
> *Connecticut Community Colleges*
> Phone: 860-723-0624
> Email: steinmetzr@ct.edu 



**CSCU 10/26/21 POSITION 000021**
**ESPOSITO 1/7/22 HEARING - 000197**

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Thursday, June 17, 2021 12:40 PM |
| **To:** | Naomi |
| **Subject:** | RE: State v. AFSCME Order Vacating Arbitration Award 6-16-2021.PDF |

████████████████████████

Also, by the way, the matter we discussed with you Monday is being handled today. If the person is not agreeable to our special project assignment, our plan is to discuss with full BOR on Thursday and then we'll take action through HR committee and full BOR as needed. Timing is bit funky so won't know for sure until Wed. have exec session on the BOR agenda to address but no vote.

Alice Pritchard, Ph.D.
Chief of Staff
CT State Colleges and Universities (CSCU)
61 Woodland Street
Hartford, CT 06105
(860) 723-0016
pritcharda@ct.edu
www.ct.edu



**From:** Naomi <naomike@comcast.net>
**Sent:** Thursday, June 17, 2021 12:33 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** RE: State v. AFSCME Order Vacating Arbitration Award 6-16-2021.PDF

Thank you. Will this decision be appealed to the CT Supreme Court?

Naomi

**From:** Pritchard, Alice M [mailto:APritchard@commnet.edu]
**Sent:** Thursday, June 17, 2021 12:12 PM
**To:** Cohen, Naomi (External Contact)
**Subject:** FW: State v. AFSCME Order Vacating Arbitration Award 6-16-2021.PDF

Good decision for CCSU.

Alice Pritchard, Ph.D.
Chief of Staff
CT State Colleges and Universities (CSCU)
61 Woodland Street
Hartford, CT 06105
(860) 723-0016

1

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Monday, June 21, 2021 4:11 PM |
| **To:** | Merle Harris (External Contact) (Mharris742@aol.com) |
| **Cc:** | Pamela Heleen (PHeleen@commnet.edu) |
| **Subject:** | Notes for BOR meeting |
| **Attachments:** | REMARKS for BOR VICE CHAIR 06-24-2021.docx |

Merle,

Pam pulled together the run of show for the meeting and I added in comments that I shared previously with addition of thanks to Jane. See what you think. I did take out the collective bargaining language in the call for exec session because if we have to go there it will only be for a personnel matter. Hopefully we won't need.

Please let us know if you need anything else.

Alice

1

CSCU 10/26/21 POSITION 000023
ESPOSITO 1/7/22 HEARING - 000199

# VICE CHAIR'S REMARKS

# Thursday, June 24, 2021 - 10:00 a.m.

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://ctedu.webex.com/ctedu/j.php?MTID=m02a3dfce4baa4d4111cf5dd3bbb47f69

**Join by meeting number**
Meeting number (access code): 1209 35 6957
Meeting password: VXfm3vVcp32

**Tap to join from a mobile device (attendees only)**
+1-650-479-3208,,1209356957## Call-in toll number (US/Canada)

1.   CALL THE MEETING TO ORDER, ROLL CALL, DECLARATION OF QUORUM
     Would the assistant secretary please call the roll.  Pam will take the roll
     call and declare a quorum.

2.   ADOPTION OF AGENDA - Call for a motion to adopt the agenda.  Is there a
     second?  All in favor?   Motion carries, agenda adopted.

3.   OPPORTUNITY TO ADDRESS THE BOARD - As stated on the agenda, those
     wanting to address the Board needed to register so that they could properly
     join the meeting.

     (We expect comments to center on support for the naming of the Science
     Building at Eastern.  No official requests have been received yet.)

1

CSCU 10/26/21 POSITION 000024
ESPOSITO 1/7/22 HEARING - 000200

Requests for Public Comment (total of 8 speakers)

| Faculty/Public | Students |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

*Process:  Pam will announce each speaker calling on students first and then faculty, Alice will allow them into the WebEx meeting, Pam will keep time and ask them to wrap up if necessary.  Alice will move them out of the meeting.*

4.    Student Advisory Committee Chair Audrey Nielsen has submitted the Committee's spring report and is present to provide additional commentary.  Audrey...

5.    JANE GATES" COMMENTS -

      <Alice will provide>

6.    VICE CHAIR HARRIS' COMMENTS

- Chairman Fleury is unable to join us today because he, along with the leadership of CT State, President-elect Cheng and Dr. Duncan Harris are meeting with NECHE today to share our latest progress report with the Commission.   We look forward to hearing their questions, suggestions, and confirmation of next steps in August if not before.  The report was sent to the BOR and CSCU community this morning for your information. It will be posted on the website as well and we'll share the NECHE response as soon as we get it.

- Kurt Westby is retiring by the end of the month as the state Commissioner of Labor and will be succeeded by his deputy, former state Sen. Danté Bartolomeo.  We join Governor Lamont in extending our thanks for Commissioner Westby's service to our state and the BOR. Kurt has been an active member of the BOR and we appreciate his efforts and wish him well in retirement.

- The Board welcomes Danté as an ex officio member of the Board of Regents and offers our assistance during her transition to Commissioner.

2

- In September we will also be joined by Kelly Vallieres from the Office of Workforce Strategies who has been added under new state statutes to the BOR.  We look forward to engaging these leaders in the year ahead.

- We are thrilled to report that despite a very challenging legislative session, CSCU had one of the best results ever with increased financial resources given to the system, significant legislation to address student barriers to success such as sexual misconduct and mental health issues as well as new auto admit programs with the universities and support for Guided Pathways at the colleges.  I'd like to say a special thanks to Sean Bradbury for his hard work and thorough reporting of the status of bills and amendments; and to Ben Barnes for his advocacy with the administration and appropriations leadership to ensure they were aware of our fiscal needs.

- In addition, I want to again thank our faculty, staff and administrators who advocated through legislative breakfasts and other meetings and most importantly to our students for sharing their stories and ensuring legislators knew what a difference our colleges and universities make in students' lives.  Working together I believe we can continue to garner needed resources while improving our outcomes for students.

- We look forward to officially welcoming President-elect Cheng to CSCU on July 2nd.  He's already been active in many meetings to get oriented to the system, including today's meeting with NECHE.

- And last but not least, the Board would like to thank Dr. Gates for assuming the role of Interim CSCU System President.  For the past 6 months, she has served with commitment and grace as the System planned for safe campus reopenings and in forging the path to carry out the Board's strategic direction.  We express our gratitude for her utmost care and concern for every one of our CSCU students in these most trying times.

7.   APPROVAL OF MINUTES
Request a motion to approve the minutes of the May 20, 2021 Meeting   .
Is there a second? Are there any amendments? All in favor?  Opposed?
Abstained? Minutes approved. (if there are *any amendments, accept and ask for a motion to adopt as amended.)*

3

8.    CONSENT AGENDA
      **Request a motion to approve the consent agenda.  Is there a second?  All
      in favor?  Opposed?  Abstentions?    Consent Agenda adopted.**

      *There is **no discussion** on the Consent agenda items.  If anyone has a
      question on one of the items, **state that you are moving it off Consent** to
      the appropriate Committee **for board consideration**.  Pam will state
      which new Agenda Item # it will be, after which, you ask for a motion to
      adopt the Consent Agenda as amended.*

## STANDING COMMITTEE REPORTS

9.    **ACADEMIC & STUDENT AFFAIRS** - Merle Harris
      **Report** and No Action Items

      <Your Comments>

10.   **AUDIT**- Elease Wright   no report/no items

11.   **FINANCE & INFRASTRUCTURE** - Felice Gray-Kemp
      Report/Action item

      -  CSCU FY2022 Proposed Spending Plan
         Ben Barnes will walk us through the plan and Mike Buccilli, Associate
         Vice President of Student Success Management will be available to
         provide additional support.

12.   **HR & ADMIN** - Naomi Cohen no report/no items

13.   **EXECUTIVE COMMITTEE** - Merle Harris
      Report/Action Item
      Vaccine Requirement at CSCU for Fall 2021

Merle—
   •  This item was taken up last week by the Executive Committee and I've
      asked Interim President Gates and Legal Counsel Ernestine Weaver to walk
      us through the resolution before the BOR today.

4

CSCU 10/26/21 POSITION 000027
ESPOSITO 1/7/22 HEARING - 000203

14.   EXECUTIVE SESSION  (if needed)

Before I call for a motion to move to Executive Session, let me state that the Board will move to Executive Session for the purposes of discussing the appointment, employment, performance or evaluation of a public officer or employee.

No votes will be taken in Executive Session.  Additionally, there will be no discussion, action or votes by the Board following Executive Session.  The only action following Executive Session will be a declaration of adjournment by the Chair.

Dr. Pritchard, Dr. Gates, Ernestine Weaver, Andy Kripp, and Dr. Rob Steinmetz are asked to join the Regents in Executive Session.

Therefore, allow me to call for a motion to move to Executive Session for the purpose as I have described above and to adjourn by declaration of the Chair when that discussion in Executive Session concludes.

May I have a motion?  Is there a second?  All in favor?  Opposed?  Motion carries.   The OPEN portion of our meeting has concluded; the live-streaming has been stopped.

15.   ADJOURN
Declare the meeting adjourned.

CSCU 10/26/21 POSITION 000028
ESPOSITO 1/7/22 HEARING - 000204

# VICE CHAIR'S REMARKS

# Thursday, June 24, 2021 - 10:00 a.m.

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://ctedu.webex.com/ctedu/j.php?MTID=m02a3dfce4baa4d4111cf5dd3bbb47f69

**Join by meeting number**
Meeting number (access code): 1209 35 6957
Meeting password: VXfm3vVcp32

**Tap to join from a mobile device (attendees only)**
+1-650-479-3208,,1209356957## Call-in toll number (US/Canada)

1.  CALL THE MEETING TO ORDER, ROLL CALL, DECLARATION OF QUORUM
    Would the assistant secretary please call the roll.  Pam will take the roll
    call and declare a quorum.

    *   Chairman Fleury is unable to join us today because he, along with the
        leadership of CT State, President-elect Cheng and Dr. Duncan Harris are
        meeting with NECHE today to share our latest progress report with the
        Commission.   We look forward to hearing their questions, suggestions,
        and confirmation of next steps in August if not before.  The report was
        sent to the BOR and CSCU community this morning for your information.
        It will be posted on the website as well and we'll share the NECHE
        response as soon as we get it.

    Naomi would like to amend the agenda to remove the Executive Session and
    the Possible after the Executive Session.  Please call on her to make the
    friendly amendment.  No motion or second is needed as the agenda has not
    yet been adopted.

    1

CSCU 10/26/21 POSITION 000029
ESPOSITO 1/7/22 HEARING - 000205

3.  ADOPTION OF AGENDA AS AMENDED – Call for a motion to adopt the agenda. Is there a second?  All in favor?   Motion carries, agenda adopted.

4.  OPPORTUNITY TO ADDRESS THE BOARD – As stated on the agenda, those wanting to address the Board needed to register so that they could properly join the meeting.

Requests for Public Comment (total of 9 speakers)

| Faculty/Public |
| --- |
| **Theresa Hopkins-Staten** |
| Co-chair Dr. David Carter Sr. Commemoration Committee |
| **John Motley** |
| Speaking in Support of Naming ECSU Science Building for Dr. Carter |
| **Dr. Stanley Battle** |
| Speaking in Support of Naming ECSU Science Building for Dr. Carter |
| **Dr. Constance Belton Green** |
| Speaking in Support of Naming ECSU Science Building for Dr. Carter |
| **Dwight Bachman, ECSU** |
| Speaking in Support of Naming ECSU Science Building for Dr. Carter |
| **Seth Freeman** |
| 4C's President |
| **Dr. Jess Kraybill - WCSU** |
| Support of Vaccine Requirements |
| **Julia Blau, CCSU** |
| Vaccine |
| **Angelo Messore** |
| Manchester Community College |

*Process:  Pam will announce each speaker calling on students first and then faculty, Alice will allow them into the WebEx meeting, Pam will keep time and ask them to wrap up if necessary.  Alice will move them out of the meeting.*

4.  Student Advisory Committee Chair Audrey Nielsen has submitted the Committee's spring report and is present to provide additional commentary.  Audrey...

5.  JANE GATES" COMMENTS –

    <Alice will provide>

6.  VICE CHAIR HARRIS' COMMENTS

2

- Kurt Westby is retiring by the end of the month as the state Commissioner of Labor and will be succeeded by his deputy, former state Sen. Danté Bartolomeo. We join Governor Lamont in extending our thanks for Commissioner Westby's service to our state and the BOR. Kurt has been an active member of the BOR and we appreciate his efforts and wish him well in retirement.

- The Board welcomes Danté as an ex officio member of the Board of Regents and offers our assistance during her transition to Commissioner.

- In September we will also be joined by Kelly Vallieres from the Office of Workforce Strategies who has been added under new state statutes to the BOR. We look forward to engaging these leaders in the year ahead.

- As Dr. Gates reported, we are thrilled to report that despite a very challenging legislative session, CSCU had one of the best results ever with increased financial resources given to the system, significant legislation to address student barriers to success as well as new auto admit programs with the universities and support for Guided Pathways at the colleges. I'd like to say a special thanks to Sean Bradbury for his hard work and thorough reporting of the status of bills and amendments; and to Ben Barnes for his advocacy with the administration and appropriations leadership to ensure they were aware of our fiscal needs.

- In addition, I want to again thank our faculty, staff and administrators who advocated through legislative breakfasts and other meetings and most importantly to our students for sharing their stories and ensuring legislators knew what a difference our colleges and universities make in students' lives. Working together I believe we can continue to garner needed resources while improving our outcomes for students.

- We look forward to officially welcoming President-elect Cheng to CSCU on July 2nd. He's already been active in many meetings to get oriented to the system, including today's meeting with NECHE.

- And last but not least, the Board would like to thank Dr. Gates for assuming the role of Interim CSCU System President. For the past 6 months, she has served with commitment and grace as the System planned for safe campus reopenings and in forging the path to carry out the Board's strategic direction. We express our gratitude for her utmost

3

care and concern for every one of our CSCU students in these most trying times.

7.  APPROVAL OF MINUTES
Request a motion to approve the minutes of the May 20, 2021 Meeting    .
Is there a second? Are there any amendments? All in favor? Opposed?
Abstained? Minutes approved. (if there are *any amendments, accept and ask for a motion to adopt as amended.)*

8.  CONSENT AGENDA
Request a motion to approve the consent agenda.  **Is there a second?  All in favor? Opposed? Abstentions?   Consent Agenda adopted.**

*There is **no discussion** on the Consent agenda items.  If anyone has a question on one of the items, **state that you are moving it off Consent to the appropriate Committee for board consideration.** Pam will state which new Agenda Item # it will be, after which, you ask for a motion to adopt the Consent Agenda as amended.*

## STANDING COMMITTEE REPORTS

9.  ACADEMIC & STUDENT AFFAIRS - Merle Harris
Report and No Action Items

    <Your Comments>

10.  AUDIT- Elease Wright  no report/no items

11.  FINANCE & INFRASTRUCTURE - Felice Gray-Kemp
Report/Action item

    - CSCU FY2022 Proposed Spending Plan
Ben Barnes will walk us through the plan and Mike Buccilli, Associate Vice President of Student Success Management will be available to provide additional support.

12.  HR & ADMIN - Naomi Cohen no report/no items

13.  EXECUTIVE COMMITTEE - Merle Harris
Report/Action Item
Vaccine Requirement at CSCU for Fall 2021

4

**CSCU 10/26/21 POSITION 000032**
**ESPOSITO 1/7/22 HEARING - 000208**

Merle—
- This item was taken up last week by the Executive Committee and I've asked Interim President Gates and Legal Counsel Ernestine Weaver to walk us through the resolution before the BOR today.

15. ADJOURN
Request a motion to adjourn.  Is there a second?  All in favor?  Meeting adjourned.

5

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Wednesday, June 23, 2021 8:13 PM |
| **To:** | Naomi; Merle Harris (External Contact) (Mharris742@aol.com) |
| **Subject:** | removal of exec session from agenda |

Naomi,

If you can say the following before Merle calls for a motion to adopt the agenda that would be great.  Ernestine proposes the following language:

*Because we are continuing our review of a confidential personnel matter I move to modify the agenda to remove the "executive session" until we are able to provide more information to the Board.*

Happy to fill you in on the reasons for the change either this evening or tomorrow morning before 9:30.  Thank you both!

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

1

**CSCU 10/26/21 POSITION 000034**
**ESPOSITO 1/7/22 HEARING - 000210**

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Kripp, Andrew |
| **Sent:** | Wednesday, August 18, 2021 3:58 PM |
| **To:** | Pritchard, Alice M; Weaver, Ernestine Y |
| **Subject:** | RE: Investigation outcomes |

I did reach out to her on her cell. I told her I wanted to be sure she got the email I had sent at around 1:00pm today.

She did confirm getting the email and said she was referring it to her attorneys and needed to read it herself.

I believe what she did was click the button that eliminates the read notice back to sender.

**From:** Kripp, Andrew
**Sent:** Wednesday, August 18, 2021 2:16 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: Investigation outcomes

I did not get any OOO message either.

I would suggest if I don't see she has opened it I call her to draw her attention to the important email.

What do you think?

**From:** Kripp, Andrew
**Sent:** Wednesday, August 18, 2021 2:14 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: Investigation outcomes

Just an update no answer yet

**From:** Kripp, Andrew
**Sent:** Wednesday, August 18, 2021 1:09 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** FW: Investigation outcomes
**Importance:** High

Sent with delivery confirmation and read confirmation,

Email to Rob next within 5 min will copy you Alice.

**From:** Kripp, Andrew
**Sent:** Wednesday, August 18, 2021 1:07 PM
**To:** Esposito, Nicole C <NEsposito@ncc.commnet.edu>
**Subject:** Investigation outcomes
**Importance:** High

Dr. Esposito;

1

CSCU 10/26/21 POSITION 000035
ESPOSITO 1/7/22 HEARING - 000211

Attached please find the results of the investigation completed by Peter Murphy of Shipman and Goodwin.

You will note that none of the allegations were substantiated.

In addition to the investigation report I have also included a final offer to assist in your transition from CSCU.

You have until 12:00pm Tuesday August 24, 2021, to accept and sign the attached agreement.

If you elect not to sign the agreement by the above date and time the CSCU BOR will be convened to consider your non-renewal as previously communicated.

If you have any questions you may contact me using the information below.

Andrew J. Kripp
Vice President Human Resources, CSCU

Email: AKripp@commnet.edu
Office: (860) 723 0604
Cell: (860) 372 6054

CSCU 10/26/21 POSITION 000036
ESPOSITO 1/7/22 HEARING - 000212

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Kripp, Andrew |
| **Sent:** | Friday, September 17, 2021 10:52 AM |
| **To:** | nicoleesposito30@gmail.com |
| **Cc:** | Fleury, Matt (External Contact); Mazza, Diane; Gates, Jane; Cheng, Terrence; Steinmetz III, Robert R; tsteigman@mppjustice.com |
| **Subject:** | Notice of disciplinary recommendation |
| **Attachments:** | Esposito disciplinary letter 9-17-21.pdf; article 8.pdf |

Nicole,

Please review the attached documents as they relate to your status with CSCU.

Andrew J. Kripp
Vice President Human Resources, CSCU

Email: AKripp@commnet.edu
Office: (860) 723 0604
Cell: (860) 372 6054

1

 **Connecticut State Colleges & Universities**

Andrew Kripp
Vice President Human Resources
(860) 723-0604
KrippA@ct.edu

September 17, 2021

By Email nicoleesposito30@gmail.com

By Certified and Regular Mail

Dr. Nicole Esposito
2 Hilltop Road
Longmeadow, MA 01106

Dear Dr. Esposito:

As you know, you were placed on administrative leave with pay effective August 24, 2021. I am writing to inform you pursuant to Article 8.2 of the Connecticut State Colleges and Universities Human Resources Policies for Management & Confidential Professional Personnel ("HR Manual") that you are being disciplined for cause as your supervisor is recommending your termination effective immediately. Article 8.2 of the HR Manual states:

> Discipline for Cause
> No employee shall be disciplined except for cause. Discipline is defined as reprimand, suspension or termination. Discipline does not include counseling.
>
> Cause includes, but is not limited to: conviction of a crime; offensive, indecent or abusive conduct toward students, the public, superiors or co-workers; use of fraudulent credentials in seeking of appointment, continuation of appointment or promotion; theft; willful neglect or misuse of state funds, property, equipment, material or supplies, including state-owned vehicles; violation of law, state regulation or rule of the Board of Regents for Higher Education; intoxication while on duty; neglect of duty; insubordination; engagement in an activity detrimental to the State or the Board of Regents for Higher Education; and disloyalty to the United States or to the State of Connecticut.

It has been reported to this office that over the course of your employment, your performance has been unacceptable. You have demonstrated a lack of understanding of even the most basic expectations of a CEO in risk analysis, timely problem solving and responsiveness to your manager. Moreover, your conduct constitutes a neglect of duty and insubordination and has been detrimental to the Board of Regents for Higher Education ("BOR") in the following ways:

- You have misrepresented facts and information to your supervisor, system office or the campus;

- You have consistently failed to timely and accurately respond to requested action and critical information requests;
- You offered employment to a person who had been non-continued by the previous President of the College;
- You have consistently failed to support and at times acted as an obstacle to the progress of the CT State Community College merger;
- You have repeatedly refused to take direction or follow guidance given by your supervisor or those at the system office, and operated without regard to the organization and reporting structure relayed to you;
- You have been disruptive and combative, and openly insubordinate in meetings and directly in one-on-one meetings, through email, and during phone conversations;
- You often refused to speak your supervisor about significant decisions and would seek guidance and approval from others instead; and
- You have shown deficiencies in managing areas related to diversity, equity and inclusion and formal investigations.

Unfortunately, despite attempts to support your success, your reluctance to leadership has rendered your performance unacceptable. A professional coach was hired to support you, but even that did not improve your performance. Therefore, in my capacity as Vice President of Human Resources for the CSCU, I am advancing the proposal made by your supervisor that the BOR terminate your employment effective immediately. However, you will remain on paid administrative leave to allow you the opportunity to exhaust the administrative process as set forth by Article 8 of the HR Manual.

CSCU is in receipt of your request for appeal. In accordance with HR Manual Article 8.5 you will be provided with an opportunity to present relevant information prior to any disciplinary action being taken against you. You will be meeting with CSCU Provost and Sr. Vice President for Academic and Student Affairs, Jane Gates and Human Resources Shared Services Director of HR Strategy, Diane Mazza. This meeting has been scheduled for Thursday, September 23 at 3:00 p.m. in conference room 310 at 61 Woodland Street, Hartford, CT.

If Dr. Gates and Ms. Mazza concur with my recommendation to terminate your employment you may appeal that decision to a hearing committee appointed by the Chair of the BOR. The decision of that hearing committee will be final.

Additionally, on June 16, 2021 you were asked to attend a meeting on June 17, 2021, in which you were notified of the request to the BOR to provide you with Notice of Non-continuation of employment in accordance with Article 8.1 of the HR Manual. This action was postponed, however, pending the BOR's prompt and independent investigation that was launched to investigate your subsequent allegations of sexual discrimination. Contingent on the outcome of the "for cause" hearing pursuant to Article 8.2, I will renew the request that the BOR continue with its process to non-continue your employment.

2

CSCU 10/26/21 POSITION 000039
ESPOSITO 1/7/22 HEARING - 000215

Article 8 of the HR Manual is enclosed for your convenience.

Sincerely,

Andrew Kripp

Andrew Kripp
Vice President for Human Resources

Encl.

Cc:     Matt Fleury, Chair Board of Regents for Higher Education
        Terrence Cheng, CSCU President
        Jane Gates, Provost & Sr. Vice President Academic & Student Affairs
        Diane Mazza, HRSS Director of HR Strategy
        Rob Steinmetz, President Capital-East
        Atty. Todd Steigman

3

CSCU 10/26/21 POSITION 000040
ESPOSITO 1/7/22 HEARING - 000216

**ARTICLE 8 – NON-CONTINUATION, DISCIPLINE, REPRIMAND, SUSPENSION AND TERMINATION**

    8.1    **Non-continuation**

Presidents/Campus CEOs may be non-continued only by an action of the Board. Other management and confidential professional employees may be non-continued in their current positions without cause or explanation, at the option of the President of the Board, for System Office employees; or Presidents/Campus CEO, for College and University employees. Permanent employees hired on or after January 1, 2013, shall receive three (3) months' notice, except for employees hired as campus Presidents/Campus CEOs whose notice periods shall be established in their initial appointment letters. Campus academic management positions at or above the level of Dean may receive up to twelve (12) months' notice. Permanent employees hired prior to January 1, 2013, shall have the greater of three (3) months' notice or the notice provisions covered by the policy that was previously in effect for their respective employer (e.g. BOR/DHE, CCC, CSU or Charter Oak). The Board retains the authority to offer payment of salary in lieu of service or notice.

    8.2    **Discipline for Cause**

No employee shall be disciplined except for cause. Discipline is defined as reprimand, suspension or termination. Discipline does not include counseling.

Cause includes, but is not limited to: conviction of a crime; offensive, indecent or abusive conduct toward students, the public, superiors or co-workers; use of fraudulent credentials in seeking of appointment, continuation of appointment or promotion; poor performance; theft; willful neglect or misuse of state funds, property, equipment, material or supplies, including state-owned vehicles; violation of law, state regulation or policy of the Board of Regents for Higher Education; intoxication while on duty; neglect of duty; insubordination; engagement in an activity detrimental to the State or the Board of Regents for Higher Education; and disloyalty to the United States or to the State of Connecticut.

    8.3    **Reprimand**

All reprimands shall be placed in the employee's personnel file and a copy shall be sent to the employee. Written reprimands may be removed from an employee's personnel file on the one year anniversary of the date of its issuance unless, during that one year period there is additional discipline issued to the employee. It shall be the employee's responsibility to request removal of a reprimand after its expiration date has passed. Reprimands may only be removed by mutual agreement of the President/Campus CEO, Chief Human Resources Officer and the employee.

    8.4    **Suspension**

A President/Campus CEO may suspend an employee with pay if the employee constitutes a threat of harm to him or herself or others pending investigation of conduct for which discipline may be appropriate.

A President/Campus CEO may suspend an employee without pay for cause as specified in section 8.2. In any given action, the affected employee shall have the right to know and respond to the reasons for suspension without pay prior to the imposition of the penalty.

8.5     **Appeals of Discipline (not applicable to those non-continued based on 8.1)**

To discipline an employee (per 8.2) the following steps shall be followed:

    **A.**   Before any disciplinary action is taken a meeting shall be arranged with the employee and the designee of the employer to discuss the situation. The employee shall have the opportunity to present relevant information. Upon the agreement of both parties discussion may be continued to a mutually agreed time.

    **B.**   After the employer has issued discipline the employee may request a formal hearing by presenting said request not later than five (5) days after the receipt of the disciplinary notice. Said hearing shall be scheduled within thirty (30) days following a timely request by the employee.

    **C.**   A hearing for non-Presidential/non-Campus CEO Staff shall be held before the Vice President for Human Resources or his/her designee. The hearing shall not be governed by formal rules or procedures. The Vice President for Human Resources or his/her designee shall make a good faith effort to be fair and impartial while eliciting relevant information on the matter in question. If the discipline that is being contested was imposed by the Vice President for Human Resources then the President of the Board of Regents may appoint a different hearing officer of his/her choosing.

    **D.**   Hearings for Presidential/Campus CEO Staff shall be held by a committee of three appointed by the Chairman of the Board of Regents or his/her designee. Such hearings shall not be governed by formal rules or procedures. The committee appointed by the Chairman of the Board or his/her designee shall make a good faith effort to be fair and impartial while eliciting relevant information on the matter in question.

    **E.**   In either a Presidential/Campus CEO or non-Presidential/non-Campus CEO hearing the hearings officers have ten (10) days from the conclusion of the hearing to notify the employee of his/her final and binding decision. Said decision(s) shall be without appeal.

    **F.**   Failure by an employee to adhere to the deadlines specified herein shall be deemed a waiver of the opportunity for a hearing on the matter.

8.6     **Abandonment**

Failure to perform assigned duties for five (5) consecutive working days without prior approval of the CSCU President (for system office personnel); or the President/Campus CEO (for college and university personnel) is abandonment of one's appointment/position. The employee who has abandoned his/her position will then be separated from State service and be deemed to have resigned not in good standing.

8.7     **Layoff**

In the event of a reduction in the ranks of Management and/or Confidential Professional employees resulting from retrenchment, reorganization or fiscal exigency, the notice provisions for non-continuation in 8.1 shall apply.

8.8     **Notice of Retirement or Resignation** *(08/21/14)*

is recommended that employees planning retirement provide three (3) months of notice and employees resigning provide at least four (4) weeks of notice when possible. Scheduling of the last day at work should be discussed with the employee's supervisor or other designated individual in an attempt to work out the best arrangement for all concerned.

CSCU 10/26/21 POSITION 000043
ESPOSITO 1/7/22 HEARING - 000219

Exhibit C

CSCU 10/26/21 POSITION 000044
ESPOSITO 1/7/22 HEARING - 000220



**Connecticut State
Colleges & Universities**

Andrew Kripp
Vice President Human Resources
(860) 723-0604
KrippA@ct.edu

September 17, 2021

By Email nicoleesposito30@gmail.com

By Certified and Regular Mail

Dr. Nicole Esposito
2 Hilltop Road
Longmeadow, MA 01106

Dear Dr. Esposito,

As you know, you were placed on administrative leave with pay effective August 24, 2021. I am writing to inform you pursuant to Article 8.2 of the Connecticut State Colleges and Universities Human Resources Policies for Management & Confidential Professional Personnel ("HR Manual") that you are being disciplined for cause as your supervisor is recommending your termination effective immediately. Article 8.2 of the HR Manual states:

> Discipline for Cause
> No employee shall be disciplined except for cause. Discipline is defined as reprimand, suspension or termination. Discipline does not include counseling.
>
> Cause includes, but is not limited to: conviction of a crime; offensive, indecent or abusive conduct toward students, the public, superiors or co-workers; use of fraudulent credentials in seeking of appointment, continuation of appointment or promotion; theft; willful neglect or misuse of state funds, property, equipment, material or supplies, including state-owned vehicles; violation of law, state regulation or rule of the Board of Regents for Higher Education; intoxication while on duty; neglect of duty; insubordination; engagement in an activity detrimental to the State or the Board of Regents for Higher Education; and disloyalty to the United States or to the State of Connecticut.

It has been reported to this office that over the course of your employment, your performance has been unacceptable. You have demonstrated a lack of understanding of even the most basic expectations of a CEO in risk analysis, timely problem solving and responsiveness to your manager. Moreover, your conduct constitutes a neglect of duty and insubordination and has been detrimental to the Board of Regents for Higher Education ("BOR") in the following ways:

- You have misrepresented facts and information to your supervisor, system office or the campus;

- You have consistently failed to timely and accurately respond to requested action and critical information requests;
- You offered employment to a person who had been non-continued by the previous President of the College;
- You have consistently failed to support and at times acted as an obstacle to the progress of the CT State Community College merger;
- You have repeatedly refused to take direction or follow guidance given by your supervisor or those at the system office, and operated without regard to the organization and reporting structure relayed to you;
- You have been disruptive and combative, and openly insubordinate in meetings and directly in one-on-one meetings, through email, and during phone conversations;
- You often refused to speak your supervisor about significant decisions and would seek guidance and approval from others instead; and
- You have shown deficiencies in managing areas related to diversity, equity and inclusion and formal investigations.

Unfortunately, despite attempts to support your success, your reluctance to leadership has rendered your performance unacceptable. A professional coach was hired to support you, but even that did not improve your performance. Therefore, in my capacity as Vice President of Human Resources for the CSCU, I am advancing the proposal made by your supervisor that the BOR terminate your employment effective immediately. However, you will remain on paid administrative leave to allow you the opportunity to exhaust the administrative process as set forth by Article 8 of the HR Manual.

CSCU is in receipt of your request for appeal. In accordance with HR Manual Article 8.5 you will be provided with an opportunity to present relevant information prior to any disciplinary action being taken against you. You will be meeting with CSCU Provost and Sr. Vice President for Academic and Student Affairs, Jane Gates and Human Resources Shared Services Director of HR Strategy, Diane Mazza. This meeting has been scheduled for Thursday, September 23 at 3:00 p.m. in conference room 310 at 61 Woodland Street, Hartford, CT.

If Dr. Gates and Ms. Mazza concur with my recommendation to terminate your employment you may appeal that decision to a hearing committee appointed by the Chair of the BOR. The decision of that hearing committee will be final.

Additionally, on June 16, 2021 you were asked to attend a meeting on June 17, 2021, in which you were notified of the request to the BOR to provide you with Notice of Non-continuation of employment in accordance with Article 8.1 of the HR Manual. This action was postponed, however, pending the BOR's prompt and independent investigation that was launched to investigate your subsequent allegations of sexual discrimination. Contingent on the outcome of the "for cause" hearing pursuant to Article 8.2, I will renew the request that the BOR continue with its process to non-continue your employment.

2

CSCU 10/26/21 POSITION 000046
ESPOSITO 1/7/22 HEARING - 000222

Article 8 of the HR Manual is enclosed for your convenience.

Sincerely,

Andrew Kripp

Andrew Kripp
Vice President for Human Resources

Encl.

Cc:    Matt Fleury, Chair Board of Regents for Higher Education
Terrence Cheng, CSCU President
Jane Gates, Provost & Sr. Vice President Academic & Student Affairs
Diane Mazza, HRSS Director of HR Strategy
Rob Steinmetz, President Capital-East
Atty. Todd Steigman

3

CSCU 10/26/21 POSITION 000047
ESPOSITO 1/7/22 HEARING - 000223

Exhibit D

CSCU 10/26/21 POSITION 000048
ESPOSITO 1/7/22 HEARING - 000224

CSCU 10/26/21 POSITION 000049

ESPOSITO 1/7/22 HEARING - 000225

**4.8**   HR Policies for Management/Conf/Professional Personnel          Most recent revision 10/20/20
  **BOR Approved: May 16, 2013**
  Previous revisions:
  2/6/20; via BR 20-14
  9/19/19; via BR 19-096
  6/20/19; via BR 19-082
  12/13/18 via BR 18-154
  9/17/15 via BR 15-090
  8/21/14 via BR 14-082

# CONNECTICUT STATE COLLEGES AND UNIVERSITIES (CSCU)

## HUMAN RESOURCES POLICIES

## FOR

## MANAGEMENT & CONFIDENTIAL

## PROFESSIONAL PERSONNEL



**Connecticut State
Colleges & Universities**

Human Resources Office
61 Woodland Street
Hartford, CT 06105

(860) 723-0625

CSCU 10/26/21 POSITION 000050
ESPOSITO 1/7/22 HEARING - 000226

# TABLE OF CONTENTS

ARTICLE 1 – PURPOSE AND DISCLAIMER ................................................................. 4
1.1     Purpose ........................................................................................ 4
1.2     Disclaimer ..................................................................................... 4
1.3     Interpretation, Application and Modification of Human Resources Policies ............. 4

ARTICLE 2 – DEFINITIONS ................................................................................. 4
2.1     Professional Personnel ..................................................................... 4
2.2     State Universities .......................................................................... 5
2.3     Community Colleges .......................................................................... 5
2.4     Charter Oak .................................................................................. 5
2.5     Institution .................................................................................. 5
2.6     College & University Personnel ............................................................ 5
2.7     President .................................................................................... 5
2.8     System Office ................................................................................ 6
2.9     The System ................................................................................... 6
2.10    Management and Confidential Professional Employees ....................................... 6
2.11    Full-Time/Part-Time .......................................................................... 6
2.12    Non-temporary Employee/Appointment ........................................................ 6
2.13    Temporary Employee/Appointment ............................................................ 6
2.14    Employer ..................................................................................... 6

ARTICLE 3 – PROFESSIONAL RESPONSIBILITIES ........................................................... 7
3.1     Non-discrimination, Affirmative Action & Sexual Harassment ............................... 7
3.2     President of the Connecticut State Colleges & Universities (CSCU) ........................ 7
3.3     Presidents/Campus CEOs of the Institutions ................................................. 8
3.4     The Management and Confidential Professional Staff of the System Office ................... 8
3.5     The Management and Confidential Professional Staff of the Constituent Units ............... 8
3.6     Special Responsibility of Presidents/Campus CEOs and the President of the Board of
        Regents ...................................................................................... 9
3.7     Reporting Attendance ......................................................................... 9
3.8     Address and Telephone Number ................................................................. 9
3.9     Code of Ethics ............................................................................... 9
3.9.1   Financial Disclosure ......................................................................... 9
3.9.2   Questions about the Ethics Code ............................................................ 10
3.9.3   Political Activity and Employment .......................................................... 10

ARTICLE 4 – PROFESSIONAL DEVELOPMENT ................................................................ 11
4.1     Professional Development .................................................................... 11
4.2     Travel ...................................................................................... 11
4.3     Presidential Business Related Expenses and Accommodation Accounts ....................... 11

**CSCU Human Resources Policies for M/C Professional Personnel**         Page 2

**ARTICLE 5 – APPOINTMENTS** .......................................................................................... 12
5.1    President of the Connecticut State Colleges and Universities (CSCU) ............................ 12
5.2    University Presidents ...................................................................................................... 12
5.3    College Presidents/Campus CEOs .................................................................................. 12
5.4    Management and Confidential Professional Employees Assigned to the System Office . 12
5.5    Institution Management and Confidential Professional Employees ................................ 12
5.6    Faculty Appointed as Management or Confidential Professional Employees.................. 12
5.7    Acting or Interim Appointments...................................................................................... 12
5.8    Temporary Appointment to Management or Confidential Professional Position from a
       Bargaining Unit .............................................................................................................. 13
5.9    Consultants and Temporary Workers .............................................................................. 13
5.10   Faculty and Administrative Bargaining Unit Ranks .......................................................... 13
5.11   Emeritus Status .............................................................................................................. 13

**ARTICLE 6 – EVALUATION, PERSONNEL FILES, COMPENSATION AND  BENEFITS** ............................ 14
6.1    Evaluation of the President of the Board of Regents ...................................................... 14
6.2    Evaluation of the College and University Presidents/Campus CEOs ................................ 14
6.3    Evaluation of Management and Confidential Professional Employees ............................ 14
6.4    Personnel Files .............................................................................................................. 14
6.5    Salary Ranges ................................................................................................................ 15
6.6    ARP Disability Plan ........................................................................................................ 15
6.7    Group Life Insurance ..................................................................................................... 15
6.8    Overpayment Recovery .................................................................................................. 16
6.9    Course Privileges ........................................................................................................... 16
       System Office ................................................................................................................ 16
       Community Colleges and State Universities ................................................................... 16
       Charter Oak ................................................................................................................... 17
6.10   Moving Expenses ........................................................................................................... 17
6.11   Consulting ..................................................................................................................... 17
6.12   Teaching ........................................................................................................................ 17

**ARTICLE 7 – VACATIONS, HOLIDAYS, COMPENSATORY TIME OFF AND  LEAVES OF ABSENCE** .......... 18
7.1    Vacation ........................................................................................................................ 18
7.2    Personal Leave .............................................................................................................. 18
7.3    Sick Leave ..................................................................................................................... 19
7.4    Purposes of Sick Leave, Medical Certificate ................................................................... 19
7.5    Sick Leave Bank ............................................................................................................. 20
7.6    Holidays ........................................................................................................................ 21
7.7    Inclement Weather ........................................................................................................ 22
7.8    Compensatory Time ....................................................................................................... 22
7.9    Sabbatical Leave ............................................................................................................ 22
7.10   Leaves Without Pay ....................................................................................................... 24
7.11   Short-Term Military Leave .............................................................................................. 24

**CSCU 10/26/21 POSITION 000052**
**ESPOSITO 1/7/22 HEARING - 000228**

**CSCU Human Resources Policies for M/C Professional Personnel**                    Page 3

7.12    Court Leave.............................................................................................. 24
**ARTICLE 7 – continued**
7.13    Leave With Pay ...................................................................................... 24
7.14    Family and Medical Leave ...................................................................... 24
7.15    Return to System Employment .............................................................. 25
7.16    Leave Privileges for Transferred Employees ........................................ 25
7.17    Separation Because of Incapacity .......................................................... 25

**ARTICLE 8 – NON-CONTINUATION, DISCIPLINE, REPRIMAND, SUSPENSION AND TERMINATION ... 26**
8.1    Non-continuation ................................................................................... 26
8.2    Discipline for Cause ............................................................................... 26
8.3    Reprimand .............................................................................................. 26
8.4    Suspension.............................................................................................. 26
8.5    Appeals of Discipline (not applicable to those non-continued based on 8.1)................ 27
8.6    Abandonment ........................................................................................ 27
8.7    Layoff ..................................................................................................... 27

**APPENDICES** ..................................................................................................... 28
A.    MC Salary Range Plans effective 7/1/20 ................................................ 28

CSCU 10/26/21 POSITION 000053
ESPOSITO 1/7/22 HEARING - 000229

## ARTICLE 1 – PURPOSE AND DISCLAIMER

### 1.1    Purpose

These policies are promulgated by the Board of Regents for Higher Education (the Board) established under Connecticut General Statute section 10a-1a and set forth the terms and conditions of employment for Management and Confidential Employees under the Board of Regent's jurisdiction. These policies supersede and cancel all prior practices and agreements, whether written or oral unless expressly stated to the contrary herein.

### 1.2    Disclaimer

Nothing contained herein shall constitute a contract of employment and the Board reserves the right to alter, amend, revise or repeal these policies from time to time in whole or in part. Nothing contained in these policies constitutes a promise or guarantee of continuing employment or of benefits or policies described herein will not be modified in the future. This booklet simply describes current benefits and policies, subject to change from time to time.

### 1.3    Interpretation, Application and Modification of Human Resources Policies

Disputes concerning the meaning of these policies shall be reduced to writing and submitted to the Board's Vice President for Human Resources. He/she will convene a meeting to hear the dispute and give the parties an opportunity to present information and respond to questions. The Vice President for Human Resources will make a written recommendation on the disposition of the complaint to the President of the Board within thirty (30) calendar days of receipt of the dispute. The President of the Board shall either accept or reject the written recommendation. If he/she rejects the written recommendation then the issue is remanded back to the Vice President for Human Resources for further review and he/she must submit a different written recommendation within thirty (30) calendar days.

If the President accepts the written recommendation from the Vice President for Human Resources it shall be final and binding. Said recommendation shall be forwarded by regular mail to the Complainant.

Periodically, these policies are revised or modified. Employees may make suggestions for alterations to these policies to their respective Human Resources Director.

## ARTICLE 2 – DEFINITIONS

### 2.1    Professional Personnel

The term "professional personnel" includes all unclassified personnel, excluding those who are covered by a collective bargaining agreement. These employees, or personnel, are referred to as Management or Confidential Professional Personnel.

### 2.2    State Universities

The words "state universities" refer to the Connecticut State Universities described under Connecticut General Statutes 10a-1(2) and include Central Connecticut State University, Eastern Connecticut State University, Southern Connecticut State University, Western Connecticut State University and the Connecticut State University Research Foundation.

### 2.3    Community Colleges

The words "community colleges" refer to the regional community-technical colleges described under Connecticut General Statutes 10a-1(3) and include Asnuntuck Community College, Capital Community College, Gateway Community College, Housatonic Community College, Manchester Community College, Middlesex Community College, Naugatuck Valley Community College, Northwestern Connecticut Community College, Norwalk Community College, Quinebaug Valley Community College, Three Rivers Community College and Tunxis Community College.

### 2.4    Charter Oak

The words Charter Oak refer to Charter Oak State College established under Connecticut General Statutes 10a-143(c) and the Connecticut Distance Learning Consortium.

### 2.5    Institution

Institution refers to the community colleges, state universities and Charter Oak.

### 2.6    College & University Personnel

The term "college & university" personnel exclude personnel in the System Office and refers to persons assigned to the CSCU, CSU, CCC or Charter Oak.

### 2.7    President

The term "President" refers to the president for the Connecticut State Colleges and Universities (CSCU) or any of the presidents/Campus CEOs assigned to the State Universities, Community Colleges, or Charter Oak.

### 2.8     System Office

The term "System Office" means the organizational unit comprising the staff of the Connecticut State Colleges and Universities (CSCU) and employed by the CSCU President under Connecticut General Statutes 10a-1b(b).

### 2.9     The System

The system refers to the System Office along with all of the institutions.

### 2.10     Management and Confidential Professional Employees

The term "Management and Confidential Professional Employees" includes the Presidents/Campus CEOs, Vice Presidents, Chief Officers, Executive Deans, Associate and Assistant Vice Presidents, Provosts, Deans, President's Executive Assistant, Directors and Assistant Directors of Human Resources and such other persons as may be designated by the President of the Board of Regents or a President/Campus CEO of an institution.

The term "Confidential Professional Employee" includes those employees under these policies not designated as management.

### 2.11     Full-Time/Part-Time

As used herein "full-time" means a position or an employee in said position whose regularly assigned hours of work are at least 40 hours per week. "Part-time" employees or positions are those that are less than full-time.

### 2.12     Non-temporary Employee/Appointment

A non-temporary is any individual whose appointment is without term and may be terminated pursuant to Article 8.

### 2.13     Temporary Employee/Appointment

A temporary employee is any individual whose appointment is limited in duration, grant-funded, or whose letter of appointment indicates that employment ends on a specified date. A temporary appointment may also be terminated pursuant to Article 8.

### 2.14     Employer

As used herein the employer shall mean the Board, the Presidents/Campus CEOs or their designee as appropriate.

CSCU 10/26/21 POSITION 000056
ESPOSITO 1/7/22 HEARING - 000232

## ARTICLE 3 – PROFESSIONAL RESPONSIBILITIES

### 3.1     Non-discrimination, Affirmative Action & Sexual Harassment

It is the legal, intellectual and moral responsibility, but more importantly, the policy of the leadership of the Board of Regents to advance social justice and equity by exercising affirmative action to remove all discriminatory barriers to equal employment opportunity and upward mobility. Accordingly, the System will, with conviction and effort, undertake positively to overcome the present effects of past practices, policies or barriers to equal employment opportunity, and to achieve the full and fair participation of all protected groups found to be underutilized in the workforce or adversely impacted by system policies and practices.

Similarly, it is the policy of the System that sexual harassment is prohibited. This policy is a strong statement of our institutional commitment to have a community in which individuals can work and learn in an environment which fosters dignity and mutual respect, and it reaffirms the System's commitment to fair and equal treatment for all.

All employees are expected to discharge their affirmative action responsibilities, in word and deed, consistent with the System's objective of establishing and implementing affirmative action and equal employment opportunity.

Complaints alleging discrimination and sexual harassment will be investigated according to the complaint procedures adopted at each of the constituent units or at the system office. Complaints must be filed with the individual responsible for affirmative action at the appropriate location and in accordance with the procedures located in the respective affirmative action plan.

### 3.2     President of the Connecticut State Colleges & Universities (CSCU)

The position President of the Connecticut State Colleges & Universities (CSCU) is established under Connecticut General Statute's 10a-1b and is the chief executive officer for the Connecticut State Colleges and Universities (CSCU). The President of CSCU has the authority to implement the policies, directives and rules of the Board and any additional responsibilities as the Board may prescribe. The President of CSCU is responsible for the operation of the System and supervises the work of the staff in the System Office. The work of the System Office includes, but is not limited to: academic affairs, student affairs, budgeting, financial management, legal services, communications, public policy, human resources (including affirmative action and collective bargaining), institutional research, telecommunications, facilities planning and construction, innovation and outreach, and information technology.

The President of CSCU shall keep the Board fully informed on all aspects of the System. He or she prepares the agenda for Board meetings, provides adequate notice of meetings as required by state statute and Board policy, and maintains records of the Board's actions. The President of CSCU or his/her designee acts for the Board and represents the Board and the institutions to other units of state government and to the community and citizens at large.

In the absence of a Board policy, the CSCU President determines appropriate action and need for policy. The CSCU President or his/her designee is empowered to issue administrative directives and to call for reports as may be needed. The CSCU President may direct transfers of funds among the System (in accordance with state appropriation rules and regulations), whenever such transfers in the CSCU President's judgment provide the best management and operation of the System.

The Presidents/Campus CEOs of the constituent units report to the CSCU President and are responsible for the effective management of their institutions.

The CSCU President or his/her designee may define categories of students to insure appropriate designation for purposes of fee payment and uniform enrollment reporting.

When applicable, the CSCU President or his/her designee may establish and/or manage compensation classification systems for employees whenever he/she determines said classifications provide for the best management and operation of the System and are in accordance with collective bargaining policies and procedures.

This section should not be construed to limit other duties and responsibilities of the CSCU President described in section 10a-1b of the Connecticut General Statutes.

### 3.3      Presidents/Campus CEOs of the Institutions

Each President/Campus CEO of an institution is the Chief Executive Officer of the college or university to which he/she has appointed by the Board of Regents, and report to the CSCU President. In the capacity of Chief Executive Officer, the Presidents/Campus CEOs are responsible for meeting stated missions, serving as the executive management of the college/university, and promoting the development and effectiveness within approved Board policy. In addition, the Presidents/Campus CEOs are responsible for the welfare of all students and employees at their college/university.

### 3.4      The Management and Confidential Professional Staff of the System Office

The professional staff of the System Office shall be the CSCU President and the Management and Confidential Professional staff to the President of the Board of Regents. The duties and responsibilities of the President of the Board of Regents shall be as assigned by the Board. The duties and responsibilities of professional staff shall be assigned by the President of the Board of Regents or his/her designee.

### 3.5      The Management and Confidential Professional Staff of the Constituent Units

Each institution shall have a President/Campus CEO and such other Management or Confidential Professional employees as are required by that institution's president/Campus CEO. Duties and responsibilities of the institution's President/Campus CEO shall be assigned by the President of the Board of Regents and/or by the Board, except that such duties assigned by the President of the Board of Regents shall not negate duties and responsibilities assigned by the Board. Duties and responsibilities borne by institution Management and Confidential Professional employees shall be as assigned by the institution's President/Campus CEO or his/her designee in conformance with the compensation classification established by the President of the Board of Regents.

### 3.6     Special Responsibility of Presidents/Campus CEOs and the President of the Board of Regents

The management and operation of the System depend on the leadership and oversight exercised by the Presidents/Campus CEOs. When the CSCU President is to be absent from the office and inaccessible for a period of more than a day, except for an absence which occurs because of a state holiday, then he or she shall inform the Board Chairman of the planned absence, as well as who has been assigned the responsibility for the management of the System Office. When an institution's President/Campus CEO is to be absent from the office and inaccessible for a period of more than a day, except for an absence which occurs because of a state holiday, then he or she shall inform the CSCU President, as well as who has been assigned the responsibility for the management of the college or university.

### 3.7     Reporting Attendance

Management and Confidential Professional employees are required to report their work attendance in the manner as prescribed by the CSCU President or his/her designee or by the appropriate president/Campus CEO or his/her designee, as appropriate.

### 3.8     Address and Telephone Number

Management and Confidential Professional employees have specialized skills and knowledge essential to the operation of the System. For this reason it is essential to be able to contact such persons in case of emergencies or other unusual circumstances.

All Management and Confidential Professional employees shall file home addresses, telephone numbers (including cell phone numbers) and emergency contact information with their respective President/Campus CEO, as appropriate. Whenever an address or a telephone number is changed, the new address or telephone number must be reported immediately to the employee's President/Campus CEO (or designee).

### 3.9     Code of Ethics

All state officials and employees, including all Management and Confidential Professional employees of the System, must comply with the State Code of Ethics. The Code is intended to prevent one from using his/her position or authority for personal financial benefit.

### 3.9.1     Financial Disclosure

Certain public servants (all personnel who exercise policy-making, regulatory or contractual authority) in the Legislative and Executive Branches of State Government and the State's Quasi- Public agencies must file statements of financial interest (interests held during the previous year) annually with the Office of Governmental Accountability by May 1.

Additionally, any "necessary expense" payments received in the capacity of a state employee if lodging and/or out-of-state travel is included, unless provided by the Federal Government or another state government must be disclosed to the Office of Governmental Accountability (Office of State Ethics) within thirty (30) days of the trip.

### 3.9.2   Questions about the Ethics Code

Anyone subject to the Code may request the Office of State Ethics advice (advisory opinion) as to how the Code applies to a situation. The Office's staff also provides informal advisory letters when the question posed is unambiguous or has been previously addressed by a previous opinion. Finally, staff are available to discuss application of the Code to a particular issue on a confidential basis.

Questions about the above information or requests for more information about the Ethics Law or Code of Ethics, may be addressed to:

> Office of State Ethics
> 18-20 Trinity Street
> Hartford, CT 06106-1660
> Main Phone Number: 860-263-2400
> The full guide for Public Officials & State Employees may be viewed at: http://www.ct.gov/ethics

### 3.9.3   Political Activity and Employment

Political activity of state employees is governed by the Federal Hatch Act and Connecticut General Statutes. To avoid conflicts with the law, employees who are considering running for public office must notify their human resources office prior to initiating a campaign to determine if the state or federal laws apply and to determine whether an accommodation will be needed or possible.

**CSCU 10/26/21 POSITION 000060**
**ESPOSITO 1/7/22 HEARING - 000236**

## ARTICLE 4 – PROFESSIONAL DEVELOPMENT

### 4.1     Professional Development

The Board recognizes that professionals must have the opportunity to keep abreast of developments in their fields, to sharpen their skills and to increase their knowledge. The various types of leaves are provided in Article 6.

Employees may be granted reimbursement for course work, seminars and conferences, provided this request is made and approved by the President of the Board of Regents or his/her designee in advance of the scheduling anticipated participation and that participation in the seminar, conference or other skill development training, increases an employee's value to the Board by improving professional skills.

### 4.2     Travel

Travel is an important ingredient in the development of professional skills. The Board requires the President of the Board of Regents to set reimbursement standards and rates for Management and Confidential Professional Employees that shall be consistent with state travel policy and shall not be less than the most favorable granted to any employee of the Board of Regents who is covered under a prevailing collective bargaining agreement.

### 4.3     Presidential Business Related Expenses and Accommodation Accounts

Upon the submission of satisfactory documentation in accordance with a process proscribed by the President of the Board of Regents or the President's designee, Community College Presidents and the President of Charter Oak State College shall be eligible for reimbursement of up to $12,205 in business-related expenses incurred in the performance of their duties in each fiscal year. For the purposes of this policy, the term "business-related expenses" shall specifically include auto expenses, any premiums paid to purchase optional employee benefits including, but not limited to, long-term care insurance, supplemental life insurance and short-term and long-term disability insurance. Business-related so reimbursed shall be paid from the budget of each campus. Such expenses shall not be considered as ordinary income and, therefore, will be excluded from each President's taxable income in accordance with relevant federal and state tax regulations.

University Presidents shall be provided accommodation allowances in lieu of campus housing. In each fiscal year, this Allowance is intended to fund the cost of gatherings and meetings that further each University's mission, as well as for community outreach, building donor support, continuing connections with alumni, and similar matters. This Allowance shall continue to be paid from the budget of each campus and reported as ordinary income to each University President in accordance with relevant federal and state tax regulations.

## ARTICLE 5 – APPOINTMENTS

### 5.1    President of the Connecticut State Colleges and Universities (CSCU)

The President of the Connecticut State Colleges and Universities (CSCU) is appointed by the Board of Regents and shall serve at the pleasure of the Board. Temporary appointments as defined in Section 2.13, end on the date specified. Non-temporary appointments may be terminated by the Board pursuant to Article 8.

### 5.2    University Presidents

University Presidents are appointed by the Board. Temporary appointments, as defined in Section 2.13, end on the date specified. Non-temporary appointments are without term and may be terminated by the Board pursuant to Article 8.

### 5.3    College Presidents/Campus CEOs

College Presidents/Campus CEOs are appointed by the Board. Temporary appointments, as defined in Section 2.13, end on the date specified. Non-temporary appointments are for a term of one year or less and expire June 30 of each year. Non-temporary appointments are subject to annual renewal.

### 5.4    Management and Confidential Professional Employees Assigned to the System Office

Management and Confidential Professional Employees in the System Office are appointed by the President of the Connecticut State Colleges and Universities (CSCU). Temporary appointments, as defined in Section 2.13, end on the date specified. Non-temporary appointments may be terminated pursuant to Article 8.

### 5.5    Institution Management and Confidential Professional Employees

Institution Management and Confidential Professional Employees are appointed by the President/Campus CEO of the College or University. Temporary appointments, as defined in Section 2.13, end on the date specified. Non-temporary appointments may be terminated pursuant to Article 8.

### 5.6    Faculty Appointed as Management or Confidential Professional Employees

When Faculty or ten-month employees are appointed to a Management or Confidential Professional Employee position at a time other than the beginning of the academic year, they shall be paid a lump sum for any prior service completed.

### 5.7    Acting or Interim Appointments

When a Management or Confidential Professional position becomes vacant because of resignation, retirement, illness, sabbatical leave or any other cause the respective President/Campus CEO may appoint a qualified individual to fill the position on an Acting or Interim basis. A person who is an employee of the Board and who accepts an acting, or interim, appointment may receive a non-

temporary appointment to the position in which such a person is serving in an acting capacity, provided such non-temporary appointment is made accordance with existing Board and human resource policies, as well as all affirmative action rules and procedures governing the CSCU System.

Accepting an acting or interim appointment does not impact the employee's non-temporary appointment.

### 5.8    Temporary Appointment to Management or Confidential Professional Position from a Bargaining Unit

When a member of a bargaining unit is temporarily appointed to a Management or Confidential Professional position, his/ her salary shall be expressed as what he/she would receive had they remained in their bargaining unit position plus any additional biweekly amount received for the period served in the Management or Confidential position in conformance with the Compensation and Classification Policy. Faculty, however who do enter into a temporary Management or Confidential Professional position will receive vacation and sick time accruals until the end of the appointment. At the end of the appointment, the vacation time will be paid out to the Faculty employee should he/she have any remaining balance.

### 5.9    Consultants and Temporary Workers

The Presidents/Campus CEOs are authorized to employ consultants and other temporary workers, provided such employment does not violate an existing collective bargaining agreement or other state regulation and provided the funds are within the budgetary provisions approved by the Board.

### 5.10    Faculty and Administrative Bargaining Unit Ranks

Application of this provision is subject to collective bargaining agreements, as may be amended from time to time. As part of an employment package, a prospective employee may only be offered academic department status following appropriate faculty consultation procedures. Employees shall not seek assignment of faculty rank, promotion from a former faculty rank or assignment to administrative rank, while under the aegis of these policies.

### 5.11    Emeritus Status

When a President/Campus CEO believes it is appropriate, emeritus status may be conferred upon Managers and Confidential Professional employees. Ordinarily, emeritus status will be conferred only upon persons who have ten (10) years or more of service to the Board of Regents (or one of the Board of Regents' colleges or universities), or its predecessor organization who are 55 years of age or older, and who have retired from service to the State of Connecticut. The employee must have distinguished service, accomplishments and length of service which provide evidence of advancing the mission of the Board of Regents. Such recognition shall be deemed to be an honor of the highest order and shall not be conferred as a matter of due course, but rather reserved for those whose service is most exemplary. The following privileges are provided for emeriti: use of the emeriti title, library privileges, and course privileges as provided in Article 6.9, desk space if available, inclusion on the distribution list for all publications issued by the College or University to which the employee was assigned immediately before retirement.

## ARTICLE 6 –EVALUATION, PERSONNEL FILES, COMPENSATION AND BENEFITS

### 6.1    Evaluation of the President of the Board of Regents

The CSCU President shall be evaluated in conformance with Board policy.

### 6.2    Evaluation of the College and University Presidents/Campus CEOs

The College and University Presidents/Campus CEOs shall be evaluated by the President of the Board of Regents in conformance with Board policy.

### 6.3    Evaluation of Management and Confidential Professional Employees

The President(s) /Campus CEO(s) shall evaluate those employees who report directly to the Office of the President/Campus CEO. Designees of the President(s)/Campus CEO(s) shall evaluate the performance of Management and Confidential Professional employees who report to them. Such evaluations shall take place annually, except that more frequent evaluations may occur at the discretion of the evaluator. Evaluations will be based upon objectives established for the period since the last evaluation and upon the individual's accomplishments and areas for development during that period of time. The evaluation schedule and instrument shall be determined by the President of the Board of Regents.

Each employee shall be shown the original evaluation and shall sign and date such evaluation indicating that the document has been reviewed. Employees may append statements to evaluations within a ten (10) day period following their signature on the evaluation.

### 6.4    Personnel Files

Personnel files shall be maintained in accordance with all applicable laws and regulations. Personnel files shall be located in the Human Resources Office in a secure location. These files shall include, but not be limited to, the application for employment and supporting documentation, recommendations, evaluations, disciplinary actions, payroll and benefits- related forms and correspondence reasonably related to an employee's personal status. These files shall be maintained under the direction of the Human Resources Director.

Each employee file shall contain a log of every instance of access to that file except by the President/Campus CEO, Human Resources Director or the staff charged with Human Resources responsibilities.

Employees shall have access to their personnel file at the mutual convenience of the Human Resources Office staff and the employee. Nothing may be added, removed or altered in a personnel file by the employee except upon the written agreement of the Human Resources Director or his/her designee.

Upon an employee's request, a copy of any document (s) within the file shall be given to the employee within a reasonable period of time.

Employees wishing to contest the accuracy, completeness or relevancy of documents in the personnel file shall submit a request for addition, deletion or correction, in writing to the Human Resources Director. The dated request shall provide detailed reasons for the proposed change. The decision in the matter by the Human Resources Director shall be final, binding and issued within thirty (30) days of the initial written request. Contents of the Chief Human Resources Officer's file may only be changed upon the agreement of the President.

An employee's file may be opened to an outside party pursuant to and in accordance with the Freedom of Information Act and other relevant laws. An affected employee shall be promptly notified of any such request.

### 6.5    Salary Ranges revised 2/6/20

Each Management and Confidential Professional title is assigned to a salary range[1]. The assignment of new titles to ranges and the reassignment of existing titles to new ranges shall be pursuant to the Classification and Compensation Policy.

**A.   Salary Ranges for New Hires**
Salary Ranges are governed by the Classification and Compensation Procedures for Management and Confidential Employees.

**B.   Salary Adjustment Policy**
Salary Adjustments are governed by the Classification and Compensation Procedures for Management and Confidential Employees.

**C.   Salary Adjustments for Management and Confidential Professional Employees**
Salary Adjustments are governed by the Classification and Compensation Procedures for Management and Confidential Employees.

**D.   Reporting Salary Adjustments**
Salary Adjustment reporting requirements are governed by the Classification and Compensation Procedures for Management and Confidential Employees.

### 6.6    ARP Disability Plan

Management and Confidential Professional Employees who are members of the Alternate Retirement Plan (ARP) shall be covered at no expense by a group disability plan.

### 6.7    Group Life Insurance

Employees shall continue to be eligible to participate in the state's group life insurance plan pursuant to Connecticut General Statutes.

---

[1] **Appendix A – MC Salary Range Plan effective 7/1/2020**

### 6.8   Overpayment Recovery

When the System Office or an institution determines that an employee has been overpaid, the human resources office shall give reasonable notice to the employee of the fact and reasons therefore. Overpayments or other unauthorized payments may be involuntarily recovered by payroll deduction. Such biweekly recovery deduction(s) shall not exceed the amount of the overpayment(s). The deduction shall begin promptly provided:

> ➢ The individual employee has not agreed, in the opinion of the Human Resources Director, to an alternative reasonable payment schedule;
> ➢ There is no pending litigation related to the issue; and
> ➢ The recovery rate shall not exceed five (5) percent of the employee's gross biweekly salary.

### 6.9   Course Privileges

**System Office**

Subject to the approval of the College or University offering the instruction, a full-time non-temporary System Office employee hired under these policies or their spouse and unmarried dependents under the age of 25 may take courses at either the Community Colleges or the State Universities on a space available basis without payment of tuition. Upon making an election of either university or college, System Office employees may not change their election. System Office employees hired prior to the adoption of this policy shall be allowed course privileges in accordance with the policy that was previously in effect for their respective employer.

**Community Colleges and State Universities**

Full-time non-temporary Community College employees or their spouses and unmarried dependents under the age of 25 may take courses at any of the colleges or universities with the exception of Charter Oak State College.

Effective January 1, 2019, full-time non-temporary Community College employees or their spouses and unmarried dependents under the age of 25 may apply the cash value of their community college in-state tuition and fees to universities throughout the CSCU System with the exception of Charter Oak State College. The cash value of a Community College tuition and fee waiver will equate to the total number of registered credit hours. The maximum cash value per semester will equate to a full-time load of twelve (12) or more credit hours. The cash value equivalent for Community College tuition and fee waivers will be adjusted to align with changes in community college in-state tuition and fees.

The cash value of the Community College tuition and fee waiver can be applied to graduate level courses for those Community College employees, their spouses, and dependents who are academically eligible for graduate classes.

Full-time non-temporary State University employees or their spouses and unmarried dependents under the age of 25 may take courses only at any of the state universities.

**CSCU 10/26/21 POSITION 000066**
**ESPOSITO 1/7/22 HEARING - 000242**

If attending a state university the following fees may be waived: State University Fee or General University Fee for full-time students and Extension Fee and Registration Fee for part-time students. If attending a community college the following fees may be waived: application fee, program enrollment fee, college services fee and student activity fee. Course privileges do not include waivers for credit extension course work.

### Charter Oak

Full-time Charter Oak employees may take one free course per calendar year at Charter Oak State College.

The course privileges above may be granted provided that participation in courses does not interfere with the employee's professional obligations. This benefit shall also be available to the above-mentioned spouse and dependents surviving a deceased employee (death having occurred on or after July 1, 1990, during the employee's active service) who had accumulated ten (10) years of State service.

### 6.10   Moving Expenses

The President(s) /Campus CEO(s) are authorized to offer reimbursement for out-of-state moving expenses for prospective employees when, in their judgment, such offer would be in the best interests of the Board of Regents. Such offers must be in writing and conform to current Board Policy.

### 6.11   Consulting

Management and Confidential Professional employees may be compensated for performance of research, consulting or similar activities which are beyond the scope of their normal duties provided:

- Notification and approval has been granted by the direct supervisor and the Human Resources Director.
- That no conflict of interest results, and that such activities can be accomplished on personal time in such a way as not to conflict with normal duties; and
- That payment is made directly to the employee.

### 6.12   Teaching

Management personnel may teach courses within the Board of Regents so long as the course does not interfere with their normal duties and that compensation for such course is in accordance with collective bargaining rates for the affected institution. Internal or external teaching assignments may be undertaken only with prior approval of the appropriate President/Campus CEO.

**ARTICLE 7 – VACATIONS, HOLIDAYS, COMPENSATORY TIME OFF AND LEAVES OF ABSENCE**

**7.1    Vacation**

Vacation days do not accrue in any month in which an employee is on leave of absence without pay for an aggregate of more than five (5) working days during that month. Full- time employees employed on a 10-month basis are entitled to a total of 18.33 working days of vacation per calendar year accrued at the rate of 1.833 days per calendar month of service. Full- time employees employed on a 12-month basis are entitled to a total of 22 vacation days each calendar year accrued at the rate of 1.833 days per calendar month of service.

Part-time employees who work twenty (20) or more hours per week and are eligible for benefits shall receive vacation, sick and personal leave on a pro rata basis. Proration of benefits shall be measured by the length of the part-time employee's work week, divided by the length of the work week for full-time employees.

Employees may accumulate vacation days with pay from year to year to a maximum of 120 such days (960 hours). The Human Resources Office will notify an employee before the maximum limit is reached and for employees who are at the limit will adjust the balance to remove the overage to such employee's record once a year in January or at the time of separation from State service.

Employees are required to use a minimum of twelve (12) days of vacation per calendar year. Forfeiting required vacation leave time to carry over vacation leave time must be approved by the Chief Human Resources Officer.

Upon separation from State service, an employee shall be compensated for unused vacation days (to a maximum 120 days) at the daily rate of pay at the time of separation. In the event of death, the compensation shall be paid to the employee's estate.

**7.2    Personal Leave**

In addition to annual vacation, each full-time employee shall be granted up to three (3) days of personal leave with pay in each calendar year. Such leave shall be for the purpose of carrying out important personal matters, including the observance of religious holidays, and shall not be deducted from vacation or sick leave credits. Except in emergencies, employees who desire to use personal leave are expected to give reasonable advance notification to their immediate supervisors.

If at any time a part-time Management or Confidential Professional employee is changed to full- time status, they shall receive the remainder of the personal leave time give a full-time employee for the year. Any individual commencing employment in the first four months of the calendar year is eligible for three (3) personal days; in the second four months, two (2) days; and in the last four months no days. Personal leave days not taken within the calendar year may not be carried over to the next year.

**CSCU Human Resources Policies for M/C Professional Personnel**     Page 19

### 7.3   Sick Leave

Full-time employees shall accrue sick leave with pay at the rate of one and one-quarter (1.25) working days per completed calendar month of continuous full-time service commencing with the date of initial employment. No such leave will accrue for any calendar month in which an employee is on leave of absence without pay an aggregate of more than five (5) working days. Part-time employees shall accrue sick leave monthly on a pro-rated basis.

There shall be unlimited accumulation of sick leave. Upon retirement, however, an employee shall be compensated for one-quarter (.25) of the accumulated sick leave up to a maximum of 60 full days. Payment for accumulated sick leave shall not be included in computing retirement income. Upon the death of an employee who completed ten (10) years of satisfactory state service, the employee's estate shall receive the sick leave compensation which would have been provided to the employee had he/she retired on the date of the employee's death.

### 7.4     Purposes of Sick Leave, Medical Certificate

Earned sick leave is granted for the following reasons
- Temporary incapacitation for duty;
- Avoidance of the exposure of others to contagious diseases;
- Dental, medical or eye examination or treatment which cannot be scheduled outside of working hours;
- In the event of death in the immediate family when as much as five (5) working days' leave with pay shall be granted (immediate family means husband, wife, father, mother, sister, brother, child or any other person who is domiciled in the employee's household);
- If critical illness or severe illness or severe injury in the immediate family
- creates an emergency which requires the attendance or aid of the employee, when up to five (5) working days' leave with pay shall be granted;
- In the event of the death of a non-immediate family member or friend the President/Campus CEO may also authorize the use of sick leave not exceed in the aggregate a total of five (5) working days' leave per calendar year, to fulfill the obligations of traveling to, attending and returning from funerals.
- Up to three (3) days paid leave will be provided to a parent at the time of birth, adoption, or taking custody of a child.

Medical certificates are required before sick leave will be granted for the following reasons
- Any period of absence of more than five (5) consecutive working days;
- When absence recurs frequently or habitually (as determined by the Human Resources Director); or to
- Adjust vacation leave to sick leave in the event that employee becomes ill while on vacation. Occasionally, the Human Resources Director may require a second medical certificate from a physician of his/her choosing selected from a list of state-approved medical providers.

### 7.5    Sick Leave Bank

There shall be a Sick Leave Bank established for use by full-time Management and Confidential Professional employees who have been employed at least one year, exhausted their own sick leave and who have a catastrophic and extended illness. Each employee shall make a mandatory contribution of four (4) sick leave days during their first year of service. (For current employees who have not previously made the mandatory contribution, upon adoption of these policies four (4) sick leave days will be taken immediately from their sick leave accruals).

The Sick Leave Bank shall be administered by a Sick Leave Bank Committee whose membership will be made up of volunteers from the Council on Employee Relations and will be chaired by the Vice President of Human Resources for the Board of Regents. The Sick Leave Bank Committee shall determine the eligibility for the use of the Bank and the amount of leave to be granted. The following criteria shall be used by the Committee in administering the Bank and determining the eligibility and amount of leave:

- Adequate medical evidence of catastrophic and extended illness; and
- Prior utilization of all available sick leave, including prior sick leave patterns and usage.

The initial grant of sick leave by the Sick Leave Bank Committee to an eligible employee shall not exceed thirty (30) working days. Upon completion of the 30-workday period, the period of entitlement may be extended by the Sick Leave Bank Committee upon demonstration of need by the applicant. In normal circumstances, such grants from the Sick Leave Bank Committee shall not exceed a total of 120 consecutive workdays per occurrence. If the sick leave bank is exhausted, it shall be replenished by the contribution of up to four (4) additional sick days from each employee covered by these Policies. The Sick Leave Bank Committee shall determine the time when it becomes necessary to replenish the sick leave bank. The decisions of the Sick Leave Bank Committee, with respect to eligibility and entitlement, shall be final and binding with no appeal. When an employee has a catastrophic and extended illness that has exhausted their sick leave, a request for use of the sick leave bank may be made to the Vice President of Human Resources for the Board of Regents or his/her designee.

### 7.6    Holidays

If these holidays fall within their working year, employees shall be granted time off with pay for the following twelve (12) holidays:

**Community Colleges**

| | |
|---|---|
| New Year's Day | Martin Luther King Day |
| Lincoln's Birthday | Washington's Birthday |
| Good Friday | Memorial Day |
| Independence Day | Labor Day |
| Columbus Day | Veterans Day |
| Thanksgiving Day | Christmas Day |

**State Universities and Charter Oak**

| | |
|---|---|
| New Year's Day | Martin Luther King Day |
| Lincoln's Birthday (observed the Friday preceding Washington's Birthday) | |
| Washington's Birthday | Day of Prayer |
| Memorial Day | Independence Day |
| Labor Day | Columbus Day |
| Veterans Day (observed the Friday after Thanksgiving) | |
| Thanksgiving Day | Christmas Day |

If a College or Universities' classes are in session on a scheduled holiday, a substitute day may be subsequently taken with the agreement of the President/Campus CEO.

If these holidays fall within their working year, **System Office** employees shall be granted time off with pay for the following ten (10) holidays:

| | |
|---|---|
| New Year's Day | Martin Luther King Day |
| Washington's Birthday | Day of Prayer |
| Memorial Day | Independence Day |
| Labor Day | Columbus Day |
| Thanksgiving Day | Christmas Day |

System Office employees shall also be granted two (2) floating holidays. The first floating holiday shall be taken on either Lincoln's Birthday or the Friday preceding Washington's Birthday while the second floating holiday shall be taken on either Veterans Day or the Friday after Thanksgiving.

If any of these holidays fall on a Saturday or Sunday, employees shall be excused from work in accordance with state practice.

### 7.7    Inclement Weather

Whenever the Governor of Connecticut or the Governor's designee excuses state employees from work, the President of the Board of Regents or designee may grant time off to Management and Confidential Professional employees. A President/Campus CEO may also close his/her institution due to inclement weather or emergency if he/she deems that appropriate and excuse management and confidential personnel.

### 7.8    Compensatory Time

The Board recognizes that Management and Confidential Professional positions are demanding and often require work beyond that normally expected of other employees. Compensatory time off will be based upon the individual's FLSA status (below the salary range of Assistant Director, grade 36) as determined by the Human Resources Director.

- Travel-related functions (e.g. conferences, seminars, etc.) do not qualify for compensatory time.
- Personnel who are required to perform extended service beyond the normal workweek to complete a special project, participate at a university function on a weekend (e.g. orientations, graduation, conference, etc.) or meet specific deadlines due to unusually heavy, peak-period workload, may claim compensatory time provided they have written pre- approval from their supervisor and the Human Resources Director.
- In other circumstances, compensatory time for work on a legal holiday, a Saturday or Sunday may be granted at the discretion of the President/Campus CEO or designee as appropriate, provided they have received written pre-approval from the President/Campus CEO or designee.
- Use of compensatory time is subject to supervisory approval which shall not be unreasonably withheld.

Such compensatory time earned must be taken by December 31st of the year earned. Compensatory time will not be used as the basis for additional compensation. Employees may not aggregate more than 15 days (120 hours) of compensatory time.  With written approval from the President/Campus CEO or designee an employee may aggregate more than 15 days, but in no case shall the  aggregate exceed 20 days (160 hours).

### 7.9    Sabbatical Leave

Sabbaticals are granted to increase an employee's value to the System by improving professional skills and thereby enriching the employer. Sabbatical leaves shall be granted for planned travel, study, formal education, research, writing or other experience of professional value. Such leave shall be available as a matter of privilege rather than a right and shall be granted to an eligible employee only in those cases where the criteria set forth below are met.

Upon completion of six (6) years' full-time service, an employee may be considered for sabbatic leave. After a sabbatical, a person does not again become eligible until the  completion of an additional six (6) years' of full-time service. The number of sabbatic leaves available each year is limited and depends upon the availability of funds. Leaves are granted  without regard to seniority or to the number of years a person has been eligible for a sabbatical. Proposals for such leaves must be submitted to a President/Campus CEO or the Board, as  appropriate. The proposal must include:

CSCU 10/26/21 POSITION 000072
ESPOSITO 1/7/22 HEARING - 000248

1. A full description of the activity to be undertaken;
2. A detailed explanation of how this activity will improve professional skills and is mutually beneficial to the institution/Board of Regents and the individual;
3. The time period for which the leave is requested; and
4. A description of the individual's role, his/her prior service to the institution/Board of Regents, and other contributions to the System.

The President/Campus CEO or the Board, as appropriate, will evaluate the request for sabbatic leave based on the following criteria:

1. The merits of the project to the System;
2. The merits of the project to the professional development of the individual;
3. The feasibility of completing the project within the timeframe stated in the proposal; and
4. How the leave would impact the functioning of the unit.

Leaves approved by the President/Campus CEO or the Board shall be reported to the Board.

Payment for employees on sabbatical leave shall be at the rate of full pay for leaves of six (6) months or less or half pay for leaves of more than six (6) months, but not to exceed twelve (12) months. An employee on sabbatical shall continue to accrue sick leave, vacation leave and retirement credit. An employee on a half-pay sabbatical shall be credited with one full- year service (but not salary) for purposes of retirement.

Management or Confidential Professional Personnel on sabbatic leave are permitted to receive additional compensation in the form of fellowships, government grants, and honoraria for purposes related to the leave, and part-time employment directly related to the project at an institution where they are in residence for the purpose of study and research, or other educational purpose, in addition to the partial salary from the constituent unit, provided that the total compensation from all sources does not exceed full salary. The leave may not be used to accept paid employment during the period of the leave except as provided above. Upon completion of the sabbatic leave and within three (3) months of returning from the leave, the employee will submit a written report to the President/Campus CEO or the Board that details the professional activities and accomplishments attained in pursuit of the objectives set forth in the original proposal report (a dissertation may be substituted if completed while on the sabbatic leave). Employees accepting and completing sabbatic leave are expected to return to on-site work for one (1) year following expiration of the leave unless specifically exempted from this provision in writing by the President/Campus CEO or Board.

**7.10     Leaves Without Pay**

A President/Campus CEO, as appropriate, may grant an employee an unpaid leave of absence for periods lasting up to one (1) calendar year. Unpaid leaves of absence may be extended for up to no more than one (1) additional year at the discretion of the President/Campus CEO. During an unpaid leave, an employee may exercise the option of continuing all benefits normally provided by the state by paying all the required premiums for such benefits. While on unpaid leave, an individual shall remain an employee of the Board; however, the period of any such leave shall not be considered a period of service for purposes of salary and fringe benefit calculation, retirement, seniority or eligibility for sabbatic leave. Any family or medical leave taken pursuant to Article 7.14 shall count toward the one-year limit.

**7.11     Short-Term Military Leave**

Short-term military leave shall be granted in accordance with state and federal statutes.

**7.12     Court Leave**

An employee who serves on a jury or is subpoenaed to testify to matters which arose out of the course of state employment, shall be entitled to receive full pay and benefits for the duration of such duty in return for relinquishing to the state all fees received for such jury duty.

**7.13     Leave With Pay**

In extraordinary circumstances, the CSCU President, with the approval of the Board, may grant leave with pay for not more than six (6) months if it is in the best interest of the System. Such leave should serve the operational needs of the System and would be granted solely for that purpose. During said leave, the individual on leave will be assigned projects or tasks that the President of the Board of Regents deems beneficial to the System or its institutions. Such leaves may also be granted at the universities and colleges on the recommendation of the President/Campus CEO and with the written approval of the CSCU President and the Board. Leaves approved by the CSCU President shall be reported to the Board of Regents.

**7.14     Family and Medical Leave**

In addition to any other paid benefits or leaves, upon written request and with proper medical documentation, an eligible employee shall be granted:

Federal FMLA: Up to 12 weeks of unpaid leave in a twelve-month period for the birth, care or adoption a child; placement of a child for foster care; care for an immediate family member with a serious health condition; or to take a medical leave when the employee is unable to work due to a serious health condition. Employees may elect or the System may require that the employee utilize their accrued leave for this time. For the purpose of this section, "serious health condition" is defined as an illness, injury, impairment, or physical or mental condition that involves: (1) any period of incapacity or treatment related to in-patient care in a hospital, hospice or residential care facility; or (2) continuing treatment by a health care provider.

CSCU 10/26/21 POSITION 000074
ESPOSITO 1/7/22 HEARING - 000250

State Family/Medical Leave: Up to 24 weeks of unpaid leave within a two-year period for the birth, care or adoption of a child; care for an immediate family member with a serious illness; or to take a medical leave when the employee is unable to work due to a serious illness. The state entitlement begins after the employee has exhausted their applicable sick leave accruals. The employee is allowed to use their personal leave and vacation accruals, however, this will not extend the 24-week period. Where possible, leave time granted under this provision will run concurrently with the federal FMLA entitlement.

For the purpose of this section, "serious illness" means an illness, injury, impairment, or physical or mental condition that involves: (1) in-patient care in a hospital, hospice or residential care facility; or (2) continuing treatment or continuing supervision by a health care provider.

The federal and state leaves both define an immediate family member as a spouse, child or parent of such employee.

The state shall pay for the continuation of health insurance benefits for the employee during any leave of absence taken pursuant to this section. In order to continue any other health insurance coverage during the leave, the employee shall contribute that portion of the premium the employee would have been required to contribute had they remained an active employee during the leave period.

The period of such leave shall count towards the one-year limit described in Article 7.10.

**7.15    Return to System Employment**

A person who terminates employment for reasons other than retirement and who returns to the employment of the System within one (1) year of the date of such resignation or termination shall be credited with the number of unused days of sick leave that were available to them on the last work day. Unused personal leave shall be reinstated to the employee if they return within the same calendar year. No credit will be given for vacation days.

**7.16    Leave Privileges for Transferred Employees**

Employees of the state who are transferred into or within the System shall carry with them all accrued sick, vacation, and personal leave previously earned elsewhere in the service of the state or the Board.

**7.17    Separation Because of Incapacity**

When a Management or Confidential staff member has become physically or mentally incapable of or unfit for the efficient performance of duties of his/her position, the President/Campus CEO may recommend to the Board of Regents that the person be separated from state service in good standing, after the staff member has exhausted the sick leave or other leave to which he/she is entitled. The Vice President for Human Resources may require that the management or confidential employee receive a physical or mental examination by a competent medical professional.

**ARTICLE 8 – NON-CONTINUATION, DISCIPLINE, REPRIMAND, SUSPENSION AND TERMINATION**

**8.1      Non-continuation**

Presidents/Campus CEOs may be non-continued only by an action of the Board. Other management and confidential professional employees may be non-continued in their current positions without cause or explanation, at the option of the President of the Board, for System Office employees; or Presidents/Campus CEO, for College and University employees. Permanent employees hired on or after January 1, 2013, shall receive three (3) months' notice, except for employees hired as campus Presidents/Campus CEOs whose notice periods shall be established in their initial appointment letters. Campus academic management positions at or above the level of Dean may receive up to twelve (12) months' notice. Permanent employees hired prior to January 1, 2013, shall have the greater of three (3) months' notice or the notice provisions covered by the policy that was previously in effect for their respective employer (e.g. BOR/DHE, CCC, CSU or Charter Oak). The Board retains the authority to offer payment of salary in lieu of service or notice.

**8.2      Discipline for Cause**

No employee shall be disciplined except for cause. Discipline is defined as reprimand, suspension or termination. Discipline does not include counseling.

Cause includes, but is not limited to: conviction of a crime; offensive, indecent or abusive conduct toward students, the public, superiors or co-workers; use of fraudulent credentials in seeking of appointment, continuation of appointment or promotion; poor performance; theft; willful neglect or misuse of state funds, property, equipment, material or supplies, including state-owned vehicles; violation of law, state regulation or policy of the Board of Regents for Higher Education; intoxication while on duty; neglect of duty; insubordination; engagement in an activity detrimental to the State or the Board of Regents for Higher Education; and disloyalty to the United States or to the State of Connecticut.

**8.3      Reprimand**

All reprimands shall be placed in the employee's personnel file and a copy shall be sent to the employee. Written reprimands may be removed from an employee's personnel file on the one year anniversary of the date of its issuance unless, during that one year period there is additional discipline issued to the employee. It shall be the employee's responsibility to request removal of a reprimand after its expiration date has passed. Reprimands may only be removed by mutual agreement of the President/Campus CEO, Chief Human Resources Officer and the employee.

**8.4      Suspension**

A President/Campus CEO may suspend an employee with pay if the employee constitutes a threat of harm to him or herself or others pending investigation of conduct for which discipline may be appropriate.

A President/Campus CEO may suspend an employee without pay for cause as specified in section 8.2. In any given action, the affected employee shall have the right to know and respond to the reasons for suspension without pay prior to the imposition of the penalty.

**CSCU Human Resources Policies for M/C Professional Personnel**          Page 27

**8.5     Appeals of Discipline (not applicable to those non-continued based on 8.1)**

To discipline an employee (per 8.2) the following steps shall be followed:

A.     Before any disciplinary action is taken a meeting shall be arranged with the employee and the designee of the employer to discuss the situation. The employee shall have the opportunity to present relevant information. Upon the agreement of both parties discussion may be continued to a mutually agreed time.

B.     After the employer has issued discipline the employee may request a formal hearing by presenting said request not later than five (5) days after the receipt of the disciplinary notice. Said hearing shall be scheduled within thirty (30) days following a timely request by the employee.

C.     A hearing for non-Presidential/non-Campus CEO Staff shall be held before the Vice President for Human Resources or his/her designee. The hearing shall not be governed by formal rules or procedures. The Vice President for Human Resources or his/her designee shall make a good faith effort to be fair and impartial while eliciting relevant information on the matter in question. If the discipline that is being contested was imposed by the Vice President for Human Resources then the President of the Board of Regents may appoint a different hearing officer of his/her choosing.

D.     Hearings for Presidential/Campus CEO Staff shall be held by a committee of three appointed by the Chairman of the Board of Regents or his/her designee. Such hearings shall not be governed by formal rules or procedures. The committee appointed by the Chairman of the Board or his/her designee shall make a good faith effort to be fair and impartial while eliciting relevant information on the matter in question.

E.     In either a Presidential/Campus CEO or non-Presidential/non-Campus CEO hearing the hearings officers have ten
        (10) days from the conclusion of the hearing to notify the employee of his/her final and binding decision. Said decision(s) shall be without appeal.

F.     Failure by an employee to adhere to the deadlines specified herein shall be deemed a waiver of the opportunity for a hearing on the matter.

**8.6     Abandonment**

Failure to perform assigned duties for five (5) consecutive working days without prior approval of the CSCU President (for system office personnel); or the President/Campus CEO (for college and university personnel) is abandonment of one's appointment/position. The employee who has abandoned his/her position will then be separated from State service and be deemed to have resigned not in good standing.

**8.7     Layoff**

In the event of a reduction in the ranks of Management and/or Confidential Professional employees resulting from retrenchment, reorganization or fiscal exigency, the notice provisions for non-continuation in 8.1 shall apply.

**8.8     Notice of Retirement or Resignation** *(08/21/14)*

is recommended that employees planning retirement provide three (3) months of notice and employees resigning provide at least four (4) weeks of notice when possible. Scheduling of the last day at work should be discussed with the employee's supervisor or other designated individual in an attempt to work out the best arrangement for all concerned.

# APPENDICES

**A.**   **MC Salary Range Plans effective 7/1/2020**

| CSCU FY21 MC Grid Annualized | | | | | |
|---|---|---|---|---|---|
| Salary Structure: July 1, 2020 | | | | | |
| Level/System Classification | Min | 1/4 Mark | Midpoint | 3/4 Mark | Maximum |
| Professional 1 | $44,890 | $53,106 | $56,112 | $61,723 | $67,334 |
| Professional 2 | $52,685 | $62,328 | $65,856 | $72,442 | $79,027 |
| Professional 3 | $62,003 | $73,352 | $77,504 | $85,254 | $93,005 |
| Manager 1 | $72,845 | $86,178 | $91,056 | $100,162 | $109,267 |
| Manager 2 | $85,478 | $101,124 | $106,848 | $117,533 | $128,218 |
| Manager 3 | $99,994 | $118,296 | $124,992 | $137,491 | $149,990 |
| Executive 1 | $118,003 | $139,602 | $147,504 | $162,254 | $177,005 |
| Executive 2 | $138,432 | $163,770 | $173,040 | $190,344 | $207,648 |
| Executive 3 | $162,893 | $192,708 | $203,616 | $223,978 | $244,339 |
| Executive 4 | $191,386 | $226,416 | $239,232 | $263,155 | $287,078 |
| Executive 5 | $224,986 | $266,166 | $281,232 | $309,355 | $337,478 |



**CSCU** Connecticut State
Colleges & Universities

## CLASSIFICATION AND COMPENSATION PROCEDURES

### Management and Confidential Professional Personnel

### Effective July 2020

# Table of Contents

INTRODUCTION ................................................................................................ 1

DEFINITIONS ................................................................................................ 2-3

JOB EVALUATION AND CLASSIFICATION ................................................................. 4

ESTABLISHMENT OF A NEW CLASSIFICATION/TITLE ................................................. 5
    Step 1:  Create or Update a Job Description ............................................. 5
    Step 2:  M/C Evaluation Committee Reviews the Job ................................. 5
    Step 3:  Document Classification ............................................................ 5

SETTING THE HIRING SALARY ................................................................................ 6
    Step 1: Review Skills and Experience of the Individual ............................. 6
    Step 2: Review Internal Equity ............................................................... 7
    Step 3: Final Approval of Hiring Salary .................................................. 7

CHANGES TO JOB CONTENT ................................................................................ 8
    Permanent Additional Duties ................................................................ 8
    Reclassification of a Job ....................................................................... 8
    Step 1: Institution's HR Office Conducts Review ..................................... 9
    Step 2: M/C Evaluation Committee Reviews the Job ............................... 9
    Step 3: Document Reclassification ......................................................... 9
    Step 4: Consideration of Salary Adjustment .......................................... 9
    Re-Evaluation of a System Classification Title ....................................... 10
    Temporary Assignment of Additional Duties .......................................... 11
    Interim Appointments ...................................................................... 11-12

PROMOTION ................................................................................................ 13
    Promotion to a Higher-Level Job .......................................................... 13

SALARY INCREASES AND ADJUSTMENTS ............................................................... 14
    Salary Increases ................................................................................ 14
    Equity and Market Adjustments ........................................................... 14
    Step 1: President's/Campus CEO's Written Justification........................... 14
    Step 2: Review & Recommendation by M/C Evaluation Committee ........... 14

i

CSCU 10/26/21 POSITION 000080
ESPOSITO 1/7/22 HEARING - 000256

Step 3: CSCU President's Decision...................................................................................15

**APPENDIX A – SALARY STRUCTURE** ...................................................................**16**

M/C Salary Rates, Annualized ...............................................................................16

M/C Salary Rates, Biweekly ..................................................................................16

President Salary Rates, Annualized........................................................................17

President Salary Rates, Biweekly...........................................................................17

**APPENDIX B – CLASS SPECIFICATIONS AND JOB DESCRIPTIONS** .......................................**18**

Class Specifications ...............................................................................................18

Job Descriptions ....................................................................................................19

**APPENDIX C – JOB EVALUATION SYSTEM** ..........................................................**20**

ii

CSCU 10/26/21 POSITION 000081

ESPOSITO 1/7/22 HEARING - 000257

## Introduction

The Board of Regents (BOR) has adopted a Classification and Compensation System for the Connecticut State Colleges & Universities' (CSCU) Management and Confidential Professional employees and has authorized the CSCU President to make reasonable updates to the procedures from time to time within the conceptual basis of the system in order to keep the document current.  This system has been designed to provide competitive, fair, and equitable salaries in order to attract, retain, and engage highly-qualified staff.  To this end, the BOR will provide salary opportunities that:

- Are based on job responsibilities;

- Are competitive within the markets in which CSCU competes for talent;

- Promote internal equity with jobs that have similar duties; and

- Consider the financial resources of CSCU and each of its institutions.

This procedures manual is intended to be a reference for ongoing system-wide administration of compensation in a manner consistent with the system. The System Office Human Resources department is responsible for administering CSCU's Classification and Compensation Procedures for Management and Confidential Professional Personnel.

While we intend to lend stability in our policies and practices, the CSCU President reserves the right to interpret the policies, rules, sections, and provisions contained in this manual, as it deems appropriate in its sole discretion. The CSCU President also reserves the right to amend, modify, change, cancel, terminate, or withdraw any or all of the policies, rules, sections, and provisions of these guidelines at any time, unilaterally, with or without prior notice.

All hiring, reclassification, promotion and other personnel actions must comply with federal and state regulations, Board of Regents' policy, and the institution's policies and procedures including, but not limited to, Affirmative Action and Equal Opportunity requirements.  Nothing in these procedures should be construed to reduce, eliminate, or supersede any of those requirements.

The monetary impact of salary adjustments as a result of these procedures shall be absorbed by the institution at which the affected incumbent(s) is employed.

This manual, and all subsequent revisions, supersede and/or replace all policies, rules, and classification and compensation systems issued previously.

1

**Definitions**

**CSCU President** – Refers to the President of the Connecticut State Colleges & Universities.

**Class Specification** - A Class Specification is a general overview of a particular occupational area (Administrative Assistant, CC Dean of Academic Affairs, SU Chief Human Resources Officer). A class specification contains a high-level synopsis of the most important features of a job, including a general description and the level of work performed.

**Department Head** – The manager who has oversight responsibility of the particular Management or Confidential Professional incumbent or position.

**HR Officer** – The highest ranking human resources position at the institution (e.g., Director or Associate Director of Human Resources at the colleges, Chief Human Resources Officer or Associate Vice President for Human Resources at the universities, Vice President for Human Resources at the System Office and Chief Financial and Administrative Officer at Charter Oak State College). In cases when the HR Officer is the subject of a possible personnel action, the President or designee, shall substitute for the HR Officer in the review and approval process.

**Institutions** – Refers to the colleges, universities and the System Office that comprise the CSCU System.

**Job Description** - A Job Description details characteristics, key responsibilities and duties of a specific job(s) at the incumbent level. A Job Description is job specific with well-defined statements that clearly identify and describe the scope and content of the job.

**Level (or salary level)** - Refers to one of the eleven salary levels from the lowest level of Professional 1 to the highest level of Executive 5 that comprise the CSCU salary structure for Management and Confidential Professional Personnel. Each salary level contains a set minimum, ¼ mark, mid-point, ¾ mark and maximum salary rate.

**M/C Job Evaluation Committee** – Standing committee of five comprised of the CSCU Vice President for Human Resources, and two college and two university Human Resources Officers. The Committee is appointed by the CSCU President, or designee. This Committee is responsible for evaluating new positions, jobs that have had a significant expansion of duties, and for reviewing equity and market salary adjustment requests. The committee will also be responsible for regular review and update to the salary ranges no more frequently than annually. The Committee will submit recommendations to the CSCU President for approval.

**Position/Job** – Position or job means a group of duties and responsibilities assigned or designated to require the services of one employee.

**President/Campus CEO** – Refers to campus leaders at any of the Connecticut State Colleges and Universities.

2

**System Classification Title** - A position or group of positions that share general characteristics and are categorized under a single System Classification Title for salary level and other administrative purposes. A system classification title is a generic title for a classification. If there is an abbreviation preceding the title, it indicates that the System Classification Title is limited to usage at certain institutions (e.g., BOR - System Office, CC - community colleges, COSC - Charter Oak State College, SU - state universities, or the specific initials of a particular institution such as 'CCSU').

3

## Job Evaluation and Classification

Based on a point factor system, the job evaluation process is used to provide CSCU with a consistent, replicable methodology that ensures appropriate classification of jobs and placement in the salary program. Each new job is evaluated by a M/C Job Evaluation Committee of five comprised of the CSCU Vice President for Human Resources and two college and two university HR Officers. The Committee shall be appointed by the CSCU President, or designee. The Committee may establish uniform procedures and forms, and set documentation standards for the job evaluation process.

The level placement is determined by the results of an analysis of the duties and responsibilities set forth in the job description using a point factor instrument (PFI), and comparison with similar jobs within the system. Appendix B contains further details concerning class specifications and job descriptions.  See Appendix C for the seven factors that comprise the Job Evaluation System.

4

CSCU 10/26/21 POSITION 000085

ESPOSITO 1/7/22 HEARING - 000261

## Establishment of a New Classification/Title

Whenever possible, existing system classification titles should be used for new positions. However, when a HR Officer believes a new classification must be established the following procedure shall apply.

### Step 1: Create or Update a Job Description

Human Resources will assist the department head with gathering information about the job. The department head or his/her employee will need to complete or update a job description.

Upon receiving the draft job description, the institution's HR Officer will review the content and will finalize and approve the job description in consultation with the department head and/or the employee (if needed).

### Step 2:  M/C Evaluation Committee Reviews the Job

To initiate a job evaluation in order to create a new classification, the institution's HR Officer, with the approval of the President/Campus CEO, shall contact the CSCU Vice President for Human Resources. After the job description is approved at the institution, the position will be evaluated using a job evaluation tool (PFI) that directly corresponds to the factors listed in the Job Evaluation System as contained in Appendix C and comparing the position to similar jobs, if applicable.  The M/C Job Evaluation Committee may ask for additional information about the job, if necessary.  Jobs are classified and assigned to a level only after formal review and approval by the M/C Job Evaluation Committee.

### Step 3:  Document Classification

The HR Officer will be advised of the job evaluation results and will be provided with the salary level, system classification title and class specification document.

5

CSCU 10/26/21 POSITION 000086
ESPOSITO 1/7/22 HEARING - 000262

## Setting the Hiring Salary

The compensation plan consists of a series of eleven salary levels that are designed to provide competitive salary opportunities for the responsibilities and requirements of Management and Confidential Professional jobs within the CSCU System. The guidelines below provide direction on how salaries should be set within a level. Salaries should be determined and managed by taking into account the skills, education and experience of the individual, as well as external market and internal equity factors.  Individuals within a job will progress through the level based on growth in their knowledge and experience, as well as performance.

The salary levels are wide enough to accommodate a variety of experience and performance levels, and all incumbents can expect to be paid within the salary range associated with their job's classification.

Setting a hiring salary involves a review by the HR Officer of the skills and experience of the incumbent in relation to the salary range associated with the job's level.

### Step 1: Review Skills and Experience of the Individual

Individual salaries will be collaboratively set within the range for the level by the HR Officer and the department head, or designee, based on the incumbent's individual skills and qualifications as defined below in *"Managing Salaries within a Level."* In all cases, hiring salaries are dependent upon the institution's available financial resources and internal equity considerations.

### Managing Salaries within a Level



| Minimum | ¼ Mark | Midpoint | ¾ Mark | Maximum |
|---|---|---|---|---|
| **1st Quartile** | **2nd Quartile** | **3rd Quartile** | **4th Quartile** |
| • New to job and field, has little or no direct, related prior experience | • Will perform some/most job responsibilities effectively | • Will perform all aspects of job effectively and independently | • Expert in all job criteria |
| • On steep learning curve, building both skills and knowledge as well as ability to handle job responsibilities | • Possesses all/most of the base knowledge and skill requirements, but may need to build upon them through experience | • Experienced in the job and possesses required knowledge and skills | • Has broad and deep knowledge of own area as well as related areas |
| | • May still be learning some aspects of job or developing expertise to handle them more independently and effectively | • Exhibits desired competencies to perform job successfully | • Depth and breadth of experience in the job, specialized skills and significant value |
| | • Exhibits many or most desired competencies to perform job successfully | • Seasoned and proficient at building job responsibilities | • Will serve as expert resource and/or role model/mentor to others in similar jobs or to other areas |

6

**Step 2: Review Internal Equity**

Before any salary is finalized, the institution's HR Officer will conduct a review of relevant salaries to ensure internal equity. The HR officer will confirm the review of any significant equity issues with the Director of Compensation, Benefits, and HR Admin to ensure institution wide equity.

**Step 3: Final Approval of Hiring Salary**

For offers at or below the midpoint of the grade, the final hiring salary must be approved by the institution's HR Officer and President/Campus CEO, or designee, before an offer is made to a candidate.

Any salary offer above the midpoint of a grade must be submitted to the CSCU Vice President of Human Resources for approval along with:

- a justification for the offer
- support of the College or University President/Campus CEO
- support of the Human Resources Director

The CSCU Vice President of Human Resources will review and will engage the M/C Evaluation Committee for review of requests for salary offers above the midpoint of the grade of the respective rank for classifications. The Vice President of Human Resources will formulate a recommendation to the CSCU President. For Mgr3 classification and above, the President of CSCU has the authority to approve salary offers above the midpoint for classifications but below the third (3rd) quartile of the grade. For Mgr2 classification and below, the CSCU Vice President of Human Resources has the authority to approve salary offers above the midpoint but below the third (3rd) quartile of the grade. Any planned salary offers at or above the third (3rd) quartile of the grade require Board approval.

7

**CSCU 10/26/21 POSITION 000088**
**ESPOSITO 1/7/22 HEARING - 000264**

## Changes to Job Content

The content of a job may change in a variety of ways. Any resulting changes to salary will be determined by the results of a comparison to similar jobs within the institution or CSCU system, a job evaluation (if necessary), and an internal equity analysis.

**NOTE:** A change to *how* work is done (e.g., changes to the tools or processes used to perform duties) *does not normally warrant a reclassification or a salary adjustment*. While such a change may require training to learn new software or methods, it does not usually change the purpose or overall accountabilities of the job.

### Permanent Additional Duties

A permanent expansion of responsibilities may not impact the job definition significantly enough to influence its market value or internal role. Small changes in a job do not influence the job's core role at CSCU and its market value and, therefore, would not warrant reclassification (e.g., different software to handle same job responsibilities, procedural changes to existing work, responsibility for overseeing student workers).

While such a change may not result in the job warranting a reclassification, the HR Officer may consider, upon review of the changes, whether or not a salary adjustment is warranted for the permanent additional duties assignment. An element of the consideration will be the level of the position. Typically, the higher the level of the job, the more significant the added duties or responsibilities would need to be to warrant a salary adjustment, as the job may be sufficiently broad to encompass the expanded duties.

If the HR Officer determines an increase is warranted, the institution's HR Officer and department head will collaborate to determine the appropriate increase, with the final approval of the President, or designee, within the parameters set forth within these procedures.

### Reclassification of a Job

The following are examples of situations that *may* warrant a job reclassification:

- Department reorganization and job restructuring
- Addition of full-time staff reporting to the job
- Addition of new area(s) of responsibility
- Major change in level of authority, scope, impact and accountability

Requests for reclassification should be made by the department head to whom the position reports, and not by individual staff members. If a staff member believes that his/her job needs

8

to be reclassified, he/she should discuss this with his/her department head, who will review the request with the HR Officer to determine the appropriate course of action.

**Step 1: Institution's HR Office Conducts Review**

Human Resources will assist the department head with gathering information about the job changes. The department head or his/her employee will need to update a job description. Upon receiving the draft, updated job description, the institution's HR Officer will review the content and will finalize and approve the job description in consultation with the department head and /or the employee (if needed).

If in the judgment of the HR Officer, the content of an existing approved class specification closely meets the requirements of the reviewed job, that system classification title, class specification and salary level may be used if the following conditions are met:  (1) The system classification title must be approved for use by the appropriate institution type (e.g., BOR, CC, COSC, SU); and (2) The incumbent employee must meet the minimum qualifications for the position.  If using an existing system classification, go to Step 4, otherwise proceed to Step 2.

**Step 2: M/C Evaluation Committee Reviews the Job**

After the job description is approved at the institution, an HR Officer may initiate a reclassification review with the approval of the President, by contacting the CSCU Vice President for Human Resources. The position will be evaluated using a job evaluation tool (PFI) that directly corresponds to the factors listed in the Job Evaluation System as contained in Appendix C and comparing the position to similar jobs, if applicable. The M/C Job Evaluation Committee may ask for additional information about the job, if necessary.  Jobs are reclassified and assigned to a new level only after formal review and approval by the M/C Job Evaluation Committee.

**Step 3: Document Reclassification**

The HR Officer will be advised of the job evaluation results and will be provided with the salary level, system classification title and class specification document.

**Step 4: Consideration of Salary Adjustment**

If after formal review, the M/C Evaluation Committee recommends a job be reclassified, the institution's HR Officer in collaboration with the department head will make a salary adjustment recommendation to the President or designee.  The incumbent's salary may be increased by 6% to 10%, or to the minimum of the salary level of the new classification, whichever is greater.  There may be instances in which a salary adjustment is not warranted

9

CSCU 10/26/21 POSITION 000090
ESPOSITO 1/7/22 HEARING - 000266

due to the incumbent's current salary level falling within the appropriate range of the new salary level.

| Change in Responsibilities | Impact on Salary | Example(s) but not limited to: |
|---|---|---|
| **Additional Duties**<br><br>**Permanent Expansion of Responsibilities Not Warranting a Reclassification** | • Job remains assigned to its current level.<br>• Pay for additional duties assigned permanently should be calibrated to the magnitude of change.<br>• May or may not result in salary change. Can vary based on the assignment.<br>• If an increase is warranted, the incumbent's salary may be increased up to 5.9%. | Additional task added to the job function (e.g., performing a periodic analysis) |
| **Reclassification**<br><br>**Significant and Permanent Changes Warranting a Reclassification** | • Some changes or additions may impact the job definition significantly enough to influence its market value or internal role.<br>• These types of changes warrant a review to determine if a reclassification is appropriate.<br>• Salary change will vary based on the level into which the job is assigned and the incumbent's current salary.<br>• The incumbent's salary may be increased by 6% to 10%, or to the minimum of the salary level of the new classification, whichever is greater. There may be instances in which a salary adjustment is not warranted due to the incumbent's current salary level. | Change in level of supervisory responsibility (e.g., team leader to supervisor) |

**Re-Evaluation of a System Classification Title**

When the job content of an entire system classification title has changed substantially enough that it may have the effect of warranting a change in salary level, the entire system classification title may be re-evaluated by the M/C Job Evaluation Committee. The CSCU Vice President for Human Resources, with the approval of the CSCU President, shall forward such a re-evaluation request to the M/C Evaluation Committee if he/she believes the re-evaluation is warranted. If the review indicates the need for an increase in salary level for the system classification title, the salary adjustment parameters for a reclassification shall apply. Individual salary adjustments related to the re-evaluation shall require approval of the CSCU Vice President for Human Resources who shall review to ensure system-wide equity within the system classification title.

10

Temporary Assignment of Additional Duties

When a staff member is temporarily assigned additional duties along with his/her regular job duties and the assignment is for a period of more than 30 days (excluding covering duties of other positions due to vacations and other short-term situations), the employee may receive additional pay of up to 10% beginning the 31st day of the assignment and retroactive to the first day of such temporary assignment. Additional pay shall not be applicable when a staff member is required to cover the duties of a position at a comparable or lower level that exists within the scope of the staff member's department/division. The additional pay shall be approved by the HR Officer and the President, or designee.

Temporary assignment of additional duties shall be reviewed after one year and normally shall not exceed two years in duration. Upon completion of the temporary assignment, the additional pay shall be removed.

Interim Appointments

It may be necessary for staff members at CSCU to be appointed on a temporary basis to cover a vacated Management or Confidential Professional position before a non-temporary appointment can be made. If an employee accepts a temporary/interim appointment to a higher-level position, the incumbent shall be assigned to that position[1] and his/her salary may be increased by 6% to 10%, or to the minimum of the salary level of the new classification, whichever is greater. The salary adjustment shall be approved by the HR Officer and the President/Campus CEO, or designee. There may be instances in which a salary adjustment is not warranted due to the incumbent's current salary falling within the appropriate range of the salary level.

Those employees in a temporary/interim appointment may be considered for a salary increase if determined to be eligible by having an employment period of at least six months in a Management or Confidential Professional position as outlined below in Salary Increases and Adjustments. An equivalent salary increase should be applied to their permanent Management or Confidential Professional position to which they are reassigned at the conclusion of their temporary/interim appointment.

When an employee serving in a temporary/interim appointment is appointed to that position on a non-temporary basis following a competitive search process, it shall be

---

[1] Typically, this would require placing the employee on leave in his/her non-temporary position and hiring them into the recently vacated position.

[2] The President/Campus CEO is responsible for documenting in the Affirmative Action Plan why a competitive search was not conducted to fill the vacancy (e.g., The hire resulted in the fulfillment of a promotional goal in the Affirmative Action Plan).

11

CSCU 10/26/21 POSITION 000092
ESPOSITO 1/7/22 HEARING - 000268

treated for salary purposes as a new hire.  This may or may not result in an additional salary adjustment depending on the incumbent's current salary in relation to his/her skills, education and internal equity considerations.  Reference the *"Setting the Hiring Salary"* section of these procedures.

If an employee serving in a temporary/interim appointment is appointed to that position on a non-temporary basis without a competitive search process[2], consideration of any salary adjustment for the employee will be pursuant to the guidelines provided for a promotion.

(Also see Article 5.7 of the Human Resources Policies for Management and Confidential Professional Personnel for policy related to interim appointments.)

12

CSCU 10/26/21 POSITION 000093
ESPOSITO 1/7/22 HEARING - 000269

## Promotion

### Promotion to a Higher-Level Job

Being promoted involves taking on a job that is assigned to a higher level. Such a move generally warrants an increase in salary to recognize these additional responsibilities and to ensure that the salary for the new job is consistent with market and internal equity. An exception may occur if the incumbent's current salary is very high in the level for his/her current job.

When a Management or Confidential Professional employee accepts a position following a competitive search process, it shall be treated for salary purposes as a new hire.  Reference the *"Setting the Hiring Salary"* section of these procedures.

In the case of promotions that did not result from a competitive search process, the HR Officer, in consultation with the department head, will determine an appropriate salary within the new level, based on the staff member's skill, knowledge, experience, performance and current salary in relation to the new level.

The incumbent's salary may be increased by 6% to 10%, or to the minimum of the salary level of the new classification, whichever is greater.  The President/Campus CEO, or designee, will provide final approval of the salary amount.  In all cases, promotional increases are dependent upon available financial resources and internal equity considerations.

There may be instances in which a salary adjustment is not warranted due to the incumbent's current salary level.  There also may be instances in which an increase of greater than 10% is appropriate and not simply to bring the incumbent to the minimum salary level.  In these cases, the institution's President shall submit a written request to the Vice President of Human Resources detailing the reasons for the exception to the salary adjustment parameters.  The Vice President of Human Resources will review and may consult with the M/C Evaluation Committee. The Vice President of Human Resources will formulate a recommendation to the CSCU President. A promotional adjustment of greater than 10% may only be implemented following the written approval of the CSCU President. Any increase of greater than 35% for any executive level employee (Manager 3 or above graded positions), other than those resulting from a grade change, will be submitted to the BOR HR/Admin Committee for approval.

13

CSCU 10/26/21 POSITION 000094
ESPOSITO 1/7/22 HEARING - 000270

**Salary Increases and Adjustments**

Salary Increases

Annual Salary increases may be approved by the CSCU President in accordance with market factors, negotiated union increases and the CSCU operating budget.

The effective date for annual salary increases shall be the beginning of the pay period that includes July 1. No one employed less than six months in a Management Confidential position covered by this policy shall be eligible for consideration of such a salary increase. Employees promoted from a Management Confidential role to a new Management Confidential role covered by this policy within the six months will be eligible for the increase. Anyone who will not be employed in a Management or Confidential Professional position as of September 1, for any reason, shall not be eligible for a salary increase. The System Office will disseminate guidelines for implementing annual salary adjustments/increases.

Equity and Market Adjustments

- **Equity Adjustment:** an adjustment that is made to ensure that an individual staff member's salary appropriately reflects his/her skills, knowledge, experience, performance and longevity when compared to other incumbents within the same system classification title. Modest to moderate salary differences may be expected among incumbents within a classification due to a range of individual factors; however, when a significant salary difference is present that cannot be attributed to individual factors, an inequity may exist.

- **Market Adjustment:** an adjustment that is made to recognize changes in the competitive market salary for a job. Market adjustments are unlikely to occur often, because the compensation plan is based on benchmarking and is reviewed annually. Occasionally, however, unusual market circumstances may warrant an adjustment.

When a President/Campus CEO believes a pay inequity exists or a market adjustment is needed, the following procedure shall be followed:

Step 1: President's/Campus CEO's Written Justification

The President/Campus CEO shall submit a written justification detailing the basis of the need for the recommended inequity/market adjustment, supporting documentation of such an inequity/market adjustment, and suggested salary (within current level) to the CSCU Vice President for Human Resources, or designee, who shall submit to the M/C Evaluation Committee for review.

14

CSCU 10/26/21 POSITION 000095
ESPOSITO 1/7/22 HEARING - 000271

**Step 2: Review & Recommendation by M/C Evaluation Committee**

Upon receipt of the justification, the M/C Evaluation Committee shall express their observations to the President/Campus CEO, or designee, concerning whether or not a pay inequity has been documented (or a market adjustment is warranted). Committee member's comments should also address any matters regarding but not limited to system-wide impact and suggested salary. If in the collective opinion of the M/C Evaluation Committee the job content of the position shares the general characteristics of positions in a higher classification, the matter will be referred to the reclassification process.

**Step 3: CSCU President's Decision**

The CSCU Vice President for Human Resources will forward the M/C Evaluation Committee's comments to the CSCU President who shall have final authority to grant or reject the inequity/market salary adjustment. The CSCU President will communicate his/her decision to the campus President/Campus CEO. Typically, the effective date of any related salary adjustment should not be earlier than the submission date of the original equity/market consideration request.

15

## Appendix A – Salary Structure (Effective July 1, 2020)

M/C Salary Rates (Annualized)

| CSCU FY21 MC Grid Annualized | | | | |
|---|---|---|---|---|
| Salary Structure: July 1, 2020 | | | | |
| Level/System Classification | Min | 1/4 Mark | Midpoint | 3/4 Mark | Maximum |
| Professional 1 | $44,890 | $53,106 | $56,112 | $61,723 | $67,334 |
| Professional 2 | $52,685 | $62,328 | $65,856 | $72,442 | $79,027 |
| Professional 3 | $62,003 | $73,352 | $77,504 | $85,254 | $93,005 |
| Manager 1 | $72,845 | $86,178 | $91,056 | $100,162 | $109,267 |
| Manager 2 | $85,478 | $101,124 | $106,848 | $117,533 | $128,218 |
| Manager 3 | $99,994 | $118,296 | $124,992 | $137,491 | $149,990 |
| Executive 1 | $118,003 | $139,602 | $147,504 | $162,254 | $177,005 |
| Executive 2 | $138,432 | $163,770 | $173,040 | $190,344 | $207,648 |
| Executive 3 | $162,893 | $192,708 | $203,616 | $223,978 | $244,339 |
| Executive 4 | $191,386 | $226,416 | $239,232 | $263,155 | $287,078 |
| Executive 5 | $224,986 | $266,166 | $281,232 | $309,355 | $337,478 |

M/C Salary Rates (Biweekly)[2]

| CSCU FY21 MC Grid Bi-Weekly | | | | |
|---|---|---|---|---|
| Salary Structure: July 1, 2020 | | | | |
| Level/System Classification | Biweekly | 1/4 Mark | Midpoint | 3/4 Mark | Maximum |
| Professional 1 | $1,719.93 | $ 2,034.72 | $ 2,149.89 | $ 2,364.87 | $ 2,579.85 |
| Professional 2 | $2,018.59 | $ 2,388.05 | $ 2,523.22 | $ 2,775.56 | $ 3,027.86 |
| Professional 3 | $2,375.60 | $ 2,810.43 | $ 2,969.51 | $ 3,266.44 | $ 3,563.41 |
| Manager 1 | $2,791.00 | $ 3,301.84 | $ 3,488.74 | $ 3,837.63 | $ 4,186.48 |
| Manager 2 | $3,275.02 | $ 3,874.49 | $ 4,093.80 | $ 4,503.19 | $ 4,912.57 |
| Manager 3 | $3,831.19 | $ 4,532.42 | $ 4,788.97 | $ 5,267.86 | $ 5,746.75 |
| Executive 1 | $4,521.19 | $ 5,348.74 | $ 5,651.50 | $ 6,216.63 | $ 6,781.81 |
| Executive 2 | $5,303.91 | $ 6,274.72 | $ 6,629.89 | $ 7,292.88 | $ 7,955.87 |
| Executive 3 | $6,241.12 | $ 7,383.45 | $ 7,801.38 | $ 8,581.54 | $ 9,361.65 |
| Executive 4 | $7,332.80 | $ 8,674.95 | $ 9,165.98 | $10,082.57 | $10,999.16 |
| Executive 5 | $8,620.16 | $10,197.94 | $10,775.18 | $11,852.69 | $12,930.20 |

16

CSCU 10/26/21 POSITION 000097
ESPOSITO 1/7/22 HEARING - 000273

President Salary Rates (Annualized)

| CSCU FY21 Presidential Range Plans Effective 07/01/2020 * -Annualized | | | | | |
|---|---|---|---|---|---|
| CAMPUSES | Minimum | 1/4 Mark | Midpoint | 3/4 Mark | Maximum |
| **SMALL UNIVERSITIES** | | | | | |
| Eastern & Western | $269,650 | $285,992 | $302,008 | $332,209 | $362,410 |
| **LARGE UNIVERSITIES** | | | | | |
| Central & Southern | $294,700 | $312,561 | $330,064 | $363,070 | $396,077 |

*The classification of Community College President is no longer used. Anyone currently holding that classification is grandfathered in and will continue to receive adjustments equivalent to those awarded to all Management/Confidential employees

President Salary Rates (Biweekly)

| CSCU FY21 Presidential Range Plans Effective 07/01/2020 * Bi-weekly | | | | | |
|---|---|---|---|---|---|
| CAMPUSES | Minimum | 1/4 Mark | Midpoint | 3/4 Mark | Maximum |
| **SMALL UNIVERSITIES** | | | | | |
| Eastern & Western | $10,331.42 | $10,957.55 | $11,571.19 | $12,728.32 | $13,885.45 |
| **LARGE UNIVERSITIES** | | | | | |
| Central & Southern | $11,291.19 | $11,975.52 | $12,646.14 | $13,910.73 | $15,175.37 |

*The classification of Community College President is no longer used. Anyone currently holding that classification is grandfathered in and will continue to receive adjustments equivalent to those awarded to all Management/Confidential employees

CSCU 10/26/21 POSITION 000098
ESPOSITO 1/7/22 HEARING - 000274

## Appendix B – Class Specifications and Job Descriptions

Class specifications and job descriptions are essential management tools and can be used for many purposes, including recruitment, organizational planning, salary benchmarking, FLSA classification, ADA (Americans with Disabilities Act) compliance, and conveying expectations for performance. Since jobs are assigned to levels based on their content, role, and responsibilities, it is important that class specifications and job descriptions be current, accurate, and complete.

Class Specifications

A new class specification must be created for any new system classification title.  The System Office Human Resources Department is responsible for creating and maintaining the class specifications, as necessary. The following sections comprise the class specification:

1.   Job Summary/Essential Functions
2.   Supervisory Responsibilities
3.   Education & Experience
4.   Physical/Environmental Demands
5.   Job Evaluation Factors
     a.   Role
     b.   Independence & Decision Making
     c.   Complexity & Problem Solving
     d.   Scope of Measurable Effect
     e.   Performance Horizon (length of time in position that is necessary to measure effectiveness of incumbent's job performance)

18



CONNECTICUT STATE COLLEGES & UNIVERSITIES MANAGEMENT CONFIDENTIAL JOB DESCRIPTION CLASS SPECIFICATION

CONNECTICUT STATE COLLEGES & UNIVERSITIES
BOARD OF REGENTS FOR HIGHER EDUCATION

| | |
|---|---|
| **Title:** | **FLSA Classification:** ☒ Exempt or ☒ Non-Exempt |
| **Salary Plan:** | **FTE Status:** ☒ Full-Time or ☐ Part-Time |
| **Band:** | **Effective Date:** |
| **Institution(s) included in this Job Description:** | |

| Job Summary |
|---|
| |

| Essential Functions |
|---|

*The following duties reflect the primary responsibilities performed by employees in this job. Incumbent(s) may be required to perform additional, position-specific duties.*

| Responsibility | Percent of Time |
|---|---|
| | %|

## Job Descriptions

A job description must be created for any new position/title. Additionally, a job description must be updated or created when the duties and responsibilities of a job change significantly in order to determine whether the job needs to be re-evaluated. During the normal course of operations, changes in primary/essential responsibilities may make it necessary to rewrite or update the job description. The institution's HR Officer, or designee, where the position is located is responsible for creating and maintaining the job descriptions, as necessary.

The following sections comprise the job descriptions (recommended length is not more than 2-3 pages):

- Job title, system title, classification, FLSA status, effective date;

- Job summary;

- Supervision exercised;

- Essential duties; and

- Qualifications (including education and experience, both required and preferred).

19

CSCU 10/26/21 POSITION 000100
ESPOSITO 1/7/22 HEARING - 000276

## Appendix C – Job Evaluation System

The job evaluation system used by CSCU analyzes and classifies jobs based on the following seven factors. Each factor has several defined levels of work and each job has distinct point totals that correspond with the job's level of work.

### Role

- Role Type within the System
- Supervisory Responsibility

### Requirements

- Education and Experience
- Complexity and Problem Solving

### Accountability

- Independence and Decision Making
- Scope of Measurable Effect
- Performance Horizon (length of time in position that is necessary to measure effectiveness of incumbent's job performance)

20

CSCU 10/26/21 POSITION 000101
ESPOSITO 1/7/22 HEARING - 000277

Exhibit E

CSCU 10/26/21 POSITION 000102
ESPOSITO 1/7/22 HEARING - 000278

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Saturday, May 22, 2021 9:55 AM |
| **To:** | Pritchard, Alice M; Lombella, James P; Coley, Thomas G; Barnes, Benjamin |
| **Cc:** | Levinson, David |
| **Subject:** | Fwd: Budget Reductions |

Just FYI. I keep telling you, my region is the most fun. Happy weekend!

Sent from my iPhone

Begin forwarded message:

> **From:** "Jukoski, Mary Ellen" <MJukoski@trcc.commnet.edu>
> **Date:** May 21, 2021 at 8:41:36 PM EDT
> **To:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Cc:** "Minkler, Steven L" <SMinkler@mxcc.commnet.edu>, "Gray, Jennifer L" <JGray@commnet.edu>,
> "Cooper, Valerie" <VCooper@mxcc.commnet.edu>, "Ferrante, Regina"
> <RFerrante@mcc.commnet.edu>, "Hale, Ted W" <THale@ccc.commnet.edu>, "Lundberg, Alessandra"
> <ALundberg@qvcc.commnet.edu>, "O'Neill, Gayle C" <GONeill@commnet.edu>, "Smith, Valerie A"
> <VSmith@trcc.commnet.edu>, "Salmon, Jodi" <JSalmon@ccc.commnet.edu>, "Goetchius, Stephen"
> <SGoetchius@trcc.commnet.edu>, "Hogan, Kimberly A" <KHogan@mxcc.commnet.edu>, "McDowell,
> James M" <JMcDowell@mcc.commnet.edu>, "Miranda, Eduardo A" <EMiranda@ccc.commnet.edu>,
> "Ellis, Rose R" <RElis@qvcc.commnet.edu>, "Harris, G. Duncan" <GHarris@ccc.commnet.edu>,
> "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>, "Rooke, Michael A"
> <MRooke@nwcc.commnet.edu>, "Levinson, David" <DLevinson@commnet.edu>
> **Subject: Re: Budget Reductions**
>
> I also agree, Steve.
> I think this along with eliminating the regional structure could significantly reduce cost to the system.
> Mej
>
> Sent from my iPad
>
> On May 21, 2021, at 8:29 PM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:
>
>> Hi Steve,
>> This makes sense to me as well. I agree that we need to take a look at the cost of shared
>> services and the impact on the college budgets in general.
>>
>> -Nicole
>>
>> Nicole Esposito, Ed.D
>>
>> Chief Executive Officer
>> Manchester Community College
>> SSC L201
>> Great Path, MS #01
>> PO Box 1046
>> Manchester, CT 06045-1046

1

CSCU 10/26/21 POSITION 000103
ESPOSITO 1/7/22 HEARING - 000279

P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Friday, May 21, 2021 8:21:01 PM
**To:** Gray, Jennifer L <JGray@commnet.edu>; Cooper, Valerie
<VCooper@mxcc.commnet.edu>; Ferrante, Regina <RFerrante@mcc.commnet.edu>;
Hale, Ted W <THale@ccc.commnet.edu>; Lundberg, Alessandra
<ALundberg@qvcc.commnet.edu>; O'Neill, Gayle C <GONeill@commnet.edu>; Smith,
Valerie A <VSmith@trcc.commnet.edu>; Salmon, Jodi <JSalmon@ccc.commnet.edu>
**Cc:** Goetchius, Stephen <SGoetchius@trcc.commnet.edu>; Hogan, Kimberly A
<KHogan@mxcc.commnet.edu>; McDowell, James M
<JMcDowell@mcc.commnet.edu>; Miranda, Eduardo A
<EMiranda@ccc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito,
Nicole C <NEsposito@mcc.commnet.edu>; Harris, G. Duncan
<GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>;
Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Re: Budget Reductions

Good evening all,
In my mind, here's a starting point.

The total Shared Services budget is over $73.7 million.  Most, if not all, of its funding
comes from the colleges who "buy" their services.  (Unless they are getting $73.7 million
IN ADDITION to our Shared Services payments??!?!)

If my understanding is correct that Shared Services budgets are funded from the
colleges AND the Shared Services budget is being cut, THEN the colleges' payments to
Shared Services should be cut because Shared Services is expected to spend less.  (Our
payments are their income.)

So... If Shared Services' budget is being cut by $689,783, (0.935%) it would seem that
each college can reduce its Shared Services payment by that same percentage.

In Middlesex's case, that would be 0.935% of $3,477,254, or $32,512.  That will cover
about 15% of our expected budget cut.

Or am I missing something?

Steve

**Steven Minkler, Ed.D.**  (he, him, his)
Chief Executive Officer
Middlesex Community College | 100 Training Hill Road | Middletown, CT 06457
MxCC @Platt in Meriden & Online at mxcc.edu
Telephone (860) 343-5706

<Outlook-wvnur0o3.jpg>

2

CSCU 10/26/21 POSITION 000104
ESPOSITO 1/7/22 HEARING - 000280

**From:** Gray, Jennifer L <JGray@commnet.edu>
**Sent:** Friday, May 21, 2021 2:13 PM
**To:** Cooper, Valerie <VCooper@mxcc.commnet.edu>; Ferrante, Regina
<RFerrante@mcc.commnet.edu>; Hale, Ted W <THale@ccc.commnet.edu>; Lundberg,
Alessandra <ALundberg@qvcc.commnet.edu>; O'Neill, Gayle C
<GONeill@commnet.edu>; Smith, Valerie A <VSmith@trcc.commnet.edu>; Salmon, Jodi
<JSalmon@ccc.commnet.edu>
**Cc:** Goetchius, Stephen <SGoetchius@trcc.commnet.edu>; Hogan, Kimberly A
<KHogan@mxcc.commnet.edu>; McDowell, James M
<JMcDowell@mcc.commnet.edu>; Miranda, Eduardo A
<EMiranda@ccc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito,
Nicole C <NEsposito@mcc.commnet.edu>; Harris, G. Duncan
<GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>;
Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Steinmetz III, Robert R
<RSteinmetz@commnet.edu>
**Subject:** FW: Budget Reductions

In the interest of time and to reduce the workload as much as possible you do not need
to submit a completely revised spending plan. The reductions will likely be presented as
a bottom line adjustment for each college so we only need the changes by account; we
don't need the accompanying worksheets with additional details at this time. However,
if any changes are made to Full-Time or Continuing Part-Time personnel accounts,
please send a revised roster with those changes incorporated. I have attached a
template to use for submitting your reduction plans.

I mentioned on our call earlier, I am available over the weekend and on Monday to
assist or answer questions. Please do not hesitate to reach out.

Thanks,
Jenn

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Friday, May 21, 2021 12:04 PM
**To:** Bordonaro, Diane J <DBordonaro@commnet.edu>; Czarnota, Kathleen
<KCzarnota@commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole
C <NEsposito@mcc.commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>; Harris, G.
Duncan <GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen
<MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Budget Reductions

Greetings, Capital-East Leadership Team.

Jenn is beginning to work with your CFOs to work on budget reductions that have been
established and are due on Tuesday, May 25, 2021. We continue to deal with a deficit
for next year and the Board is asking us to come to a more balanced budget. Statewide,
we are looking for us to find savings of a little less than 1% of our budgets ($5 million
total). I know that this will be a hardship and require difficult decision-making. Jenn and
I are happy to assist in any way to help explore ideas on how to find the savings.

Below is the detail from Jenn:
Attached is the revised reduction goals per campus.

3

CSCU 10/26/21 POSITION 000105
ESPOSITO 1/7/22 HEARING - 000281

| College | FY22 SP Total Expenditures | % of total | FY22 Reduction to Expenditures |
|---|---|---|---|
| Asnuntuck | 20,640,389 | 3.9% | 193,039 |
| **Capital** | **36,450,520** | **6.8%** | **340,903** |
| Gateway | 61,958,943 | 11.6% | 579,470 |
| Housatonic | 43,401,933 | 8.1% | 405,916 |
| **Manchester** | **49,569,693** | **9.3%** | **463,600** |
| **Middlesex** | **23,063,901** | **4.3%** | **215,705** |
| Naugatuck | 56,981,316 | 10.7% | 532,917 |
| Norwalk | 47,154,299 | 8.8% | 441,010 |
| Northwestern | 15,528,700 | 2.9% | 145,232 |
| **Quinebaug** | **16,577,179** | **3.1%** | **155,038** |
| **Three Rivers** | **33,377,121** | **6.2%** | **312,159** |
| Tunxis | 35,651,178 | 6.7% | 333,427 |
| System Office | 6,288,412 | 1.2% | 58,812 |
| Shared Services | 73,753,969 | 13.8% | 689,783 |
| CSCC | 14,219,432 | 2.7% | 132,987 |
| Grand Total | $534,616,985 | 0.9% | $5,000,000 |

- Original FY22 budget submissions showed a $58M deficit.
- After the following changes/reductions, the current deficit $15.7M
  - Addition of HEERF lost revenue for Spring 2021 term
  - Restoration of OF Fringe
  - Addition of state ARPA aid (approx. 4.5M)
  - Reduction of System Office/Shared Services/One-College expenses (approx. 3M)
- The Board is expecting the deficit to be eliminated or at least significantly reduced
- We are asking college leadership to cut Operating Expenses a total of $5M or less than 1%
- Revised spending plans are due back to Jenn by Tuesday at noon.
- Recommended areas of focus for reductions:
  - Reduce vacancies or delay hiring
  - Reduce or eliminate additional pay EA contracts
  - Reduce departmental operating budgets
- Jenn is happy to meet with colleges individually to assist in any way to identify areas to cut

Please let me know if there is any immediate need for clarification and I'm happy to pull together individual or group meetings on Monday if you would like.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his

4

CSCU 10/26/21 POSITION 000106
ESPOSITO 1/7/22 HEARING - 000282

*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

 <image_002.png>



5

Exhibit F

CSCU 10/26/21 POSITION 000108
ESPOSITO 1/7/22 HEARING - 000284

CSCU 10/26/21 POSITION 000109
ESPOSITO 1/7/22 HEARING - 000285

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Sunday, July 5, 2020 7:32 PM |
| **To:** | Van Cott, Margaret; Ojakian, Mark; Pritchard, Alice M; Coley, Thomas G; Lombella, James P; Harris, G. Duncan; Minkler, Steven L; Esposito, Nicole C; Brown, William C; Smith, Dwayne; Dresdner, Lisa; Brown, William T |
| **Cc:** | Dwyane Smith; Costantini, Camilla |
| **Subject:** | RE: Opening Session with New CEOs |
| **Attachments:** | CEO ORIENTATION SCHEDULE 2020.pdf; Regional President Job Description.pdf; Campus CEO Job Description.pdf; One College Regional and Campus Structures.pdf |

Greetings!

I hope you have had an enjoyable 4th of July weekend and are looking forward to starting the next chapter of our important work at CSCU. We are excited to begin your orientation week tomorrow with several sessions. I have added four files to the teams meeting to which you have been invited and will share pertinent information on your screens as we engage in our discussion. I have also attached the files to this email for easy reference during the meeting.

Please let me know if you need anything else before we are able to remotely see each other in the morning.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





-----Original Appointment-----
**From:** Van Cott, Margaret <MVanCott@acc.commnet.edu>
**Sent:** Tuesday, June 30, 2020 4:26 PM
**To:** Van Cott, Margaret; Ojakian, Mark; Pritchard, Alice M; Steinmetz III, Robert R; Coley, Thomas G; Lombella, James P; Harris, G. Duncan; Minkler, Steven L; Esposito, Nicole C; Brown, William C; Smith, Dwayne; Dresdner, Lisa; Brown, William T
**Cc:** Dwyane Smith; Costantini, Camilla
**Subject:** Opening Session with New CEOs

1

CSCU 10/26/21 POSITION 000110
ESPOSITO 1/7/22 HEARING - 000286

**When:** Monday, July 6, 2020 9:30 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Teams Meeting

---

## Join Microsoft Teams Meeting

+1 860-241-5459 United States, Hartford (Toll)

Conference ID: 380 883 297#

Local numbers | Reset PIN | Learn more about Teams | Meeting options

# CSCU

Connecticut State Colleges & Universities
Help | Legal

---

2

CSCU 10/26/21 POSITION 000111
ESPOSITO 1/7/22 HEARING - 000287

# CAMPUS CEO ORIENTATION SCHEDULE

## July 2020

**Orientation team members:**

| | |
|---|---|
| President's Office: | Mark Ojakian, Alice Pritchard, Alex Beaudoin, and Leigh Appleby |
| CSCC President's Office: | David Levinson, Kerry Kelley, Mike Rooke, Mike Stefanowicz, Alison Buckley, Fran Rosselli-Navarra, and Tanya Millner |
| Finance: | Ben Barnes, Melentina Pusztay, Kerry Kelley, Gennaro DeAngelis, Carrie McGee-Yurof, and Jennifer Gray |
| Legal Affairs: | Ernestine Weaver and Angelo Simoni |
| Academic Affairs: | Jane Gates, Ken Klucznik and Bill Gammell |
| Facilities: | Keith Epstein |
| Information Tech: | Joe Tolisano and Joe Danajovits |
| Human Resources: | Andy Kripp, Diane Mazza, Mike Lopez, Leah Glende and Chris Henderson |

CSCU 10/26/21 POSITION 000112
ESPOSITO 1/7/22 HEARING - 000288

|  | New CEOs | All CEOs/Presidents |
|---|---|---|
| **July 6** | | |
| 9:30-10am | Teams meeting invite from Meg Van Cott<br>• Welcome and Introductions (Rob)<br>• Welcome to CSCU Overview (Mark) | |
| 10-11am | • CEO and Regional President Job Descriptions (Tom)<br>• Review of Regional Structures and Positions (Rob)<br>• Regional/Multi-Campus Collaboration and Position Sharing (Jim)<br>• Open Discussion | |
| 11am-12pm | • ReOpen update (Alice) | |
| **July 7** | | |
| 1-2pm | Teams meeting invite from Alice Pritchard<br>• Students First overview (David and Team) | |
| 2-3pm | | WebEx meeting invite from Alice Pritchard<br>• Students First Update (David and Team) |
| **July 8** | | |
| 10-10:30am | Teams meeting invite from Alice Pritchard<br>• Media/Govt Relations (Leigh and Alex) | |
| 10:30-11:30am | • Academic and Student Affairs (Jane, Bill, Greg, Ken) | |
| 11:30am-12:30pm | • Enrollment management (Alison) | |
| **July 9** | | |
| 1-2pm | | WebEx meeting invite from Alice Pritchard<br>• Finance (Ben and Melentina) |
| 2:3:30pm | | WebEx meeting invite from Alice Pritchard<br>• HR Org update (Andy and team) |
| **July 10** | | |
| 9:30-10:30am | | WebEx meeting invite from Alice Pritchard<br>• IT update (Joe T. and Joe D.) |
| 10:30-11:30am | Teams meeting invite from Alice Pritchard<br>• Legal Affairs/ Student Conduct (Ernestine and Angelo) | |
| 11:30am-12pm | • Facilities (Keith) | |

**STATE OF CONNECTICUT**
**BOARD OF REGENTS FOR HIGHER EDUCATION**
**CT STATE COLLEGES AND UNIVERSITIES**

Job Title:       **Campus CEO**
FLSA Status:     Exempt
Salary Grade:    Executive 1
Effective Date:   July 1, 2018

<u>CSCU Community College System:</u>

The Board of Regents for Higher Education (BOR) and the CT State Colleges and Universities (CSCU) are undertaking a major reorganization of Connecticut's community college system. The BOR and CSCU plan to consolidate the 12, independently administered community colleges into a singly accredited institution by 2023. This consolidated institution with 12 campuses statewide will provide credit and non-credit programs to more than 80,000 students in rural, suburban and urban communities. This bold plan to establish an academically integrated institution will provide Connecticut students with an affordable, accessible, high-quality education that meets their personal goals and the community-based workforce needs of our state. A structural change of this magnitude will ensure a sustainable future for the community college system.

Implementing such a monumental transformation will involve aligning college curricula statewide to support high-quality educational programs and seamless transfer; implementing initiatives such as Guided Pathways to improve and increase student enrollment, retention, completion, and career readiness; centralizing administrative functions; and sharing resources across campuses. The new consolidated institution will be administered by a regionalized leadership team, of which the Campus CEO will be a key position. The BOR and CSCU seek leaders for this transformational change to position the campuses, their students and graduates, and Connecticut for a secure and vibrant future.

<u>Job Summary:</u>

Jointly reporting to the CSCU President and their respective Regional President, the Campus CEO is the lead campus administrator and serves as the on-site operational leader, providing guidance on developing and implementing strategic plans, as well as providing input on budgetary, enrollment, academic, and related matters. In 2023, with the establishment of a singly accredited institution, the Campus CEOs will report solely to their respective Regional President.

The Campus CEO will provide critical focus and expertise on institution-wide continuous improvement in all identified areas of performance, operational oversight of campus functions, maintenance of a sound infrastructure, and promotion of a safe and comfortable environment for teaching and learning. In addition, the Campus CEO must be knowledgeable of all facets of campus functions, adept at

collaboration in a highly-matrixed organization and able to identify opportunities for improving operational excellence and providing an exceptional student learning experience.

Supervision Exercised:

Current direct reports include the campus Deans of Academic Affairs, Student Affairs and Administrative Services as well as other staff when necessary.

Essential Duties:

1.  Oversee general management and leadership of campus operations including managing and allocating resources to achieve overall plans and objectives.
2.  Connect the institutional strategy of achieving high levels of student access and success with the operations of administrative and academic units.
3.  Identify gaps in student outcomes based on factors such as race, ethnicity, and gender and mobilize the campus to improve results.
4.  Lead the campus to achieve significantly improved results in student outcomes by implementing well-designed institutional changes at scale, and ensuring efforts are sustained over the long term.
5.  Raise revenue and resources that support student access and success; act as campus spokesperson and donor liaison to support the fundraising efforts of the campus foundations.
6.  Engage with campus stakeholders to understand their concerns and needs to discern opportunities for improvements.
7.  Ensure that the campus has staff that is qualified, trained, and motivated to perform the responsibilities set forth in their respective position descriptions; monitor the efficient and effective performance of all campus employees.
8.  Motivate, coach, and develop those individuals across the organization involved in leading or executing operational excellence or continuous improvement objectives.
9.  Analyze and implement solutions across the campus to identify and eliminate waste, reduce costs, promote educational excellence, and improve the student experience.
10. Monitor performance and provide in-depth and timely management commentary on operational excellence results and lead the debate on any corrective measures and other control processes.
11. Related duties as required.

Leadership Competencies:

1.  Experienced administrator in a college or system.
2.  Strong working knowledge and depth of understanding of most areas in a college or university, specifically of the factors that affect net revenues.
3.  Outstanding and proven leadership and interpersonal capabilities; ability to collaborate broadly across all levels of the organization to achieve results.
4.  Demonstrates a deep commitment to student access and success.
5.  Self-motivated team player with the ability to handle multiple work-streams and ad-hoc tasks simultaneously.
6.  Critical thinker, ability to understand complex processes and willing to ask tough questions and challenge status quo.

7.  Experienced in a highly involved union setting.
8.  Knowledge and understanding of institutional policies and procedures and the regulatory environment within which they operate.
9.  Deep understanding of the strategic needs of the community.
10. Knowledge and understanding of current educational trends, issues and challenges for community colleges.
11. Ability to raise funds from private, state, and national sources and to articulate to external audiences the value of supporting higher education institutions.
12. Exceptional interpersonal skills and the ability to interact effectively with academic leadership, faculty, community leadership, and funding agencies.
13. Adept at gaining agreement on necessary change and motivating and overseeing change management.
14. Expressed values consistent with the mission of the system and high ethical standards.

Qualifications:
Minimum qualifications include a terminal degree plus five (5) years of experience leading multi-functional teams in higher education setting or an organization of similar complexity. Also required is a well-rounded understanding of ways to increase efficiency, reduce costs, and improve the quality of education and student success. Preference for candidates with experience in higher education in Connecticut.

Equivalent education and experience that meet the minimum qualifications for the position may be considered.

**STATE OF CONNECTICUT**
**BOARD OF REGENTS FOR HIGHER EDUCATION**
**CT STATE COLLEGES AND UNIVERSITIES**

Job Title:        **Regional President**
FLSA Status:      Exempt
Salary Grade:     TBD
Effective Date:   April 1, 2019

<u>CSCU Community College System:</u>

The Board of Regents for Higher Education (BOR) and the CT State Colleges and Universities (CSCU) are undertaking a major reorganization of Connecticut's community college system. The BOR and CSCU plan to consolidate the 12, NECHE-accredited and independently administered community colleges into a singly accredited institution by 2023, starting first with a regionalization of the campuses. This consolidated institution with 12 campuses statewide, organized under three regions, will provide credit and non-credit programs to more than 80,000 students in rural, suburban and urban communities. The BOR and CSCU seeks regional leaders for this transformational change to position the campuses, their students and graduates, and Connecticut for a secure and vibrant future.

<u>Job Summary:</u>

The primary role of the Regional President will to guide the overall strategic direction of campuses in the region serving as a change agent for the new college structure and mission. Reporting to the CSCU President and serving on the President's Leadership Team, the Regional President ensures that institutional operations and priorities are coordinated across all campuses in a consistent manner and establishes new ways of working effectively across campuses to deploy resources efficiently and strategically to meet regional and local needs in support of teaching and learning.

<u>Essential Duties:</u>

1. Provide executive leadership to the campuses in their region to achieve the vision and goals of the consolidated community college and the CSCU system
2. Ensure sound fiscal practices and identify, leverage, and expand the fiscal resources of campuses in the region
3. Actively lead in developing and deploying the budget for the region; assisting the Campus CEOs with their management of the local budget; help to leverage resources, and find efficiencies
4. Interact effectively with the CSCU President and Leadership Team, the Campus CEOs, the BOR, and faculty and staff

5. Help to develop and implement system-wide initiatives
6. Communicate the needs and initiatives of the regional campuses to policy leaders at the local, regional, state and federal levels
7. Represent the regional campuses, in collaboration with the campus CEO's, to numerous community, business, labor, workforce, educational and governmental groups
8. Demonstrate highly effective fundraising skills and cooperate with the Campus CEOs and campus foundations to raise revenue and develop resources that support strategies for improving student access and success
9. Effectively engage with internal and external stakeholders, particularly business and industry at the local, regional and state levels, to support initiatives and secure partnerships and resources that advance student access and success
10. Work with the CSCU President to develop and implement local, state, and national legislative and institutional advancement strategies
11. Lead the campuses to achieve significantly improved results in student outcomes by identifying gaps in student success particularly based on factors such as race, ethnicity and gender, supporting faculty and staff implementation of well-designed institutional changes at scale, and ensuring efforts are sustained over the long term
12. Actively work to develop partnerships that reach underserved populations
13. Ensure that all BOR policies and all federal and state laws and regulations are observed
14. Related duties as required

Leadership Competencies:

1. Dynamic, entrepreneurial leader with the demonstrated ability to stimulate culture change, develop strategic goals and translate them into action
2. Experienced administrator in the operation of a college or system
3. Demonstrated deep commitment to college affordability and access and student success
4. Strong leadership skills in strategic planning, fiscal planning and management, and oversight of capital projects
5. Skilled in outreach and cultivating relationships that support the advancement of the system; comfortable and effective as the spokesperson for a campus, region or system
6. Ability to engage the active participation of external stakeholders, particularly the private sector
7. Ability to work with elected and appointed public officials in a wide variety of public bodies at all levels of government
8. Strong working knowledge and depth of understanding of functional areas in a college or university, specifically of the factors that affect net revenues
9. Proven leadership and interpersonal capabilities; ability to collaborate broadly across all levels of the organization, particularly with faculty and staff to achieve results
10. Resilient and flexible in the face of unexpected constraints
11. Proven management abilities to implement positive organizational change
12. Deep understanding of the needs of the community
13. Experienced in a highly involved union setting; ability to be a persuasive negotiator, facilitator, and collaborator

14. Knowledge and understanding of current educational trends, issues and challenges for community colleges
15. Ability to identify opportunities and to convert challenges into innovative solutions and programs that will advance the future of the campuses
16. Experience in raising funds from private, state, and national sources
17. Expressed values consistent with the mission of the system and high ethical standards

Qualifications:

Candidates must possess a terminal degree plus ten (10) years' experience in developing and implementing innovative, entrepreneurial, approaches to addressing the challenges and opportunities faced by community colleges or higher education organizations of similar complexity. Also required are strong fiscal management skills and a demonstrated ability to grasp budget issues at the system, regional, and campus levels in the areas of instruction, student services, and infrastructure. Preference for candidates with prior community college teaching and administrative experience.

Equivalent education and experience that meets the minimum qualifications for the position may be considered.

CSCU 10/26/21 POSITION 000121
ESPOSITO 1/7/22 HEARING - 000297



CSCU 10/26/21 POSITION 000122
ESPOSITO 1/7/22 HEARING - 000298



*Note that administrative support and other classified staff are not represented in this draft but will be included across the final college structure.

CSCU 10/26/21 POSITION 000123
ESPOSITO 1/7/22 HEARING - 000299

Exhibit G

CSCU 10/26/21 POSITION 000124
ESPOSITO 1/7/22 HEARING - 000300

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, January 26, 2021 8:05 PM |
| **To:** | Buckley, Alison; CCC-Campus Leaders |
| **Cc:** | Pritchard, Alice M; Levinson, David; Kelley, Kerry A; Gates, Jane; Kripp, Andrew; Appleby, Leigh |
| **Subject:** | Re: Draft Communication |

Hi Alison,

Thank you for sending this along. I appreciate the opportunity to see this before it's sent out. I think the tone of the message is overall positive. I know this will be a challenging message to share.

As for my feedback: I will only speak for myself here, but I am concerned about the first line of this letter. Specifically, this letter states that the CEO's were a part of developing/creating this plan. In my humble opinion, I do not believe I was a part of developing or creating this plan. I believe we were informed of the plan and offered our input/feedback about it after it was drafted by the CT State Community College leadership.

With that being said, I will do all I can to help my campus understand these changes.

Kindly,
Nicole



Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

---

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Tuesday, January 26, 2021 6:56 PM
**To:** CCC-Campus Leaders
**Cc:** Pritchard, Alice M; Levinson, David; Kelley, Kerry A; Gates, Jane; Kripp, Andrew; Appleby, Leigh
**Subject:** Draft Communication

Dear Presidents and CEOs,

CSCU 10/26/21 POSITION 000125
ESPOSITO 1/7/22 HEARING - 000301

As a follow-up to our conversation, attached please find a draft, for your review, of our email communication.  I welcome your feedback on all aspects but, especially, the tone.

Thank you!
Best,
Alison

2

CSCU 10/26/21 POSITION 000126
ESPOSITO 1/7/22 HEARING - 000302

CSCU 10/26/21 POSITION 000127
ESPOSITO 1/7/22 HEARING - 000303

Exhibit H

CSCU 10/26/21 POSITION 000128
ESPOSITO 1/7/22 HEARING - 000304

CSCU 10/26/21 POSITION 000129
ESPOSITO 1/7/22 HEARING - 000305

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Nicole Esposito <nicoleesposito30@gmail.com> |
| **Sent:** | Wednesday, June 10, 2020 8:39 AM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | Office Space & MCC Concerns |

Hi Rob,

A number of people have reached out to me regarding concerns of bullying, harassment etc.. at MCC right now. This has been an issue at MCC over the years, but more intensely during recent years. Please know I am eager to work with the college to have some necessary and tough conversations, but to ultimately help them heal and move forward in a positive direction. With that being said, I have given a lot of thought about the importance of my onboarding during this difficult time. It is important for MCC to know they have a strong new leader with integrity, and someone they can ultimately trust to put their faith in. The optics of this are more important than ever during this time and, in my humble opinion, moving the CEO's office (which has been the traditional campus leaders office for more than two decades) might inadvertently diminish my capacity to lead through the eyes of those on campus. As I mentioned on the phone, I don't particularly care much about where I am located on campus (as long as I have enough space to do my job and I am centrally located and accessible). However, it has come to my attention that people on campus might be put off by this move because it suggests their new leader, who they are putting their faith in, is being undermined from the start. To give you an example, some have expressed worry that I will be "a puppet" (direct quote) for the system office and that I will ultimately have no authority given the new structure (ie..the new org chart sent to NECHE and made public the other day). While we know this is false...and those who know me also know this is certainly not the case....I do want to be mindful of the optics as I onboard. I think it would make the most sense to return to MCC and move into the traditional CEO/campus leaders office, for at least the first few years. I believe this will send a message of support from you and the system office, and will firmly establish me as the new leader at MCC. I understand that another campus, specifically Gateway, is moving the CEO's office. However, MCC has been struggling with issues and challenges that simply do not exist, at the same level, on other campuses in the state. Although this is such a small thing, I do understand how this can greatly impact how I am perceived on campus from the start.

I know we planned to have more conversations about this in July, but I want to ensure I am always transparents and upfront with you from the start.

Let me know your thoughts.

Hope you are well.

Kindly,
Nicole

**Nicole C. Esposito, Ed.D, LMHC**

1

CSCU 10/26/21 POSITION 000130
ESPOSITO 1/7/22 HEARING - 000306

CSCU 10/26/21 POSITION 000131
ESPOSITO 1/7/22 HEARING - 000307

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, June 23, 2020 2:50 PM |
| **To:** | Nicole Esposito |
| **Subject:** | RE: Office Space & MCC Concerns |

Hello Nicole,

My apologies that I did not immediately respond to this email. I have several concerns about your message and we can discuss it once you begin during the meeting I just requested on the 6th.

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Nicole Esposito <nicoleesposito30@gmail.com>
**Sent:** Wednesday, June 10, 2020 8:39 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Office Space & MCC Concerns

Hi Rob,
A number of people have reached out to me regarding concerns of bullying, harassment etc.. at MCC right now. This has been an issue at MCC over the years, but more intensely during recent years. Please know I am eager to work with the college to have some necessary and tough conversations, but to ultimately help them heal and move forward in a positive direction. With that being said, I have given a lot of thought about the importance of my onboarding during this difficult time. It is important for MCC to know they have a strong new leader with integrity, and someone they can ultimately trust to put their faith in. The optics of this are more important than ever during this time and, in my humble opinion, moving the CEO's office (which has been the traditional campus leaders office for more than two decades) might inadvertently diminish my capacity to lead through the eyes of those on campus. As I mentioned on the phone, I don't particularly care much about where I am located on campus (as long as I have enough space to do my job and I am centrally located and accessible). However, it has come to my attention that people on campus might be put off by this move because it suggests their new

1

CSCU 10/26/21 POSITION 000132
ESPOSITO 1/7/22 HEARING - 000308

leader, who they are putting their faith in, is being undermined from the start. To give you an example, some have expressed worry that I will be "a puppet" (direct quote) for the system office and that I will ultimately have no authority given the new structure (ie..the new org chart sent to NECHE and made public the other day). While we know this is false...and those who know me also know this is certainly not the case....I do want to be mindful of the optics as I onboard. I think it would make the most sense to return to MCC and move into the traditional CEO/campus leaders office, for at least the first few years. I believe this will send a message of support from you and the system office, and will firmly establish me as the new leader at MCC. I understand that another campus, specifically Gateway, is moving the CEO's office. However, MCC has been struggling with issues and challenges that simply do not exist, at the same level, on other campuses in the state. Although this is such a small thing, I do understand how this can greatly impact how I am perceived on campus from the start.

I know we planned to have more conversations about this in July, but I want to ensure I am always transparents and upfront with you from the start.

Let me know your thoughts.

Hope you are well.

Kindly,
Nicole

Nicole C. Esposito, Ed.D, LMHC

2

CSCU 10/26/21 POSITION 000133
ESPOSITO 1/7/22 HEARING - 000309

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Friday, July 17, 2020 3:33 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Concerns |

Hi Alice,
Is it possible for us to have a confidential conversation? I have some concerns and Mike Stefanowicz suggested
I reach out to you directly.

My cell phone number is 413-636-2344 if you have time to chat.

Kindly,
Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000134
ESPOSITO 1/7/22 HEARING - 000310

CSCU 10/26/21 POSITION 000135
ESPOSITO 1/7/22 HEARING - 000311

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Saturday, July 18, 2020 9:13 AM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Context for Concerns |

Dear Alice,

I realize you must be extremely busy so I thought it would be helpful to give you context in an email. I am already having a difficult time communicating with Rob and yesterday, when I attempted to address this, I was told "you are only a week in and already acting like this. We will see if you work out here". This was a direct threat to my job and I am very concerned. As you know, I have intimate knowledge of the issues at MCC and I am already making positive changes at the campus. I have received tremendous support from several faculty and staff members. Obviously, there will be some who feel differently on campus, but overall I have been very well received.

Which brings me to my concerns:

*In the first conversation with Rob after I was hired, he explained to me that I would not be taking the CEO's office at MCC because he plans to make MCC his "home campus, and as the President, he needs an appropriate office and he will find space for me that I am ultimately happy with". I expressed some concerns about the optics of this as I onboard because I felt strongly that we needed to keep some things consistent for MCC at this time. He dismissed my comments and said "we will talk about it".

*Before I returned to CT, I was receiving dozens of emails from faculty and staff regarding concerns about Carl Staffords all-points email. In an attempt to be collaborative, I forwarded the communication to Rob to make him aware of what was happening. I did not attempt to offer any solution. I simply wrote that I wanted to keep in him the loop to ensure he was aware of the disruption at MCC. His response to me was, in my opinion, unusual. It seems he was uncomfortable that people were reaching out to me directly, rather than to him. I decided not to respond to his email. This is the part of the email he sent to me that I found to be strange:

*"Ultimately, we're going to get to a decision with which you're satisfied regarding your office space. However, one of the three main points I want to cover with you when we speak is a possible assumption you have that the CEO will act largely in the same ways as previous presidents at MCC.*

*I am the president and you are the CEO. I'm sure it was not intentional, but it seems like you've made assumptions about our two roles that do not match the vision with which we're moving forward. I am not a "system office" person; I am the president of the five colleges in our region and will be involved in decision-making and campus engagement with you. It's completely understandable that those with which you've engaged at the campus continue to work from an assumption of the old structure, but that's not the reality now. We will need to be united in our understanding and communications to support the campus community through this significant change."*

(I would be happy to send the entire email correspondence if you would prefer to see it in context)

*We then connected by phone and he shared that he will be sending a "campus civility" email because he is being pressured to do so by the system office HR. He said he was just letting me know as it was a week before

1

my start date. I expressed some concern about ensuring I was setting the right/positive tone for MCC when I arrive. He disagreed and informed me that he will be sending it anyway as he has no choice. I understood this because Carls email did need to be addressed. However, I find the timing of when he finally sent the email to be unusual. I sent my first email to the college the day I started (July 6th). My message was about positivity, moving forward together, and expressed my commitment to equity and addressed other issues. It was an overall positive tone of new beginnings. I received dozens of responses from the campus expressing their appreciation and how empowered they felt about moving forward. However, Rob made the decision to send his email within hours after mine to the entire campus. His email had a tone of reprimand. I understand this was important for him to send, but why not send it the week prior to my arrival? The timing of his email had immediately negative effects. I started to receive emails from the campus saying that the timing of his email was inappropriate and "undermined" my positive message as the new CEO. Although I did not say this to my employees, I did agree that it was not appropriate and negatively impacted the tone I was attempting to set.

*From the day I started I have sensed belittling when he speaks to me and he seems to consistently remind me that he is displeased with my "tone" and my "delivery". He explicitly told me "It is not necessarily what you are saying, its just that your delivery is very off-putting". As a professional woman, I was very surprised to hear this. It is true, I am direct. I think Mike S, Ken K. and many others would agree that I am direct. Perhaps its a cultural difference or male/female issue? I am not sure, but at first I told him I respectfully disagree and I hope he understands that it is not my intent to be disrespectful. I am just very direct. We seemed to move on from that.

However, this came up again yesterday. Rob has been attending all of the interviews with me for my new Interim Dean of AA and SA. I understand that he feels strongly about being involved in decisions for MCC. I respected his wishes and have accepted his guidance in the process. For example, when I brought up the possibility of having Angelo Simoni serve in the role to help me clean up SA, Rob expressed concerns stating that he has "concerns about Angelo because Angelo has a reputation for being too harsh with employees and he doesn't think he would be a good fit." I know Rob has more experience with Angelo so I listened and took his guidance. After interviews concluded yesterday, I decided Fatma Salma would be perfect. She is a strong, brilliant, Muslim woman with a Ph.D in Physics with over a decade of experience at MCC and a strong commitment to diversity. When I expressed that I felt she was a perfect fit, he expressed concerns over her interview because she "talked quite a bit and was concerned that she might not be able to pick up on context clues". I am not sure what he meant by this, but I decided to finally stand my ground and told him this is the person I am choosing. I thought we were done with the conversation and I wished him a good weekend etc...he informed me that he needed to "speak to me" about another concern he has about an email I sent. Earlier in the day, Charlene Tappan sent an all-points email to my campus that started to move things in a negative direction again (related to campus reopening). In an attempt to avoid what happened with Carl, I acted swiftly and responded to the entire campus to settle it because it was a simple error made by an administrative assistant. This is the email I sent:

*"Hi Charlene,*
*Thank you for reading through the template and offering your thoughts.*
*I was informed that those names were not intended to be on this template. It was a simple mistake so no need for alarm.*

*To add, let's all remember Barry's request to avoid reply all. I know he was kind enough to offer directions for how to change your settings in outlook if needed.*
*:-) Enjoy your weekend!*

2

*Kindly,*
*Nicole"*

This resulted in Charlene responding to me apologizing and stating that she did not intend to send it to all points. I told her "No worries! Have a nice weekend" and it was over. My email avoided any further conflict and I felt it was appropriate. Rob informed me that this was not appropriate and that I should not have sent this out as an all-points. Again, he addressed my "tone". At this point I decided to speak up. I told him I do not agree, I felt my email was fine and that I would do exactly the same thing again to ensure we don't have another situation like with Carls email. I was very frustrated at this point because this has been an ongoing issue and I certainly want to start off on the right foot with him. However, I was alarmed when he told me that I am just "not receptive to corrective action and that he has decades of experience as an administrator and I am only a new CEO". I told him that I am receptive to his feedback, but I do not feel it is appropriate for him to be consistently complaining about the way I speak or micromanaging every email I send to the campus. I then asked if he even received a complaint about that email (attempting to understand why he brought this up) to which he replied "No, I did receive any complaint about it, I am just telling you that it wasn't appropriate".

I know you are aware of how challenging things were when I was the FIRC/TAP rep and how I maintained professionalism during that time. I will continue to remain professional and am happy to accept direction. However, I am beginning to believe that is not what is happening here. I am told that this is not happening to Steve Minkler or Duncan Harris. Given Robs comment about my role as the CEO of MCC might not work out, I am now deeply concerned that he threatened my job. It is true that I spoke up for myself yesterday and I was clearly offended by his comments. This was not well received by Rob. However, this has been ongoing and I did not address it previously because I assumed it would improve as I saw this as a simple difference in personality.

I am already making significant progress at MCC and really hope I can continue in my role. I understand the people, the dynamics and the overall issues at MCC, which gives me an advantage. I hope that after only a few weeks into my position, that my position is not at risk because I openly, and directly, expressed my concerns to Rob yesterday.

Apologies for this long email. I reached out to Mike S. for guidance and he keeps recommending that I just tell you what is happening. I wanted to give you context before we speak. I hope this can remain confidential and, again, I hope to remain in my role as the CEO of MCC. I feel as though I am off to a really good start with the campus.

Respectfully,

Nicole

Nicole Esposito, Ed.D
*Chief Executive Officer*

Manchester Community College
SSC L201

CSCU 10/26/21 POSITION 000138
ESPOSITO 1/7/22 HEARING - 000314

Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

4

CSCU 10/26/21 POSITION 000139
ESPOSITO 1/7/22 HEARING - 000315

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Sunday, July 19, 2020 12:12 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Re: your messages |

Hi Alice,
Thank you for your response. I am glad you have been able to disconnect a bit!

I will continue to try working with Rob in a collaborative way. I do understand the importance of this and what the goals are moving forward for the system. He has requested a 4 hour meeting with me again tomorrow so I assume we will discuss ways to move forward again.

Ultimately, I am glad Mike encouraged me to share my experience with you. I appreciate your guidance and support at this time. I hope you enjoy the rest of your weekend.

Respectfully,
Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS


From: Pritchard, Alice M <APritchard@commnet.edu>
Sent: Sunday, July 19, 2020 11:53:40 AM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Subject: your messages

Nicole,

Sorry for the delay in responding.  I disconnected for a bit this weekend and am just now back at it.

I know that Mike sent you my way but I encourage you to talk and work with Rob to establish a collaborative working relationship as your direct supervisor. I appreciate that coming back to MCC feels familiar but you have landed in a new era at the colleges with a new structure and expectations.  The Regional Presidents play a key role in promoting collaboration and consistency across our campuses and in providing supervision and support to the campus leaders.  They are accountable for the performance of the schools and the leaders in their region as you are for the

1

CSCU 10/26/21 POSITION 000140
ESPOSITO 1/7/22 HEARING - 000316

campus. This requires a different working relationship than in the past with the purely autonomous campuses and one in which building trust and respect will be needed.

I know that Rob's goal is your success and the success of MCC. I understand you all planned to get together tomorrow and I encourage you to speak openly with him of your concerns and identify the ways in which you can work more effectively with him in this new structure.  It will be important for you to share your plans for the college with him and to be receptive to questions and guidance that can hopefully avoid issues at MCC or with other colleges because of actions taken there. This new structure counts on effective leadership at the campus level by the CEO with an understanding of the larger picture at the regional and single college level brought to bear by the Regional President. This is true on many levels including how we are addressing labor relations, budgeting, etc. You will find that system office goes through the Regional Presidents for many things going forward so that we have a more consistent performance across campuses. This is a new way of working together for all of us and I encourage you to ask questions, listen, learn and offer suggestions.

Rob has spent a year building this regional collaboration and I am confident you will be a great addition both at MCC and in the region group.  It is early in this supervisory relationship and I would suggest now is a good time to hit the refresh button and find a better way forward together.  I believe that is possible if you keep the lines of communication open and find a collaborative style that works for both of you.

Alice

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

2

Exhibit I

CSCU 10/26/21 POSITION 000142
ESPOSITO 1/7/22 HEARING - 000318

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Friday, July 17, 2020 3:19 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Fwd: Updated already! Campus reopening template |

Hi Alice,

I would like to touch-base when you get a chance. I asked Nicole to think about correcting people in private instead of correcting in an all-campus email as she did below. She replied, "I'd do it the same way again" and was frustrated that I would get involved with an issue at this level. This has been the general response I've received from her as I've had any discussion where I'm asking her to think about something differently than she's determined is appropriate.

I'm at a bit of a loss for how to appropriately manage the situation since she has only been in the role for two weeks.

Thanks,

Rob

Sent from my iPhone

Begin forwarded message:

> **From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Date:** July 17, 2020 at 11:45:40 AM EDT
> **To:** "Tappan, Charlene A" <CTappan@mcc.commnet.edu>
> **Cc:** MA-Allpoints <Allpoints@mcc.commnet.edu>
> **Subject: Re:  Updated already! Campus reopening template**
>
> Hi Charlene,
> Thank you for reading through the template and offering your thoughts.
> I was informed that those names were not intended to be on this template. It was a simple mistake so no need for alarm.
>
> To add, let's all remember Barry's request to avoid reply all. I know he was kind enough to offer directions for how to change your settings in outlook if needed.
> :-) Enjoy your weekend!
>
> Kindly,
> Nicole
>
> Nicole Esposito, Ed.D
>
> Chief Executive Officer
> Manchester Community College

CSCU 10/26/21 POSITION 000143
ESPOSITO 1/7/22 HEARING - 000319

SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Tappan, Charlene A <CTappan@mcc.commnet.edu>
**Sent:** Friday, July 17, 2020 11:28:11 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** MA-Allpoints <Allpoints@mcc.commnet.edu>
**Subject:** Re: Updated already! Campus reopening template

Good morning, Nicole.
The marketing and public relations department will not be on campus for the near future. We do not have any student contact on a regular basis, so applying the "compelling business to be on ground" filter doesn't currently apply to us.

I do recognize, however, that it may be seen as inequitable if we are staying home and the other offices are opening. So please let me know if you would like us to come in.

While the original information asked for employee specifics, on future iterations of the spreadsheet there's no need for individuals to be singled out. Also Mike Jordan-Reilly is not part of the marketing and public relations department at this time, so he would probably appreciate a separate entry.

If someone other than your office is maintaining the spreadsheet, please let me know and I'll get this information to them.
Hope all is well.

Charlene

On Jul 17, 2020, at 9:26 AM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:

Dear Colleagues,
The power of communication! It is only 9:20am and we already have updates to share.
Please see the updated schedule attached so you all have an idea of what is happening.
There will continue to be updates as I receive communications from various campus departments.

2

CSCU 10/26/21 POSITION 000144
ESPOSITO 1/7/22 HEARING - 000320

I hope you are all doing well.

Kindly,
Nicole

See attached.

**Nicole Esposito, Ed.D**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

3

CSCU 10/26/21 POSITION 000145
ESPOSITO 1/7/22 HEARING - 000321

Exhibit J

**CSCU 10/26/21 POSITION 000146**
**ESPOSITO 1/7/22 HEARING - 000322**

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, November 9, 2020 5:13 PM |
| **To:** | Lombella, James P |
| **Cc:** | Pritchard, Alice M; Coley, Thomas G |
| **Subject:** | Re: Senior Leadership Development Proposal - CSCU |

Hi Jim,

This looks good to me. The three of us will learn more about the inner-workings of each of our supervisory relationships with these CEOs due to our meetings Keith them being with the three of us at the same time, but I think that can be a good thing.

Sent from my iPhone

> On Nov 9, 2020, at 4:14 PM, Lombella, James P <JLombella@commnet.edu> wrote:
>
> Alice, Rob, Tom,
> Attached is the modified proposal staying with in the $10k max. Please review and offer thoughts.
>
> Alice, if this looks good this could be the template to use for the contract.
>
> Let me know.
> Thanks,
> Jim
>
> James Lombella, Ed.D.
> *Regional President*
> North-West Region; Connecticut Community Colleges
> Connecticut State Colleges and Universities
> Phone: 860.723.0625
> lombellaj@ct.edu
>
> <image001.jpg>
>
> This email and any attached documents may contain confidential information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited.  Do not distribute this email without careful consideration.  If you believe that you have received this email in error, please notify the sender by telephone at the number listed above. Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.
>
> **From:** Kathy Vivier <kvivier@giombettiassoc.com>
> **Sent:** Monday, November 9, 2020 4:01 PM
> **To:** Lombella, James P <JLombella@commnet.edu>

1

**CSCU 10/26/21 POSITION 000147**
**ESPOSITO 1/7/22 HEARING - 000323**

**Cc:** Ross Giombetti <rossgiombetti@giombettiassoc.com>; Van Cott, Margaret <MVanCott@commnet.edu>
**Subject:** Re: FW: FW: Senior Leadership Development Proposal

Good afternoon Jim!

Attached please find our modified proposal for your review.

Please let us know if you have any questions or concerns.

Thank you very much!

Kathy

**Kathy Vivier** | Office Manager | kvivier@giombettiassoc.com
Giombetti Associates | Office: 413-566-3863
2377 Boston Road, Unit 102, Wilbraham, MA 01095
Click here to Check out our brand new website!
*"You had the power all along, my dear!" Glinda, the Good Witch*

**PLEASE NOTE: The 2021 Leadership Training Program dates are as follows.
Please contact me if you or someone you know would be interested in attending
this wonderful program in Holyoke, Massachusetts:**
**March 9, 10, 11, 2021**
**June 8, 9, 10, 2021**
**September 14, 15, 16, 2021**
**November 2, 3, 4, 2021**


<Connecticut Community Colleges Leadership Development Proposal 11-6-20.docx>

CSCU 10/26/21 POSITION 000148
ESPOSITO 1/7/22 HEARING - 000324

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Friday, March 26, 2021 2:09 PM |
| **To:** | Kripp, Andrew; Carolina, Kimberly B; Walsh, Shannon M |
| **Cc:** | Pritchard, Alice M |
| **Subject:** | FW: Senior Leadership Development Proposal - CSCU |
| **Attachments:** | Connecticut Community Colleges Leadership Development Proposal 11-6-20.docx |

Greetings,

Per our conversation yesterday, attached please find the leadership coaching plan we are conducting with the five CEOs who began on a permanent basis in the summer of 2020. When this initial engagement ends in the next few months, we could explore a more intensive coaching model for Nicole with them, or I am fine if you have an idea for another firm.

Thanks to each of you for your support and I'll await the draft of the planned communication to Nicole. Please let me know if you need anything else from me at this time.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Lombella, James P <JLombella@commnet.edu>
**Sent:** Monday, November 9, 2020 4:15 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>
**Subject:** FW: Senior Leadership Development Proposal - CSCU

Alice, Rob, Tom,
Attached is the modified proposal staying with in the $10k max. Please review and offer thoughts.

Alice, if this looks good this could be the template to use for the contract.

Let me know.

CSCU 10/26/21 POSITION 000149
ESPOSITO 1/7/22 HEARING - 000325

Thanks,
Jim

James Lombella, Ed.D.
*Regional President*
North-West Region; Connecticut Community Colleges
Connecticut State Colleges and Universities
Phone: 860.723.0625
lombellaj@ct.edu

CSCU

This email and any attached documents may contain confidential information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited.  Do not distribute this email without careful consideration.  If you believe that you have received this email in error, please notify the sender by telephone at the number listed above. Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

**From:** Kathy Vivier <kvivier@giombettiassoc.com>
**Sent:** Monday, November 9, 2020 4:01 PM
**To:** Lombella, James P <JLombella@commnet.edu>
**Cc:** Ross Giombetti <rossgiombetti@giombettiassoc.com>; Van Cott, Margaret <MVanCott@commnet.edu>
**Subject:** Re: FW: FW: Senior Leadership Development Proposal

Good afternoon Jim!

Attached please find our modified proposal for your review.

Please let us know if you have any questions or concerns.

Thank you very much!

Kathy


**Kathy Vivier** | Office Manager | kvivier@giombettiassoc.com
Giombetti Associates | Office: 413-566-3863
2377 Boston Road, Unit 102, Wilbraham, MA 01095
Click here to Check out our brand new website!
*"You had the power all along, my dear!"  Glinda, the Good Witch*

**PLEASE NOTE: The 2021 Leadership Training Program dates are as follows. Please contact me if you or someone you know would be interested in attending this wonderful program in Holyoke, Massachusetts:**
**March 9, 10, 11, 2021**
**June 8, 9, 10, 2021**
**September 14, 15, 16, 2021**
**November 2, 3, 4, 2021**

2

CSCU 10/26/21 POSITION 000150
ESPOSITO 1/7/22 HEARING - 000326

CSCU 10/26/21 POSITION 000151
ESPOSITO 1/7/22 HEARING - 000327

Exhibit K

CSCU 10/26/21 POSITION 000152
ESPOSITO 1/7/22 HEARING - 000328

CSCU 10/26/21 POSITION 000153
ESPOSITO 1/7/22 HEARING - 000329

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, May 3, 2021 6:43 PM |
| **To:** | Steinmetz III, Robert R |
| **Cc:** | Case, Karyn M |
| **Subject:** | RE: EMSA SLAs |

Hi Rob,
Quick follow up. I noticed that some of the language has still not been updated to reflect the recommendations the CEO's offered (specifically related to the accountability without authority etc...). At this time, the documents are under legal review. I anticipate this review will be completed soon.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Esposito, Nicole C
**Sent:** Monday, May 3, 2021 1:03 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** RE: EMSA SLAs

I am sorry about that. We have been so buried in commencement plans and various other end-of-year tasks that it just fell off the radar. Thanks for the nudge!

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 1:00 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>

1

CSCU 10/26/21 POSITION 000154
ESPOSITO 1/7/22 HEARING - 000330

**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** RE: EMSA SLAs

Perfect. Thanks for the quick response!

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, May 3, 2021 12:56 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** RE: EMSA SLAs

Hi Rob,
You didn't miss it. I have been so busy and it somehow fell off my radar. I realized just yesterday that I forgot to send them in. I will get the signed copies to you today.

Thanks.
-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 12:54 PM

2

**CSCU 10/26/21 POSITION 000155**
**ESPOSITO 1/7/22 HEARING - 000331**

**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** EMSA SLAs

Hi Nicole,

Apologies if I missed it, but I didn't see MCC's signed SLAs for the Enrollment Management/Student Affairs Service Level Agreements sent to Alison by Friday's deadline. Please advise.

Thanks,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





3

**CSCU 10/26/21 POSITION 000156**
**ESPOSITO 1/7/22 HEARING - 000332**

CSCU 10/26/21 POSITION 000157
ESPOSITO 1/7/22 HEARING - 000333

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, May 3, 2021 6:46 PM |
| **To:** | Pritchard, Alice M; Buckley, Alison |
| **Subject:** | Fwd: EMSA SLAs |

FYI.

Sent from my iPhone

Begin forwarded message:

> **From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Date:** May 3, 2021 at 6:43:11 PM EDT
> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Cc:** "Case, Karyn M" <KCase@mcc.commnet.edu>
> **Subject: RE: EMSA SLAs**
>
>
> Hi Rob,
> Quick follow up. I noticed that some of the language has still not been updated to reflect the
> recommendations the CEO's offered (specifically related to the accountability without authority etc...).
> At this time, the documents are under legal review. I anticipate this review will be completed soon.
>
> Kindly,
> Nicole
>
> Nicole Esposito, Ed.D
> Chief Executive Officer
> *She, her, hers*
>
> *Manchester Community College*
> *SSC L201*
> *Great Path, MS #01*
> *PO Box 1064*
> *Manchester, CT 06045-1046*
> *P: 860-512-3103 / F: 860-512-3101*
>
> **From:** Esposito, Nicole C
> **Sent:** Monday, May 3, 2021 1:03 PM
> **To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
> **Subject: RE: EMSA SLAs**
>
> I am sorry about that. We have been so buried in commencement plans and various other end-of-year
> tasks that it just fell off the radar. Thanks for the nudge!
>
> Nicole Esposito, Ed.D
> Chief Executive Officer

1

CSCU 10/26/21 POSITION 000158
ESPOSITO 1/7/22 HEARING - 000334

*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 1:00 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** RE: EMSA SLAs

Perfect. Thanks for the quick response!

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, May 3, 2021 12:56 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** RE: EMSA SLAs

Hi Rob,
You didn't miss it. I have been so busy and it somehow fell off my radar. I realized just yesterday that I forgot to send them in. I will get the signed copies to you today.

Thanks.
-Nicole

Nicole Esposito, Ed.D

2

Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 12:54 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** EMSA SLAs

Hi Nicole,

Apologies if I missed it, but I didn't see MCC's signed SLAs for the Enrollment Management/Student Affairs Service Level Agreements sent to Alison by Friday's deadline. Please advise.

Thanks,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





3

**CSCU 10/26/21 POSITION 000160**
**ESPOSITO 1/7/22 HEARING - 000336**

CSCU 10/26/21 POSITION 000161
ESPOSITO 1/7/22 HEARING - 000337

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, May 3, 2021 7:00 PM |
| **To:** | Esposito, Nicole C |
| **Cc:** | Case, Karyn M |
| **Subject:** | Re: EMSA SLAs |

Hi Nicole,

A number of changes were made to the document based upon feedback from the CEOs and others. I am hopeful that outstanding questions will be resolved soon. I provided two weeks to send any feedback or questions in anticipation of signing the documents and had the SLAs as the first agenda item during our leadership meeting on April 23, 2021.

Also note that Ernestine has already reviewed to final documents, so please advise who is providing a legal review.

If questions continue, please provide specific information and we can set up a time to discuss.

Thank you,

Rob

Sent from my iPhone

> On May 3, 2021, at 6:43 PM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:
>
> Hi Rob,
> Quick follow up. I noticed that some of the language has still not been updated to reflect the
> recommendations the CEO's offered (specifically related to the accountability without authority etc...).
> At this time, the documents are under legal review. I anticipate this review will be completed soon.
>
> Kindly,
> Nicole
>
> Nicole Esposito, Ed.D
> Chief Executive Officer
> *She, her, hers*
>
> *Manchester Community College*
> *SSC L201*
> *Great Path, MS #01*
> *PO Box 1064*
> *Manchester, CT 06045-1046*
> *P: 860-512-3103 / F: 860-512-3101*
>
> **From:** Esposito, Nicole C
> **Sent:** Monday, May 3, 2021 1:03 PM
> **To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>

1

CSCU 10/26/21 POSITION 000162
ESPOSITO 1/7/22 HEARING - 000338

Cc: Case, Karyn M <KCase@mcc.commnet.edu>
Subject: RE: EMSA SLAs

I am sorry about that. We have been so buried in commencement plans and various other end-of-year tasks that it just fell off the radar. Thanks for the nudge!

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

From: Steinmetz III, Robert R <RSteinmetz@commnet.edu>
Sent: Monday, May 3, 2021 1:00 PM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Cc: Case, Karyn M <KCase@mcc.commnet.edu>
Subject: RE: EMSA SLAs

Perfect. Thanks for the quick response!

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image003.jpg>

From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Sent: Monday, May 3, 2021 12:56 PM
To: Steinmetz III, Robert R <RSteinmetz@commnet.edu>
Cc: Case, Karyn M <KCase@mcc.commnet.edu>
Subject: RE: EMSA SLAs

2

Hi Rob,
You didn't miss it. I have been so busy and it somehow fell off my radar. I realized just yesterday that I forgot to send them in. I will get the signed copies to you today.

Thanks.
-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 12:54 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** EMSA SLAs

Hi Nicole,

Apologies if I missed it, but I didn't see MCC's signed SLAs for the Enrollment Management/Student Affairs Service Level Agreements sent to Alison by Friday's deadline. Please advise.

Thanks,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image004.jpg>

3

CSCU 10/26/21 POSITION 000164
ESPOSITO 1/7/22 HEARING - 000340

CSCU 10/26/21 POSITION 000165
ESPOSITO 1/7/22 HEARING - 000341

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Wednesday, May 5, 2021 2:09 PM |
| **To:** | Buckley, Alison; Pritchard, Alice M; Levinson, David |
| **Subject:** | Fwd: EMSA SLA |

The latest from Manchester.

Sent from my iPhone

Begin forwarded message:

> **From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Date:** May 5, 2021 at 1:29:44 PM EDT
> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Cc:** "Ellis, Rose R" <REllis@qvcc.commnet.edu>, "Minkler, Steven L" <SMinkler@mxcc.commnet.edu>,
> "Jukoski, Mary Ellen" <MJukoski@trcc.commnet.edu>, "Harris, G. Duncan"
> <GHarris@ccc.commnet.edu>, "Levinson, David" <DLevinson@commnet.edu>, "Pritchard, Alice M"
> <APritchard@commnet.edu>
> **Subject: EMSA SLA**

> Dear Rob and Colleagues,
> Thank you so much for your patience. As I mentioned in my previous email, I realized that much of the
> language in the final drafts of the SLA's did not reflect the questions/concerns that were raised by a few
> of us. I take full blame for just assuming it was and really should have read them in more detail when I
> received the final drafts on April 16th.
> You mentioned in your last email that you offered two weeks for us to review these again, and that is
> true. However, I did not find any additional concerns other than what I have already expressed in
> various leadership meetings on the following dates: January 26th, January 29th, and then again on April
> 23rd. I also requested an updated organizational chart in our February meeting to help me make sense of
> the SLA contracts and overall lines of authority. However, my general concern still remains....specifically,
> this contract (that I am being asked to sign) clearly holds the CEO accountable for functions/operations I
> do not have direct authority over. I do worry about the liability piece because we are in a transition
> stage and it wouldn't be unreasonable to assume that, on occasion, things could go wrong. I simply
> request that I am held harmless should something outside of my direct authority come up as
> problematic. I do hope you find my concerns to be reasonable.

> Per your request, I am going to offer a written list of red flags/concerns and also some possible
> solutions. With that being said, I really think this is 100% workable with just a few minor adjustments. I
> imagine that you would want the CEO's to feel confident and comfortable signing these contracts so I
> look forward to working through this together.

> 1.These contracts seem to violate a number of basic principles of management because
> as a general rule in management you can delegate authority but not responsibility and
> these do just the opposite, they delegate responsibility not authority.
> 2. It is true that I might be able to object to anything I think is being done
> wrong/inappropriately or in violation of Federal law or regulations, but I foresee a
> problem because I may not know of any problems or violations until after the fact and

1

CSCU 10/26/21 POSITION 000166
ESPOSITO 1/7/22 HEARING - 000342

even if I was able to protest, according to how this contract is written, if the CSCU President rules against me, I still may be held accountable under the terms of this contract.

3. You could provide a written statement from the CSCC that you will hold me harmless for any errors, mistakes, etc. made by the CSCC and its staff not under my authority. I would also suggest that any such agreement include a provision indemnifying me for any loss, financial or otherwise.

4. I could sign the contracts, but state in writing that I am doing so by directive and since I do not have any direct authority over the budgets of these programs, nor any authority, control over, or management of the personnel or policies of these programs and thus cannot be expected to accept responsibility for their operation or their outcomes.

I do hope you understand my concerns and please let me know if I can offer any additional clarification. I am also willing to have another meeting about this, but I ask that it be a collaborative and inclusive meeting with colleagues that have openly expressed similar concerns.

Respectfully,
Nicole


Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

2

**CSCU 10/26/21 POSITION 000167**
**ESPOSITO 1/7/22 HEARING - 000343**

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, May 11, 2021 12:30 PM |
| **To:** | Esposito, Nicole C |
| **Cc:** | Levinson, David; Pritchard, Alice M |
| **Subject:** | RE: EMSA SLA |

Greetings, Nicole.

Thank you for providing the signed documents.

Regards,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, May 11, 2021 11:31 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Levinson, David <DLevinson@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** RE: EMSA SLA

Hi Rob,
I still have not received a response regarding my questions/comments/offered solution below. With that being said, I have attached the signed SLA contracts. I am doing so because 1) System office and CSCC leadership have stated that you all do not believe these documents are problematic in any way 2) I have been told that the folks in shared services will be held accountable to the CEO's and campuses and 3) That the system office attorney, Ernestine Weaver, drafted and reviewed these documents and believe they are legally sound.
With that being said, I do believe I effectively articulated my questions, concerns, and recommendations both in writing and verbally about these contracts. However, it is clear to me now that there is no intention to modify these contracts and I am being asked to sign them as-is.

Please see attached.
Best,

1

CSCU 10/26/21 POSITION 000168
ESPOSITO 1/7/22 HEARING - 000344

Nicole

**From:** Esposito, Nicole C
**Sent:** Wednesday, May 5, 2021 1:30 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Ellis, Rose R <REllis@qvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Levinson, David <DLevinson@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** EMSA SLA

Dear Rob and Colleagues,
Thank you so much for your patience. As I mentioned in my previous email, I realized that much of the language in the final drafts of the SLA's did not reflect the questions/concerns that were raised by a few of us. I take full blame for just assuming it was and really should have read them in more detail when I received the final drafts on April 16th.
You mentioned in your last email that you offered two weeks for us to review these again, and that is true. However, I did not find any additional concerns other than what I have already expressed in various leadership meetings on the following dates: January 26th, January 29th, and then again on April 23rd. I also requested an updated organizational chart in our February meeting to help me make sense of the SLA contracts and overall lines of authority. However, my general concern still remains....specifically, this contract (that I am being asked to sign) clearly holds the CEO accountable for functions/operations I do not have direct authority over. I do worry about the liability piece because we are in a transition stage and it wouldn't be unreasonable to assume that, on occasion, things could go wrong. I simply request that I am held harmless should something outside of my direct authority come up as problematic. I do hope you find my concerns to be reasonable.

Per your request, I am going to offer a written list of red flags/concerns and also some possible solutions. With that being said, I really think this is 100% workable with just a few minor adjustments. I imagine that you would want the CEO's to feel confident and comfortable signing these contracts so I look forward to working through this together.

1. These contracts seem to violate a number of basic principles of management because as a general rule in management you can delegate authority but not responsibility and these do just the opposite, they delegate responsibility not authority.
2. It is true that I might be able to object to anything I think is being done wrong/inappropriately or in violation of Federal law or regulations, but I foresee a problem because I may not know of any problems or violations until after the fact and even if I was able to protest, according to how this contract is written, if the CSCU President rules against me, I still may be held accountable under the terms of this contract.
3. You could provide a written statement from the CSCC that you will hold me harmless for any errors, mistakes, etc. made by the CSCC and its staff not under my authority. I would also suggest that any such agreement include a provision indemnifying me for any loss, financial or otherwise.
4. I could sign the contracts, but state in writing that I am doing so by directive and since I do not have any direct authority over the budgets of these programs, nor any authority, control over, or management of the personnel or policies of these programs and thus cannot be expected to accept responsibility for their operation or their outcomes.

I do hope you understand my concerns and please let me know if I can offer any additional clarification. I am also willing to have another meeting about this, but I ask that it be a collaborative and inclusive meeting with colleagues that have openly expressed similar concerns.

Respectfully,
Nicole

CSCU 10/26/21 POSITION 000169
ESPOSITO 1/7/22 HEARING - 000345

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000170
ESPOSITO 1/7/22 HEARING - 000346

CSCU 10/26/21 POSITION 000171
ESPOSITO 1/7/22 HEARING - 000347

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, May 11, 2021 11:31 AM |
| **To:** | Steinmetz III, Robert R |
| **Cc:** | Levinson, David; Pritchard, Alice M |
| **Subject:** | RE: EMSA SLA |
| **Attachments:** | EMSA SLA January 2021 FINAL-Signed.docx |

Hi Rob,
I still have not received a response regarding my questions/comments/offered solution below. With that being said, I have attached the signed SLA contracts. I am doing so because 1) System office and CSCC leadership have stated that you all do not believe these documents are problematic in any way 2) I have been told that the folks in shared services will be held accountable to the CEO's and campuses and 3) That the system office attorney, Ernestine Weaver, drafted and reviewed these documents and believe they are legally sound.
With that being said, I do believe I effectively articulated my questions, concerns, and recommendations both in writing and verbally about these contracts. However, it is clear to me now that there is no intention to modify these contracts and I am being asked to sign them as-is.

Please see attached.
Best,
Nicole

From: Esposito, Nicole C
Sent: Wednesday, May 5, 2021 1:30 PM
To: Steinmetz III, Robert R <RSteinmetz@commnet.edu>
Cc: Ellis, Rose R <REllis@qvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Levinson, David <DLevinson@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
Subject: EMSA SLA

Dear Rob and Colleagues,
Thank you so much for your patience. As I mentioned in my previous email, I realized that much of the language in the final drafts of the SLA's did not reflect the questions/concerns that were raised by a few of us. I take full blame for just assuming it was and really should have read them in more detail when I received the final drafts on April 16th.
You mentioned in your last email that you offered two weeks for us to review these again, and that is true. However, I did not find any additional concerns other than what I have already expressed in various leadership meetings on the following dates: January 26th, January 29th, and then again on April 23rd. I also requested an updated organizational chart in our February meeting to help me make sense of the SLA contracts and overall lines of authority. However, my general concern still remains....specifically, this contract (that I am being asked to sign) clearly holds the CEO accountable for functions/operations I do not have direct authority over. I do worry about the liability piece because we are in a transition stage and it wouldn't be unreasonable to assume that, on occasion, things could go wrong. I simply request that I am held harmless should something outside of my direct authority come up as problematic. I do hope you find my concerns to be reasonable.

Per your request, I am going to offer a written list of red flags/concerns and also some possible solutions. With that being said, I really think this is 100% workable with just a few minor adjustments. I imagine that you would want the CEO's to feel confident and comfortable signing these contracts so I look forward to working through this together.

1

CSCU 10/26/21 POSITION 000172
ESPOSITO 1/7/22 HEARING - 000348

1.These contracts seem to violate a number of basic principles of management because as a general rule in management you can delegate authority but not responsibility and these do just the opposite, they delegate responsibility not authority.

2. It is true that I might be able to object to anything I think is being done wrong/inappropriately or in violation of Federal law or regulations, but I foresee a problem because I may not know of any problems or violations until after the fact and even if I was able to protest, according to how this contract is written, if the CSCU President rules against me, I still may be held accountable under the terms of this contract.

3. You could provide a written statement from the CSCC that you will hold me harmless for any errors, mistakes, etc. made by the CSCC and its staff not under my authority. I would also suggest that any such agreement include a provision indemnifying me for any loss, financial or otherwise.

4. I could sign the contracts, but state in writing that I am doing so by directive and since I do not have any direct authority over the budgets of these programs, nor any authority, control over, or management of the personnel or policies of these programs and thus cannot be expected to accept responsibility for their operation or their outcomes.


I do hope you understand my concerns and please let me know if I can offer any additional clarification. I am also willing to have another meeting about this, but I ask that it be a collaborative and inclusive meeting with colleagues that have openly expressed similar concerns.

Respectfully,
Nicole


Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

2

CSCU 10/26/21 POSITION 000173
ESPOSITO 1/7/22 HEARING - 000349

SERVICE LEVEL AGREEMENT FOR FINANCIAL AID SERVICES
BETWEEN
CONNECTICUT STATE COMMUNITY COLLEGE AND
[NAMED INSTITUTION]

This Service Level Agreement for Financial Aid Services ("SLA" or "Agreement") is made by and between Connecticut State Community College ("CSCC") and [names institution and location] ("Institution") for the provision of financial aid services ("FAS") in accordance with NECHE standards and state and federal laws.

WHEREAS, the Connecticut State Colleges and Universities ("CSCU") is part of the System of Higher Education and is comprised of constituent units including the Connecticut State Community College ("CSCC") which is comprised of 12 institutions including [name].

WHERESAS, CSCC in preparation for its accreditation is operating services responsive to the financial aid needs of the community college institutions throughout CSCU to ensure efficiency, consistency, integrity and quality.

WHEREAS, [name] ("Institution") bears final responsibility for ensuring the quality and integrity of all activities conducted in its name and ensures that services provided for the institution comply with federal regulations, state statutory requirements and NECHE standards.

WHEREAS, this Agreement, will be subject to the Institution's scrutiny and evaluation as to the efficacy and quality of the services and outcomes delivered via this Agreement annually, at a minimum, through the designated measures and benchmarks defined under this Agreement.

NOW THEREFORE, to support the ability of the Institution to meet its federal, state and accreditation standards for the provision of financial aid services, the parties hereby agree as follows:

    1. Duties and Responsibility of the Parties
        a. CSCC Duties and Responsibilities:
            i. Training: CSCC shall provide training, as it pertains to rules, regulations, and requirements of administering financial aid to promote an environment of Title IV compliance.

            ii. Title IV Institutional Eligibility Advisement: CSCC shall advise leadership of the institution on necessary actions to maintain institutional eligibility. In accordance with the Institution's Program Participation Agreement, the President/CEO understands and agrees that Title IV compliance is an institutional responsibility. The execution of this SLA extends a joint and several understanding by which the Institution's President/CEO and CSCC are accountable for the overall demonstration of Title IV compliance on behalf of the Institution.

CSCU 10/26/21 POSITION 000174
ESPOSITO 1/7/22 HEARING - 000350

iii. Title IV and State Program Compliance: CSCC shall administer federal, state, and institutional student aid programs in compliance with established regulatory and policy language and shall represent the Institution in all audits and program reviews.

iv. Board of Regents Compliance: CSCC shall ensure compliance with all relevant Board of Regents for Higher Education policies.

v. Fund Management: CSCC shall oversee and execute the awarding of financial aid to eligible students based on global award rules established by the federal government, state government, the CSCU Board of Regents, and the Institution.

vi. Operations: CSCC shall process aid in an efficient and timely manner in support of Connecticut State Community Colleges' enrollment management goals and strategic goals. This also includes but is not limited to compliant operational practices for items including, but not limited to, loan management, default prevention, work-study placement, cost and awarding determinations, and Return of Title IV.

vii. Outreach: CSCC shall maintain an effective outreach program to educate internal and external constituencies about the availability of financial aid and scholarship programs, including alternative methods to pay college costs; and support completion of both the FAFSA and Renewal FAFSA for new and returning students, respectively.

viii. Customer Service: CSCC shall provide quality customer service and satisfaction with positive attitudes that are reflective of both the institution and the CSCC mission and student equity.

ix. Outcomes: CSCC shall analyze and research trends within the student aid population to delineate meaningful information for the Institution and inform equity, affordability, and financial literacy decisions.

b. INSTITUTION Duties and Responsibilities:
i. Final responsibility for program integrity rests with the Institution's CEO. However, as stated above this SLA extends a joint and several understanding by which the Institution's President/CEO and CSCC are accountable for the overall demonstration of Title IV compliance on behalf of the Institution.

ii. The Institution's policies and procedures for financial aid shall be subject to review and updating by CSCC in order to facilitate streamlined activities and processing, as well as providing for a

CSCU 10/26/21 POSITION 000175
ESPOSITO 1/7/22 HEARING - 000351

common student experience across any community college within CSCU.

iii. The institution shall respond to requests from CSCC related to institutional eligibility requirements in a timely manner.

iv. The institution shall be available to CSCC leadership for resolving issues.

v. The institution shall provide office space and office equipment at the same levels as campus staff use currently. Any changes to office space or office equipment, will be discussed with the Vice President of Enrollment Management and Student Affairs prior to any changes being made. If CSCC hires additional staff to support the financial aid operations at the Institution, the Vice President of Enrollment Management and Student Affairs will work with the CEO or designee on office space for additional hires.

2. Evaluation and Review

CSCC shall report its activity and progress on the performance measures annually. Performance assessment as outlined in the exhibit will include the Yearly Evaluation of Student Satisfactions (YESS Survey) and a stakeholder annual survey of satisfaction (SASS Survey). Services and associated performance measures and benchmarks are listed on Exhibit A: Core Work, attached hereto is and incorporated herein.

3. Staffing

a. CSCC shall assume the direct management and supervision of temporary and permanent college staff currently working in Financial Aid Services.

i.  This includes financial aid directors, associates, assistants, student loan officials, any staff that administer or support the Federal Work Study program, clerical staff, and generally any staff currently operating in the financial aid office of the Institution.

ii.  In cases where the staff at the Institution split their responsibilities between the Financial Aid office and other offices outside the scope of the agreement, the Institution may decide whether the staff member will transfer reporting lines and remain in financial aid services or remain in a full-time capacity with their other department at the institution. If the staff member is not included in this agreement, the Institution will transfer an amount equal to their prorated salary plus fringe benefits to the budget of the department under CSCC management.

iii.  The staff impacted by this agreement are listed in Exhibit B: Staffing, attached hereto and incorporated herein.

CSCU 10/26/21 POSITION 000176
ESPOSITO 1/7/22 HEARING - 000352

iv.     The Associate Vice President for Financial Aid Services &Title IV Compliance ("AVP") is responsible for directing the activities and management of the team.  The Associate Vice President will advise the President/CEO of the Institution on matters related to staff promotion and tenure so long as these matters remain campus-based according to union contract.

b. The Associate Vice President for Financial Aid Services &Title IV Compliance ("AVP") will oversee the compliance activity of the Institution, however final responsibility for program integrity shall reside with the CEO of the Institution.

c. Financial aid directors, or the equivalent campus financial aid leader, will be evaluated at least annually by the Associate Vice President for Financial Aid Services and Title IV Compliance; all individuals reporting directly or indirectly to the financial aid director (or equivalent) will continue to be evaluated by the director (or equivalent) along the schedule outlined by the relative collective bargaining agreement. The Associate Vice President for Financial Aid Services and Title IV Compliance will seek input and feedback from the leadership of the Institution on annual evaluations.

d. The Associate Vice President for Financial Aid Services & Title IV Compliance shall manage staff assignments and workload to ensure performance metrics and benchmarks are met. The AVP shall inform the CEO of the Institution, or their administrative designee, of staffing issues or changes arising within the department covered under this agreement.

4. Financials
a. CSCC shall administer the Institution's current financial aid budget.

b. CSCC shall review the Financial Aid departmental budget for adequate expenditures required to meet compliance standards. If deemed insufficient, the Institution will utilize the institution's Administrative Cost Allowance to supplement, not supplant, any budgetary needs related to supporting the administration of the federal student aid programs by offsetting the cost of compliance with federal law and regulation. This may include but is not limited to the cost of training and professional memberships.

5. Fund management shall be reviewed with CSCC for effectiveness and updating, if required.

6. Term
a. This Agreement is valid as of [DATE] and until superseded.

b. This Agreement should be reviewed at a minimum once per fiscal year; however, in lieu of a review during any period specified, the

CSCU 10/26/21 POSITION 000177
ESPOSITO 1/7/22 HEARING - 000353

current Agreement shall remain in effect. CSCC's Vice President for Enrollment Management and Student Affairs is responsible for facilitating regular reviews of this document.

c. This Agreement may be terminated only by written justification to the CSCU President. The CSCU President will review the justification to determine validity and exiting considerations.

7. Service Level Constraints: Service levels may be constrained by external or internal influences beyond the control of CSCC. These constraints may impact service delivery. These constraints may include, but are not limited to, the following:

a. Workload: A request to expand the scope or volume of services provided that require additional processing time or personnel may negatively impact service delivery. Depending on the extent of the request, additional financial support may be required by the Institution to offer such service.

b. Conformance Requirements: Policy changes and/or federal or state regulations may alter procedures and/or service delivery from what is specified in this Agreement.

c. Technical Issues: Failure of the business technology to perform as expected may cause service delivery delays and effectiveness.

d. Service Availability

i. Coverage parameters specific to the service(s) covered in this Agreement are as follows: Students services will be provided on hours that align with the hours that the Institution is open. Additional standard evening and weekend hours may be added upon agreement of both the Institution and CSCC. Telephone and walk-in support: 8:00 A.M. to 5:00 P.M. Monday through Friday, excluding designated holidays and occasional inclement weather closings.

ii. CSCC will follow inclement weather/emergency directives, Governor Directives and CSCU President Directives of closing schedule of any CSCU location.

iii. Phone Calls:
1.     After hours: Calls received after office hours will be received by the CSCC call center.
2.     Email: Emails received will be responded to within two business days in accordance with the Core Work, Exhibit A.

8. Issue Resolution: Concerns or issues related to performance or the implementation of this agreement can be identified, at any time, by the CEO of the Institution, or designee. Issues should be brought to the attention of the Associate Vice President for Financial Aid Services. In the event an issue is unresolved, the Institution may escalate to CSCC's Vice President for

CSCU 10/26/21 POSITION 000178
ESPOSITO 1/7/22 HEARING - 000354

Enrollment Management and Student Affairs. If resolution fails, it may proceed to the CSCC president, and ultimately the CSCU president.

9. Amendments. Revisions to the Agreement must be approved in writing. A formal amendment, in writing, shall not be effective until executed by all parties to the agreement, and shall be required for revisions to project specifications, and any other Agreement revision.

10. Contact information. The Parties named the following individuals as primary representatives regarding this Agreement. The parties shall notify each other of any change to this designation within ten (10) business days.

11. Compliance with federal and state statutes. In performing services pursuant to this agreement, the parties agree that they shall comply with all applicable federal and state statutes and regulations, including but not limited to FERPA, the Gramm-Leach-Bliley Act and related policies, in the protection of all personally identifiable and other protected confidential information. Nothing in this Agreement may be construed to allow either party to maintain, use, disclose or share student information in a manner not allowed under such laws or regulations.

12. Data Ownership. Ownership of all data collected and maintained by the Institution remains with the Institution. Disclosure of these data under the terms of this Agreement does not additional assign ownership of these data.

Acceptance & Approval

Connecticut State Community College: Authorized Individual

Name: _____

Title: _____

Signature: _____

Date Signed: _____

Institution: Authorized Individual

Name: _____Nicole Esposito, Ed.D_____

Title: ___Chief Executive Officer_____

Signature: _____*Nicole Esposito*_____

Date Signed: _____5/11/2021_____

CSCU 10/26/21 POSITION 000179
ESPOSITO 1/7/22 HEARING - 000355

SERVICE LEVEL AGREEMENT FOR RECRUITMENT AND ADMISSIONS
SERVICES BETWEEN
CONNECTICUT STATE COMMUNITY COLLEGE AND
[NAMED INSTITUTION]

This Service Level Agreement for Recruitment and Admissions Services ("SLA"
or "Agreement") is made by and between Connecticut State Community College
("CSCC") and [names institution and location] ("Institution") for the provision of
recruitment and admissions ("RA") services in accordance with NECHE
standards and state and federal laws.

WHEREAS, the Connecticut State Colleges and Universities ("CSCU") is part of
the System of Higher Education and is comprised of constituent units including the
Connecticut State Community College ("CSCC") which is comprised of 12
institutions including [college name].

WHERESAS, CSCC in preparation for its accreditation is operating services
responsive to the admissions needs of the community college institutions
throughout CSCU to ensure efficiency, consistency, integrity and quality.

WHEREAS, [college name] ("Institution") bears final responsibility for ensuring
the quality and integrity of all activities conducted in its name and ensures that
services provided for the institution comply with federal regulations, state statutory
requirements and NECHE standards.

WHEREAS, this Agreement, will be subject to the Institution's scrutiny and
evaluation as to the efficacy and quality of the services and outcomes delivered via
this Agreement annually, at a minimum, through the designated measures and
benchmarks defined under this Agreement.

NOW THEREFORE, to support the ability of the Institution to meet its federal,
state and accreditation standards for the provision of recruitment and
admissions services, the parties hereby agree as follows:

    I. Duties and Responsibility of the Parties
        a. CSCC Duties and Responsibilities:
            i. Training: Develop and implement an ongoing staff training
            program to support professional development, process
            improvement, best practices and compliance.

            ii. SEVIS: Advise college leadership on necessary actions to maintain
            institutional eligibility to participate in the F1 visa programs.

            iii. Recruitment: Develop, implement and maintain a recruitment program
            to attract students to the college. This includes plans to target adult
            learners, traditional age students and the dual enrollment population.

            iv. Admissions: Develop, implement and maintain selective, competitive
            and targeted recruitment and admissions programs.

CSCU 10/26/21 POSITION 000180
ESPOSITO 1/7/22 HEARING - 000356

v. Onboarding: Provide accessible enrollment services that facilitate admission, access to services and the achievement of student goals.

vi. International Admissions: Administer international credit student admissions programs.

vii. Relationship Management: Establish and maintain external relationships with the K-12 schools, private school, and selected organizations, military and government agencies and businesses that contribute to enrollment and a positive image of community colleges within the community.

viii. Integrity: All CSCC employees will ensure that interactions with students and prospective students are characterized by integrity.

ix. The CSCC staff acting on behalf of the institution will be responsible for meeting the admissions goals and objectives set forth by the governing board of the institution.

ix. The CSCC staff acting on behalf of the institution will be responsible for compliance with any institutional policies enacted by the institution's governing Board.

x. Transcript evaluation: The CSCC staff acting on behalf of the institution will evaluate transcripts in accordance with existing governing board policy and ensure compliance.

xi. Customer Service: CSCC shall provide quality customer service and satisfaction with positive attitudes that are reflective of both the institution and the CSCC mission and student equity.

xii. Orientation: CSCC will provide an orientation to newly enrolled students that includes information on student services as well as a focus on academic opportunities, expectations and support services.

b. INSTITUTION Duties and Responsibilities:
   i. While the President/CEO understands and agrees that regulatory compliance is an institutional responsibility, the execution of the SLA extends a joint and several understanding by which the Institution's President/CEO and CSCC are accountable for the overall demonstration of compliance.

   ii. The institution remains committed to its mission of open access. As such, the institution will continue to define and direct criteria for admissions decisions in alignment with the directives provided by the CSCU Board of Regents. Open access decisions will be processed by CSCC.

   iii. In cases of selective or competitive admissions programs, the

/EMSA SLA January 2021 FINAL

8

institution will make the final admissions decision.

iv. The institution will review all communications and relevant printed and digital publications for alignment with the institution's mission.

v. The institution shall respond to requests from CSCC in a timely manner.

vi. The institution shall be available to CSCC leadership for resolving issues.

vii. The institution shall provide office space and office equipment at the same levels as campus staff use currently. Any changes to office space or office equipment, will be discussed with the Vice President of Enrollment Management and Student Affairs prior to any changes being made. If CSCC hires additional staff to support the admissions operations at the institution, the Vice President of Enrollment Management and Student Affairs will work with the CEO or designee on office space for additional hires.

2. Evaluation and Review

CSCC shall report its activity and progress on the performance measures annually.  Performance assessment as outlined in the exhibit will include the Yearly Evaluation of Student Satisfactions (YESS Survey) and a stakeholder annual survey of satisfaction (SASS Survey). Services and associated performance measures and benchmarks are listed on Exhibit A: Core Work, attached hereto is and incorporated herein.

3. Staffing

a. CSCC shall assume the direct management and supervision of temporary and permanent college staff currently working in Admissions.

i. This includes admissions directors, associates, assistants, transcript evaluators, clerical staff, and generally any staff currently operating in the admissions office of the Institution.

ii. In cases where the staff at the Institution split their responsibilities between the Admissions office and other offices outside the scope of the agreement, the Institution may decide whether the staff member will transfer reporting lines and remain in Admissions or remain in a full-time capacity with their other department at the institution. If the staff member is not included in this agreement, the Institution will transfer an amount equal to their prorated salary plus fringe benefits to the budget of the department under CSCC management.

iii. The staff impacted by this agreement are listed in Exhibit B: Staffing, attached hereto and incorporated herein.

CSCU 10/26/21 POSITION 000182
ESPOSITO 1/7/22 HEARING - 000358

iv.     The Associate Vice President for Recruitment,
Admissions and Community Outreach ("AVP"); is responsible
for directing the activities and management of the team. The
Associate Vice President will advise the President/CEO of the
Institution on matters related to staff promotion and tenure so
long as these matter remain campus-based according to union
contract.

b. Admission directors, or the equivalent campus admissions leader, will
be evaluated at least annually by the Associate Vice President for
Recruitment, Admissions and Community Outreach ("AVP"); all
individuals reporting directly or indirectly to the admissions director (or
equivalent) will continue to be evaluated by the director (or equivalent)
along the schedule outlined by the relative collective bargaining
agreement. The AVP will seek input and feedback from the leadership of
the Institution on all annual evaluations.

c. The AVP shall manage staff assignments and workload to ensure
performance metrics and benchmarks are met. The AVP shall inform
the CEO of the Institution, or their administrative designee, of staffing
issues or changes arising within the department covered under this
agreement.

4. Financials
a. CSCC shall administer the Institution's current admissions
budget. b. CSCC shall review the Admissions departmental
budget for adequate expenditures required to meet
compliance standards.

5. Term
a. This Agreement is valid as of [DATE] and until superseded.

b. This Agreement should be reviewed at a minimum once per fiscal
year; however, in lieu of a review during any period specified, the
current Agreement shall remain in effect. CSCC's Vice President for
Enrollment Management and Student Affairs is responsible for
facilitating regular reviews of this document.

c. This Agreement may be terminated only by written justification to the
CSCU President. The CSCU President will review the justification to
determine validity and exiting considerations.

6. Service Level Constraints: Service levels may be constrained by external or
internal influences beyond the control of CSCC. These constraints may impact
service delivery. These constraints may include, but are not limited to, the
following:
a. Workload: A request to expand the scope or volume of services
provided that require additional processing time or personnel may
negatively impact service delivery. Depending on the extent of the
request, additional financial support may be required by the Institution to

CSCU 10/26/21 POSITION 000183
ESPOSITO 1/7/22 HEARING - 000359

offer such service.

b. Conformance Requirements: Policy changes and/or federal or state regulations may alter procedures and/or service delivery from what is specified in this Agreement.

c. Technical Issues: Failure of the business technology to perform as expected may cause service delivery delays and effectiveness.

d. Service Availability

   i. Coverage parameters specific to the service(s) covered in this Agreement are as follows: Students services will be provided on hours that align with the hours that the Institution is open. Additional standard evening and weekend hours may be added upon agreement of both the Institution and CSCC. Telephone and walk-in support: 8:00 A.M. to 5:00 P.M. Monday through Friday, excluding designated holidays and occasional inclement weather closings.

   ii. CSCC will follow inclement weather/emergency directives, Governor Directives and CSCU President Directives of closing schedule of any CSCU location.

   iii. Phone Calls:

      1. After hours: Calls received after office hours will be received by the CSCC call center.

      2. Email: Emails received will be responded to within two business days in accordance with the Core Work, Exhibit A.

7. Issue Resolution: Concerns or issues related to performance or the implementation of this agreement can be identified, at any time, by the CEO of the Institution, or designee. Issues should be brought to the attention of the Associate Vice President for Recruitment, Admissions and Community Outreach. In the event an issue is unresolved, the Institution may escalate to CSCC's Vice President for Enrollment Management and Student Affairs. If resolution fails, it may proceed to the CSCC president, and ultimately the CSCU president.

8. Amendments. Revisions to the Agreement must be approved in writing. A formal amendment, in writing, shall not be effective until executed by all parties to the agreement, and shall be required for revisions to project specifications, and any other Agreement revision.

9. Contact information. The Parties named the following individuals as primary representatives regarding this Agreement. The parties shall notify each other of any change to this designation within ten (10) business days.

10. Compliance with federal and state statutes. In performing services pursuant to this agreement, the parties agree that they shall comply with all applicable federal and state statutes and regulations, including but not limited to FERPA, the Gramm-Leach-Bliley Act and related policies, in the protection of all personally identifiable and other protected confidential information.

CSCU 10/26/21 POSITION 000184
ESPOSITO 1/7/22 HEARING - 000360

Nothing in this Agreement may be construed to allow either party to maintain, use, disclose or share student information in a manner not allowed under such laws or regulations.

11. Data Ownership. Ownership of all data collected and maintained by the Institution remains with the Institution. Disclosure of these data under the terms of this Agreement does not additional assign ownership of these data.

Acceptance & Approval

Connecticut State Community College: Authorized Individual

Name: _____

Title: _____

Signature: _____

Date Signed: _____

Institution: Authorized Individual

Name: _____Nicole Esposito, Ed.D_____

Title: _____Chief Executive Officer_____

Signature: _____*Nicole Esposito*_____

Date Signed: _____5/11/2021_____

CSCU 10/26/21 POSITION 000185
ESPOSITO 1/7/22 HEARING - 000361

SERVICE LEVEL AGREEMENT FOR REGISTRATION AND RETENTION
SERVICES BETWEEN
CONNECTICUT STATE COMMUNITY COLLEGE AND
[NAMED INSTITUTION]

This Service Level Agreement for Registration and Retention Services ("SLA" or
"Agreement") is made by and between Connecticut State Community College
("CSCC") and [names institution and location] ("Institution") for the provision of
registration and retention services ("RRS") in accordance with NECHE standards
and state and federal laws.

WHEREAS, the Connecticut State Colleges and Universities ("CSCU") is part of
the System of Higher Education and is comprised of constituent units including the
Connecticut State Community College ("CSCC") which is comprised of 12
institutions including [college name].

WHEREAS, CSCC in preparation for its accreditation is operating services
responsive to the registration and retention needs of the community college
institutions throughout CSCU to ensure efficiency, consistency, integrity and
quality.

WHEREAS, [college name] ("Institution") bears final responsibility for ensuring
the quality and integrity of all activities conducted in its name and ensures that
services provided for the institution comply with federal regulations, state statutory
requirements and NECHE standards.

WHEREAS, this Agreement, will be subject to the Institution's scrutiny and
evaluation as to the efficacy and quality of the services and outcomes delivered via
this Agreement annually, at a minimum, through the designated measures and
benchmarks defined under this Agreement.

NOW THEREFORE, to support the ability of the Institution to meet its federal state
and accreditation standards for the provision of registration and retention services,
the parties hereby agree as follows:

    1. Duties and Responsibilities of the Parties
        a. CSCC Duties and Responsibilities:
            i. Training: CSCC shall develop and implement an
            ongoing staff professional development program in
            order to ensure that registration, records and retention
            staff are prepared to address the needs of students
            effectively.

            ii. FERPA: CSCC shall deliver required training to
            faculty and staff, on FERPA to ensure that all college
            personnel are trained to uphold the provisions of
            FERPA.

            iii. Enrollment Reporting: CSCC shall ensure the accuracy of
            institutional enrollment reports submitted to the National Student

CSCU 10/26/21 POSITION 000186
ESPOSITO 1/7/22 HEARING - 000362

Clearinghouse and the U.S. Department of Education as well as other state/federal agencies as mandated.

iv. Compliance Advisement: CSCC shall advise the Institution on federal and state compliance requirements related to student records and enrollment reporting.

v. Board of Regents Compliance: CSCC shall ensure compliance with all relevant Board of Regents for Higher Educations policies.

vi. Calendar: CSCC shall follow the established registration dates/deadlines for each term; assist the Finance Office with the establishment of payment, refund and drop for non-payment dates.

vii. Communications: CSCC shall develop communication plan to promote registration before the start of each term, ensure timely payment arrangements, ensure timely graduation applications, and academic standing notifications.

viii. Operations: CSCC shall ensure the efficiency of registration operations and timely response to records requests.

ix. Completion: CSCC shall administer graduation and enrollment verification processes.

x. Outcomes: CSCC shall analyze and research trends to delineate meaningful information to the Institution and inform equity, affordability, and enrollment decisions.

xi. Customer Service: CSCC shall demonstrate quality customer service and satisfaction with positive attitudes that are reflective of both the Institution and CSCC mission and student equity.

b. Institution Duties and Responsibilities
    i. The Institution shall continue to define and direct the requirements of degrees and other forms of academic recognition in accordance with directives from the governing board.

    ii. The Institution shall award and confer all credentials in alignment with the directives provided by the CSCU Board of Regents.

    iii. The Institution retains the responsibility for design, content and delivery for all academic credit or credentials awarded.

    iv. The Institution will ensure the procedures enacted to register students; ensure that the same student who participated in and completes the program receives academic credit.

14

CSCU 10/26/21 POSITION 000187
ESPOSITO 1/7/22 HEARING - 000363

v. The institution will ensure that CSCC protects student privacy.

vi. The institution shall provide office space and office equipment at the same levels as campus staff use currently. Any changes to office space or office equipment, will be discussed with the Vice President of Enrollment Management and Student Affairs prior to any changes being made. If CSCC hires additional staff to support the registration and retention operations at the institution, the Vice President of Enrollment Management and Student Affairs will work with the CEO or designee on office space for additional hires.

2. Evaluation and Review

CSCC shall report its activity and progress on the performance measures annually. Performance assessment as outlined in the exhibit will include the Yearly Evaluation of Student Satisfactions (YESS Survey) and a stakeholder annual survey of satisfaction (SASS Survey). Services and associated performance measures and benchmarks are listed on Exhibit A: Core Work, attached hereto is and incorporated herein.

3. Staffing

a. CSCC shall assume the direct management and supervision of all temporary and permanent college staff currently working in Registration Services.

i. This includes Registrars, Associate Registrars, Assistant Registrars, and generally any staff currently operating in the Registrar's Office of the Institution. Staffing transfer also includes any staff working in front-line student enrollment centers or welcome centers. It may also include Deans/Directors of Enrollment Management depending on responsibilities of the position.

ii. In cases where the staff at the Institution split their responsibilities between the Registrar's Office/Enrollment Center/Welcome Center and other offices outside the scope of the agreement, the Institution may decide whether the staff member will transfer reporting lines and remain in registration and retention services or remain in a full-time capacity with the other department at the institution. If the staff member is not included in this agreement, the Institution will transfer an amount equal to their prorated salary plus fringe benefits to the budget of the department under CSCC management.

iii. The staff impacted by this agreement are listed in Exhibit B: Staffing attached hereto and incorporated herein.

iv. The Associate Vice President for Enrollment and Retention

CSCU 10/26/21 POSITION 000188
ESPOSITO 1/7/22 HEARING - 000364

Services ("AVP") is responsible for directing the activities and management of the team. The Associate Vice President will advise the President/CEO of the Institution on matters related to staff promotion and tenure so long as these matter remain campus-based according to union contract.

b. The Associate Vice President for Enrollment and Retention Services ("AVP") shall oversee the compliance activity of the Institution related to student records, student privacy and enrollment reporting. While the President/CEO understands and agrees that regulatory compliance is an institutional responsibility, the execution of the SLA extends a joint and several understanding by which the Institution's President/CEO and CSCC are accountable for the overall demonstration of compliance.

c. Registrars, or the equivalent campus registration leader, will be evaluated at least annually by the Associate Vice President for Enrollment and Retention Services; all individuals reporting directly or indirectly to the Registrar (or equivalent) will continue to be evaluated by the Registrar (or equivalent) along the schedule outlined by the relative collective bargaining agreement. The Associate Vice President for Enrollment and Retention Services will seek input and feedback from the leadership of the Institution on all annual evaluations.

d. The Associate Vice President for Enrollment and Retention Services shall manage staff assignments and workload to ensure performance metrics and benchmarks are met. The AVP shall inform the CEO of the Institution, or their administrative designee, of staffing issues or changes arising within the department covered under this agreement.

4. Financials
a. CSCC shall administer the Institution's current registration budget. This also includes budges for Enrollment Centers and Welcome Centers.

b. CSCC shall review the Registrar's departmental budget for adequate expenditures required to meet compliance standards.

5. Term
a. This Agreement is valid as of [DATE] and until superseded.

b. This Agreement should be reviewed at a minimum once per fiscal year; however, in lieu of a review during any period specified, the current Agreement shall remain in effects. CSCC's Vice President for Enrollment Management and Student Affairs is responsible for facilitating regular reviews of this document.

c. This Agreement may be terminated only by written justification to the CSCU President. The CSCU President will review the justification to

CSCU 10/26/21 POSITION 000189
ESPOSITO 1/7/22 HEARING - 000365

determine validity and exiting considerations.

6. Service Level Constraints: Service levels may be constrained by external or internal influences beyond the control of CSCC. These constraints may impact service delivery. These constraints may include, but are not limited to, the following:

a. Workload: A request to expand the scope or volume of services provided that require additional processing time or personnel may negatively impact service delivery. Depending on the extent of the request, additional financial support may be required by the Institution to offer such service.

b. Conformance Requirements: Policy changes and/or federal or state regulations may alter procedures and/or service delivery from what is specified in this Agreement.

c. Technical Issues: Failure of the business technology to perform as expected may cause service delivery delays and effectiveness.

d. Service Availability

i. Coverage parameters specific to the service(s) covered in this Agreement are as follows: Students services will be provided on hours that align with the hours that the Institution is open. Additional standard evening and weekend hours may be added upon agreement of both the Institution and CSCC. Telephone and walk-in support: 8:00 A.M. to 5:00 P.M. Monday through Friday, excluding designated holidays and occasional inclement weather closings.

ii. CSCC will follow inclement weather/emergency directives, Governor Directives and CSCU President Directives of closing schedule of any CSCU location.

iii. Phone Calls:
1. After hours: Calls received after office hours will be received by the CSCC call center.

2. Email: Emails received will be responded to within two business days in accordance with the Core Work, Exhibit A.

7. Issue Resolution: Concerns or issues related to performance or the implementation of this agreement can be identified, at any time, by the CEO of the Institution, or designee. Issues should be brought to the attention of the Associate Vice President for Registration and Retention Services. In the event an issue is unresolved, the Institution may escalate to CSCC's Vice President for Enrollment Management and Student Affairs. If resolution fails, it may proceed to the CSCC president, and ultimately the CSCU president.

8. Amendments. Revisions to the Agreement must be approved in writing. A

CSCU 10/26/21 POSITION 000190
ESPOSITO 1/7/22 HEARING - 000366

formal amendment, in writing, shall not be effective until executed by all parties to the agreement, and shall be required for revisions to project specifications, and any other Agreement revision.

9. Contact information. The Parties named the following individuals as primary representatives regarding this Agreement. The parties shall notify each other of any change to this designation within ten (10) business days.

10. Compliance with federal and state statutes. In performing services pursuant to this agreement, the parties agree that they shall comply with all applicable federal and state statutes and regulations, including but not limited to FERPA, the Gramm-Leach-Bliley Acy and related policies, in the protection of all personally identifiable and other protected confidential information. Nothing in this Agreement may be construed to allow either party to maintain, use, disclose or share student information in a manner not allowed under such laws or regulations.

11. Data Ownership. Ownership of all data collected and maintained by the Institution remains with the Institution. Disclosure of these data under the terms of this Agreement does not additional assign ownership of these data.

Acceptance & Approval

Connecticut State Community College: Authorized Individual

Name: _____

Title: _____

Signature: _____

Date Signed: _____

Institution: Authorized Individual

Name: _____Nicole Esposito, Ed.D_____

Title: _____Chief Executive Officer_____

Signature: _____*Nicole Esposito*_____

       Date Signed: __5/11/2021_____

CSCU 10/26/21 POSITION 000191
ESPOSITO 1/7/22 HEARING - 000367

SERVICE LEVEL AGREEMENT FOR GUIDED PATHWAYS ADVISING BETWEEN
CONNECTICUT STATE COMMUNITY COLLEGE AND
[NAMED INSTITUTION]

This Service Level Agreement for Guided Pathways Advising ("SLA" or
"Agreement") is made by and between Connecticut State Community College
("CSCC") and [names institution and location] ("Institution") for the provision of
guided pathways advising ("GPA") services in accordance with NECHE standards
and state and federal laws.

WHEREAS, the Connecticut State Colleges and Universities ("CSCU") is part of
the System of Higher Education and is comprised of constituent units including the
Connecticut State Community College ("CSCC") which is comprised of 12
institutions including [college name].

WHERESAS, CSCC in preparation for its accreditation is operating services
responsive to the advising needs of the community college institutions throughout
CSCU to ensure efficiency, consistency, integrity and quality.

WHEREAS, [college name] ("Institution") bears final responsibility for ensuring
the quality and integrity of all activities conducted in its name and ensures that
services provided for the institution comply with federal regulations, state statutory
requirements and NECHE standards.

WHEREAS, this Agreement, will be subject to the Institution's scrutiny and
evaluation as to the efficacy and quality of the services and outcomes delivered via
this Agreements annually, at a minimum, through the designated measures and
benchmarks defined under this Agreement.

NOW THEREFORE, to support the ability of the Institution to meet its federal state
and accreditation standards for the provision of advising services, the parties hereby
agree as follows:

    1. Duties and Responsibility of the Parties
    a. CSCC Duties and Responsibilities:
        i. Academic Advising: CSCC shall develop, implement and
        maintain an accessible academic advising program for all
        students that facilitates the achievement of students' educational
        and career goals, and aligns with all Board of Regents policies.
            1. Collaborates with admissions to deliver new student
            advising in coordination with onboarding activities.
            2. Collaborates with first year-experience program
            to support academic and career planning activities.
            3. Collaborates with registrar to utilize Student
            Educational Planner in Ellucian Degree Works.
            4. Collaborates with faculty leaderships to align faculty
            academic advising.
        ii. Technology: CSCC shall develop, implement, and maintain
        technology platforms to support academic advising and planning,

CSCU 10/26/21 POSITION 000192
ESPOSITO 1/7/22 HEARING - 000368

case management, and operations.

iii. Early Alert: CSCC shall develop, implement, and maintain early alert program and services.

iv. Assessment: CSCC shall establish metrics and indicators for proactive identification of student emerging or potential needs.

v. Communication: CSCC shall collaborate with college offices to develop student communication plans to encourage positive enrollment behaviors and increase student retention.

vi. Outreach: CSCC shall develop informational materials, resources and programs that facilitate access to and use of academic and transfer advising services.

vii. Training: CSCC shall develop and implement advisor training program.  viii. Operations: CSCC shall provide advising services in an efficient and timely manner in support of both the Institution's and CSCC's enrollment management and strategic goals.

ix. Outreach: CSCC shall maintain an effective outreach program to educate internal and external constituencies about academic advising.

x. Customer Service: CSCC shall demonstrate quality customer service and satisfaction with positive attitudes that are reflective of both the Institution's and CSCC's mission and student equity.

xi. Outcomes: CSCC shall analyze and research trends within the academic advising to delineate meaningful information to the Institution and inform equity, affordability, and financial literacy decisions.

b. The Institution will:

i. The Institution's policies and procedures for academic advising shall be subject to review and updating by CSCC in order to facilitate streamlined activities and processing, as well as providing for a common student experience across any community college within CSCU.

ii. The institution shall respond to requests from CSCC related to academic advising matters in a timely manner.

iii. The institution shall be available to CSCC leadership for resolving issues.

iv. The institution shall provide office space and office equipment at the same levels as campus staff use currently. Any changes to

CSCU 10/26/21 POSITION 000193
ESPOSITO 1/7/22 HEARING - 000369

office space or office equipment, will be discussed with the Vice President of Enrollment Management and Student Affairs prior to any changes being made. If CSCC hires additional staff to support the advising operations at the institution, the Vice President of Enrollment Management and Student Affairs will work with the CEO or designee on office space for additional hires.

iv. In partnership with the Associate Vice President (AVP) of Student Success Management (SSM), the college will designate an appropriate member of their campus management team to serve as the liaison to the Guided Pathways Advising program. The liaison shall:

   1.   Support in the identification of campus stakeholders to participate in the search process for GPA staff members on their campus;
   2.   Regularly collaborate with the AVP of SSM during the GPA program implementation and operation;
   3.   Convene appropriate stakeholders and foster collaboration between GPA staff and college divisions and departments such as, enrollment management, student and academic affairs, and other functional areas as necessary
   4.   Ensure GPA staff have access to college technology as needed to perform their duties;
   5.   Ensure Degree Works Student Educational Planner (SEP) module is live with program templates created
   6.   Provide AVP of SSM and GPA staff with campus specific information including but not limited to; general campus information on existing practices and procedures, enrollment and registration processes, academic curriculum, faculty advising, academic support and other student support services.

2. Evaluation and Review
   CSCC shall report its activity and progress on the performance measures annually. Performance assessment as outlined in the exhibit will include the Yearly Evaluation of Student Satisfactions (YESS Survey) and a stakeholder annual survey of satisfaction (SASS Survey). Services and associated performance measures and benchmarks are listed on Exhibit A: Core Work, attached hereto is and incorporated herein.

3. Staffing
a. CSCC shall assume the direct management and supervision of college staff currently working in academic advising, transfer advising, counseling, new student advising, and any other academic advising center within the institution aligned with the scheduled rollout with the Board of Regents Holistic Case Management Advising (HCMA) policy.

      i. This includes advising directors, academic advisors, transfer

CSCU 10/26/21 POSITION 000194
ESPOSITO 1/7/22 HEARING - 000370

advisors, new student advisors, academic coaches, retention directors and specialists, counselors, and any student labor, work-study or clerical staff working in an academic advising office, and generally any staff currently operating in the academic advising/counseling office of the Institution. Counselors who exclusively provide mental health counseling are excluded from this SLA.

ii. In cases where the staff at the Institution split their responsibilities between the advising and other offices outside the scope of the agreement, the Institution may decide whether the staff member will transfer reporting lines and remain in registration and retention services or remain in a full-time capacity with their other department at the institution. If the staff member is not included in this agreement, the Institution will transfer an amount equal to their prorated salary plus fringe benefits to the budget of the department under CSCC management.

iii. The staff impacted by this agreement and the timeline for implementation are listed in Exhibit B: Staffing attached hereto and incorporated herein.

iv. The Associate Vice President is responsible for directing the activities and management of the team. The Associate Vice President will advise the President/CEO of the Institution on matters related to staff promotion and tenure so long as these matter remain campus-based according to union contract.

b. Advising Director, Campus Advising Leads or equivalent will be evaluated at least annually by the Associate Vice President of Student Success Management (or designee.) All individuals reporting directly or indirectly to the Campus Advising Lead (or equivalent), will continue to be evaluated by the Campus Advising Lead (or equivalent). The Associate Vice President for Student Success Management will seek input and feedback from the leadership of the Institution on all annual evaluations.

c. The Associate Vice President for Student Success Management will manage staff assignments and workload to ensure performance metrics and benchmarks are met. The AVP will inform the CEO of the Institution, or their administrative designee, of staffing issues or changes arising within the department covered under this agreement.

4. Financials

a. CSCC shall administer the current advising budget as determined by October 15, 2020 for the first colleges participating in the HCMA model and July 1 of the fiscal year for subsequent Institutions.

b. CSCC shall review the advising budget for adequate expenditures required to meet standards prior to the execution of this agreement.

CSCU 10/26/21 POSITION 000195
ESPOSITO 1/7/22 HEARING - 000371

5. Term
a. This Agreement is valid as of [DATE] and until superseded.

b. This Agreement should be reviewed at a minimum once per fiscal year; however, in lieu of a review during any period specified, the current Agreement shall remain in effect. CSCC's Vice President for Enrollment Management and Student Affairs is responsible for facilitating regular reviews of this document.

c. This Agreement may be terminated only by written justification to the CSCU President. The CSCU President will review the justification to determine validity and exiting considerations.

6. Service Level Constraints: Service levels may be constrained by external or internal influences beyond the control of CSCC. These constraints may impact service delivery. These constraints may include, but are not limited to, the following:

a. Workload: A request to expand the scope or volume of services provided that require additional processing time or personnel may negatively impact service delivery. Depending on the extent of the request, additional financial support may be required by the Institution to offer such service.

b. Conformance Requirements: Policy changes and/or federal or state regulations may alter procedures and/or service delivery from what is specified in this Agreement.

c. Technical Issues: Failure of the business technology to perform as expected may cause service delivery delays and effectiveness.

d. Service Availability

    i. Coverage parameters specific to the service(s) covered in this Agreement are as follows: Students services will be provided on hours that align with the hours that the Institution is open. Additional standard evening and weekend hours may be added upon agreement of both the Institution and CSCC. Telephone and walk-in support: 8:00 A.M. to 5:00 P.M, Monday through Friday, excluding designated holidays and occasional inclement weather closings.

    ii. CSCC will follow inclement weather/emergency directives, Governor Directives and CSCU President Directives of closing schedule of any CSCU location.

    iii. Phone Calls:
        1. After hours: Calls received after office hours will be received by the CSCC call center.

        2. Email: Emails received will be responded to within two business days in accordance with the Core Work, Exhibit

CSCU 10/26/21 POSITION 000196
ESPOSITO 1/7/22 HEARING - 000372

A.

7. Issue Resolution: Concerns or issues related to performance or the implementation of this agreement can be identified, at any time, by the CEO of the Institution, or designee. Issues should be brought to the attention of the Associate Vice President for Student Success Management. In the event an issue is unresolved, the Institution may escalate to CSCC's Vice President for Enrollment Management and Student Affairs. If resolution fails, it may proceed to the CSCC president, and ultimately the CSCU president.

8. Amendments. Revisions to the Agreement must be approved in writing. A formal amendment, in writing, shall not be effective until executed by all parties to the agreement, and shall be required for revisions to project specifications, and any other Agreement revision.

9. Contact information. The Parties named the following individuals as primary representatives regarding this Agreement. The parties shall notify each other of any change to this designation within ten (10) business days.

10. Compliance with federal and state statutes. In performing services pursuant to this agreement, the parties agree that they shall comply with all applicable federal and state statutes and regulations, including but not limited to FERPA, the Gramm-Leach-Bliley Acy and related policies, in the protection of all personally identifiable and other protected confidential information. Nothing in this Agreement may be construed to allow either party to maintain, use, disclose or share student information in a manner not allowed under such laws or regulations.

11. Data Ownership. Ownership of all data collected and maintained by the Institution remains with the Institution. Disclosure of these data under the terms of this Agreement does not additional assign ownership of these data.

Acceptance & Approval

Connecticut State Community College: Authorized Individual

Name: _____

Title: _____

Signature: _____

Date Signed: _____

Institution: Authorized Individual

Name: ___Nicole Esposito_____

Title: ____Chief Executive Officer_____

Signature: ___ *Nicole Esposito* _____

Date Signed: ____5/11/2021_____

/EMSA SLA January 2021 FINAL                                                    24

Exhibit L

CSCU 10/26/21 POSITION 000198
ESPOSITO 1/7/22 HEARING - 000374

CSCU 10/26/21 POSITION 000199
ESPOSITO 1/7/22 HEARING - 000375

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Buckley, Alison |
| **Sent:** | Thursday, April 1, 2021 11:59 AM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M; Kripp, Andrew |
| **Subject:** | Re: Financial Aid Documents |

I think it is important to point out that this update to the PPA should have been completed within 10 days of the end of the Blue Icon contract. Steve notified and reminded all colleges in mid-February that this task needed be done by the end of the month. This is an example of a compliance concern that will be fixed when Steve is directly supervising the FA staff.

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Date:** Thursday, April 1, 2021 at 11:26 AM
**To:** Pritchard, Alice M <APritchard@commnet.edu>, Buckley, Alison <ABuckley@commnet.edu>, Kripp, Andrew <AKripp@commnet.edu>
**Subject:** FW: Financial Aid Documents

Greetings,

Please advise or let me know if I should setup a meeting for us to discuss.

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Financial Aid Documents

Rob and Jenn,

1

CSCU 10/26/21 POSITION 000200
ESPOSITO 1/7/22 HEARING - 000376

Now that Financial Aid has moved into the one-college structure with only a communication line to MCC, I am growing more concerned about signing the federal financial aid documents that state "I can personally be fined up to $58,000 and sent to prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the control/authority over financial aid staff or department as this is reported and essentially now managed by that centralized team. Please understand that I am not attempting to be difficult here, but I really hope to avoid any possibility of being personally fined or spending time in prison. I have spent a lot of time conducting research in prison setting during my years of clinical work....and I can assure you, it's not a pleasant place to spend your time....lol

Please provide me direction on this.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

2

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, April 6, 2021 2:12 PM |
| **To:** | Buckley, Alison |
| **Cc:** | Pritchard, Alice M; Kripp, Andrew; Levinson, David |
| **Subject:** | Re: Manchester Community College OPEID 00139200 |

Hi Alison,

I am working on a reply to her now and will let you know her response. I will suggest that a meeting needs to occur as soon as is feasible with you and Alice if she's still unwilling to sign the PPA.

Best,

Rob

Sent from my iPhone

> On Apr 6, 2021, at 12:13 PM, Buckley, Alison <ABuckley@commnet.edu> wrote:
>
> Hi Rob,
>
> I wanted to follow up on the signed PPA for Manchester. Has this been addressed? The Department has officially asked for CEO signature. Anna combined the addition of a new program with the removal of Blue Icon in the update.
>
> The CEO signature on the PPA cannot be delegated.
>
> Please let me know if you would like to discuss.
>
> Best,
> Alison
>
> **From:** McDowell Jr., Steven J <SMcDowell@commnet.edu>
> **Date:** Tuesday, April 6, 2021 at 11:48 AM
> **To:** Buckley, Alison <ABuckley@commnet.edu>
> **Subject:** FW: Manchester Community College OPEID 00139200
>
>
> **From:** Torres, Anna P <ATorres1@mcc.commnet.edu>
> **Sent:** Tuesday, April 6, 2021 11:45 AM
> **To:** McDowell Jr., Steven J <SMcDowell@commnet.edu>
> **Subject:** FW: Manchester Community College OPEID 00139200
>
> FYI

1

CSCU 10/26/21 POSITION 000202
ESPOSITO 1/7/22 HEARING - 000378

**From:** Marotta, Cheryl <Cheryl.Marotta@ed.gov>
**Sent:** Tuesday, April 6, 2021 11:32 AM
**To:** Torres, Anna P <ATorres1@mcc.commnet.edu>
**Subject:** Manchester Community College OPEID 00139200

Good Morning,

I am working on Manchester Community College OPEID 00139200 update application.
In order to continue the processing of this request please PDF the following documents to my attention.

State Authorization letter-also letter addressing the new program.
Accreditation letter addressing the new program.
Section L signature page signed by the president.

Thank you,
Cheryl

*Cheryl Marotta*
*Institutional Review Specialist*
*U.S. Department of Education/FSA*
*NY/BN School Participation Division*
*5 Post Office Square, Suite 9500*
*Boston, MA 02109-3921*

*Office:617-289-0131*
*Fax: 617-289-0153*
cheryl.marotta@ed.gov

CSCU 10/26/21 POSITION 000203
ESPOSITO 1/7/22 HEARING - 000379

## Pritchard, Alice M

**From:** Steinmetz III, Robert R
**Sent:** Tuesday, April 6, 2021 3:38 PM
**To:** Pritchard, Alice M; Kripp, Andrew; Buckley, Alison; Levinson, David
**Subject:** FW: Financial Aid Documents

Greetings!

Please see below for the message I sent Nicole. I will let you know once I hear back.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu 



**From:** Steinmetz III, Robert R
**Sent:** Tuesday, April 6, 2021 3:37 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** RE: Financial Aid Documents

Hi Nicole,

Below are a few of my thoughts:
- While independently accredited, the CEO does remain ultimately responsible for Title IV at the college.
- As has been discussed, we should think of the CT State financial aid office as a third party providing the financial aid service to the campus.
  - There are many examples of this type of relationship occurring, including similar relationships in large college systems and third party companies providing the service. My most recent example is QVCC using Financial Aid Services (FAS) to act as the college's financial aid director. We are relying on FAS to appropriately manage all aspects of financial aid, and the campus CEO still has ultimate responsibility and signs off on required documents.
- If you have concerns about the integrity, accuracy or compliance of CT State financial aid, I think we should call a meeting with appropriate parties to discuss these specific concerns.

1

CSCU 10/26/21 POSITION 000204
ESPOSITO 1/7/22 HEARING - 000380

- I have continued to receive examples where, in fact, campus-based financial aid offices have continued to have compliance issues and moving to a statewide approach would actually improve compliance with Title IV requirements.
    - The specific request that spurred your email is a great example. The update to the PPA should have been completed by the end of February, before the reporting lines transitioned. I'm not sure why it did not happen, but we are now working on signing the PPA past the required timeframe.
- Ultimately, failure to sign the documents will result in MCC losing eligibility to provide federal financial aid to students.

If your concerns continue, I would suggest the next step is to have a meeting with Steve, Alison, David and Alice to discuss the matter and determine how to move forward.

Please let me know if you'd like me to coordinate a conversation.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Financial Aid Documents

Rob and Jenn,
Now that Financial Aid has moved into the one-college structure with only a communication line to MCC, I am growing more concerned about signing the federal financial aid documents that state "I can personally be fined up to $58,000 and sent to prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the control/authority over financial aid staff or department as this is reported and essentially now managed by that centralized team. Please understand that I am not attempting to be difficult here, but I really hope to avoid any possibility of being personally fined or spending time in prison. I have spent a lot of time conducting research in prison setting during my years of clinical work....and I can assure you, it's not a pleasant place to spend your time....lol

Please provide me direction on this.

2

CSCU 10/26/21 POSITION 000205

ESPOSITO 1/7/22 HEARING - 000381

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

3

CSCU 10/26/21 POSITION 000206
ESPOSITO 1/7/22 HEARING - 000382

CSCU 10/26/21 POSITION 000207
ESPOSITO 1/7/22 HEARING - 000383

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, April 6, 2021 4:39 PM |
| **To:** | Steinmetz III, Robert R; Gray, Jennifer L |
| **Subject:** | Re: Financial Aid Documents |

Hi Rob,

Thanks for the response. I am familiar with other financial aid models that allow for an external "vendor" (for a lack of better words) to serve the campus. However, what we have here in CT seems a bit different. For example, if I find that something is not managed correctly etc... would I have the authority to dissolve the contract with the vendor (currently our system office and one college staff)?My understanding is that in other outsourced models, the independently accredited college would have the ability to do so. However, in our structure, this would not be allowed. This seems to be a different model than what you are familiar with.

With that being said, I completely understand all of the benefits of having this managed centrally, and I know that colleges have had hiccups with financial aid (MCC included), but I am asking a broader legal question here. Specifically, if I am expected to still be signing these federal documents, but ultimately the reporting lines of all my financial aid staff report to those "above" me in the newly created leadership structure, then will I be held accountable/responsible for anything that could happen at that higher level? Are we able to confirm that Steve McDowell (VP of Financial Aid) would assume responsibility for his financial aid staff housed on my campus? Including any possibility of mismanagement or mistakes etc...I know this is unlikely as he is helping to clean up the process, but I want to cover my bases here as this has some serious legal implications per the federal financial aid document language.

If I am understanding you correctly, it sounds like the CEO's are still accountable for all federal financial aid money, functions, etc... but will have no direct reports from financial aid departments? I know we have created "dotted communication lines" to the CEO's but, as you point out, this last correction for the PPA was never brought to my attention until just the other day. This is potentially a staff issue in financial aid and I was unaware that a correction needed to be made. I worry that if this was to occur again, but with the additional challenge of these individuals not reporting to me, it puts the CEO in a vulnerable position.

As my direct supervisor, I ask that you provide me a written directive to sign these documents now that the department reporting lines have officially moved to the one college structure.

To add, I think it would be very helpful to have a broad conversation with all CEO's in our region (or perhaps statewide) rather than just with me. Others have very clearly expressed similar concerns/questions but we haven't received clarification yet. Perhaps I am just the first one to run into this since the reporting lines changed? Not sure...

Again, thanks for getting back to me and helping all of the CEO's navigate this sensitive, but important, issue.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046

1

Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, April 6, 2021 3:36 PM
**To:** Esposito, Nicole C; Gray, Jennifer L
**Subject:** RE: Financial Aid Documents

Hi Nicole,

Below are a few of my thoughts:
  While independently accredited, the CEO does remain ultimately responsible for Title IV at the college.
  As has been discussed, we should think of the CT State financial aid office as a third party providing the financial aid service to the campus.
      There are many examples of this type of relationship occurring, including similar relationships in large college systems and third party companies providing the service. My most recent example is QVCC using Financial Aid Services (FAS) to act as the college's financial aid director. We are relying on FAS to appropriately manage all aspects of financial aid, and the campus CEO still has ultimate responsibility and signs off on required documents.
  If you have concerns about the integrity, accuracy or compliance of CT State financial aid, I think we should call a meeting with appropriate parties to discuss these specific concerns.
  I have continued to receive examples where, in fact, campus-based financial aid offices have continued to have compliance issues and moving to a statewide approach would actually improve compliance with Title IV requirements.
      The specific request that spurred your email is a great example. The update to the PPA should have been completed by the end of February, before the reporting lines transitioned. I'm not sure why it did not happen, but we are now working on signing the PPA past the required timeframe.
  Ultimately, failure to sign the documents will result in MCC losing eligibility to provide federal financial aid to students.

If your concerns continue, I would suggest the next step is to have a meeting with Steve, Alison, David and Alice to discuss the matter and determine how to move forward.

Please let me know if you'd like me to coordinate a conversation.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu



2



**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Financial Aid Documents

Rob and Jenn,

Now that Financial Aid has moved into the one-college structure with only a communication line to MCC, I am growing more concerned about signing the federal financial aid documents that state "I can personally be fined up to $58,000 and sent to prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the control/authority over financial aid staff or department as this is reported and essentially now managed by that centralized team. Please understand that I am not attempting to be difficult here, but I really hope to avoid any possibility of being personally fined or spending time in prison. I have spent a lot of time conducting research in prison setting during my years of clinical work....and I can assure you, it's not a pleasant place to spend your time....lol

Please provide me direction on this.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000210
ESPOSITO 1/7/22 HEARING - 000386

CSCU 10/26/21 POSITION 000211
ESPOSITO 1/7/22 HEARING - 000387

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Wednesday, April 7, 2021 6:17 PM |
| **To:** | Pritchard, Alice M; Lombella, James P; Coley, Thomas G |
| **Subject:** | Fwd: Financial Aid Documents |

Hi! I'm hearing at NVCC may be expressing hesitation in signing documents related to financial aid as well, so wanted you to be aware of this situation at MCC. We are aware of an email where Nicole expressed her concerns to Lisa, Mary Ellen and Steve, so these aren't happening in a vacuum.

We are considering all options related to Nicole, but may need to have a larger strategy if the issue exists at multiple campuses.

Best,

Rob

Sent from my iPhone

Begin forwarded message:

> **From:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Date:** April 7, 2021 at 6:12:35 PM EDT
> **To:** "Czarnota, Kathleen" <KCzarnota@commnet.edu>, "Pritchard, Alice M" <APritchard@commnet.edu>, "Buckley, Alison" <ABuckley@commnet.edu>
> **Subject:** Fwd: Financial Aid Documents
>
> Hi Kathy,
>
> Please set a 30-minute meeting with those on this message, Nicole, and Steve McDowell.
>
> Thanks,
>
> Rob
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Buckley, Alison" <ABuckley@commnet.edu>
>> **Date:** April 6, 2021 at 6:18:32 PM EDT
>> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>, "Pritchard, Alice M" <APritchard@commnet.edu>, "Levinson, David" <DLevinson@commnet.edu>, "Kripp, Andrew" <AKripp@commnet.edu>
>> **Subject:** Re: Financial Aid Documents
>>
>> I think a meeting would be helpful.

1

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Date:** Tuesday, April 6, 2021 at 4:52 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>, Levinson, David <DLevinson@commnet.edu>, Kripp, Andrew <AKripp@commnet.edu>, Buckley, Alison <ABuckley@commnet.edu>
**Subject:** FW: Financial Aid Documents

Hi again,

Please see Nicole's response below. Please let me know what next steps make sense. Do we need to get a response to the legal statement from Ernestine? Should I pull together a meeting as I proposed with this team (perhaps plus Steve and minus Andy) to talk through this with Nicole?

This is on the agenda for my regional meeting on Thursday and it includes a question about the actual SLAs, so an update on our timeline for asking campuses to sign the SLAs would also be appreciated. This will likely lead to another question from Nicole on signing the SLA if it is not resolved.

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, April 6, 2021 4:39 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Re: Financial Aid Documents

Hi Rob,
Thanks for the response. I am familiar with other financial aid models that allow for an external "vendor" (for a lack of better words) to serve the campus. However, what we have here in CT seems a bit different. For example, if I find that something is not managed correctly etc... would I have the authority to dissolve the contract with the vendor (currently our system office and one college staff)?My understanding is that in

2

CSCU 10/26/21 POSITION 000213
ESPOSITO 1/7/22 HEARING - 000389

other outsourced models, the independently accredited college would have the ability to do so. However, in our structure, this would not be allowed. This seems to be a different model than what you are familiar with.

With that being said, I completely understand all of the benefits of having this managed centrally, and I know that colleges have had hiccups with financial aid (MCC included), but I am asking a broader legal question here. Specifically, if I am expected to still be signing these federal documents, but ultimately the reporting lines of all my financial aid staff report to those "above" me in the newly created leadership structure, then will I be held accountable/responsible for anything that could happen at that higher level? Are we able to confirm that Steve McDowell (VP of Financial Aid) would assume responsibility for his financial aid staff housed on my campus? Including any possibility of mismanagement or mistakes etc…I know this is unlikely as he is helping to clean up the process, but I want to cover my bases here as this has some serious legal implications per the federal financial aid document language.

If I am understanding you correctly, it sounds like the CEO's are still accountable for all federal financial aid money, functions, etc… but will have no direct reports from financial aid departments? I know we have created "dotted communication lines" to the CEO's but, as you point out, this last correction for the PPA was never brought to my attention until just the other day. This is potentially a staff issue in financial aid and I was unaware that a correction needed to be made. I worry that if this was to occur again, but with the additional challenge of these individuals not reporting to me, it puts the CEO in a vulnerable position.

As my direct supervisor, I ask that you provide me a written directive to sign these documents now that the department reporting lines have officially moved to the one college structure.

To add, I think it would be very helpful to have a broad conversation with all CEO's in our region (or perhaps statewide) rather than just with me. Others have very clearly expressed similar concerns/questions but we haven't received clarification yet. Perhaps I am just the first one to run into this since the reporting lines changed? Not sure…

Again, thanks for getting back to me and helping all of the CEO's navigate this sensitive, but important, issue.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

3

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, April 6, 2021 3:36 PM
**To:** Esposito, Nicole C; Gray, Jennifer L
**Subject:** RE: Financial Aid Documents

Hi Nicole,

Below are a few of my thoughts:
- While independently accredited, the CEO does remain ultimately responsible for Title IV at the college.
- As has been discussed, we should think of the CT State financial aid office as a third party providing the financial aid service to the campus.
  - There are many examples of this type of relationship occurring, including similar relationships in large college systems and third party companies providing the service. My most recent example is QVCC using Financial Aid Services (FAS) to act as the college's financial aid director. We are relying on FAS to appropriately manage all aspects of financial aid, and the campus CEO still has ultimate responsibility and signs off on required documents.
- If you have concerns about the integrity, accuracy or compliance of CT State financial aid, I think we should call a meeting with appropriate parties to discuss these specific concerns.
- I have continued to receive examples where, in fact, campus-based financial aid offices have continued to have compliance issues and moving to a statewide approach would actually improve compliance with Title IV requirements.
  - The specific request that spurred your email is a great example. The update to the PPA should have been completed by the end of February, before the reporting lines transitioned. I'm not sure why it did not happen, but we are now working on signing the PPA past the required timeframe.
- Ultimately, failure to sign the documents will result in MCC losing eligibility to provide federal financial aid to students.

If your concerns continue, I would suggest the next step is to have a meeting with Steve, Alison, David and Alice to discuss the matter and determine how to move forward.

Please let me know if you'd like me to coordinate a conversation.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu



4

CSCU 10/26/21 POSITION 000215
ESPOSITO 1/7/22 HEARING - 000391



**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Financial Aid Documents

Rob and Jenn,
Now that Financial Aid has moved into the one-college structure with only a communication line to MCC, I am growing more concerned about signing the federal financial aid documents that state "I can personally be fined up to $58,000 and sent to prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the control/authority over financial aid staff or department as this is reported and essentially now managed by that centralized team. Please understand that I am not attempting to be difficult here, but I really hope to avoid any possibility of being personally fined or spending time in prison. I have spent a lot of time conducting research in prison setting during my years of clinical work....and I can assure you, it's not a pleasant place to spend your time....lol

Please provide me direction on this.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000216
ESPOSITO 1/7/22 HEARING - 000392

CSCU 10/26/21 POSITION 000217
ESPOSITO 1/7/22 HEARING - 000393

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Wednesday, April 7, 2021 8:15 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Pritchard, Alice M; Weaver, Ernestine Y |
| **Subject:** | Re: Financial Aid Documents |

Hi Andy,

I completely agree. We do have three recent examples of concerning decision-making of which you are aware: this item, the completion of the HR spreadsheet request, and the concerning email she sent related to an ongoing CHRO investigation. I am still waiting on a letter of direction for her that HR and council were going to prepare related to the last item.

Should we set up a meeting with an appropriate group to discuss options for her departure or do we not feel that our options are too limited?

If the later, I am going to move forward with a meeting to see if we can resolve this vital issue related to students receiving financial aid and will await further guidance related to the CHRO complaint.

Thanks,

Rob

Sent from my iPhone

> On Apr 6, 2021, at 6:11 PM, Kripp, Andrew <AKripp@commnet.edu> wrote:
>
> 11 other folks that can understand and manage this. I am beginning to think this combined with number of other issues she is not up for the role in the current structure or in the future.
>
> All jobs come with some risk as a leader you have to be willing to take and manage that risk as best you can. She seems unwilling to do the job as structured and assume the responsibility the role encompasses.
>
> Sent from my iPhone
>
>> On Apr 6, 2021, at 4:52 PM, Steinmetz III, Robert R <RSteinmetz@commnet.edu> wrote:
>>
>> Hi again,
>>
>> Please see Nicole's response below. Please let me know what next steps make sense. Do we need to get a response to the legal statement from Ernestine? Should I pull together a meeting as I proposed with this team (perhaps plus Steve and minus Andy) to talk through this with Nicole?

1

CSCU 10/26/21 POSITION 000218
ESPOSITO 1/7/22 HEARING - 000394

This is on the agenda for my regional meeting on Thursday and it includes a question about the actual SLAs, so an update on our timeline for asking campuses to sign the SLAs would also be appreciated. This will likely lead to another question from Nicole on signing the SLA if it is not resolved.

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu


<image001.png>


<image002.png>


<image005.jpg>

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, April 6, 2021 4:39 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Re: Financial Aid Documents

Hi Rob,
Thanks for the response. I am familiar with other financial aid models that allow for an external "vendor" (for a lack of better words) to serve the campus. However, what we have here in CT seems a bit different. For example, if I find that something is not managed correctly etc... would I have the authority to dissolve the contract with the vendor (currently our system office and one college staff)?My understanding is that in other outsourced models, the independently accredited college would have the ability to do so. However, in our structure, this would not be allowed. This seems to be a different model than what you are familiar with.

With that being said, I completely understand all of the benefits of having this managed centrally, and I know that colleges have had hiccups with financial aid (MCC included), but I am asking a broader legal question here. Specifically, if I am expected to still be signing these federal documents, but ultimately the reporting lines of all my financial aid staff report to those "above" me in the newly created leadership structure, then will I be held accountable/responsible for anything that could happen at that higher level? Are we able to confirm that Steve McDowell (VP of Financial Aid) would assume responsibility for his financial aid staff housed on my campus? Including any possibility of mismanagement or mistakes etc...I know this is unlikely as he is helping to clean up

2

CSCU 10/26/21 POSITION 000219
ESPOSITO 1/7/22 HEARING - 000395

the process, but I want to cover my bases here as this has some serious legal implications per the federal financial aid document language.

If I am understanding you correctly, it sounds like the CEO's are still accountable for all federal financial aid money, functions, etc... but will have no direct reports from financial aid departments? I know we have created "dotted communication lines" to the CEO's but, as you point out, this last correction for the PPA was never brought to my attention until just the other day. This is potentially a staff issue in financial aid and I was unaware that a correction needed to be made. I worry that if this was to occur again, but with the additional challenge of these individuals not reporting to me, it puts the CEO in a vulnerable position.

As my direct supervisor, I ask that you provide me a written directive to sign these documents now that the department reporting lines have officially moved to the one college structure.

To add, I think it would be very helpful to have a broad conversation with all CEO's in our region (or perhaps statewide) rather than just with me. Others have very clearly expressed similar concerns/questions but we haven't received clarification yet. Perhaps I am just the first one to run into this since the reporting lines changed? Not sure...

Again, thanks for getting back to me and helping all of the CEO's navigate this sensitive, but important, issue.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, April 6, 2021 3:36 PM
**To:** Esposito, Nicole C; Gray, Jennifer L
**Subject:** RE: Financial Aid Documents

Hi Nicole,

Below are a few of my thoughts:
    While independently accredited, the CEO does remain ultimately responsible for
        Title IV at the college.
    As has been discussed, we should think of the CT State financial aid office as a third
        party providing the financial aid service to the campus.

3

CSCU 10/26/21 POSITION 000220
ESPOSITO 1/7/22 HEARING - 000396

There are many examples of this type of relationship occurring, including similar relationships in large college systems and third party companies providing the service. My most recent example is QVCC using Financial Aid Services (FAS) to act as the college's financial aid director. We are relying on FAS to appropriately manage all aspects of financial aid, and the campus CEO still has ultimate responsibility and signs off on required documents.

If you have concerns about the integrity, accuracy or compliance of CT State financial aid, I think we should call a meeting with appropriate parties to discuss these specific concerns.

I have continued to receive examples where, in fact, campus-based financial aid offices have continued to have compliance issues and moving to a statewide approach would actually improve compliance with Title IV requirements.

The specific request that spurred your email is a great example. The update to the PPA should have been completed by the end of February, before the reporting lines transitioned. I'm not sure why it did not happen, but we are now working on signing the PPA past the required timeframe.

Ultimately, failure to sign the documents will result in MCC losing eligibility to provide federal financial aid to students.

If your concerns continue, I would suggest the next step is to have a meeting with Steve, Alison, David and Alice to discuss the matter and determine how to move forward.

Please let me know if you'd like me to coordinate a conversation.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image006.jpg>

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L <JGray@commnet.edu>
**Subject:** Financial Aid Documents

CSCU 10/26/21 POSITION 000221
ESPOSITO 1/7/22 HEARING - 000397

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Wednesday, April 7, 2021 8:17 PM |
| **To:** | Pritchard, Alice M |
| **Cc:** | Czarnota, Kathleen; Buckley, Alison |
| **Subject:** | Re: Financial Aid Documents |

Sorry! Also add David Levinson to the meeting since he was also copied on some of the conversation.

Sent from my iPhone

> On Apr 7, 2021, at 8:14 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> I will alert Jane to this issue in the event we need to escalate.
>
> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff/COO
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu
>
> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Wednesday, April 7, 2021 6:13 PM
> **To:** Czarnota, Kathleen <KCzarnota@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
> **Subject:** Fwd: Financial Aid Documents
>
> Hi Kathy,
>
> Please set a 30-minute meeting with those on this message, Nicole, and Steve McDowell.
>
> Thanks,
>
> Rob
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Buckley, Alison" <ABuckley@commnet.edu>
>> **Date:** April 6, 2021 at 6:18:32 PM EDT
>> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>, "Pritchard, Alice M"
>> <APritchard@commnet.edu>, "Levinson, David" <DLevinson@commnet.edu>, "Kripp,

1

CSCU 10/26/21 POSITION 000222
ESPOSITO 1/7/22 HEARING - 000398

Andrew" <AKripp@commnet.edu>
**Subject: Re: Financial Aid Documents**

I think a meeting would be helpful.

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Date:** Tuesday, April 6, 2021 at 4:52 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>, Levinson, David
<DLevinson@commnet.edu>, Kripp, Andrew <AKripp@commnet.edu>, Buckley,
Alison <ABuckley@commnet.edu>
**Subject:** FW: Financial Aid Documents

Hi again,

Please see Nicole's response below. Please let me know what next steps make sense. Do
we need to get a response to the legal statement from Ernestine? Should I pull together
a meeting as I proposed with this team (perhaps plus Steve and minus Andy) to talk
through this with Nicole?

This is on the agenda for my regional meeting on Thursday and it includes a question
about the actual SLAs, so an update on our timeline for asking campuses to sign the SLAs
would also be appreciated. This will likely lead to another question from Nicole on
signing the SLA if it is not resolved.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image005.jpg>

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, April 6, 2021 4:39 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L
<JGray@commnet.edu>
**Subject:** Re: Financial Aid Documents

2

CSCU 10/26/21 POSITION 000223
ESPOSITO 1/7/22 HEARING - 000399

Hi Rob,
Thanks for the response. I am familiar with other financial aid models that allow for an external "vendor" (for a lack of better words) to serve the campus. However, what we have here in CT seems a bit different. For example, if I find that something is not managed correctly etc... would I have the authority to dissolve the contract with the vendor (currently our system office and one college staff)?My understanding is that in other outsourced models, the independently accredited college would have the ability to do so. However, in our structure, this would not be allowed. This seems to be a different model than what you are familiar with.

With that being said, I completely understand all of the benefits of having this managed centrally, and I know that colleges have had hiccups with financial aid (MCC included), but I am asking a broader legal question here. Specifically, if I am expected to still be signing these federal documents, but ultimately the reporting lines of all my financial aid staff report to those "above" me in the newly created leadership structure, then will I be held accountable/responsible for anything that could happen at that higher level? Are we able to confirm that Steve McDowell (VP of Financial Aid) would assume responsibility for his financial aid staff housed on my campus? Including any possibility of mismanagement or mistakes etc...i know this is unlikely as he is helping to clean up the process, but I want to cover my bases here as this has some serious legal implications per the federal financial aid document language.

If I am understanding you correctly, it sounds like the CEO's are still accountable for all federal financial aid money, functions, etc... but will have no direct reports from financial aid departments? I know we have created "dotted communication lines" to the CEO's but, as you point out, this last correction for the PPA was never brought to my attention until just the other day. This is potentially a staff issue in financial aid and I was unaware that a correction needed to be made. I worry that if this was to occur again, but with the additional challenge of these individuals not reporting to me, it puts the CEO in a vulnerable position.

As my direct supervisor, I ask that you provide me a written directive to sign these documents now that the department reporting lines have officially moved to the one college structure.

To add, I think it would be very helpful to have a broad conversation with all CEO's in our region (or perhaps statewide) rather than just with me. Others have very clearly expressed similar concerns/questions but we haven't received clarification yet. Perhaps I am just the first one to run into this since the reporting lines changed? Not sure...

Again, thanks for getting back to me and helping all of the CEO's navigate this sensitive, but important, issue.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01

3

CSCU 10/26/21 POSITION 000224
ESPOSITO 1/7/22 HEARING - 000400

PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, April 6, 2021 3:36 PM
**To:** Esposito, Nicole C; Gray, Jennifer L
**Subject:** RE: Financial Aid Documents

Hi Nicole,

Below are a few of my thoughts:

- While independently accredited, the CEO does remain ultimately responsible for Title IV at the college.
- As has been discussed, we should think of the CT State financial aid office as a third party providing the financial aid service to the campus.
  - There are many examples of this type of relationship occurring, including similar relationships in large college systems and third party companies providing the service. My most recent example is QVCC using Financial Aid Services (FAS) to act as the college's financial aid director. We are relying on FAS to appropriately manage all aspects of financial aid, and the campus CEO still has ultimate responsibility and signs off on required documents.
- If you have concerns about the integrity, accuracy or compliance of CT State financial aid, I think we should call a meeting with appropriate parties to discuss these specific concerns.
- I have continued to receive examples where, in fact, campus-based financial aid offices have continued to have compliance issues and moving to a statewide approach would actually improve compliance with Title IV requirements.
  - The specific request that spurred your email is a great example. The update to the PPA should have been completed by the end of February, before the reporting lines transitioned. I'm not sure why it did not happen, but we are now working on signing the PPA past the required timeframe.
- Ultimately, failure to sign the documents will result in MCC losing eligibility to provide federal financial aid to students.

If your concerns continue, I would suggest the next step is to have a meeting with Steve, Alison, David and Alice to discuss the matter and determine how to move forward.

Please let me know if you'd like me to coordinate a conversation.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*

4

CSCU 10/26/21 POSITION 000225
ESPOSITO 1/7/22 HEARING - 000401

*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image006.jpg>

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 1, 2021 11:10 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Gray, Jennifer L
<JGray@commnet.edu>
**Subject:** Financial Aid Documents

Rob and Jenn,
Now that Financial Aid has moved into the one-college structure with only a
communication line to MCC, I am growing more concerned about signing the federal
financial aid documents that state "I can personally be fined up to $58,000 and sent to
prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some
way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the
control/authority over financial aid staff or department as this is reported and
essentially now managed by that centralized team. Please understand that I am not
attempting to be difficult here, but I really hope to avoid any possibility of being
personally fined or spending time in prison. I have spent a lot of time conducting
research in prison setting during my years of clinical work....and I can assure you, it's not
a pleasant place to spend your time....lol

Please provide me direction on this.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000226
ESPOSITO 1/7/22 HEARING - 000402

CSCU 10/26/21 POSITION 000227
ESPOSITO 1/7/22 HEARING - 000403

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, April 8, 2021 4:53 PM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | RE: Financial Aid Documents/Shared Services Role |

Hi Rob,
Thank you for this additional information. As you know, I take my role and responsibilities very seriously as the Campus CEO of MCC. I want to ensure that every action I take is within the boundaries of the law, including the regulations clearly outlined by Title IV federal financial aid. However, I also understand that you are my direct supervisor and I will certainly sign the PPA when you direct me to do so. I also assume that Steve McDowell and Alison Buckley already ran this by the federal financial aid office so if they received confirmation that this is ok, then I am also ok with it too. To add, I also understand that our independently accredited community colleges will be asked to use our individual federal financial aid numbers to admit new students into the future CT Community College in October 2022. However, the CT Community College will not be accredited yet at that time and will not be eligible for Title IV funding. Therefore, I understand the system office's plan to utilize MCC's financial aid dollars to ensure the new CT Community College students receive financial aid (since they will not be yet accredited or eligible to receive Title IV funding). I just want to make sure that this is legally sound before I sign a federal document stating that I am responsible for those dollars. I am sure you can understand my position, especially since the Financial Aid department also no longer reports to MCC (other than a communication line). I am not attempting to be an obstructionist, but rather just want to ensure this has all been vetted federally and I am following both the intent and spirit of the law here...and ultimately, I do not want to jeopardize MCC's ability to receive Title IV funding.
I appreciate your willingness to talk through my concerns and, hopefully, find a way to make this all work! 😊

If David and Alice P are no longer attending, you can just have Kathy send me a new meeting request so I can accept.

Thanks again.
-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, April 8, 2021 4:20 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Financial Aid Documents/Shared Services Role

Greetings, Nicole.

I want to ensure you have an opportunity to express your questions and comments fully regarding the concerns you expressed to me. This meeting is to discuss the specific concerns you expressed which are preventing you from signing

CSCU 10/26/21 POSITION 000228
ESPOSITO 1/7/22 HEARING - 000404

documents related to Title IV federal financial aid as the Chief Executive Officer for Manchester Community College. If other campus leaders share similar concerns, I, or one of the other Regional Presidents, will work with them individually to resolve their questions and ensure they are also able to perform their required duties. The meeting to be with you, me, Alison Buckley, and Steve McDowell.

I look forward to the discussion.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Czarnota, Kathleen <KCzarnota@commnet.edu>
**Sent:** Thursday, April 8, 2021 2:05 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** FW: Financial Aid Documents/Shared Services Role


-----Original Appointment-----
**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 8, 2021 1:34 PM
**To:** Czarnota, Kathleen
**Cc:** Case, Karyn M
**Subject:** Tentative: Financial Aid Documents/Shared Services Role
**When:** Thursday, April 15, 2021 11:00 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Kathy,
I appreciate the invitation for this meeting. However, I notice that I am the only CEO invited and I want to make sure that all the CEO's that expressed the same concern are also invited to this meeting (as we heard today in our last meeting). I do think I expressed my concern clearly over the legality of this issue. However, I did let Rob know that I am 100% fine with signing these documents as long as I have some written directive to do so. That alone would help me feel more comfortable should anything come up down the road related to Title IV funding.
To add, I do want to make sure that I am not being singled out here. It seems a bit odd that this wouldn't be a larger collaborative meeting since it is something that will come across all of our desks. Please let me know Rob's intent so that I am well prepared.

<div align="center">2</div>

CSCU 10/26/21 POSITION 000229
ESPOSITO 1/7/22 HEARING - 000405

Thank you!

Kindly,
Nicole

3

CSCU 10/26/21 POSITION 000230
ESPOSITO 1/7/22 HEARING - 000406

CSCU 10/26/21 POSITION 000231
ESPOSITO 1/7/22 HEARING - 000407

**Pritchard, Alice M**

| From: | Steinmetz III, Robert R |
|---|---|
| Sent: | Thursday, April 8, 2021 5:39 PM |
| To: | Pritchard, Alice M |
| Subject: | Re: Financial Aid Documents/Shared Services Role |

Yeah, thought your advice on that was good. I'll still have others in the meeting and, if it doesn't resolve the matter, can then determine if this is a personnel issue requiring different steps.

Sent from my iPhone

> On Apr 8, 2021, at 5:11 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> You uninvited me and David I saw. Think that's good. So is it just Alison and Steve now with you and Nicole?
>
> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff/COO
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu
>
> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Thursday, April 8, 2021 4:20 PM
> **To:** Pritchard, Alice M <APritchard@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
> **Subject:** FW: Financial Aid Documents/Shared Services Role
>
> FYI. Thanks for the feedback, Alice. We will see how the meeting goes.
>
> Rob Steinmetz, Ed.D.
> Pronouns: he, him, his
> *Regional President*
> *Capital-East Region*
> *Connecticut Community Colleges*
> Phone: 860-723-0624
> Email: steinmetzr@ct.edu
>
>
> <image001.png>
>
> <image002.png>
>
>
> <image004.jpg>

1

CSCU 10/26/21 POSITION 000232
ESPOSITO 1/7/22 HEARING - 000408

**From:** Steinmetz III, Robert R
**Sent:** Thursday, April 8, 2021 4:21 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Financial Aid Documents/Shared Services Role

Greetings, Nicole.

I want to ensure you have an opportunity to express your questions and comments fully regarding the concerns you expressed to me. This meeting is to discuss the specific concerns you expressed which are preventing you from signing documents related to Title IV federal financial aid as the Chief Executive Officer for Manchester Community College. If other campus leaders share similar concerns, I, or one of the other Regional Presidents, will work with them individually to resolve their questions and ensure they are also able to perform their required duties. The meeting to be with you, me, Alison Buckley, and Steve McDowell.

I look forward to the discussion.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu


<image001.png>


<image002.png>


<image005.jpg>

**From:** Czarnota, Kathleen <KCzarnota@commnet.edu>
**Sent:** Thursday, April 8, 2021 2:05 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** FW: Financial Aid Documents/Shared Services Role


-----Original Appointment-----
**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 8, 2021 1:34 PM
**To:** Czarnota, Kathleen
**Cc:** Case, Karyn M
**Subject:** Tentative: Financial Aid Documents/Shared Services Role

2

CSCU 10/26/21 POSITION 000233
ESPOSITO 1/7/22 HEARING - 000409

**When:** Thursday, April 15, 2021 11:00 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Kathy,

I appreciate the invitation for this meeting. However, I notice that I am the only CEO invited and I want to make sure that all the CEO's that expressed the same concern are also invited to this meeting (as we heard today in our last meeting). I do think I expressed my concern clearly over the legality of this issue. However, I did let Rob know that I am 100% fine with signing these documents as long as I have some written directive to do so. That alone would help me feel more comfortable should anything come up down the road related to Title IV funding.

To add, I do want to make sure that I am not being singled out here. It seems a bit odd that this wouldn't be a larger collaborative meeting since it is something that will come across all of our desks. Please let me know Rob's intent so that I am well prepared.

Thank you!

Kindly,
Nicole

3

CSCU 10/26/21 POSITION 000235
ESPOSITO 1/7/22 HEARING - 000411

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Thursday, April 8, 2021 5:52 PM |
| **To:** | Buckley, Alison |
| **Cc:** | Levinson, David; Pritchard, Alice M; Kripp, Andrew |
| **Subject:** | Fwd: Financial Aid Documents/Shared Services Role |

Hi Alison,

In perpetration for our meeting next week, please see the exchange below.

Thank you,

Rob

Sent from my iPhone

Begin forwarded message:

> **From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Date:** April 8, 2021 at 4:52:59 PM EDT
> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Subject: RE: Financial Aid Documents/Shared Services Role**
>
> Hi Rob,
> Thank you for this additional information. As you know, I take my role and responsibilities very seriously as the Campus CEO of MCC. I want to ensure that every action I take is within the boundaries of the law, including the regulations clearly outlined by Title IV federal financial aid. However, I also understand that you are my direct supervisor and I will certainly sign the PPA when you direct me to do so. I also assume that Steve McDowell and Alison Buckley already ran this by the federal financial aid office so if they received confirmation that this is ok, then I am also ok with it too.
> To add, I also understand that our independently accredited community colleges will be asked to use our individual federal financial aid numbers to admit new students into the future CT Community College in October 2022. However, the CT Community College will not be accredited yet at that time and will not be eligible for Title IV funding. Therefore, I understand the system office's plan to utilize MCC's financial aid dollars to ensure the new CT Community College students receive financial aid (since they will not be yet accredited or eligible to receive Title IV funding). I just want to make sure that this is legally sound before I sign a federal document stating that I am responsible for those dollars. I am sure you can understand my position, especially since the Financial Aid department also no longer reports to MCC (other than a communication line). I am not attempting to be an obstructionist, but rather just want to ensure this has all been vetted federally and I am following both the intent and spirit of the law here...and ultimately, I do not want to jeopardize MCC's ability to receive Title IV funding.
> I appreciate your willingness to talk through my concerns and, hopefully, find a way to make this all work! 😊
>
> If David and Alice P are no longer attending, you can just have Kathy send me a new meeting request so I can accept.

CSCU 10/26/21 POSITION 000236
ESPOSITO 1/7/22 HEARING - 000412

Thanks again.
-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, April 8, 2021 4:20 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Financial Aid Documents/Shared Services Role

Greetings, Nicole.

I want to ensure you have an opportunity to express your questions and comments fully regarding the concerns you expressed to me. This meeting is to discuss the specific concerns you expressed which are preventing you from signing documents related to Title IV federal financial aid as the Chief Executive Officer for Manchester Community College. If other campus leaders share similar concerns, I, or one of the other Regional Presidents, will work with them individually to resolve their questions and ensure they are also able to perform their required duties. The meeting to be with you, me, Alison Buckley, and Steve McDowell.

I look forward to the discussion.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





2

CSCU 10/26/21 POSITION 000237
ESPOSITO 1/7/22 HEARING - 000413

**From:** Czarnota, Kathleen <KCzarnota@commnet.edu>
**Sent:** Thursday, April 8, 2021 2:05 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** FW: Financial Aid Documents/Shared Services Role


-----Original Appointment-----
**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 8, 2021 1:34 PM
**To:** Czarnota, Kathleen
**Cc:** Case, Karyn M
**Subject:** Tentative: Financial Aid Documents/Shared Services Role
**When:** Thursday, April 15, 2021 11:00 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hi Kathy,
I appreciate the invitation for this meeting. However, I notice that I am the only CEO invited and I want
to make sure that all the CEO's that expressed the same concern are also invited to this meeting (as we
heard today in our last meeting). I do think I expressed my concern clearly over the legality of this issue.
However, I did let Rob know that I am 100% fine with signing these documents as long as I have some
written directive to do so. That alone would help me feel more comfortable should anything come up
down the road related to Title IV funding.
To add, I do want to make sure that I am not being singled out here. It seems a bit odd that this wouldn't
be a larger collaborative meeting since it is something that will come across all of our desks. Please let
me know Rob's intent so that I am well prepared.

Thank you!


Kindly,
Nicole

CSCU 10/26/21 POSITION 000238
ESPOSITO 1/7/22 HEARING - 000414

CSCU 10/26/21 POSITION 000239
ESPOSITO 1/7/22 HEARING - 000415

Rob and Jenn,

Now that Financial Aid has moved into the one-college structure with only a communication line to MCC, I am growing more concerned about signing the federal financial aid documents that state "I can personally be fined up to $58,000 and sent to prison for up to 5 years" if this is mismanaged (intentionally or unintentionally) in some way. This is a difficult situation to be put in as the CEO of MCC, but I no longer have the control/authority over financial aid staff or department as this is reported and essentially now managed by that centralized team. Please understand that I am not attempting to be difficult here, but I really hope to avoid any possibility of being personally fined or spending time in prison. I have spent a lot of time conducting research in prison setting during my years of clinical work....and I can assure you, it's not a pleasant place to spend your time....lol

Please provide me direction on this.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000240
ESPOSITO 1/7/22 HEARING - 000416

CSCU 10/26/21 POSITION 000241
ESPOSITO 1/7/22 HEARING - 000417

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Thursday, April 8, 2021 8:11 PM |
| **To:** | Buckley, Alison |
| **Cc:** | Lombella, James P; Pritchard, Alice M; Levinson, David |
| **Subject:** | Re: Program Participation Agreements (PPAs) |

Thanks, Alison. My suggestion is that this we need to have problem-solving meetings first to show due diligence on responding to the concerns we have heard. This will allow us to answer questions and show that we attempted to resolve the issues in a more informal setting.

If CEOs continue to express concern about signing the documents, we need to determine if the next steps include HR or legal implications that will require different types of conversations/documentation.

Always happy to rethink, but I believe this is our best tactic to resolve the immediate concern...

Sent from my iPhone

> On Apr 8, 2021, at 8:03 PM, Buckley, Alison <ABuckley@commnet.edu> wrote:
>
> One final point, the Department has reached out to one college, that I know of, and specifically asked for the signatory page. The college has not complied. Since all the colleges are updating the PPAs with the same removal, the Boston office is watching. Ignoring a specific request from the Department of Education underlines my first point. Steve needs to have a meeting with Boston on a related issue this week. I will let this group know if ED brings the topic up.
>
> I would suggest that we not share the email but convey in a meeting. I wonder if we want to include Ernestine and Andy in the meetings. Just a suggestion.
>
> Alison
>
> **From:** Lombella, James P <JLombella@commnet.edu>
> **Date:** Thursday, April 8, 2021 at 7:35 PM
> **To:** Buckley, Alison <ABuckley@commnet.edu>, Pritchard, Alice M
> <APritchard@commnet.edu>, Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Cc:** Levinson, David <DLevinson@commnet.edu>
> **Subject:** RE: Program Participation Agreements (PPAs)
>
> Thank you, good information and many points I stressed in my conversation with Lisa yesterday. Rob I know you have same issue with 1 or more. Our responses should be similar ... are you planning to share the below email facts? Thoughts on approach? Alison perhaps we can share a version of your email below as response to our inquiry for this "letter" so they can see how out of line this request is? Just brainstorming...
> Jim

CSCU 10/26/21 POSITION 000242
ESPOSITO 1/7/22 HEARING - 000418

James Lombella, Ed.D.
*Regional President*
North-West Region; Connecticut Community Colleges
Connecticut State Colleges and Universities
Phone: 860.723.0625
lombellaj@ct.edu

<image001.jpg>

This email and any attached documents may contain confidential information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited. Do not distribute this email without careful consideration. If you believe that you have received this email in error, please notify the sender by telephone at the number listed above. Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Thursday, April 8, 2021 7:19 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Lombella, James P <JLombella@commnet.edu>
**Cc:** Levinson, David <DLevinson@commnet.edu>
**Subject:** Program Participation Agreements (PPAs)

Good evening,

I wanted to share a few points on the PPA conversations that I hope are helpful.

1. Regarding the immediate task at hand. Blue Icon ceased to be a third party servicer on 2/18. Steve reminded all Aid directors that the PPA should be updated within the required window by 2/28. **Aid directors were not supervised by Steve until the end of March.** This failure by any college to complete a required action in a timely manner will be addressed by the direct supervisor in the future but this failure occurred when under the direct, "solid line" supervision of the CEO. Any CEO who fails to sign the PPA immediately **is exacerbating a compliance issue.** Is there doubt that Blue Icon should be removed as a third party servicer? If not, continuing to withhold signature is a willful disregard of the Department's requirements.
2. It is important to note that for the past several years aspects of the aid operations were outsourced to a third-party (i.e. Inceptia) managed by the System Office and there has been no concern about signing the agreements with the department. It seems curious that CEOs are concerned now. I do not understand the difference.
3. Prior to implementing the SLAs we discussed the framework with the Boston Office of the US DOE and explained it as a transition toward the single college. They had no concerns and indeed asked why we had not done it sooner.
4. If you would like a list of the compliance concerns under the current college leadership, I would be happy to share that. This structure is aimed to tighten our compliance and meet our obligations to strengthen the position of the campus leadership.

2

5. The SLA agreements outline specific benchmarks so that CEO has confidence that our regulatory requirements are being met. This is something that is not been done under the current administration of the institutions.

6. The SLAs provide for an exit clause and clear and immediate procedures to escalate issues. I would ask for a specific example of when CEO concerns or request for a meeting or discussion on the EMSA SLAs were not responded to within 48 hours. To date all of the concerns brought to my attention regarding the agreements—primarily related to reporting structure—have been accommodated. The benchmarks and escalation language are in place to assure the CEOs their questions and issues will be addressed. Again, is there any question that the PPA update currently requiring signature is inaccurate?

7. This brings me to the last issue. There is no mechanism to delegate the CEO's responsibility when it comes to Title IV programs. A letter from Steve McDowell would not be recognized by the Department. The responsibility has absolutely no relationship to reporting lines. Indeed, as you know, Financial Aid, is often completely outsourced. That has absolutely no impact on the signature requirement. As a standalone institution with the US Department of Education that has a unique Office of Postsecondary Education Identification Number, each institution maintains an individual responsibility to the Department as defined in the PPA, which requires a signature by a school's president, chief executive officer, or chancellor. Given that information in the FSA Handbook has a long history and precedent of standing up within federal compliance reviews and audits, I would contend this is not an option or choice, but a requirement. Additional information is within Appendix B of Volume 4 of the Federal Student Aid Handbook, titled "A School's Financial Management Systems," pages 4-187 and 4-188. **A decision not to sign this by a college's lead official would ultimately lead to a loss of eligibility to participate in the Title IV, HEA programs.**

<image002.jpg>

I am happy to chat further.

Alison

**Alison Buckley, Ed.D. | Vice President for Enrollment Management & Student Affairs**
**Connecticut State Community Colleges**
**Connecticut State Colleges and Universities**
**61 Woodland Street | Hartford, CT  06105**
**• 860-723-0122 | • buckleya@ct.edu**

CSCU 10/26/21 POSITION 000244
ESPOSITO 1/7/22 HEARING - 000420

CSCU 10/26/21 POSITION 000245
ESPOSITO 1/7/22 HEARING - 000421

Exhibit M

CSCU 10/26/21 POSITION 000246
ESPOSITO 1/7/22 HEARING - 000422

CSCU 10/26/21 POSITION 000247
ESPOSITO 1/7/22 HEARING - 000423

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Friday, September 4, 2020 9:48 AM |
| **To:** | Steinmetz III, Robert R; Simoni Jr, Angelo; Vincent, Sara M |
| **Subject:** | Re: Enrollment Update |
| **Attachments:** | EM_Metrics sheet-09-04-20.docx |

Would be helpful it if was actually attached, huh? Sorry about that!

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, September 4, 2020 9:46 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Vincent, Sara M <SVincent@mcc.commnet.edu>
**Subject:** Re: Enrollment Update

Hi Rob,
Sara was able to get this to me this moring so I am sending it along to you now. Apologies for the delay, but
Sara and her team are working hard to stay on top of things.

I appreacite your patience.

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Friday, September 4, 2020 9:42 AM
**Subject:** Enrollment Update

1

Greetings,

I do not have the enrollment update for your campus, which was due yesterday.

Thank you,

Rob

Sent from my iPhone

CSCU 10/26/21 POSITION 000249

ESPOSITO 1/7/22 HEARING - 000425

# Enrollment Management Metrics:

**Date of Report:** Friday, September 4, 2020 (9 days after the start of classes)

**Comparison Date:** Wednesday, September 4, 2019 (8 days after the start of classes)

|  | Fall 2019 | Fall 2020 | Comparison/Fall 2019 |
|---|---|---|---|
| Students accepted: | 4,065 | 3,859 | Difference: - 5.0% |
| Accepted New, 1st time students: | 2,451 | 2,398 | Difference: -2.1% |
| Accepted Transfer & Readmit students: | 1,614 | 1,461 | Difference: -9.5% |
| Total New, Transfer & Readmit Registered: | 2,154 | 1,704 | Difference: -20.8% |
| New Students Registered: | 1,285 | 1,035 | Difference: -19.4% |
| Transfer & Readmit Students Registered: | 869 | 669 | Difference: -23.0% |
| Returning Students Registered: | 3,534 | 3,055 | Difference: -13.6% |
| General Fund Credit Hours: | 46,021 | 38,597 | Difference: -16.1% |
| General Fund FTE: | 3,068 | 2,573 | Difference: -16.1% |
| Extension & Late Start Credit Hours: | 3,559 | 3,893 | Difference: 9.4% |
| Total Credit Hours: | 49,580 | 42,490 | Difference: -14.3% |
| Total FTE: | 3,305 | 2,833 | Difference: -14.3% |
| Total Full-time students: | 1,880 | 1,703 | Difference: -9.4% |
| Total Part-time students: | 3,808 | 3,056 | Difference: -19.7% |
| Total Students: | 5,688 | 4,759 | Difference: -16.3% |

CSCU 10/26/21 POSITION 000250
ESPOSITO 1/7/22 HEARING - 000426

CSCU 10/26/21 POSITION 000251
ESPOSITO 1/7/22 HEARING - 000427

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, September 8, 2020 3:08 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | RE: Changes in reporting lines at MCC |

Hey there! Just realizing I never circled back to this message.

Alison followed up asking for a meeting after the census date. I will follow-up to ensure that this meeting occurs and let Alison know that she and I can have a conversation following their meeting, if needed.

I agree that she hasn't had a great deal of focus on the enrollment initiatives. Their report I requested last week was late and sent to me by the director of enrollment management.

If we think I need to lean in a bit more, we should discuss it as it will likely result in additional conversations with your and/or Andy at some point.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Wednesday, September 2, 2020 6:50 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** RE: Changes in reporting lines at MCC

That's not a meeting for sure. How are you thinking about responding? Ultimately we will undo what she does over time if needed and as you suggested largely just moving the chairs around. She seems to continue to struggle with discussion of things she has already decided on. Maybe you give her rope when it doesn't have been implications. It wasn't clear to me that she had implemented the suggested enrollment management strategies as your other schools did when reporting on Tuesday.

Alice Pritchard, Ph.D.

1

CSCU 10/26/21 POSITION 000252
ESPOSITO 1/7/22 HEARING - 000428

CT State Colleges and Universities (CSCU)
Chief of Staff
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, September 2, 2020 2:48 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Fwd: Changes in reporting lines at MCC

Well, I asked her to setup a meeting with her and this is what we got.

Sent from my iPhone

Begin forwarded message:

> **From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
> **Date:** September 2, 2020 at 2:25:39 PM EDT
> **To:** "Buckley, Alison" <ABuckley@commnet.edu>, "Steinmetz III, Robert R"
> <RSteinmetz@commnet.edu>
> **Cc:** "Pritchard, Alice M" <APritchard@commnet.edu>, "Kripp, Andrew"
> <AKripp@commnet.edu>, "Carolina, Kimberly B" <KCarolina@commnet.edu>, "Lopez,
> Michael J" <MLopez@commnet.edu>, "Case, Karyn M <KCase@mcc.commnet.edu>
> **Subject: Changes in reporting lines at MCC**

Hello Alison,
It was brought to my attention that you might have some questions about the structure I am trying to organize at MCC. I am providing two attachments for you to take a look at. The first one is a PDF showing all the different structures/reporting lines/dual positions etc... that I inherited when I returned to MCC. In my humble opinion, this creates confusion for staff and does not encourage solid collaboration as we attempt to boost enrollment and retention. The second attachment is the structure I am creating, which provides clarity and clear lines of reporting and communication.

To add, some of these areas (in the existing MCC structure) have somewhat of a dual reporting to academic affairs and student affairs because we have administrators in dual interim positions. My changes are an attempt to solidify and better organize the departments in a way that promotes collaboration and communication. This is long overdue.

Rob mentioned to me that there was some confusion about hiring a director of advising at MCC. To clarify, no, this is not what I am doing at all. In fact, this was something proposed to me by Pamela Mitchell as she wanted Rob Turner to be the director of advising. I disagreed and, instead, I am simply moving the advising and counseling department under the already established structure of enrollment management. This will accomplish the following:

2

CSCU 10/26/21 POSITION 000253
ESPOSITO 1/7/22 HEARING - 000429

1) we do not have to hire a director of advising as this will now be organized/merged under the umbrella of enrollment management
2) It will more clearly define the lines of communication internally
3) It will create a more comprehensive structure of collaboration between Enrollment, Admissions, Financial Aid, Advising and Outreach
4) It will not require the hiring of any additional staff....and this is something my enrollment team is struggling with. Merging some of these departments (just in terms of collaboration) will, essentially, give us the extra people-power we need in these functional areas
5) If I understand it correctly, this is a good mid-way step to achieving the one-college model moving forward

To add, it seems the org chart provided to me by the MCC HR department is also not entirely correct. For example, some of the departments listed do not, in fact, report to student affairs division completely.

There is simply not enough structure/collaboration and this is clearly reflected in our enrollment numbers.

Lastly, my Associate Director of Admissions is on leave (she went to MxCC) and I need to hold this position for her. I know this might be a position that is eliminated on individual campuses moving forward as well. However, this means I have no person at MCC that is officially responsible for outreach, which is traditionally a large part of admissions. I am simply proposing to add an outreach function (and a few other responsibilities) to my Director of Student Activities position because:

1) It will not require me to hire another person
2) It will not require paying an additional salary for a new person (or new interim person in admissions)
3) It ensures we have someone accountable for outreach
4) TJ Barber is someone already heavily involved in student life and outreach so there is no learning curve.

I hope this helps to clarify and that you find my new org chart to be more clear and well organized.

Please let me know if you have any questions or concerns at all. I think I have attached all who should be notified of this update, but please let me know if I should be sending this to others as well.

Best,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201

3

CSCU 10/26/21 POSITION 000254
ESPOSITO 1/7/22 HEARING - 000430

Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

CSCU 10/26/21 POSITION 000255
ESPOSITO 1/7/22 HEARING - 000431

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, November 30, 2020 5:16 PM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | Re: Diversity and Equity Plans |

The ATD team still has not been able to meet with me due to their conflicting schedules. However, we can submit this as is for now and I will continue to evolve the plan (which I assume is the expectation). This plan does outline the things we captured during our Capacity Cafe meeting and does serve as a "plan for our plan" as you described.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, November 30, 2020 4:47:34 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Diversity and Equity Plans

Hi Nicole,

Do you have an updated timeline on when we may receive the plan?

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu



CSCU 10/26/21 POSITION 000256
ESPOSITO 1/7/22 HEARING - 000432



**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Wednesday, November 18, 2020 2:09 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** RE: Diversity and Equity Plans

Nicole,

Thanks so much for sending along. Go ahead and finish with your team and forward the final document when ready. Appreciate your hard work on this!

Alice

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, November 18, 2020 1:50 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
**Cc:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Diversity and Equity Plans

Dear Rob and Alice,
I have been working on this plan and have created this document prior to the deadline. However, I have been waiting to hold an additional meeting with my ATD MCC team to talk about details for concrete action plans. I believe we have been able to find a time to meet next week. With that being said, I am sharing what I have already been able to put together based on the information from our ATD Capacity Café. I have not sent this along yet because I feels a bit incomplete (if I am understanding your directions correctly). Please let me know if this initial draft is sufficient, or if you would like me to continue to work on this document as I continually meet with various groups on campus. I didn't want you to think I forget about this, or that I have not been working on it.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*

2

CSCU 10/26/21 POSITION 000257
ESPOSITO 1/7/22 HEARING - 000433

*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000258
ESPOSITO 1/7/22 HEARING - 000434

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, January 13, 2021 2:26 PM |
| **To:** | Steinmetz III, Robert R |
| **Cc:** | McDowell, James M; Lindo, Patricia O |
| **Subject:** | RE: Capital-East Executive Assistant |

Hi Rob,
Yes, we did identify the only available space that meets all of your requirements. This is the finance suite located at L126. We call this the "finance suite" so I will have maintenance confirm that is the accurate suite number. It is located on the first floor of the Lowe building. In that area we have the space to accommodate you, Jenn, Diane, and Kathy (your EA) so that you would not be separated.
So you are aware, one of the individuals that will need to be moved to accommodate this request is Mr. Paul Mounds. The challenge is that he is currently approved by HR Shared Services for ADA accommodations and is not required to come to campus until the summer. The other three staff members that are moving are mostly working remotely and, to my knowledge, we are not able to move their personal belongings, but we can move their computers etc...which is not an issue as we have been prepared to accommodate and ask them to coordinate moving all of their belongings.
Lastly, just as an FYI....this semester we have been in the process of settling a sensitive CHRO matter (that began prior to my return to MCC) with Mr. Paul Mounds. I was hesitant to request that he moves his belongings as this would have appeared punitive or retaliatory, which is it absolutely not. However, we have recently been able to settle this difficult situation with Mr. Mounds (about a week ago) so I will ask Jim to connect with Paul as he oversees this area.

Best,
Nicole


Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*


**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, January 13, 2021 1:43 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hi Nicole,

I wanted to see if the space that was identified has been prepared for us to begin moving in. Reading below, in October you confirmed that some staff would need to be informed and transitioned to a new space. Note that I still need the office location.

1

CSCU 10/26/21 POSITION 000260
ESPOSITO 1/7/22 HEARING - 000436

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Steinmetz III, Robert R
**Sent:** Wednesday, October 21, 2020 12:41 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Thanks, Nicole. System Office IT was asking about the specific location for the executive assistant. Can you confirm a room number for their planning? To give time for folks to be made aware and moves to occur, I'm fine with us planning to make this transition on Jan 1, 2021.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





2

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, October 21, 2020 12:24 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hello Rob,
Time got away from me and I forgot to respond to your email about office space.
Jim and I connected about the logistics of this. We have been able to identify an area in the building that would fulfill all of your space requests. We will need to inform, at least, three employees that they will need to be moved to accommodate this request. This was the least impactful as all other suites on campus would require more individual moves or additional disruption, which we all hope to minimize during this time. I hope to make this a smooth transition and I thank you for the patience.

Best,
Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, October 21, 2020 12:13 PM
**To:** Case, Karyn M <KCase@mcc.commnet.edu>; Green, Jennifer L <JGreen@qvcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Hodson, April M <AHodson@trcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Martell, Corey M <CMartell@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; 'REllis@qvcc.commnet.edu'; Van Cott, Margaret <MVanCott@acc.commnet.edu>; Iturrino, Liza A <Liturrino@ccc.commnet.edu>
**Subject:** Capital-East Executive Assistant

Greetings!

I am happy to report that Kathy Czarnota will begin as the Capital-East Executive Assistant on Friday, October 23, 2020. Kathy has most recently been serving as a paralegal at a law firm. Her previous experience includes administrative support, both within higher education and elsewhere.

She will join us at future regional meetings and I will work on setting up a time for her to meet with the executive assistants at each campus as well.

Thanks,

Rob

3

CSCU 10/26/21 POSITION 000262
ESPOSITO 1/7/22 HEARING - 000438

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





4

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, January 28, 2021 1:28 PM |
| **To:** | Steinmetz III, Robert R; DeSantis, Gregory |
| **Cc:** | Case, Karyn M |
| **Subject:** | RE: [DREAM2021] Only a few more days for "early bird" registration discounts |

Hi Rob,

I confirmed that the following people still plan to attend:

Nicole Esposito
Wanda Reyes-Dawes
Chris Hamelin
Mary Lou Vredenburg
Fatma Salman

With that being said, Wanda (the new ATD lead) told me she does not have the access to register people with the free ticket code. As I am thinking about it now, I am wondering if Sara Perez (our former ATD lead, but she left MCC in August/Sept to join MxCC) might have been the one to receive the email with the MCC registration code. Karyn let me know she also does not have an email with the code. I have to apologize because I am just now figuring out that this is the reason I have been asked a number of times about who will be registered. Because I never received the code, I was assuming my staff/faculty were being signed up though the system office and I was just handing over a list of names. Again, I apologize that I am just now understanding where the disconnect is! I will track the code down and get this list signed up today.

Again, sorry about the confusion.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, January 28, 2021 11:21 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Just let me know if we are not going to use the "free" tickets so they can be used by others in the system and not go to waste.

CSCU 10/26/21 POSITION 000264
ESPOSITO 1/7/22 HEARING - 000440

Thanks,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 11:14 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Yes, both of my ATD chairs are attending and I wanted to attend as well. I have just been waiting to hear back from my Dean of AA/SA (Fatma) and my Associate Dean of Faculty to see if they are able to attend with us.

Thanks!

-NE

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, January 28, 2021 11:08 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

2

CSCU 10/26/21 POSITION 000265
ESPOSITO 1/7/22 HEARING - 000441

Hi Nicole,

The issue is that they have not used the code to attend this with MCCs "free passes". I assumed that we would at least have the ATD chairs attending and wasn't sure if you were planning on going. They needed to use the code in order to receive this for free instead of MCC paying out of pocket.

Thanks,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 11:05 AM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi Rob,
I learned that we do have people from MCC signed up for this, but I will circle back again to ensure you have the correct names.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, January 28, 2021 10:51 AM

3

CSCU 10/26/21 POSITION 000266
ESPOSITO 1/7/22 HEARING - 000442

**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** FW: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi Nicole,

Please advise.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Kelley, Kerry A <KKelley@commnet.edu>
**Sent:** Wednesday, January 27, 2021 1:20 PM
**To:** Coley, Thomas G <TColey@commnet.edu>; Lombella, James P <JLombella@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Levinson, David <DLevinson@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>; MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** FW: [DREAM2021] Only a few more days for "early bird" registration discounts

Presidents Coley, Lombella & Steinmetz –
As we discussed at our meeting last week, some campuses have not used their comp codes for the upcoming ATD Dream2021 conference. We have received an updated list of registrants (attached) and summary of unused codes highlighted below. This data is current as of 1/26/2021 – thanks to Amanda for collecting it.

Kerry

**From:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Sent:** Wednesday, January 27, 2021 12:45 PM
**To:** Kelley, Kerry A <KKelley@commnet.edu>; Levinson, David <DLevinson@commnet.edu>
**Cc:** Buckley, Alison <ABuckley@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi Kerry,

4

Here is the updated information from ATD about CT registration (attached) and available comp codes (as of 26 Jan 21). The list below notes if they have **any comps left in the system:**

CSCU Colleges
- Asnuntuck Community College - 4
- Capital Community College - 2
- Connecticut State Community College -0
- CSCU Success Center-0
- Gateway Community College-0
- Housatonic Community College-0
- Manchester Community College-4
- Middlesex Community College-0
- Naugatuck Valley Community College-1
- Norwalk Community College-1
- Northwestern Connecticut Community College-0
- Quinebaug Valley Community College-0
- Three Rivers Community College-0
- Tunxis Community College-0

**From:** Kelley, Kerry A <KKelley@commnet.edu>
**Date:** Wednesday, January 20, 2021 at 2:10 PM
**To:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>, Levinson, David <DLevinson@commnet.edu>, DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Buckley, Alison <ABuckley@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Great, thanks!
Appreciate it and please let me know if we are approaching any deadlines for the preferred rate to register the CSCC attendees for the ATD conference.
Kerry

**From:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Sent:** Wednesday, January 20, 2021 2:08 PM
**To:** Kelley, Kerry A <KKelley@commnet.edu>; Levinson, David <DLevinson@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Buckley, Alison <ABuckley@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi Kerry,

I'm working with ATD to pull an updated list. ATD describes this as a custom process so it may take a day or so to receive the update.

Best,

Amanda

5

CSCU 10/26/21 POSITION 000268
ESPOSITO 1/7/22 HEARING - 000444

Amanda MacTaggart

Associate Director of the CSCU Success Center

Connecticut State Colleges and Universities

---

**From:** Kelley, Kerry A <KKelley@commnet.edu>
**Sent:** Wednesday, January 20, 2021 10:31 AM
**To:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>; Levinson, David <DLevinson@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Buckley, Alison <ABuckley@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Amanda – I wanted to touch base on the registration of 5 CSCC staff for the ATD conference, and ensure we don't miss the preferred pricing which was graciously extended for us. I understand we are trying to ensure that the colleges maximize the use of the complimentary codes, and was wondering if you have a more recent accounting of how the codes have been used.

Thanks
Kerry

**From:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Sent:** Thursday, January 7, 2021 5:02 PM
**To:** Levinson, David <DLevinson@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Kelley, Kerry A <KKelley@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi David,

Here is the spreadsheet from ATD.

I added a column marking SST campus leads and CSCU coaches. Additionally, I added a sheet containing the comp codes by campus and the number that have currently been redeemed.

Capital emailed me earlier today to let me know they planned to register their full team tomorrow.

Best,

Amanda

Amanda MacTaggart

6

Associate Director of the CSCU Success Center

Connecticut State Colleges and Universities

**From:** Levinson, David <DLevinson@commnet.edu>
**Sent:** Wednesday, January 6, 2021 4:40 PM
**To:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Kelley, Kerry A <KKelley@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Thanks.  Yes, that would be good, especially so that we can take advantage of the early registration rates.

Best regards,
David

**From:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Sent:** Wednesday, January 6, 2021 3:55 PM
**To:** Levinson, David <DLevinson@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** Kelley, Kerry A <KKelley@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

The campuses are currently tracking their registrations.

Typically, I work with ATD to have a full list generated and sent to us four (4) weeks before the conference to ensure all of the individual campus comp. codes were used. I can try to get this list earlier if that is preferential.

Amanda MacTaggart

Associate Director of the CSCU Success Center

Connecticut State Colleges and Universities

**From:** Levinson, David <DLevinson@commnet.edu>
**Sent:** Wednesday, January 6, 2021 1:55 PM
**To:** Barrett, Gayle E <GBarrett@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>; Kelley, Kerry A <KKelley@commnet.edu>; Buckley, Alison

7

CSCU 10/26/21 POSITION 000270
ESPOSITO 1/7/22 HEARING - 000446

<ABuckley@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Is anyone keeping track of college v. success center registrants?

**From:** Barrett, Gayle E <GBarrett@commnet.edu>
**Sent:** Wednesday, January 6, 2021 1:51 PM
**To:** Levinson, David <DLevinson@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Thank you both. I'm also wondering if Heidi Zenie should be included here. She isn't a member of the extended cabinet but is a Coach...or is TRCC paying for her registration?

-Gayle

**From:** Levinson, David <DLevinson@commnet.edu>
**Sent:** Wednesday, January 6, 2021 1:02 PM
**To:** DeSantis, Gregory <GDeSantis@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Thanks

**From:** DeSantis, Gregory <GDeSantis@commnet.edu>
**Sent:** Wednesday, January 6, 2021 1:01 PM
**To:** Levinson, David <DLevinson@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Thanks David.

Two notes:

I understand Mike is registered through NWCC already, which might help.

Also, there's a group registration discount and also an early bird deadline later this week in case Kerry is not aware - Five or more simultaneous registrants receive a 20% discount off the early bird rate if completed by 1/8.

The difference I believe is roughly $300 per registrant for a group of five or more by 1/8, versus an individual registrant cost of $450 after 1/8.

**From:** Levinson, David <DLevinson@commnet.edu>
**Sent:** Wednesday, January 6, 2021 12:44 PM
**To:** DeSantis, Gregory <GDeSantis@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Will need to see whether we have ample funds.   There were no prof development funds in our budget.

8

CSCU 10/26/21 POSITION 000271
ESPOSITO 1/7/22 HEARING - 000447

**From:** DeSantis, Gregory <GDeSantis@commnet.edu>
**Sent:** Wednesday, January 6, 2021 12:41 PM
**To:** Levinson, David <DLevinson@commnet.edu>; Barrett, Gayle E <GBarrett@commnet.edu>
**Cc:** MacTaggart, Amanda R <AMacTaggart@commnet.edu>
**Subject:** Re: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi David,

Our Center PD/Travel funds were pulled entirely for this FY, so we don't have a resource available. I would advocate in particular that Gayle and Tamika be added to the list for Kerry if possible, since they are both in the extended cabinet and coaches. Thanks!

Greg DeSantis, Ed.D.

Associate Vice President of Student Success and Academic Initiatives

Connecticut State Colleges and Universities

---

**From:** Levinson, David <DLevinson@commnet.edu>
**Sent:** Wednesday, January 6, 2021 11:56 AM
**To:** Barrett, Gayle E <GBarrett@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Subject:** RE: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi Gayle. I know that Kerry Kelley will be processing registrations for Mike R, Alison, and me. I know that our prof development funds are limited.

Greg – what's available via SSC?

Thanks.

Best,
David

**From:** Barrett, Gayle E <GBarrett@commnet.edu>
**Sent:** Wednesday, January 6, 2021 11:52 AM
**To:** Levinson, David <DLevinson@commnet.edu>; DeSantis, Gregory <GDeSantis@commnet.edu>
**Subject:** FW: [DREAM2021] Only a few more days for "early bird" registration discounts

Hi David and Greg- I received the below email about the ATD Conference in February 2021.

Should we register for this conference individually or are we registering as a group?

Thank you in advance,
Gayle

**Gayle E. Barrett, Ed.D.**
Associate Vice President, Enrollment & Retention Services
CT State Colleges & Universities
61 Woodland Street
Hartford, CT 06105
gbarrett@commnet.edu

9

CSCU 10/26/21 POSITION 000272
ESPOSITO 1/7/22 HEARING - 000448

**From:** ATD Learning Opportunities <events@achievingthedream.org>
**Sent:** Wednesday, January 6, 2021 10:15 AM
**To:** Barrett, Gayle E <GBarrett@commnet.edu>
**Subject:** [DREAM2021] Only a few more days for "early bird" registration discounts



Time is running out!



Register before January 8 to take advantage of "early bird" registration discounts

This year's virtual national convening features five areas of focus:

10

CSCU 10/26/21 POSITION 000273
ESPOSITO 1/7/22 HEARING - 000449

- Centering racial equity

- Leveraging our localness

- Listening in new ways in the age of big data

- Fostering teaching and learning excellence

- Anchoring a bold, new access agenda

Register before January 8, 2021, to take advantage of discounts.



DREAM 2021 | February 16–19, 2021

#ATD_DREAM

---



**FOLLOW US**

**Unsubscribe**

This message was sent to gbarrett@mxcc.commnet.edu from events@achievingthedream.org

ATD Learning Opportunities
Achieving the Dream
8484 Georgia Avenue, Suite 500
Silver Spring, MD 20910

CSCU 10/26/21 POSITION 000274
ESPOSITO 1/7/22 HEARING - 000450

CSCU 10/26/21 POSITION 000275
ESPOSITO 1/7/22 HEARING - 000451

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 9, 2021 6:31 PM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | Re: Use of Stimulus Funds for Community College Technology Initatives |

Rob,

Jenn mentioned that she was working with our campus DOA and finance to discuss the needs. She sent this email (copied and pasted below) on March 5th. However, Jim and Regina confirmed they have not heard from Jenn yet.

"My understanding is that Ben is collecting this information to determine the existing needs.  We should have guidance within the next couple weeks including an estimate of remaining CARES & CRRSA funds that can be used for campus initiatives.  I am currently working with your campuses to confirm any dollars spent or committed which will be include in Ben's analysis.

I am hoping they also provide clear parameters on what the funds can and cannot be used based on the grant restrictions.

Jenn"

However, I can tell you that I also met with Joe D the other day and we spoke about purchasing laptops for all faculty and staff at MCC. We also spoke about the need to expand the license for IT to remote access the computers with ease. (We have some basic remote access functions currently, but I hope we can improve this) We would also like to purchase a math lecture software (for online math classes) and more virtual biology lab kits.

With that being said, it would be helpful to know more about what, if any, restriction there are with these funds and what we can (and cannot) request.

Thanks,
NE

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000276
ESPOSITO 1/7/22 HEARING - 000452

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, March 9, 2021 5:47:50 PM
**Subject:** Re: Use of Stimulus Funds for Community College Technology Initatives

Hello,

I have not received your list at this time. Please send me anything you've been able to pull together as soon as is feasible.

Thank you,

Rob

Sent from my iPhone

> On Mar 5, 2021, at 11:21 AM, Steinmetz III, Robert R <RSteinmetz@commnet.edu> wrote:
>
> Greetings!
>
> Apologies for the short turnaround, but please let me know if you have any specific technology needs you have identified for your campus no later than COB on Tuesday, March 9th.
>
> Thank you,
>
> Rob
>
> Rob Steinmetz, Ed.D.
> Pronouns: he, him, his
> *Regional President*
> *Capital-East Region*
> *Connecticut Community Colleges*
> Phone: 860-723-0624
> Email: steinmetzr@ct.edu
>
> <image001.png>
>
> <image002.png>
>
> <image004.jpg>
>
> **From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
> **Sent:** Wednesday, March 3, 2021 12:21 PM
> **To:** Lombella, James P <JLombella@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
> **Subject:** Use of Stimulus Funds for Community College Technology Initatives

2

CSCU 10/26/21 POSITION 000277

ESPOSITO 1/7/22 HEARING - 000453

Gentlemen;

Below is a request from Ben for the use of stimulus funds for technology initiatives and I am engaging you for information to identify and prioritize technology initiatives for the Community Colleges. (see my email below.)

Some key points:

> 1. **Scope** – Initiatives should be System-Wide or Multi-Campus and student focused
>> *a. Initiatives need to be listed by campus for reconciliation purposes*
>
> 2. **Timeline** – Need to develop a list by early next week if possible, to facilitate initiative implementation by Fall 2021 semester
>
> 3. **Budget** - There is no funding commitment, Ben will do the best he can to fund the needs identified

I am working with campus IT leadership to identify campus needs from their perspective, but I would also like to know what you believe the technology needs are for campuses and/or academic programs.

To this end, if you could send me a listing of technology initiatives with approximate costs by early next week, I will organize the items for review and prioritization by the individuals on this email.

Please let me know if you have any questions, comments, or concerns.

Thank you,
Joe D.

3

CSCU 10/26/21 POSITION 000279
ESPOSITO 1/7/22 HEARING - 000455

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, March 10, 2021 5:11 PM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | Fwd: Technology Needs |

Hi Rob,
I know it's a day late, but I had a one on one meeting with Julie today and she brought me additional ideas for technology purchases to support online functions. I would like to add this to the list I provided last night. See below...

Thanks!
-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Greene, Julie L <JGreene@mcc.commnet.edu>
**Sent:** Wednesday, March 10, 2021 4:59:25 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Technology Needs

Hi there. Sorry for the delay. Thanks for the talk today and for thinking of the CARES Act as an option to possibly fund some of our technology needs, particularly those that would bring our virtual platforms to the next level for students and job seekers.

The main web based resources that we need in order to meet the needs of our students/alumni and community members who are seeking assistance with their career decision making and managing an effective job search are the following:

Focus 2 (Career Guidance & Exploration tool)
InterviewStream (video based mock interview practice tool)
College Central Network (CCN) — Job board for posting active position announcements

The tool that we really need, in order to fully pivot successfully to an online platform for running virtual job fairs and recruitment/interview sessions (a platform that is designed for employers and job seekers to meet online) is:
Handshake.

I hope this is what you were looking for!

1

CSCU 10/26/21 POSITION 000280
ESPOSITO 1/7/22 HEARING - 000456

Please let me know if you need more info! Thanks again! 😊

Best,
Julie

**Julie Greene, M.Ed.**
*she/her/hers*
Director, Career & Veteran's Services
Manchester Community College
SSC L127a
Great Path, MS #8
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3372 | F: 860-512-3371

*"Wherever you go, go with all your heart" - Confucius*

CSCU 10/26/21 POSITION 000281
ESPOSITO 1/7/22 HEARING - 000457

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, April 1, 2021 1:57 PM |
| **To:** | Danajovits, Joseph F; Steinmetz III, Robert R |
| **Subject:** | Re: Use of Stimulus Funds for Community College Technology Initiatives |

Hi Joe,

This makes perfect sense to me! Thanks for following up to figure out how this would/should work.
You may or may not know, but I really have only one staff member in career services and while I am confident in her abilities, I am not sure she is the appropriate staff member to work with vendors, secure system-wide quotes for IT/software/programs etc..(plus, my understanding of the goal is to now purchase things for the entire system or multiple campuses moving forward) but then to ask her to determine what the needs are across the state for these functions seemed unusual to me.
She did bring this software/program to my attention when I put out a college-wide request for ideas. It was something she has familiarity with and believes it's something we should look into for the colleges...
so I added it to our "wish list" for Rob and sent it off.

Thanks again for looking further into the details.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Sent:** Thursday, April 1, 2021 1:45 PM
**To:** Steinmetz III, Robert R; Esposito, Nicole C
**Subject:** Re: Use of Stimulus Funds for Community College Technology Initiatives

Hi Nicole/Rob;

Dave Ferreira and I discussed these applications yesterday and as I understand it, these applications all fall under the auspices of campus Career Centers.

In an effort to standardize the tools and resources used by our Career Centers, I will be reaching out to Mike Buccilli and Mike Stefanowicz to assist with providing the requisite information on a system-wide solution(s.)

1

CSCU 10/26/21 POSITION 000282
ESPOSITO 1/7/22 HEARING - 000458

Please let me know if you have any questions, comments, or concerns.

Thank you,
Joe D.

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, April 1, 2021 10:36 AM
**To:** Danajovits, Joseph F <JDanajovits@commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initiatives

Greetings, Joe.

I am copying Nicole on this message as all of these requests came from the campus and I am unfamiliar with the details. I know she was seeking clarity on how IT and purchasing can support getting additional information and quotes from vendors. Ultimately, I ask that she work with her team to get you the information needed to move these requests forward.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Sent:** Tuesday, March 30, 2021 4:31 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Re: Use of Stimulus Funds for Community College Technology Initiatives

Hi Rob;

I have added these items to the HEERF request schedule, but I will need budget costs for them.

For Focus 2, InterviewStream and CCN, I will reach out to Nicole.

2

**CSCU 10/26/21 POSITION 000283**
**ESPOSITO 1/7/22 HEARING - 000459**

For Handshake, I assume this is your request.

A quick search indicated this is free for universities. Is that possible? If not do you have a budget number I can use?

Thanks in advance,
Joe D.

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Friday, March 12, 2021 05:16 PM
**To:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initiatives

Hi Joe,

Nicole provided the following additional technology needs from MCC's office of career and veteran services that can be included in the costing analysis as you work with Edgar:

**Focus 2** (Career Guidance & Exploration tool)
**InterviewStream** (video based mock interview practice tool)
**College Central Network (CCN)** – Job board for posting active position announcements

The tool that we really need, in order to fully pivot successfully to an online platform for running virtual job fairs and recruitment/interview sessions (a platform that is designed for employers and job seekers to meet online) is:
**Handshake.**

I'm guessing these priorities, along with many others across the state, will need to be reviewed to ensure we're not duplicating efforts and continuing to purchase many different instances of similar technology. Looking forwad to discussing it next week.

I hope you have an enjoyable weekend.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu



3



**From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Sent:** Wednesday, March 10, 2021 4:33 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Re: Use of Stimulus Funds for Community College Technology Initatives

Hi Rob;

Thank you.

On the different levels of details, you get what you ask for and I did not specify a format, so that is my fault.

I do need estimates for the MCC items, but I will talk with Edgar to get those.

Thanks again,
Joe D.

---

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, March 10, 2021 03:28 PM
**To:** Coley, Thomas G <TColey@commnet.edu>; Lombella, James P <jLombella@commnet.edu>; Danajovits, Joseph F <JDanajovits@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
**Cc:** Van Cott, Margaret <MVanCott@commnet.edu>; DeAngelis, Gennaro <GDeAngelis@commnet.edu>; Gibbs, Tanya R <TGibbs@commnet.edu>; Czarnota, Kathleen <KCzarnota@commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initatives

Hi Joe,

Attached you will find a summary of identified needs at each campus. My apologies that each campus provided different levels of details. I am happy to follow-up with a more consistent template if you are seeking more specific information from particular campuses.

Looking forward to further discussion.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

4

CSCU 10/26/21 POSITION 000285
ESPOSITO 1/7/22 HEARING - 000461





**From:** Coley, Thomas G <TColey@commnet.edu>
**Sent:** Friday, March 5, 2021 12:19 PM
**To:** Lombella, James P <JLombella@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Danajovits, Joseph F <JDanajovits@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
**Cc:** Van Cott, Margaret <MVanCott@commnet.edu>; DeAngelis, Gennaro <GDeAngelis@commnet.edu>; Gibbs, Tanya R <TGibbs@commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initatives

For Shoreline West Region, I met with regional leadership team, including CEOs, and we discussed providing a response on campus specific IT needs that might be funded with stimulus funding. We targeted Monday, March 8th, as a due date to send campus responses to me.

Thomas G. Coley, Ph.D.
Regional President
Shoreline West Region
Connecticut State Community College
860-578-6898

**From:** Lombella, James P <JLombella@commnet.edu>
**Sent:** Friday, March 5, 2021 12:13 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Danajovits, Joseph F <JDanajovits@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
**Cc:** Van Cott, Margaret <MVanCott@commnet.edu>; DeAngelis, Gennaro <GDeAngelis@commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initatives

NW Regional teams are also working on this and targeting Tuesday to get information to you.

Jim

James Lombella, Ed.D.
*Regional President*
North-West Region; Connecticut Community Colleges
Connecticut State Colleges and Universities
Phone: 860.723.0625
lombellaj@ct.edu



This email and any attached documents may contain confidential information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction,

5

distribution of the information herein by other than the intended recipient(s) is strictly prohibited.   Do not distribute this email without careful consideration.  If you believe that you have received this email in error, please notify the sender by telephone at the number listed above. Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Friday, March 5, 2021 11:21 AM
**To:** Danajovits, Joseph F <JDanajovits@commnet.edu>; Lombella, James P <JLombella@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
**Subject:** RE: Use of Stimulus Funds for Community College Technology Initatives

Greetings, Joe.

My apologies, but my teams at campuses are working on responding to this and I will get it to you by COB on Tuesday, March 9th.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Sent:** Wednesday, March 3, 2021 12:21 PM
**To:** Lombella, James P <JLombella@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Ferreira, David <DFerreira@nwcc.commnet.edu>
**Subject:** Use of Stimulus Funds for Community College Technology Initatives

Gentlemen;

Below is a request from Ben for the use of stimulus funds for technology initiatives and I am engaging you for information to identify and prioritize technology initiatives for the Community Colleges. (see my email below.)

Some key points:

6

1. **Scope** – Initiatives should be System-Wide or Multi-Campus and student focused
   a. *Initiatives need to be listed by campus for reconciliation purposes*

2. **Timeline** – Need to develop a list by early next week if possible, to facilitate initiative implementation by Fall 2021 semester

3. **Budget**- There is no funding commitment, Ben will do the best he can to fund the needs identified

I am working with campus IT leadership to identify campus needs from their perspective, but I would also like to know what you believe the technology needs are for campuses and/or academic programs.

To this end, if you could send me a listing of technology initiatives with approximate costs by early next week, I will organize the items for review and prioritization by the individuals on this email.

Please let me know if you have any questions, comments, or concerns.

Thank you,
Joe D.


**From:** Danajovits, Joseph F <JDanajovits@commnet.edu>
**Sent:** Wednesday, March 3, 2021 8:51 AM
**To:** Barnes, Benjamin <BBarnes@commnet.edu>
**Cc:** Tolisano, Joseph <JTolisano@commnet.edu>
**Subject:** Re: stimulus funds

Ben;

I would like to recommend a different approach to scheduling the appropriation of CARES II funds for the colleges.

Joe T's list is correct, but the priority and proximity to severing students is varied with each initiative.

Here is what I would like to do coordinate and properly prioritize academic IT needs as well as campus IT operational needs:
   1. Ask Rooke/Ferreira to identify all of the academic IT needs; (e.g., HyFlex, academic software, etc...)
   2. Ask the Regional Presidents to identify all campus IT operational needs; (e.g., Hotspots, student technology, student ID systems, etc...)
   3. Ask campus IT Directors to provide their respective campus IT needs. (e.g., Equipment for classrooms and computer labs, infrastructure updates to reopen in the fall, etc...)

After gathering this list, work with Rooke/Ferreira and the Regional Presidents to prioritize a funding schedule.

This may take a little longer to gather the info and make a decision, but the outcomes should be better than we had with CARES I.

CSCU 10/26/21 POSITION 000288
ESPOSITO 1/7/22 HEARING - 000464

I have reviewed a few of the decisions we did make with CARES I and below are my findings.

**Laptops** - Some campuses used the funding to replace their faculty and staff desktop fleet to enable a mobile workforce, others bought very few. This has created an equity issue.

**Campus Control Systems (Higgins ID)** - 8 campuses implemented, 3 did not, 1 opted out. And the rush to purchase a system limited our options to use the system for multiple purposes. (e.g., use id cards for printing system)

For **Hotspots**, we gave them out. but they are not being used.

| Verizon Invoice Month | Verizon Invoice Amount | Total # of Verizon Hotspots Available for Loan | Verizon Plan Cost/Hotspot Per Month | # of Verizon Hotspots Activated | % Activated or Assigned | # of Verizon Hotspots with Meaningful Use (> 0.5GB) | % of Verizon Hotspots with Meaningful Use (> 0.5GB) | Based on Usage The Monthly Cost Should Be | Monthly Costs in Excess of Actual Usage |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2020 | $4,083 | 270 | $40 | 270 | 100% | 0 | 0% | $0 | $4,083 |
| 10/9/2020 | $24,410 | 270 | $40 | 270 | 100% | 42 | 16% | $1,680 | $22,730 |
| 11/09/020 | $9,970 | 270 | $40 | 225 | 83% | 66 | 29% | $2,640 | $7,330 |
| 12/9/2020 | $9,397 | 270 | $40 | 224 | 83% | 71 | 32% | $2,840 | $6,557 |
| 1/9/2021 | $9,071 | 270 | $40 | 226 | 84% | 53 | 23% | $2,120 | $6,951 |
| 2/9/2021 | $8,981 | 270 | $40 | 228 | 84% | 79 | 35% | $3,160 | $5,821 |

I am not placing blame on the decisions made, just looking to use a process to make better decisions going forward.

If you agree, I will reach out to Rooke/Ferreira and the Regional Presidents to begin the process.

Cheers,
Joe D.

---

From: Tolisano, Joseph <JTolisano@commnet.edu>
Sent: Wednesday, March 3, 2021 08:13 AM
To: Barnes, Benjamin <BBarnes@commnet.edu>; Danajovits, Joseph F <JDanajovits@commnet.edu>; Hilbie, Timothy E <THilbie@commnet.edu>
Cc: Pusztay, Mielentina <MPusztay@commnet.edu>
Subject: RE: stimulus funds

8

CSCU 10/26/21 POSITION 000289
ESPOSITO 1/7/22 HEARING - 000465

We are looking at the attached to provide remote support for faculty, students and staff, cost is 45K for Beyond Trust. Also, I believe the scanoptics for HR is around 65K. There is a project in the final design stage for refreshing the wireless at the colleges, cost is around 2m. I defer to Joe D on Hy-Flex, I believe this is our future, even if we have slow adoption at this point, new and younger faculty will move in this direction over time. If all else fails, and there is still funds remaining, I would go with laptops to fill the void.

"T"

**From:** Barnes, Benjamin <BBarnes@commnet.edu>
**Sent:** Tuesday, March 2, 2021 10:35 PM
**To:** Tolisano, Joseph <JTolisano@commnet.edu>; Danajovits, Joseph F <JDanajovits@commnet.edu>; Hilbie, Timothy E <THilbie@commnet.edu>
**Cc:** Pusztay, Melentina <MPusztay@commnet.edu>
**Subject:** stimulus funds

I'm trying to refresh our plan for the stimulus money that the colleges have received. So far, I have requests for

$40k for scanoptics for a system for HR
$ 1 m for Mike Rooke's plan to add hyflex classrooms

Am I missing anything? Hotspots? Laptops? If you all have good projects you can get done this spring or summer that are related to COVID, let's discuss. Some of the campuses are tighter than others.

Would you be able to confirm the numbers for this Hy-Flex project? I think there's a lot of support for it, and it may make sense to do more at some bigger campuses, plus some seem to have some of this already. I need numbers by campus because all the funding has to reconcile at the institution level. I will figure something out for the HR system and anything else that needs to come from SO.

I'd like to at least get some planning numbers early next week, and we can revise later.

Thanks

Ben

CSCU 10/26/21 POSITION 000290
ESPOSITO 1/7/22 HEARING - 000466

CSCU 10/26/21 POSITION 000291
ESPOSITO 1/7/22 HEARING - 000467

Exhibit N

CSCU 10/26/21 POSITION 000292
ESPOSITO 1/7/22 HEARING - 000468

CSCU 10/26/21 POSITION 000293
ESPOSITO 1/7/22 HEARING - 000469

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, July 21, 2020 8:47 PM |
| **To:** | Pritchard, Alice M; Steinmetz III, Robert R |
| **Subject:** | MCC Positions, Org Chart, Retirements |
| **Attachments:** | 4256_001.pdf; Copy of CT_CCC_HR_HR_EE_RETIREMENT_1_818713762.xlsx |

Dear Alice and Rob,

I have requested that Patricia create an updated org chart for MCC and send to me. I felt there were many changes on campus in recent years and things were not organized enough for us to have a full picture here. I also asked Patricia to provide me an updated list of who is eligible to retire (although you might already have this list).
I am sharing this information with you both because it will be helpful as we work together to project budget possibilities/areas for potential reductions in redundancy moving forward.

I will be sure to collaborate and work with both of you on this. I hope you find it helpful.

-Nicole

**Nicole Esposito, Ed.D.**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

1

CSCU 10/26/21 POSITION 000295
ESPOSITO 1/7/22 HEARING - 000471



CSCU 10/26/21 POSITION 000296
ESPOSITO 1/7/22 HEARING - 000472



CSCU 10/26/21 POSITION 000297
ESPOSITO 1/7/22 HEARING - 000473

MANCHESTER COMMUNITY COLLEGE

Chief Executive Office
Revision Date:
July 2020

**Chief Executive Officer**
Nicole Esposito

**Interim Executive Assistant**
Karyn Case
Professional 3

**Secretary 2**
Vacant
CL -16

**Interim Dean of Academic Affairs**
Tuesday Cooper
Manager 3

**Director of Marketing & Public Relations**
Charlene Tappan
CCP19-12

**Director of Public Relations**
Michael Jorden-Reilly
CCP18-12

**Dean of Institutional Advancement**
Vacant
Manager 3

**Dean of Administration**
James McDowell
Manager 3

**Interim Dean of Student Affairs**
Angelo Simoni
Manager 3

**Associate Dean of Academic Affairs**
Pamela Mitchell
Manager 2

**Associate Dean of Faculty**
Mary Lou Vredenburg
Manager 2

**Associate Dean of Continuing Education & Workforce Development**
Mick Pigott
Manager 2

**Associate Dean of Students**
Vacant
Manager 2

CSCU 10/26/21 POSITION 000298
ESPOSITO 1/7/22 HEARING - 000474

**Office of the Chief Executive Officer**
**Marketing & Public Relations**
**Revision Date:**
**July 2020**



Chief Executive Officer
Nicole Esposito

Interim Executive Assistant
Karyn Case
Professional 3

Director of Marketing
& Public Relations
Charlene Teppan
CCP-19-12

Media Specialist
Brian Lombardo
CCP-16-12

Graphic Specialist
Paula Raum
CCP-16-12

System Analyst/
Programming
VACANT

Webmaster
Adam Saucier
CCP-16-12

CSCU 10/26/21 POSITION 000299
ESPOSITO 1/7/22 HEARING - 000475

**Academic Affairs Division I**
**Revision date:**
**July 2020**



CSCU 10/26/21 POSITION 000300
ESPOSITO 1/7/22 HEARING - 000476

**Academic Affairs II
Science, Technology,
Engineering & Mathematics
(STEM) Division
Revision date:
July 2020**

**Interim Dean of Academic Affairs**
Tuesday Cooper
Manager 3

**Administrative Assistant (TSHC)**
Dana Drouin
CL-19

**Associate Dean of Faculty**
Mary Lou Vredenburg
Manager 2

**Academic Associate**
Nicole Simmons
CCP-16-12

**School of Engineering, Technology & Physical Science**
Astronomy
Chemistry
Computer Science
Earth Science
Engineering Science
Environmental Science
Geology
Mathematics
Physics
Technology Programs

**School of Health and Life Sciences**
Biology
Dental Assistant
Health & Exercise Science
OTA
Radiation Therapy
Radiography
Respiratory Care
Therapeutic Recreation

**Academic Associate**
Tippawan Markmaitree
CCP-16-12

**Academic Associate**
Jessica Zolciak
CCP-16-11

**Manufacturing, Director/Program Coordinator**
CCP 19-12
Tracy Ariel

**Manufacturing Program Instructor**
John Genna, Jr.

CSCU 10/26/21 POSITION 000301
ESPOSITO 1/7/22 HEARING - 000477

**Academic Affairs III
Liberal & Creative Arts
Division
Revision date:
February 2020**



Interim Dean of Academic Affairs
Tuesday Cooper
Manager 3

Administrative Assistant
(TSHC)
Dana Drouin
CL-19

Associate Dean of Faculty
Mary Lou Vredenburg
Manager

Academic Associate
Erin O'Neil
CCP-16-12

School of Fine Arts,
Communication & Design
Communication
Computer Game Design
Graphic Design
Interpersonal & Org Comm
Journalism
Music
Photography
Visual Fine Arts

School of English, Humanities &
Language
English
ESL
Humanities
Language
Philosophy

Programs of Study
Education
English
ESL
Fine Arts
Theatre
Language
Media
Music
Philosophy
Photography
Speech

CSCU 10/26/21 POSITION 000302
ESPOSITO 1/7/22 HEARING - 000478

**Academic Affairs IV**
**Social Science, Business &**
**Professional Careers (SBP)**
**Division**
**Revision date:**
**July 2020**



Interim Dean of Academic Affairs
Tuesday Cooper
Manager 3

Administrative
Assistant (TSHC)
Dana Drouin
CL-19

Associate Dean of
Faculty
Mary Lou Vrodenburg
Manager 2

Academic Associate
Lolita Wynter
CCP-17-12

Interim Academic
Assistant (Culinary
Lab Manager)
Kathryn DelGizzio
CCP-12-5

Director of Child
Development Center
Gregg Brohinsky
CCP-19-12

Child Dev. Center
Teacher
Brittany Zavaski
CCP-17-12

School of Business,
Paralegal &
Hospitality
Accounting
Business Admin
Marketing
Entrepreneurship
Business Off Asst
Computer Tech
Mgmt Info Systems
Culinary Arts
Foodservice Mgmt
Hotel-Tourism Mgmt
Paralegal

School of Criminal
Justice & Social
Science
Criminal Justice
Criminology
Economics
Geography
History
Political Science
Sociology

School of Social
Service and
Behavioral
Science
Anthropology
Psychology
DARC
Disability
Specialist
Early Childhood
Educ.
Social Work
Social Science
Speech-Language
Pathology Asst.

CSCU 10/26/21 POSITION 000303
ESPOSITO 1/7/22 HEARING - 000479



**Academic Affairs V**
**Library/ETDL/ASC/Co-op**
**Revision date:**
**May 2020**

Interim Dean of
Academic Affairs
Tuesday Cooper
Manager 3

Associate Dean of
Academic Affairs
Pamela Mitchell
Manager 2

Dir. of Cooperative
Education
Robert Henderson
CCP-19-12

Dir. of Academic
Support Center
Brian Cleary
CCP-19-12

Director of Library
& Educational Tech.
Deborah Herman
CCP-20-12

Academic
Assistant
Grace Talaga
CCP-12-9

Secretary II
Marilyn Haney
CL-16

Assoc. Dir of Library
Paula Pini
CCP-19-12

Library Associates
CCP-14-12
Christi Geisinger
Melissa Rivera

Library Assistant
CCP12-12
Maritza Morales

Systems Librarian
Zhijiang Zhang
(Heather Li)
CCP-18-12

Assistant
Director of
Educ. Tech.
Timothy Buto
CCP-17-12

Librarian
Evelyn Angry-
Smith
CCP-18-12

**Administrative Affairs I
Revision Date:
July 2020**

**Dean of Administration**
James McDowell
Manager 3

**Administrative
Assistant**
Sharon Mills
CL-19

**Campus Police
Lieutenant**
Michael Davis

**Director of Finance
& Admin. Services**
Regina Ferrante
CCP21-12

Reports to SO IT
**Director of
Information
Technology**
Barry Grant
CCP29-12

**Director Of Facilities
& Management
Planning**
Darlene Manolni-Brown
CCP20-12

CSCU 10/26/21 POSITION 000304
ESPOSITO 1/7/22 HEARING - 000480



**Administrative Affairs II**
**Facilities & Management**
**Planning**
**April 2020**

CSCU 10/26/21 POSITION 000305
ESPOSITO 1/7/22 HEARING - 000481

**Administrative Affairs III**
**Finance & Administrative**
**Services**
**Revision Date:**
**July 2020**

Dean of Administration
James McDowell
Manager 3

Director of
Finance/Admin.
Services
Regina Ferrante
CCP 21-12

Acquisitions
Specialist
CCP16-12
Kimberly Deschenes

Assistant Accountant
AR-19
Paula Anzellotti

Bursar
Patricia Vao
CCP17-12

Bursar Assistant (2)
CCP13-12
Yalismarie Colon
Coral Ortiz

Associate Director of
Finance/Admin.Services
CCP18-12
Paul Mounds

Accountant (2)
AR-23
Olive Flynn
Kofi Sarfo-Darko

CSCU 10/26/21 POSITION 000306
ESPOSITO 1/7/22 HEARING - 000482

**Administrative Affairs IV
Information Technology
Revision date:
July 2020**

System Office IT – Joe
Danajovits

Director of
Information
Technology
Barry Grant
CCP-20-12

Assistant Director of
Informational Technology
Jacqueline Spector Church
CCP 18-12

Assistant Directors of
Informational Technology
Edgar Chavarriega
CCP 18-12

Systems Manager
William Valentine
CCP 17-12

Network Manager
Doug Michels
CCP17-12

Technician II
Kevin Skee
CCP16-12

Technician II
Andres Mack
CCP16-12

Technician II
Evelyn Kissi
CCP16-12

Technician II
Ryan Stryczula
CCP16-12

Technician II
Clayton Church
CCP16-12

Technician II
Matthew Reid
CCP 16-12

Technician II
Timothy Gottier
CCP 16-12

CSCU 10/26/21 POSITION 000308
ESPOSITO 1/7/22 HEARING - 000484



Administrative Affairs V
Campus Police
March 2020

**Continuing Education**
**Revision date:**
**July 2020**

```
Associate Dean of Continuing
Education & Workforce Dev.
Mick Pigott
Manager 2
```

```
Administrative
Assistant
Jessie Bradley
CL-19
```

```
Fiscal
Administrative
Officer
Arlene Paternic
Retiring 8/1/20
AR-23
```

```
Director of Bus. &
Industry Serv.
VACANT
CCP19-12
```

```
Secretary I
VACANT
CL-14
```

```
Director of Credit
Free Programs
Carleigh Schultz
CCP19-12
```

```
PC Coordinator
(Credit Free Prgm)
Bruce Manning
CCP17-12
```

```
Sales Associate
Doreen Forbes-
Rogers
CCP-17-12
```

```
Program Associate
Steven Campiglio
CCP17-12
```

**Institutional Advancement**
**Revision Date:**
**July 2020**

Chief Executive Officer
Nicole Esposito

Interim Executive
Assistant
Karyn Case
Professional 3

Interim Dean of
Institutional
Advancement
Monique Wolanin
Manager 3

Administrative
Assistant
Vacant

Development
Associate
Teresa Arnold
CCP 16-12

Director of
Development
Diana Reid
CCP-19-12

CSCU 10/26/21 POSITION 000310
ESPOSITO 1/7/22 HEARING - 000486

**Student Affairs I**
**Revision Date:**
**July 2020**





Interim Dean of
Student Affairs & Enrollment
Management
Angelo Simoni
Manager 3

Administrative
Assistant
Teresa Grout
CL-19

Associate Dean of
Students
Vacant
Manager 2

Interim Associate
Dean of Students
Pam Mitchell
Manager 2

Director of
Enrollment
Management
Sara Vincent
CCP-21-12

Director of
Veteran &
Career Svcs
Julie Greene
CCP-19-12

Registrar
Anita Sparrow
CCP-19-12

Director of
Student
Activities
T.J. Barber
CCP-17-12

Director of
Student
Operations
Umesh Vig
CCP-19-12

Director of
Financial Aid
Anna Tores
CCP-19-12

Counselors
CCP-19-12
Joseph Navarra
Wanda Reyes-
Dawes
Robert Turner

CSCU 10/26/21 POSITION 000311
ESPOSITO 1/7/22 HEARING - 000487



**Student Affairs II**
**Enrollment Management**
**Revision Date:**
**July 2020**

**Interim Dean of**
**Student Affairs & Enrollment**
**Management**
Angelo Simoni
Manager 3

**Associate Dean of**
**Students**
Vacant
Manager 2

**Administrative Assistant**
Teresa Grout
CL-19

**Director of**
**Enrollment**
**Management**
Sara Vincent
CCP21-12

**Interim Associate**
**Director of**
**Admissions**
Vacant
CCP18-12

**Secretary II**
Katherine Jones
CL-16

**Enrollment**
**Services**
**Coordinators**
CCP-15-12
Elijah Oliver
Mariah Thomas

**Registrar**
Anita Sparrow
CCP19-12

**Administrative**
**Assistant**
Deborah Wood
CL-19

**Associate**
**Registrar**
Gail Anne Arroyo
CCP16-12

**Office Assistant**
Sherri Scudder
CL-13

**Enrollment Services**
**Coordinator**
CCP-15-12
Takia Lugo

**Interim Registration**
**Services Assistants (2)**
CCP-13-12
Matt Bonesteel
Vacant

**Director of Financial**
**Aid**
Anna Torres
CCP19-12

**Financial Aid**
**Assistant (2)**
Vacant
CCP14-12

**Associate Director of**
**Financial Aid (2)**
CCP18-12
Jody Belley
Yanidza Betancourt

**Director of Student**
**Operations**
Umesh Vig
CCP19-12

**Assistant Director**
**of Disability &**
**Placement Testing**
Georgette Hymen
CCP17-12

CSCU 10/26/21 POSITION 000312
ESPOSITO 1/7/22 HEARING - 000488

**Student Affairs III**
**Counseling/Student**
**Activities/Career Services/First**
**Yr & New Students Programs**
**Revision Date:**
**July 2020**

Administrative Assistant
Teresa Grout
CL-19

Interim Dean of
Student Affairs & Enrollment Mgmt.
Angelo Simoni
Manager 3

Interim Associate
Dean of Students
Pam Mitchell
Manager 2

Associate Dean of
Students
Vacant
Manager 2

Transfer/Retention
Svcs.
Counselor
Robert Turner
CCP-19-12

Counselors
CCP19-12
Joseph Navarra
Wanda Reyes-Dawes

Director of Career &
Veteran's Services
Julie Greene
CCP19-12

Student Success &
First Year Programs
Interim Academic
Associate
Brenda Geltz

SSs Program
Specialists (3)
CCP15-12
Philip Burnham
Vacant (2)

Secretary II
Rosa Abaruza
CL-16

Director of Student
Activities
T.J. Barber
CCP17-12

Secretary II
Carole Lewoncyk
CL-16

Veterans
Associate/Oasis
Coord.
Michelle LaBelle
CCP16-12

Secretary II
Donna Nicotera
CL-16

Academic Advisor
CCP16-12
Michelle Nickerson
Academic Advisor
Vacant

CSCU 10/26/21 POSITION 000313
ESPOSITO 1/7/22 HEARING - 000489

**CSCU Human Resources**
**MCC Payroll**
**Revision Date:**
**June 2020**

```
┌─────────────────────────────┐
│  CSCU Regional HR Manager   │
│         Kim Carolina        │
│          Manager 2          │
└─────────────────────────────┘
```

```
┌─────────────────────────────┐
│ CSCU HR Regional Generalist │
│        Patricia Lindo       │
│          Manager 1          │
└─────────────────────────────┘
```

```
┌────────────────────────────────────────────┐
│ P. Lindo Temporarily Supervise Payroll staff until │
│         HRSS & Payroll SS are in place:      │
│                                              │
│            Operations Coordinator            │
│                   Donna                      │
│             Gibson – CCP 14-12               │
│                                              │
│                 Secretary II                 │
│           Beverly Ferrigno – CL-16           │
│                                              │
│                Payroll Clerk (2)             │
│              Rosario Rojas Reyes             │
│                  Gail Zipoli                 │
│                    CL-16                     │
└────────────────────────────────────────────┘
```

CSCU 10/26/21 POSITION 000314
ESPOSITO 1/7/22 HEARING - 000490

CSCU 10/26/21 POSITION 000315
ESPOSITO 1/7/22 HEARING - 000491



CSCU 10/26/21 POSITION 000316
ESPOSITO 1/7/22 HEARING - 000492

CSCU 10/26/21 POSITION 000317

ESPOSITO 1/7/22 HEARING - 000493



CSCU 10/26/21 POSITION 000318

ESPOSITO 1/7/22 HEARING - 000494





CSCU 10/26/21 POSITION 000319
ESPOSITO 1/7/22 HEARING - 000495

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, July 21, 2020 10:11 PM |
| **To:** | Esposito, Nicole C |
| **Cc:** | Pritchard, Alice M |
| **Subject:** | Re: MCC Positions, Org Chart, Retirements |

Hi Nicole,

Thank you for providing us with these updates.

Best,

Rob

Sent from my iPhone

> On Jul 21, 2020, at 8:46 PM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:
>
> Dear Alice and Rob,
>
> I have requested that Patricia create an updated org chart for MCC and send to me. I felt there were many changes on campus in recent years and things were not organized enough for us to have a full picture here. I also asked Patricia to provide me an updated list of who is eligible to retire (although you might already have this list).
> I am sharing this information with you both because it will be helpful as we work together to project budget possibilities/areas for potential reductions in redundancy moving forward.
>
> I will be sure to collaborate and work with both of you on this. I hope you find it helpful.
>
> -Nicole
>
>
>
> **Nicole Esposito, Ed.D**
> *Chief Executive Officer*
>
> Manchester Community College
> SSC L201
> Great Path, MS #01
> PO Box 1046
> Manchester, CT 06045-1046
> P: 860-512-3103
> F: 860-512-3101

1

CSCU 10/26/21 POSITION 000320
ESPOSITO 1/7/22 HEARING - 000496

<4256_001.pdf>
<Copy of CT_CCC_HR_HR_EE_RETIREMENT_1_818713762.xlsx>

CSCU 10/26/21 POSITION 000321
ESPOSITO 1/7/22 HEARING - 000497

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, August 5, 2020 7:14 AM |
| **To:** | Simoni Jr, Angelo; Vincent, Sara M; Vredenburg, Mary Lou; Steinmetz III, Robert R; Pritchard, Alice M; Mesick, Kristin E |
| **Subject:** | Appointments on campus |

Hello all,

I have already connected with a few of you, but just so we are all on the same page, please be sure to tell your staff to reschedule any in-person student appointments today. The MCC police department indicated that this is typically the only traffic we see on Wednesdays (and it's still very limited) so we should be ok. Just reach out to them as soon as you can. We want to ensure students know they will be rescheduled.

Thank you!

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000322
ESPOSITO 1/7/22 HEARING - 000498

CSCU 10/26/21 POSITION 000323
ESPOSITO 1/7/22 HEARING - 000499

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, August 11, 2020 2:49 PM |
| **To:** | Simoni Jr, Angelo; McDowell, James M; Lindo, Patricia O; Lopez, Michael J; Henderson, Christopher R; Carolina, Kimberly B |
| **Cc:** | Pritchard, Alice M; Steinmetz III, Robert R; Salman, Fatma |
| **Subject:** | Re: Draft org chart for Student Affairs |

I was asked about the original org chart...to clarify, the original org chart was created by MCC HR if you have specific questions about it. Apologies for the confusion.

-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Esposito, Nicole C
**Sent:** Tuesday, August 11, 2020 1:58 PM
**To:** Simoni Jr, Angelo <ASimoni@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Lopez, Michael J <MLopez@commnet.edu>; Henderson, Christopher R <CHenderson@commnet.edu>; Carolina, Kimberly B <KCarolina@commnet.edu>
**Cc:** Pritchard, Alice M <APritchard@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Draft org chart for Student Affairs

Good Afternoon,

As some of you know, I believe one of the biggest challenges we have at MCC (directly related to enrollment) is the overall structure of Student Affairs. I feel strongly about making changes to this org chart to ensure we improve communication and efficiency. I believe that my proposed org chart will result in reducing overall cost, improving efficiency and ensure proper support within each area/department.

I have attached a copy of the current org chart (please only refer to Student affairs I, Student Affairs II, and Student Affairs III charts). This can be compared to the new chart I created, but please know this only reflects the positions from Associate Dean of SA down to director level. The highlighted areas in red indicate where we will need some changes in job function/description or pay. I will have to look to see if there are others that would need changes as well.

1

CSCU 10/26/21 POSITION 000324
ESPOSITO 1/7/22 HEARING - 000500

Please respond with any important feedback at your earliest convenience. I would like to ensure we make these changes as soon as possible. (As a side note, I could not get PowerPoint to work on my MCC laptop, so I needed to use Word. Let me know if you have any difficulty viewing it)

-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

2

CSCU 10/26/21 POSITION 000325
ESPOSITO 1/7/22 HEARING - 000501

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, September 1, 2020 9:29 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Re: MCC Reorg? |

Yes. I asked Nicole to make sure she engaged with Alison before any other decisions are made. It sounds like she has met with HR at this point, but failed to meet with Alison.

I'm meeting with Nicole tomorrow and will ensure that she meets with Alison. If Alison disagrees with the direction, Nicole is unlikely to move off of her plan without some kind of directive. That being said, most of what she is proposing moves boxes around more than significant position changes. It does include at least one upgrade to staff to take on areas that will move to one college supervision in the not too distant future, however.

I'll circle back with Alison after she meets with Nicole and will let you know if there's something around which we need to strategize.

Best,

Rob

Sent from my iPhone

> On Sep 1, 2020, at 8:55 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> Rob,
>
> Does it make sense to discuss plans with Alison?
>
>
> Sent from my Galaxy Tab A
>
>
> -------- Original message --------
> From: "Buckley, Alison" <ABuckley@commnet.edu>
> Date: 9/1/20 10:50 AM (GMT-05:00)
> To: "Pritchard, Alice M" <APritchard@commnet.edu>
> Subject: MCC Reorg?
>
> Is Nicole reorganizing Student Affairs? Do we really want to do that if we are accelerating the SLA for EMSA? I think the concerns around staffing could be alleviated.

1

CSCU 10/26/21 POSITION 000326
ESPOSITO 1/7/22 HEARING - 000502

Alison

--
**Alison Buckley, Ed.D. | Vice President for Enrollment Management**
**Connecticut State Colleges and Universities**
**61 Woodland Street | Hartford, CT  06105**
**• 860-723-0122 | • buckleya@ct.edu**

2

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, September 2, 2020 2:26 PM |
| **To:** | Buckley, Alison; Steinmetz III, Robert R |
| **Cc:** | Pritchard, Alice M; Kripp, Andrew; Carolina, Kimberly B; Lopez, Michael J; Case, Karyn M |
| **Subject:** | Changes in reporting lines at MCC |
| **Attachments:** | MCC Org Chart .pdf; New Org Chart for SA.docx |

Hello Alison,
It was brought to my attention that you might have some questions about the structure I am trying to organize at MCC. I am providing two attachments for you to take a look at. The first one is a PDF showing all the different structures/reporting lines/dual positions etc... that I inherited when I returned to MCC. In my humble opinion, this creates confusion for staff and does not encourage solid collaboration as we attempt to boost enrollment and retention. The second attachment is the structure I am creating, which provides clarity and clear lines of reporting and communication.

To add, some of these areas (in the existing MCC structure) have somewhat of a dual reporting to academic affairs and student affairs because we have administrators in dual interim positions. My changes are an attempt to solidify and better organize the departments in a way that promotes collaboration and communication. This is long overdue.

Rob mentioned to me that there was some confusion about hiring a director of advising at MCC. To clarify, no, this is not what I am doing at all. In fact, this was something proposed to me by Pamela Mitchell as she wanted Rob Turner to be the director of advising. I disagreed and, instead, I am simply moving the advising and counseling department under the already established structure of enrollment management. This will accomplish the following:

1) we do not have to hire a director of advising as this will now be organized/merged under the umbrella of enrollment management
2) It will more clearly define the lines of communication internally
3) It will create a more comprehensive structure of collaboration between Enrollment, Admissions, Financial Aid, Advising and Outreach
4) It will not require the hiring of any additional staff....and this is something my enrollment team is struggling with. Merging some of these departments (just in terms of collaboration) will, essentially, give us the extra people-power we need in these functional areas
5) If I understand it correctly, this is a good mid-way step to achieving the one-college model moving forward

To add, it seems the org chart provided to me by the MCC HR department is also not entirely correct. For example, some of the departments listed do not, in fact, report to student affairs division completely.

There is simply not enough structure/collaboration and this is clearly reflected in our enrollment numbers.

Lastly, my Associate Director of Admissions is on leave (she went to MxCC) and I need to hold this position for her. I know this might be a position that is eliminated on individual campuses moving forward as well. However, this means I have no person at MCC that is officially responsible for outreach, which is traditionally a

1

CSCU 10/26/21 POSITION 000328
ESPOSITO 1/7/22 HEARING - 000504

large part of admissions. I am simply proposing to add an outreach function (and a few other responsibilities) to my Director of Student Activities position because:

1) It will not require me to hire another person
2) It will not require paying an additional salary for a new person (or new interim person in admissions)
3) It ensures we have someone accountable for outreach
4) TJ Barber is someone already heavily involved in student life and outreach so there is no learning curve.

I hope this helps to clarify and that you find my new org chart to be more clear and well organized.

Please let me know if you have any questions or concerns at all. I think I have attached all who should be notified of this update, but please let me know if I should be sending this to others as well.

Best,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

CSCU 10/26/21 POSITION 000329
ESPOSITO 1/7/22 HEARING - 000505



CSCU 10/26/21 POSITION 000331
ESPOSITO 1/7/22 HEARING - 000507



CSCU 10/26/21 POSITION 000332
ESPOSITO 1/7/22 HEARING - 000508



MANCHESTER COMMUNITY COLLEGE

# Chief Executive Office
Revision Date:
July 2020

CSCU 10/26/21 POSITION 000333
ESPOSITO 1/7/22 HEARING - 000509



Office of the Chief Executive Officer
Marketing & Public Relations
Revision Date:
July 2020

CSCU 10/26/21 POSITION 000334
ESPOSITO 1/7/22 HEARING - 000510



**Academic Affairs Division I**
**Revision date:**
**July 2020**

Interim Dean of
Academic Affairs
Tuesday Cooper
Manager 3

Administrative
Assistant (TSHC)
Dana Drouin
CL-19

Academic
Associate (3)
CCP-16-12
Erin O'Neil
Nicole Simmons
Lolita Wynter

Associate Dean of
Faculty
Mary Lou Vredenburg
Manager 2

Associate Dean of
Academic Affairs
Pamela Mitchell
Manager 2

Academic
Associate
Sandra Broome
CCP-16-12

Liberal & Creative
Arts Division

Social Science and
Professional Careers
Division

Science, Technology,
Engineering and
Mathematics (STEM)
Division

Library &
Educational
Tech
Director
Deborah
Herman
CCP-20-12

Academic
Support Ctr.
Director
Brian Cleary
CCP-19-12

Cooperative
Education
Director
Robert
Henderson
CCP 19-21

CSCU 10/26/21 POSITION 000335
ESPOSITO 1/7/22 HEARING - 000511

CSCU 10/26/21 POSITION 000336
ESPOSITO 1/7/22 HEARING - 000512

**Academic Affairs II
Science, Technology,
Engineering & Mathematics
(STEM) Division
Revision date:
July 2020**



Interim Dean of Academic Affairs
Tuesday Cooper
Manager 3

Administrative
Assistant (TSHC)
Dana Drouin
CL-19

Associate Dean of Faculty
Mary Lou Vredenburg
Manager 2

Academic Associate
Nicole Simmons
CCP-16-12

School of Engineering,
Technology & Physical
Science
Astronomy
Chemistry
Computer Science
Earth Science
Engineering Science
Environmental Science
Geology
Mathematics
Physics
Technology Programs

School of Health and Life
Sciences
Biology
Dental Assistant
Health & Exercise Science
OTA
Radiation Therapy
Radiography
Respiratory Care
Therapeutic Recreation

Academic Associate
Tippawan Markmaitree
CCP-16-12

Academic Associate
Jessica Zabiak
CCP-16-11

Manufacturing,
Director/Program
Coordinator
CCP 19-12
Tracy Ariel

Manufacturing
Program
Instructor
John Genna, Jr.

CSCU 10/26/21 POSITION 000337
ESPOSITO 1/7/22 HEARING - 000513

**Academic Affairs III
Liberal & Creative Arts
Division
Revision date:
February 2020**



Interim Dean of Academic Affairs
Tuesday Cooper
Manager 3

Administrative Assistant
(TSHC)
Dana Drouin
CL-19

Associate Dean of Faculty
Mary Lou Vredenburg
Manager

Academic Associate
Erin O'Neil
CCP-16-12

School of Fine Arts,
Communication & Design
Communication
Computer Game Design
Graphic Design
Interpersonal & Org Comm
Journalism
Music
Photography
Visual Fine Arts

School of English, Humanities &
Language
English
ESL
Humanities
Language
Philosophy

Programs of Study
Education
English
ESL
Fine Arts
Theatre
Language
Media
Music
Philosophy
Photography
Speech

**Academic Affairs IV**
**Social Science, Business &**
**Professional Careers (SBP)**
**Division**
**Revision date:**
**July 2020**

Interim Dean of Academic Affairs
Tuesday Cooper
Manager 3

Administrative
Assistant (TSHC)I
Dana Drouin
CL-19

Associate Dean of
Faculty
Mary Lou Vredenburg
Manager 2

Academic Associate
Lolita Wynter
CCP-17-12

Interim Academic
Assistant (Culinary
Lab Manager)
Kathryn DelGuzzo
CCP-12-9

Director of Child
Development Center
Gregg Brohinsky
CCP-19-12

School of Business,
Paralegal &
Hospitality
Accounting
Business Admin
Marketing
Entrepreneurship
Business Off Asst
Computer Tech
Mgmt Info Systems
Culinary Arts
Foodservice Mgmt
Hotel-Tourism Mgmt
Paralegal

School of Criminal
Justice & Social
Science
Criminal Justice
Criminology
Economics
Geography
History
Political Science
Sociology

School of Social
Service and
Behavioral
Science
Anthropology
Psychology
DARC
Disability-
Specialist
Early Childhood
Educ.
Social Work
Social Science
Speech-Language
Pathology Asst.

Child Dev. Center
Teacher
Brittany Zevoski
CCP-17-12

CSCU 10/26/21 POSITION 000338
ESPOSITO 1/7/22 HEARING - 000514



**Academic Affairs V**
**Library/ETDL/ASC/Co-op**
**Revision date:**
**May 2020**

CSCU 10/26/21 POSITION 000339
ESPOSITO 1/7/22 HEARING - 000515

CSCU 10/26/21 POSITION 000340
ESPOSITO 1/7/22 HEARING - 000516

**Administrative Affairs I
Revision Date:
July 2020**



Dean of Administration
James McDowell
Manager 3

Administrative
Assistant
Sharon Mills
CL-19

Campus Police
Lieutenant
Michael Davis

Director of Finance
& Admin. Services
Regina Ferrante
CCP21-12

Reports to SO IT
Director of
Information
Technology
Barry Grant
CCP20-12

Director Of Facilities
& Management
Planning
Darlene Mancini-Brown
CCP20-12



# Administrative Affairs II
# Facilities & Management Planning
# April 2020

CSCU 10/26/21 POSITION 000341
ESPOSITO 1/7/22 HEARING - 000517

CSCU 10/26/21 POSITION 000342
ESPOSITO 1/7/22 HEARING - 000518

**Administrative Affairs III**
**Finance & Administrative**
**Services**
**Revision Date:**
**July 2020**

Dean of Administration
James McDowell
Manager 3

Director of
Finance/Admin.
Services
Regina Ferrante
CCP 21-12

Acquisitions
Specialist
CCP16-12
Kimberly Deschenes

Assistant Accountant
AR-19
Paula Anzeliotti

Bursar
Patricia Veo
CCP17-12

Bursar Assistant (2)
CCP13-12
Yalismarie Colon
Coral Ortiz

Associate Director of
Finance/Admin.Services
CCP18-12
Paul Mounds

Accountant (2)
AR-23
Olive Flynn
Kofi Sarfo-Darko

CSCU 10/26/21 POSITION 000343
ESPOSITO 1/7/22 HEARING - 000519

**Administrative Affairs IV**
**Information Technology**
**Revision date:**
**July 2020**

System Office IT – Joe
Danajovits

Director of
Information
Technology
Barry Grant
CCP-20-12

| Assistant Directors of Informational Technology Jacqueline Spector Church CCP 18-12 | Assistant Directors of Informational Technology Edgar Chevarriaga CCP 18-12 | | Systems Manager William Valentine CCP 17-12 | Network Manager Doug Michele CCP17-12 |
|---|---|---|---|---|

| Technician II Kevin Skee CCP16-12 | Technician II Andree Meck CCP16-12 | Technician II Evelyn Kiesi CCP16-12 | Technician II Ryan Stryczula CCP16-12 | Technician II Clayton Church CCP16-12 | Technician II Matthew Reid CCP 16-12 | Technician II Timothy Gottier CCP 16-12 |
|---|---|---|---|---|---|---|

CSCU 10/26/21 POSITION 000344
ESPOSITO 1/7/22 HEARING - 000520

**Administrative Affairs V**
**Campus Police**
**March 2020**



CSCU 10/26/21 POSITION 000345
ESPOSITO 1/7/22 HEARING - 000521



**Continuing Education**
**Revision date:**
**July 2020**

Associate Dean of Continuing
Education & Workforce Dev.
Mick Pigott
Manager 2

Administrative
Assistant
Jessie Bradley
CL-19

Fiscal
Administrative
Officer
Arlene Paternic
Retiring 8/1/20
AR-23

Director of Bus. &
Industry Serv.
VACANT
CCP19-12

Secretary I
VACANT
CL-14

Director of Credit
Free Programs
Carleigh Schultz
CCP19-12

PC Coordinator
(Credit Free Prgm)
Bruce Manning
CCP17-12

Sales Associate
Doreen Forbes-
Rogers
CCP-17-12

Program Associate
Steven Campiglio
CCP17-12



**Institutional Advancement**
**Revision Date:**
**July 2020**

Chief Executive Officer
Nicole Esposito

Interim Executive
Assistant
Karyn Case
Professional 3

Interim Dean of
Institutional
Advancement
Monique Wolanin
Manager 3

Administrative
Assistant
Vacant

Development
Associate
Teresa Arnold
CCP 16-12

Director of
Development
Diana Reid
CCP-19-12

CSCU 10/26/21 POSITION 000346
ESPOSITO 1/7/22 HEARING - 000522

CSCU 10/26/21 POSITION 000347
ESPOSITO 1/7/22 HEARING - 000523



**Student Affairs I**
**Revision Date:**
**July 2020**

Interim Dean of
Student Affairs & Enrollment
Management
Angelo Simoni
Manager 3

Administrative
Assistant
Teresa Grout
CL-19

Associate Dean of
Students
Vacant
Manager 2

Interim Associate
Dean of Students
Pam Mitchell
Manager 2

Director of
Enrollment
Management
Sara Vincent
CCP-21-12

Director of
Veteran &
Career Svcs
Julie Greene
CCP-19-12

Registrar
Anita Sparrow
CCP-19-12

Director of
Student
Activities
T.J. Barber
CCP-17-12

Director of
Student
Operations
Umesh Vig
CCP-19-12

Director of
Financial Aid
Anna Tores
CCP-19-12

Counselors
CCP-19-12
Joseph Navarra
Wanda Reyes-
Dawes
Robert Turner



CSCU 10/26/21 POSITION 000348
ESPOSITO 1/7/22 HEARING - 000524

**Student Affairs II**
**Enrollment Management**
**Revision Date:**
**July 2020**

Interim Dean of
Student Affairs & Enrollment
Management
Angelo Simoni
Manager 3

Associate Dean of
Students
Vacant
Manager 2

Administrative Assistant
Teresa Grout
CL-19

Director of
Enrollment
Management
Sara Vincent
CCP21-12

Interim Associate
Director of
Admissions
Vacant
CCP18-12

Secretary II
Katherine Jones
CL-16

Enrollment
Services
Coordinators
CCP-15-12
Elijah Oliver
Mariah Thomas

Registrar
Anita Sparrow
CCP18-12

Administrative
Assistant
Deborah Wood
CL-19

Associate
Registrar
Gail Anne Arroyo
CCP16-12

Office Assistant
Sherri Scudder
CL-13

Enrollment Services
Coordinator
CCP-15-12
Takia Lugo

Interim Registration
Services Assistants (2)
CCP-13-12
Matt Bonesteel
Vacant

Director of Financial
Aid
Anna Torres
CCP19-12

Financial Aid
Assistant (2)
Vacant
CCP14-12

Associate Director of
Financial Aid (2)
CCP18-12
Jody Ballay
Yanidza Betancourt

Director of Student
Operations
Umesh Vig
CCP19-12

Assistant Director
of Disability &
Placement Testing
Georgette Hyman
CCP17-12



Student Affairs III
Counseling/Student
Activities/Career Services/First
Yr & New Students Programs
Revision Date:
July 2020

Administrative Assistant
Teresa Grout
CL-19

Interim Dean of
Student Affairs & Enrollment Mgmt.
Angelo Simoni
Manager 3

Associate Dean of
Students
Vacant
Manager 2

Interim Associate
Dean of Students
Pam Mitchell
Manager 2

Transfer/Retention
Svcs.
Counselor
Robert Turner
CCP-19-12

Counselors
CCP19-12
Joseph Nevara
Wanda Reyes-Dawes

Director of Career &
Veteran's Services
Julie Greene
CCP19-12

Student Success &
First Year Programs
Interim Academic
Associate
Brenda Galtz

Director of Student
Activities
T.J. Barber
CCP17-12

Secretary II
Carole Lewoncyk
CL-16

Veterans
Associate/Oasis
Coord.
Michelle LaBelle
CCP16-12

SSs Program
Specialists (3)
CCP15-12
Philip Burnham
Vacant (2)

Secretary II
Rosa Abaruza
CL-16

Secretary II
Donna Nicotera
CL-16

Academic Advisor
CCP16-12
Michelle Nickerson
Academic Advisor
Vacant

**CSCU Human Resources**
**MCC Payroll**
**Revision Date:**
**June 2020**

```
┌─────────────────────────────┐
│   CSCU Regional HR Manager   │
│         Kim Carolina         │
│          Manager 2           │
└─────────────────────────────┘
              ┆
┌─────────────────────────────┐
│  CSCU HR Regional Generalist │
│        Patricia Lindo        │
│          Manager 1           │
└─────────────────────────────┘
              │
┌──────────────────────────────────────────────────┐
│  P. Lindo Temporarily Supervise Payroll staff until│
│        HRSS & Payroll SS are in place:             │
│                                                    │
│            Operations Coordinator                  │
│                   Donna                            │
│             Gibson – CCP14-12                       │
│                                                    │
│                 Secretary II                       │
│            Beverly Ferrigno – CL-16                 │
│                                                    │
│               Payroll Clerk (2)                    │
│              Rosario Rojas Reyes                    │
│                  Gail Zipoli                        │
│                    CL-16                            │
└──────────────────────────────────────────────────┘
```

CSCU 10/26/21 POSITION 000350
ESPOSITO 1/7/22 HEARING - 000526

CSCU 10/26/21 POSITION 000351
ESPOSITO 1/7/22 HEARING - 000527

ESPOSITO 1/7/22 HEARING - 000628
CSCU 10/26/21 POSITION 000352

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, September 2, 2020 5:16 PM |
| **To:** | Steinmetz III, Robert R; Gray, Jennifer L; Pritchard, Alice M |
| **Subject:** | RTF |

Good evening,

We have had some full time faculty retirements announced and it seems we will need to fill these positions as we are struggling to find people to teach courses. This will not impact this years budget (we have already been able to make the roughly 1.6 million in cuts this year for MCC). Additionally, my restructuring plan for student affairs will eliminate one administrator (non union) and this will save roughly an additional $300,000 a year after she is no longer with MCC. This opens room to hire the additional faculty we need. I would like to launch a search for these positions in the spring (so I am inquiring really early). How will this work with our new hiring/RTF process?

Thank you for the help.

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000353
ESPOSITO 1/7/22 HEARING - 000529

ESPOSITO 10/7/22 HEARING - 000530
CSCU 10/26/21 POSITION 000354

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, September 8, 2020 10:02 AM |
| **To:** | Carolina, Kimberly B; Lindo, Patricia O; Lopez, Michael J; Steinmetz III, Robert R; Kripp, Andrew |
| **Cc:** | Pigott, Miquel G; Bordonaro, Diane J; Pritchard, Alice M |
| **Subject:** | Associate Dean of Academic Affairs |

Good Morning All,

As you know, I am working on a reorganization for MCC and things are moving along very well (so far). However, the one significant challenge is that we have an extra administrator in Academic Affairs. The Associate Dean of AA is a position that is redundant and I was finding it difficult to justify the salary and additional contracts (she has been receiving on top of her salary) to retain her. Especially with many of her functions being eliminated through my re-org structure. However, I had a meeting this morning with Mick Pigott and Diane Bordonaro (workforce development) and we discussed moving the winter and summer courses over *from* continuing *to* academic affairs. This is a large transition at MCC so I am thinking this might be a really good way to repurpose what Pam Mitchell is doing and we will be able to retain her if this is part of her job description moving forward. This is not a stretch because she is already an administrator in Academic Affairs.

This can also help us to eliminate the substantial amount of extra contract work she has been receiving in recent years to oversee or help in other areas of the college (Student Affairs and Human Resources to name a few). Therefore, this will still result in a savings for the college. At this point, I am brainstorming solutions, but do not want to move forward until I know what I *can* and *cannot* ultimately do.

Can someone let me know the following:

    1) Am I able to modify a job description of a non-union administrator at MCC?
    2) Do I have the authority to do so under our new structure?

Thank you.

-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

1

CSCU 10/26/21 POSITION 000355
ESPOSITO 1/7/22 HEARING - 000531

ESPOSITO 1/7/22 HEARING - 000632
CSCU 10/26/21 POSITION 000356

## Weaver, Ernestine Y

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, October 27, 2020 12:42 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M; Buckley, Alison |
| **Subject:** | Opt-in!! |

Happy to announce we have finally been able to get this in place at MCC!

https://www.manchestercc.edu/mcc-announces-new-convenient-way-to-register-for-spring-classes/

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

1

CSCU 10/26/21 POSITION 000357
ESPOSITO 1/7/22 HEARING - 000533

Exhibit O

CSCU 10/26/21 POSITION 000358
ESPOSITO 1/7/22 HEARING - 000534

CSCU 10/26/21 POSITION 000359
ESPOSITO 1/7/22 HEARING - 000535

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, August 3, 2020 10:53 AM |
| **To:** | Pritchard, Alice M; Steinmetz III, Robert R; Kripp, Andrew |
| **Subject:** | Re: Angelo Simoni |

Great! Thank you for the direction and guidance.


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Monday, August 3, 2020 10:43 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** FW: Angelo Simoni

Nicole,
Thanks for looping me in. I am looping in Andy Kripp and Rob to manage this process with you as I'm not sure how it goes now with the new shared services organization. I understand that Angelo has discussed this with Ernestine Weaver who is his direct supervisor and she is amenable. I would ask that we close out the deal by June 30th if at all possible and start the next fiscal year with your team in place. Otherwise I am all good and put this is the capable hands of our HR shared services team to review.
Thanks! Glad that your team is starting to take shape and know Angelo can be very helpful in his continued role.
Alice
Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, August 3, 2020 10:31 AM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Angelo Simoni

Dear Alice,
Now that I have my Interim Dean of AA and SA in place, I will need to hire an Associate Dean of SA. However, I would like to have someone on board as a SA leader as these new positions are put in place. I know this is a

1

**CSCU 10/26/21 POSITION 000360**
**ESPOSITO 1/7/22 HEARING - 000536**

huge ask, but is it possible to keep Angelo on board with me through next August? He has been really valuable to me in his current role at MCC.

Here is my plan, and why I would like to keep Angelo on board with me a bit longer:

1) Fatma has strong Academic Affairs experience and will need some assistance with SA operations

2) I am hiring a new Associate Dean of SA and would like Angelo to assist with the hiring of a new person and then mentor them to ensure a successful transition

3) I am focusing on restructuring SA so it better aligns with the system goals (and SA is a bit all over the place right now at MCC) I would like to begin this restructuring prior to a new Associate Dean of SA is in place. I believe Angelo would be very helpful with this process

4) I will need additional assistance with T9 now that Deb Freund has officially moved over to the system office I did already speak with Angelo about this possibility and he agreed that he would be willing to work on campus, remotely (if needed) and/or weekend hours to ensure it does not conflict with this system office role. I can say that he is, in fact, already very responsive and helpful to me even after hours and on weekends.

I want to ensure I am being mindful of keeping you in the loop as I have these discussions. I did mention this possibility to Rob a while back when we were in the process of hiring a new Dean as well.

I have attached Angelo's current contract to this email. Given that this is a shared position with the system office, I am not sure who would be updating this, if you approve.

Respectfully,

Nicole

Nicole Esposito, Ed.D
*Chief Executive Officer*
*She, her, hers*
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

CSCU 10/26/21 POSITION 000361
ESPOSITO 1/7/22 HEARING - 000537

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, August 4, 2020 2:10 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M |
| **Subject:** | Campus closing |

I have moved forward with closing the campus at 3:00 today due to weather. I understand Duncan and others did the same.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000362
ESPOSITO 1/7/22 HEARING - 000538

**CSCU 10/26/21 POSITION 000363**
**ESPOSITO 1/7/22 HEARING - 000539**

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, August 4, 2020 7:05 AM |
| **To:** | Pritchard, Alice M; Steinmetz III, Robert R; Simoni Jr, Angelo |
| **Subject:** | COVID 19- final draft |
| **Attachments:** | Final MCC Phase 3 2020 08 03.docx |

I have asked Jim to include the updates and edits based on your feedback and suggestions. I think this will be our final draft to the campus.
The only thing we had trouble with is library hours. Our library staff believe we can have some limited space available. Our library is very large so it is possible. I am encouraging them to be completely remote, but there may be some spaced out areas for computer access only.

Please let me know if you would like to see additional edits or if you think this is sufficient to move forward with.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000364
ESPOSITO 1/7/22 HEARING - 000540

CSCU 10/26/21 POSITION 000365
ESPOSITO 1/7/22 HEARING - 000541

# Manchester Community College
# REOPENING PLANS FOR UNDERGRADUATE RESIDENTIAL COLLEGES AND UNIVERSITIES – PHASE 3

Name of Institution: Manchester Community College
Senior COVID-19 Coordinator: James McDowell, Dean of Administration
Email: jmcdowell@mcc.commnet.edu Cell Phone: (860) 508-9137

Intended date of arrival of the first students: August 26, 2020
Intended date of classes starting August 26, 2020
Intended duration of the fall semester or quarter: 8/26/20 thru 12/23/20

Date submitted:  August 3, 2020

## PART 1 – PLAN FOR REPOPULATING THE CAMPUS (the reentry of students)

Manchester Community College (MCC) will achieve the 6-feet of physical spacing required.

**Classrooms:**
- The fall 2020 class schedule was updated to employ a wider variety of instructional modalities to reduce the total number of students on campus to 50% or less than normal.  These modalities include, but are not limited to, fully online, hybrid-scheduling (half of the students on campus with half online), and synchronously delivered online courses with the instructor and students logged in at the same time on a regular schedule.
- The college placed signage outside of each classroom/lab indicating the maximum number of students.
- Furniture in classrooms, labs, and common areas has been rearranged to conform with the 6-feet social distancing requirement.  Excess desks, tables, and chairs have been removed, stored, or blocked off.
- Where 6-feet spacing is not possible for Allied Health clinical training or workforce development programs, MCC will require students and employees to wear both masks and plastic face shields, in addition to any other requirements common in those industry sectors.

**Dining Halls:**
- The cafeteria vendor will follow all State restaurant guidelines.
- Only premade "Grab and Go" food will be made available in addition to existing vending machines located at several areas on campus.
- All cafeteria seating areas will be closed.

**Athletics:** Not applicable.  No athletic programs at MCC currently exist.

1 | P a g e

CSCU 10/26/21 POSITION 000366
ESPOSITO 1/7/22 HEARING - 000542

**Facilities:**
- Building HVAC fresh air intake will be increased, during normal business hours and after scheduled hours, to maximize the fresh air intake to complete two full air exchanges.
- HVAC filters have been changed to MERV 8 or higher.

**Spaces "where other groups congregate":**
- Social distancing markers are placed in corridors and offices where students and/or employees are likely to queue up. Directional signage on floors have been placed throughout campus buildings, including the college bookstore.
- Elevators are limited to one occupant at a time; informational signage installed.
- Water fountains have been converted to bottle filling stations only and signage installed.
- All social gathering areas will be closed or restricted. Informational signage installed.
- The two large meeting spaces, the auditorium and community commons, comply with the 6-foot social distancing requirement and new maximum occupancies.
- Student Activities meeting rooms and the workspace reserved for clubs and organizations remain closed.
- MCC will remain closed to visitors and the general public.

**Residence Halls: Not applicable.**

**Orientation/Arrival:**
- MCC is organizing online orientation events and communications (email, paper mail, website). Students will be advised of the College's mask policy and asked to maintain 6-feet physical distancing while on campus. Students will be advised to seek accommodations through Disability Services, if necessary.
- All Students, Faculty, and staff will enter the campus at one central point of entry:

   **Arts, Sciences and Technology Center (AST)**
   **First Floor Tower Entry Location**
   **(near bus drop off point)**

- Upon arrival and exit, all Students, Faculty, and Staff will be required to sign in/sign out (name, student or staff, room or office destination, and time). Campus Police Staff will be available at the point of entry to coordinate the process and assist students and college staff with any questions. A daily attendance list by person will be utilized by Campus Police to expedite the campus sign in/sign out process. All students and staff shall wear college issued ID's while on campus.

2 | P a g e

If necessary, a second point of entry will be opened at the following location:

>   **Student Services Center (SSC)**
>   **First Floor Main Entry Location**
>   **(near bookstore, campus police, and financial aid office)**

The same protocol used for the first entry location will be followed.


**Great Path Academy:**

Great Path Academy (GPA) is a Middle College High School serving students in grades nine through twelve, with a maximum student population of approximately 325. GPA is located on the campus of Manchester Community College. The Hartford Board of Education (Hartford) is responsible for the day-to-day operation and management of the GPA academic program. MCC is responsible for the operation of the physical GPA facility, including safety and security, custodial services, and facility maintenance and repair.

MCC will continue to provide these services during the reopening as required under the agreement between MCC and Hartford. No additional services, however, will be provided by MCC. Access to the dedicated GPA Building will be restricted to the high school only. No MCC classes or events will be held in the GPA Building.

The Hartford Board of Education is solely responsible for the reopening of GPA in accordance with State of Connecticut requirements. The contact information for Hartford consists of the following:

Hartford Board of Education
960 Main Street, 8th Floor
Hartford, CT 06103
Dr. Leslie Torres Rodriguez, Superintendent


**Personal Protective equipment: Masks:**
- Students, faculty, and staff are required to wear facemasks in accordance with the CSCU Mask and Social Distancing Guidelines. All occupants are invited to bring their own masks and, if needed, the college will provide masks at the point of entry.
- In addition, employees will be provided with a packet of five cloth masks. Employees will be responsible for cleaning and maintaining the cleanness of their issued reusable masks.

CSCU 10/26/21 POSITION 000368
ESPOSITO 1/7/22 HEARING - 000544

- When required, the college will provide one face shield to each faculty member and student. Face Shields must be worn with masks unless an accommodation was approved by Disability Services. The sharing of Face Shields is strictly prohibited.
- Students who do not comply with masking requirements will be referred to the Interim Dean of Students to determine further action.

**Other PPE requirements:**
- Plexiglas shields have been installed in student facing offices, security stations, and other high traffic areas that have face to face contact.
- Culinary program students working in labs will follow the State's guidelines for opening restaurants and will wear mask and gloves as required.
- Allied Health students will follow the requirements set forth by their clinical sites, including wearing KN95 or other approved masks, gloves, and gowns as appropriate. Prior to and after each session, each lab area, including medical equipment, will be cleaned. All surfaces and shared equipment will be disinfected with Disinfectant Wipes or an EPA approved solution and paper towels.
- Art Program students will wear masks and gloves as appropriate.
- Facilities staff are following CDC guidelines.

**Disinfection:**
- Hand Sanitizers will be available at all entrances, offices, and classrooms.
- Disposable wipes or spray disinfectant and paper towels will be available in all bathrooms, offices, classrooms, and other shared facilities for wiping down surfaces.
- Signage has been installed to remind the college community to wash their hands frequently.
- All public, corridor, office spaces, and bathrooms will be cleaned daily in accordance with the State's general guidelines for businesses.
- Custodial staff follow cleaning protocols in conformance with CDC guidelines using products that meet EPA's criteria for use against SARS-CoV-2 and that are appropriate for the surface.
- Custodial staff will wipe down high touch areas throughout the day.
- In places such as the library and open computer labs, where surfaces including computers and printers are handled by multiple users, it will be the responsibility of each user to clean keyboards, mice, work surfaces, and any other equipment (printers, copiers) before and after each use. Disinfectant wipes will be available for students, faculty, and staff to wipe down shared surfaces.

**Travel:**

4 | P a g e

- Students and employees have been advised to follow the Governor's out-of-state travel advisories. College administration will act as a checkpoint for employees' work-related travel through the standard Travel Authorization Request process.
- Students and employees have been advised to avoid unnecessary travel domestically and internationally, and to voluntarily inform the college when planning to travel out of state. Students and employees have been advised to comply with Executive Orders and regulations concerning out-of-state travel, such as self-quarantining after visiting certain other States with a high incidence of COVID-19.

**Staffing:**
- Faculty and staff will be encouraged to work at home whenever possible. Faculty, students, and staff have been explicitly instructed not to come to campus if they are experiencing COVID-like symptoms per the CDC guidelines.
- The college will be adhering to the BOR's COVID RTW ADA/Leave Guidance for those who have a higher likelihood of serious illness from COVID-19.

**Access to campus:**
- The college is closed to visitors and the general public until further notice.
- On-campus student services will be provided by appointment only, Monday through Thursday. Student services will also be available remotely, Monday through Friday, during normal business hours.
- Student activities will host online programming and events for students to ensure student engagement out of the classroom. The Student Government Association will be hosted virtually.
- The Academic Support Center will provide services remotely.
- Computer Labs will be open on a reduced schedule.
- The Child Development Center will be closed.
- The Library will provide limited services by appointment. Many Library services are available online. A designated pick up or drop off location for books and other library materials will be identified.

## PART2 –PLAN FOR MONITORING THE HEALTH OF STUDENTS, FACULTY AND STAFF

**Testing of students in residential institutions for the COVID-19 virus upon arrival to campus:** Not applicable. Manchester Community College has no dormitories.

**Testing of faculty and staff who interact with students or their living spaces shortly before residential students return to campus:** Not applicable. Manchester Community College has no dormitories.

CSCU 10/26/21 POSITION 000370
ESPOSITO 1/7/22 HEARING - 000546

**Testing strategy beyond the re-entry period:** Not applicable.  Manchester Community College has no dormitories.

**Relationship with Local Departments of Health:**
Manchester Community College is not required to test students.  However, the college will partner closely with the local department of public health, Manchester Health Department, to support COVID-19 referrals for testing and contact tracing.  Our specific contact will be:

Jeffrey Catlett, Director of Health
Manchester Health Department
479 Main Street
P.O. Box 191
Manchester, CT 06045-0191
Department Telephone: (860) 647-3173
Email: healthdept@manchesterct.gov

**Appointment of a COVID-19 Coordinator:**
James McDowell, Dean of Administration, has been appointed as the COVID-19 Coordinator for Manchester Community College.  Mr. McDowell will (i) be the liaison with the coordinators at the other colleges and universities who will convene periodically during the fall (and beyond as needed) and (ii) oversee reporting for the common Dashboard that will be developed for the higher education sector.  In the absence of Mr. McDowell, Dr. Nicole Esposito, Chief Executive Officer, will assume the role of COVID-19 Coordinator.

**Protocol for collecting information about COVID-19 cases:**
Employees who receive a diagnosis of confirmed or presumptive COVID-19, or have been in "close contact" (defined as having been within 6 feet and spent more than 15 minutes) with someone with such a diagnosis should immediately notify Kim Carolina, Regional HR Manager for Capital-East, at (860) 343-5757.

Students who have been on campus and who receive a diagnosis of confirmed or presumptive COVID-19, or have been in "close contact" (defined as having been within 6 feet and spent more than 15 minutes) with someone with such a diagnosis should immediately notify Angelo Simoni, Interim Dean of Students, at (860) 512-3203.

## PART 3- PLAN FOR CONTAINMENT
**Isolation Space:**
MCC has identified an isolation space, Village Building V131, where a student or employee who discloses signs of illness may wait for transportation to take them home or to a health care provider.

**Isolation Protocol:** Not applicable since students are not housed on campus.

CSCU 10/26/21 POSITION 000371
ESPOSITO 1/7/22 HEARING - 000547

**Medical Care for those Isolated:**
MCC does not employ medical staff of any kind. Faculty, staff, and students should monitor their own symptoms and report them and seek care from their own health care providers.

**Quarantine protocol:** Not Applicable.

**Contact tracing:**
The CSCU Community Colleges are not required to implement contact tracing. Contact tracing will be led by the local department of public health and should not be initiated by the colleges.

Positive test results will be reported to the state and contact tracing will commence. Employees who have tested positive will be contacted by the health department to check on their condition and to identify potential individuals who may be impacted by close contact with the infected employee. Those contacts will hear from the health department as well to check on their condition and recommend steps to address potential exposure. Employees should indicate that they work at one of the community colleges and provide their recent activities. Schools can share class rosters, staff appointment schedules, and daily campus access logs to the local health department if helpful in the contact tracing.

Should an employee be notified of a positive test result, they are encouraged to contact the COVID Coordinator at their campus. The COVID Coordinator should ask for proof of the result and share that information with the local department of public health. The department will work with the school should steps be necessary to address the spread of virus on campus and conduct the contact tracing as outlined above.

**Liaison with Local Departments of Health:**
MCC will partner closely with the Manchester Health Department to provide guidance/direction if a surge occurs on campus and/or in the region.

## PART 4 – PLAN FOR SHUTDOWN
**Shutdown initiated by the institution is a serious outbreak occurs on campus:**
All individuals are encouraged to report to the college if they have tested positive for COVID-19. The COVID Coordinator should be made aware of, and ask for documentation of the positive case, by the HR Department in the case of an employee and the Dean of Students or a faculty member in the case of a student.

The COVID Coordinator should inform the campus CEO and gather specific information on when the individual was last on campus, their role on campus, their schedule for 2-3 days prior to

7 | Page

CSCU 10/26/21 POSITION 000372
ESPOSITO 1/7/22 HEARING - 000548

their last day on campus, etc.  In the event the infected individual is a student, the Dean of Students should be made aware of the positive test, if they were not the first point of contact.  Once information has been gathered on the circumstances, the CEO should inform the Regional President who will meet with Alice Pritchard, CSCU Chief of Staff and Keith Epstein, VP of Facilities to discuss recommended next steps.

As discussed in the contact tracing section, the college, in consultation with the system office, will call the local public health department to document the case and to share plans to address and seek additional guidance/referrals.   The campus can provide daily attendance logs, etc. if helpful to the department in their contact tracing.

MCC will identify a college COVID-19 response team (including facilities, communications, human resources, etc.) to implement steps to mitigate the spread of the virus as discussed with the CSCU team and the local public health department.  No campus can be closed without concurrence from CSCU system office and planned communication strategy to internal audiences and the public.

**Shutdown of the State:**
MCC will follow the Governor's instructions if a statewide shutdown is again required.

**Plan for continuation of instruction if a shutdown occurs:**
MCC will move to 100% online instruction if a shutdown occurs.

8 | P a g e

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, August 5, 2020 4:34 PM |
| **To:** | Pritchard, Alice M; Steinmetz III, Robert R |
| **Subject:** | MCC outage update |
| **Attachments:** | Resized_Screenshot_20200805-161418_Chrome.jpeg |

Alice and Rob,

This email was sent to facilities and shared with me. Sorry it's a photo, but she couldn't send it via email due to issues with internet. It sounds like we will be without power for at least another day. When should I make the call to close the campus? Or how much longer should I wait to ensure people have enough notice?

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

CSCU 10/26/21 POSITION 000374
ESPOSITO 1/7/22 HEARING - 000550

CSCU 10/26/21 POSITION 000375
ESPOSITO 1/7/22 HEARING - 000551

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, October 1, 2020 12:27 PM |
| **To:** | Gates, Jane; Pritchard, Alice M |
| **Cc:** | Steinmetz III, Robert R; Minkler, Steven L; Harris, G. Duncan; Ellis, Rose R; Jukoski, Mary Ellen |
| **Subject:** | Chair Pay Calculator |

Good Afternoon,
My Associate Dean of Faculty and her Admin found this great resource another college uses. I am wondering if we can develop a tool like this as well? It would be very helpful.

https://www.sjsu.edu/up/mypay/classification-and-compensation-review/department-chair-salary-calculator.php

-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

CSCU 10/26/21 POSITION 000376
ESPOSITO 1/7/22 HEARING - 000552

CSCU 10/26/21 POSITION 000377
ESPOSITO 1/7/22 HEARING - 000553

Exhibit P

CSCU 10/26/21 POSITION 000378
ESPOSITO 1/7/22 HEARING - 000554

CSCU 10/26/21 POSITION 000379
ESPOSITO 1/7/22 HEARING - 000555

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, November 17, 2020 5:17 PM |
| **To:** | Steinmetz III, Robert R |
| **Cc:** | Czarnota, Kathleen |
| **Subject:** | RE: Calendar Access and Leave Planning |

She should be able to view when I am in meetings now.

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, November 17, 2020 5:12 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Czarnota, Kathleen <KCzarnota@commnet.edu>
**Subject:** Re: Calendar Access and Leave Planning

Thanks, Nicole. I'm guessing that you will need to grant the access yourself.

Best,

Rob

Sent from my iPhone

> On Nov 17, 2020, at 2:07 PM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:
>
> Hi Rob,
> Let me follow up with Karyn. She did try to give katy access, but she might not have been able to do so because (technically) she is not the "owner" of my calendar.
>
> -Nicole
>
> **Nicole Esposito, Ed.D**
> *Chief Executive Officer*
> *She, her, hers*
>
> Manchester Community College

1

CSCU 10/26/21 POSITION 000380
ESPOSITO 1/7/22 HEARING - 000556

SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, November 17, 2020 4:39 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Czarnota, Kathleen <KCzarnota@commnet.edu>
**Subject:** Re: Calendar Access and Leave Planning

Hi Nicole,

To date it doesn't sound like Kathy has been granted access. Please let us know if we need to assist in the process.

Thank you,

Rob

Sent from my iPhone

> On Nov 11, 2020, at 10:31 AM, Steinmetz III, Robert R
> <RSteinmetz@commnet.edu> wrote:
>
> Greetings, Nicole.
>
> Thank you for our follow-up conversation today and for your agreement to share your calendar with Kathy. Below is a link to a video I have often gone to that explains how to share calendars in Outlook:
>
> https://support.microsoft.com/en-gb/office/share-your-calendar-in-outlook-2fcf4f4f-8d46-4d8b-ae79-5d94549e531b?ui=en-us&rs=en-gb&ad=gb
>
> Choose "full details" on level of access. You can set any personal appointments to "private" and she will not be able to see the details of that information. Please let me know if you have any additional questions.
>
> Best,
>
> Rob
>
>
> Rob Steinmetz, Ed.D.
> Pronouns: he, him, his
> *Regional President*
> *Capital-East Region*
> *Connecticut Community Colleges*

2

**CSCU 10/26/21 POSITION 000381**

**ESPOSITO 1/7/22 HEARING - 000557**

Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>
<image002.png>

<image004.jpg>

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, October 29, 2020 5:23 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Minkler, Steven L
<SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>;
Czarnota, Kathleen <KCzarnota@commnet.edu>; Bordonaro, Diane J
<DBordonaro@commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Gray, Jennifer
L <JGray@acc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Van
Cott, Margaret <MVanCott@acc.commnet.edu>
**Subject:** Re: Calendar Access and Leave Planning

I also agree with Steve and Mary Ellen. I do try to let Karyn manage my schedule
completely and she collaborates directly with the other Executive
Assistants/Admins etc...

Happy to discuss during our next 1:1 or we can discuss this process together as a
group (if you think that would be more productive).

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, October 29, 2020 4:55:59 PM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen
<MJukoski@trcc.commnet.edu>; Czarnota, Kathleen <KCzarnota@commnet.edu>;
Bordonaro, Diane J <DBordonaro@commnet.edu>; Ellis, Rose R
<REllis@qvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Gray,
Jennifer L <JGray@acc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>;
Van Cott, Margaret <MVanCott@acc.commnet.edu>
**Subject:** RE: Calendar Access and Leave Planning

3

CSCU 10/26/21 POSITION 000382
ESPOSITO 1/7/22 HEARING - 000558

Greetings!

I find these responses interesting and will discuss them during out next one-on-ones.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>
<image002.png>


<image005.jpg>

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Thursday, October 29, 2020 4:52 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Czarnota, Kathleen <KCzarnota@commnet.edu>; Bordonaro, Diane J <DBordonaro@commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Gray, Jennifer L <JGray@acc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Van Cott, Margaret <MVanCott@acc.commnet.edu>
**Subject:** Re: Calendar Access and Leave Planning

Hi Rob,
I agree with Mary Ellen about calendaring.  Kathy can work with Corey for anything that's needed from me.

Thanks,
Steve


**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Thursday, October 29, 2020 4:51 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Czarnota, Kathleen <KCzarnota@commnet.edu>; Bordonaro, Diane J <DBordonaro@commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Gray, Jennifer L <JGray@acc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Minkler, Steven L

4

CSCU 10/26/21 POSITION 000383
ESPOSITO 1/7/22 HEARING - 000559

<SMinkler@mxcc.commnet.edu>; Van Cott, Margaret <MVanCott@acc.commnet.edu>
**Subject:** RE: Calendar Access and Leave Planning

Rob,

1. My preference is for Kathy to deal directly with my assistant, April, because it may be confusing as we schedule meetings here at TRCC and meetings that get scheduled for the community boards that I serve on. It has worked very effectively and smoothly over the years that I have been at TRCC and I would prefer not to change this system. As they say, "if it isn't broke, don't fix it."
2. We will provide this info as we have done in the past with Alice.

*Mary Ellen*

Mary Ellen Jukoski, Ed.D.
President
Three Rivers Community College
574 New London Turnpike
Norwich, CT 06360
Office: C209C
Phone: 860-215-9007
Fax: 860-215-9917

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Thursday, October 29, 2020 4:29 PM
**To:** Czarnota, Kathleen <KCzarnota@commnet.edu>; Bordonaro, Diane J <DBordonaro@commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Gray, Jennifer L <JGray@acc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Van Cott, Margaret <MVanCott@acc.commnet.edu>
**Subject:** Calendar Access and Leave Planning

Greetings!

As we continue to on-board Kathy to our region, we wanted to make two requests:

1. Can you grant Kathy view access to your calendar? This will help her a great deal in managing meetings and events.
2. When you send us planned leave time, can you also let us know if there is an assigned administrator on duty for the campus? This will allow us to reach out to the appropriate person if there is an urgent situation.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*

5

CSCU 10/26/21 POSITION 000384
ESPOSITO 1/7/22 HEARING - 000560

*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>
<image002.png>

<image007.jpg>

6

Exhibit Q

CSCU 10/26/21 POSITION 000386
ESPOSITO 1/7/22 HEARING - 000562

CSCU 10/26/21 POSITION 000387
ESPOSITO 1/7/22 HEARING - 000563

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Tuesday, April 20, 2021 12:45 PM |
| **To:** | Esposito, Nicole C |
| **Subject:** | RE: Correction |

Nicole,

Thanks for checking. I assumed most courses this summer would be online. Concern is focused on the fall where the campuses really need robust enrollment. Hopefully the right blend of courses will bring students in droves!

Alice

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, April 20, 2021 12:00 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Correction

I double checked while in our meeting and it looks like our summer has flipped back to mostly online. Many courses are through COOP/cont Ed as well. Again, we were trying to be flexible with student need and watching what fills and what didn't. Unfortunately, this means we are actually under the 10% this summer.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

i

CSCU 10/26/21 POSITION 000388
ESPOSITO 1/7/22 HEARING - 000564

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Friday, April 30, 2021 9:17 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M; McDowell, James M |
| **Subject:** | Fall 2021 reopening plan |
| **Attachments:** | MCC Summer and Fall 2021 Reopening Plan.docx |

Good evening,
Fall 2021 reopening plan is attached.

Kindly,
Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000390
ESPOSITO 1/7/22 HEARING - 000566

CSCU 10/26/21 POSITION 000391
ESPOSITO 1/7/22 HEARING - 000567

**Manchester Community College
Summer 2021 Reopening Plan**

Name of Institution:  Manchester Community College
COVID-19 Coordinator (Name and Title):  James McDowell, Dean of Administration
Email Address: jmcdowell@mcc.commnet.edu
Summer start date for classes starting on campus: May 24, 2021
Expected number of students on campus: **900 students** on busiest day
Expected number of faculty/staff on campus (note: given transition during summer,
report averages rather than hard numbers of staff on campus):  **125 staff** on average
during a day.

**Notes: Increasing staffing over the summer will allow employees to acclimate back to
campus.  CEOs should schedule employees for remote and on-ground work to ease the
transition and should maintain 50% capacity except in key need areas which can be
prioritized up to 100% repopulation (with suggested pods to allow for quarantine of
subgroups if needed).  Office and classroom spaces should be planned with 6 feet of
social distancing (or less when/if public health guidance allows) and mask wearing in all
public spaces.**

**PART 1 – Teaching Plans**
- **Classrooms**
  - *Total number of classes offered: 307 (188 credit; 119 non-credit/workforce)*
  - *Class modality: on-ground 32%, hyflex 0%, hybrid 4%, online 64%*
  - *Number of full time 5 and part time 41 faculty teaching on campus; 28% of
    faculty workforce*

**PART 2—Student Services Plans**
- **Student services offices**
  - *General description of operations*
    Student services offices, reporting within the new EMSA shared service
    structure, will provide a full range of services on campus Monday through
    Thursday; Friday will be a remote day for all staff and offices.  All staff will
    rotate 100% on campus 2 days per week on an A/B schedule for the Monday
    through Thursday workdays.
  - *Number of full time 12 and part time 8 staff working on campus per above*
  - *Number of full time 12 and part time 8 staff working remotely per above*

**PART 3--Campus Services Plans (where applicable)**
**Orientation/Arrival:**

- All Students, Faculty, and staff will enter the campus at two central points of entry:

   **Arts, Sciences and Technology Center (AST)**
   **First Floor Tower Entry Location**
   **(near bus drop off point)**

   **Student Services Center (SSC)**
   **First Floor Main Entry Location**
   **(near bookstore, campus police, and financial aid office)**

- Upon arrival and exit, all Students, Faculty, and Staff will be required to scan in/scan out with their college issued ID card. Campus Police Staff will be available at the point of entry to coordinate the process and assist students and college staff with any questions.     All students and staff shall wear college issued ID's while on campus.

**Great Path Academy:**
Great Path Academy (GPA) is a Middle College High School serving students in grades nine through twelve. GPA is located on the campus of Manchester Community College. The Hartford Board of Education (Hartford) is responsible for the day-to-day operation and management of the GPA academic program. MCC is responsible for the operation of the physical GPA facility, including safety and security, custodial services, and facility maintenance and repair. **Minimal GPA programming is planned for summer.** MCC will continue to provide these services during the summer reopening as required under the agreement between MCC and Hartford.

The Hartford Board of Education is solely responsible for the reopening of GPA in accordance with State of Connecticut requirements. The contact information for Hartford consists of the following:

Hartford Board of Education
960 Main Street, 8th Floor
Hartford, CT 06103
Dr. Leslie Torres-Rodriguez, Superintendent

- **Food services (Contracted with BESB)**
  The cafeteria will remain closed for the summer.   Only vending machine food services will be provided.

    o *Number of full time ___ and part time____ staff working on campus*

- **Libraries**
    o *General description of operations*
      The Library (LRC A112) will be open Monday-Thursday from 9 am to 2 pm. Appointments are required to reserve a computer or study space. Remote support will also be available from 8:30 am to 5 pm Monday-Thursday, and 8:30 am to 1 pm on Friday. Staff will rotate on a A/B day schedule Monday-Thursday. Friday will be remote for all Library staff.
    o *Number of full time 7 and part time 3 staff working on campus*
    o *Number of full time 7 and part time 3 staff working remotely*

- **Childcare Centers**
    o *General description of operations*
      The Childcare Center will remain closed during the summer.
    o *Number of full time ___ and part time____ staff working on campus*
    o *Number of full time ___ and part time____ staff working remotely*
    o *Number of children served ____*

- **Food pantries**
    o *General description of operations*
      The Food pantry will remain closed for the summer.
    o *Number of full time ___ and part time____ staff working on campus*

- **Veteran Oasis Centers**
    o *General description of operations*
      The Veteran Oasis Center will be open with 50% occupancy. One staff member will work 50% on campus and 50% remote.
    o *Number of full time .5 and part time____ staff working on campus*
    o *Number of full time .5 and part time____ staff working remotely*

- **Welcome Centers**
    o *General description of operations*
      The welcome center will be closed.

- o *Number of full time ___ and part time____ staff working on campus*
- o *Number of full time ___ and part time____ staff working remotely*

- **Other congregate spaces  (general description of operations for all that apply)**
  - o Student Lounge/Game Rooms/ SGA/PTK Office etc.
    Closed for the summer.
  - o Furniture in Hallways / study pods
    No change in furniture from existing layout.  Study space can be reserved through library services.
  - o Rental Spaces
    Rental of college space or grounds will not be available.  The college CEO may grant exceptions based on the needs of the college and nature of the event.

## PART 4—Technology/Facilities Planning

- **Document plans to re-establish technology resources on campus for faculty, staff and students which may have been redeployed for remote work**
  Information Technology, currently operating within the shared services structure, will evaluate each classroom scheduled for summer use and implement adjustments as needed.  Technology located in classrooms, labs, and offices will continue to conform with the 6-feet social distancing requirement in the summer. IT staffing support on campus will increase to a minimum of 50% in addition to the current range of remote services available to campus users. Appointments are required.  IT services on Fridays will be fully remote.

- **Outline new technology resources that will be used/needed to support innovations in teaching and student services**
  IT priorities requested from HEERF funding include the following:
  - o Replacement of desktops in classrooms and upgrades to AV systems designed to support new teaching modalities like hyflex.
  - o Provide additional laptops to faculty and staff in support of changing flexible work environments.

- **Document plans to re-establish fully operational offices and classrooms**
  The college will continue to evaluate the current configuration of offices and classrooms and make changes as needed for summer occupancy.  Students, faculty, and staff are required to wear facemasks in accordance with the CSCU Mask and

Social Distancing Guidelines. The requirement for 6-feet physical distancing will continue in the summer.

- **Provide general description of campus transportation (if applicable)**
  The Department of Transportation will continue to provide bus transportation to the college community during normal business hours.

## PART 5—Virus Mitigation Strategies/Rules to Contain Exposure

- **Plans to address PPE and social distance requirements *(when social distance cannot be maintained at all times such as in labs or hands on training, use of face shields is recommended as additional layer of protection)***
  - Students, faculty, and staff are required to wear facemasks in accordance with the CSCU Mask and Social Distancing Guidelines. All occupants are invited to bring their own masks and, if needed, the college will provide masks at the point of entry.
  - When required, the college will provide one face shield to each faculty member and student. Face Shields must be worn with masks unless an accommodation was approved by Disability Services. The sharing of Face Shields is strictly prohibited.
  - Students who do not comply with masking requirements will be referred to the Interim Dean of Students to determine further action.
  - Culinary program students working in labs will follow the State's guidelines for opening restaurants and will wear mask and gloves as required.
  - Allied Health students will follow the requirements set forth by their clinical sites, including wearing KN95 or other approved masks, gloves, and gowns as appropriate. Prior to and after each session, each lab area, including medical equipment, will be cleaned. All surfaces and shared equipment will be disinfected with Disinfectant Wipes or an EPA approved solution and paper towels.
  - Art Program students will wear masks and gloves as appropriate.

- **Schedule for disinfection of bathrooms, classrooms, etc.**
  - Facilities staff are following CDC guidelines.
  - Hand Sanitizers will be available at all entrances, offices, and classrooms.

- o  Disposable wipes or spray disinfectant and paper towels will be available in all bathrooms, offices, classrooms, and other shared facilities for wiping down surfaces.
- o  Signage has been installed to remind the college community to wash their hands frequently.
- o  All public, corridor, office spaces, and bathrooms will be cleaned daily in accordance with the State's general guidelines for businesses.
- o  Custodial staff follow cleaning protocols in conformance with CDC guidelines using products that meet EPA's criteria for use against SARS-CoV-2 and that are appropriate for the surface.
- o  Custodial staff will wipe down high touch areas throughout the day.
- o  In places such as the Library and open computer labs, where surfaces including computers and printers are handled by multiple users, it will be the responsibility of each user to clean keyboards, mice, work surfaces, and any other equipment (printers, copiers) before and after each use.  Disinfectant wipes will be available for students, faculty, and staff to wipe down shared surfaces.

- • **Plans for allowing visitor access to campus (library, special events, etc.)**
  The college will remain closed to the general public in the summer.  Visitor access to available college services such as the library and special events will be by appointment only.  All reopening plan safety protocols must be followed.

- • **Document travel restrictions for professional development, student trips, etc. (if applicable)**
  All students, faculty, and staff must comply with State of Connecticut travel regulations, and CSCU professional development guidelines, policies, and procedures.

## PART 6—Communications
- • **Outline communications strategies for students, employees, and the general public about reopening plans**
  The approved Manchester Community College Summer 2021 Reopening Plan will be posted on the college website.  An all points notice to students, faculty, and staff will be sent as soon as the final plan is approved and posted on the website. College wide communications via email will be utilized to provide timely updates as needed.  The CEO and COVID Coordinator will work closely with the system office

to coordinate the communications process and provide timely information to the college community.

**CSCU 10/26/21 POSITION 000398**
**ESPOSITO 1/7/22 HEARING - 000574**

**Manchester Community College**
**Fall 2021 Reopening Plan**

Name of Institution: Manchester Community College
COVID-19 Coordinator (Name and Title): James McDowell, Dean of Administration
Email address: jmcdowell@mcc.commnet.edu
Fall start date for classes starting on campus: August 26, 2021
Expected number of students on campus: **1,900 students** on busiest day
Expected number of faculty/staff on campus: **250 staff** on average during a day

**Note: Office and classroom spaces should be planned with 3 feet of social distancing (or less when/if public health guidance allows) and mask wearing in all public spaces. Fall plans should assume 100% occupancy for offices given that at this time we do not have a telework policy for bargaining unit members.**

**PART 1 – Teaching Plans**

- **Classrooms**
  - *Total number of classes offered: 772*
  - *Class modality: on-ground 22%, hyflex ___%, hybrid 15%, online 63%*
  - *Number of full time 45 and part time 68 faculty teaching on campus; 36% of faculty workforce*

**PART 2—Student Services Plans**
- **Student services offices**
  - *General description of operations*
    *Student services will be 100% fully operational on campus.*
  - *Number of full time 12 and part time 8 staff working on campus*
  - *Number of full time ___ and part time ___ staff working remotely*

**PART 3—Campus Services Plans**
**Orientation/Arrival:**
All Students, Faculty, and staff will enter the campus at two central points of entry:

**Arts, Sciences and Technology Center (AST)**
**First Floor Tower Entry Location**
**(near bus drop off point)**

**Student Services Center (SSC)**
**First Floor Main Entry Location**
**(near bookstore, campus police, and financial aid office)**

Upon arrival and exit, all Students, Faculty, and Staff will be required to scan in/scan out with their college issued ID card. Campus Police Staff will be available at the point of entry to coordinate the process and assist students and college staff with any questions. All students and staff shall wear college issued ID's while on campus.

**Great Path Academy:**
Great Path Academy (GPA) is a Middle College High School serving students in grades nine through twelve, with a maximum student population of approximately 325. GPA is located on the campus of Manchester Community College. The Hartford Board of Education (Hartford) is responsible for the day-to-day operation and management of the GPA academic program. MCC is responsible for the operation of the physical GPA facility, including safety and security, custodial services, and facility maintenance and repair. MCC will continue to provide these services during the fall reopening as required under the agreement between MCC and Hartford.

The Hartford Board of Education is solely responsible for the reopening of GPA in accordance with State of Connecticut requirements. The contact information for Hartford consists of the following:

Hartford Board of Education
960 Main Street, 8th Floor
Hartford, CT 06103
Dr. Leslie Torres-Rodriguez, Superintendent

- **Food services**
  - *General description of operations*
    The college is currently working with our food services provider, BESB, to develop a plan to provide on-campus "cafeteria" services in the fall.
  - *Number of full time ___ and part time____ staff working on campus*

- **Libraries**
  - *General description of operations*

The Library is planning to increase on-campus hours of operation, currently 20 hours per week, but the final operation plan has not been determined to date. The group study rooms will remain closed but other available areas, such as Fireside Commons, will be opened. No final decision has been made regarding the need to make appointments to use computers or study space.
- o *Number of full time 7 and part time 3 staff working on campus*
- o *Number of full time ___ and part time____ staff working remotely*

- **Childcare Centers**
  - o *General description of operations*
    The MCC Childcare Center will be fully open for the fall semester.
  - o *Number of full time 2 and part time 2 staff working on campus*
  - o *Number of full time ___ and part time____ staff working remotely*
  - o *Number of children served 18*

- **Food pantries**
  - o *General description of operations*
    There are currently no plans to open the food pantry in the fall.
  - o *Number of full time ___ and part time____ staff working on campus*
  - o *Number of full time ___ and part time____ staff working remotely*

- **Veteran Oasis Centers**
  - o *General description of operations*
    The Veteran Oasis will be open. Hours to be determined.
  - o *Number of full time 1 and part time 1 staff working on campus*
  - o *Number of full time ___ and part time____ staff working remotely*

- **Welcome Centers**
  - o *General description of operations*
    The welcome center will be open. Hours to be determined.
  - o *Number of full time ___ and part time 1 staff working on campus*
  - o *Number of full time ___ and part time____ staff working remotely*

- **Other congregate spaces  (general description of operations for all that apply)**
  - o Student Lounge/Game Rooms/ SGA/PTK Office etc.
    Limited availability based on student need and staff resources.
  - o Furniture in Hallways / study pods
    Limited placement of furniture in hallways based on safety protocols.
  - o Rental Spaces

Rental of college space will resume on a limited basis.  Requests from outside organizations to use college space will be coordinated by the Office of the Dean of Administration.  Academic classes, meeting space, and other academic sponsored events will be managed by the Associate Dean of Faculty.

## PART 4—Technology/Facilities Planning

- **Document plans to re-establish technology resources on campus for faculty, staff and students which may have been redeployed for remote work *(if not complete in summer plan)***
  IT staff plan to be 100% on-campus in the fall.

- **Outline new technology resources that will be used/needed to support innovations in teaching and student services**
  IT priorities requested from HEERF funding include the following:
  - o  Replacement of desktops in classrooms and upgrades to AV systems designed to support new teaching modalities like hyflex.
  - o  Provide additional laptops to faculty and staff in support of changing flexible work environments.

- **Document plans to re-establish fully operational offices and classrooms *(if not complete in summer plan)***
  The college will modify the current 6-feet configuration of offices and classrooms to reflect 3-feet physical distancing for fall occupancy.  Students, faculty, and staff are still required to wear facemasks in accordance with the CSCU Mask and Social Distancing Guidelines.

- **Provide general description of campus transportation (if applicable)**
  The Department of Transportation will continue to provide bus transportation to the college community during normal business hours.

## PART 5—Virus Mitigation Strategies/Rules to Contain Exposure
- **Plans to address PPE and social distance requirements  *(when social distance cannot be maintained at all times such as in labs or hands on training, use of face shields is recommended as additional layer of protection)***

- o Students, faculty, and staff are required to wear facemasks in accordance with the CSCU Mask and Social Distancing Guidelines.  All occupants are invited to bring their own masks and, if needed, the college will provide masks at the point of entry.
- o When required, the college will provide one face shield to each faculty member and student.  Face Shields must be worn with masks unless an accommodation was approved by Disability Services.   The sharing of Face Shields is strictly prohibited.
- o Students who do not comply with masking requirements will be referred to the Interim Dean of Students to determine further action.
- o Culinary program students working in labs will follow the State's guidelines for opening restaurants and will wear mask and gloves as required.
- o Allied Health students will follow the requirements set forth by their clinical sites, including wearing KN95 or other approved masks, gloves, and gowns as appropriate. Prior to and after each session, each lab area, including medical equipment, will be cleaned.   All surfaces and shared equipment will be disinfected with Disinfectant Wipes or an EPA approved solution and paper towels.
- o Art Program students will wear masks and gloves as appropriate

- **Schedule for disinfection of bathrooms, classrooms, etc.**
  - o Facilities staff are following CDC guidelines.
  - o Hand Sanitizers will be available at all entrances, offices, and classrooms.
  - o Disposable wipes or spray disinfectant and paper towels will be available in all bathrooms, offices, classrooms, and other shared facilities for wiping down surfaces.
  - o Signage has been installed to remind the college community to wash their hands frequently.
  - o All public, corridor, office spaces, and bathrooms will be cleaned daily in accordance with the State's general guidelines for businesses.
  - o Custodial staff follow cleaning protocols in conformance with CDC guidelines using products that meet EPA's criteria for use against SARS-CoV-2 and that are appropriate for the surface.
  - o Custodial staff will wipe down high touch areas throughout the day.
  - o In places such as the library and open computer labs, where surfaces including computers and printers are handled by multiple users, it will be the responsibility of each user to clean keyboards, mice, work surfaces, and any

other equipment (printers, copiers) before and after each use. Disinfectant wipes will be available for students, faculty, and staff to wipe down shared surfaces.

- **Plans for allowing visitor access to campus (library, special events, etc.)**
  Visitor access to available college services such as the library and special events will be by appointment only. All reopening plan safety protocols must be followed.

- **Document travel restrictions for professional development, student trips, etc. (if applicable)**
  All students, faculty, and staff must comply with State of Connecticut travel regulations, and CSCU professional development guidelines, policies, and procedures.

**PART 6—Communications**
- **Outline communications strategies for students, employees, and the general public about reopening plans**
  The approved Manchester Community College Fall 2021 Reopening Plan will be posted on the college website. An all points notice to students, faculty, and staff will be sent as soon as the final plan is posted. College wide communications via email will be utilized to provide timely updates as needed. The CEO and COVID Coordinator will work closely with the system office to coordinate the communications process and provide timely information to the college community.

CSCU 10/26/21 POSITION 000405
ESPOSITO 1/7/22 HEARING - 000581

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, May 3, 2021 1:13 PM |
| **To:** | Esposito, Nicole C; Pritchard, Alice M; McDowell, James M |
| **Subject:** | RE: Fall 2021 reopening plan |

Hi Nicole,

Thanks to you and the team for working through the reopening plan. While 63% fully online course in the fall is still a bit away from our goal of 50% on-ground, I'm hopeful that the number can continue to move as we review student interest. All of the other areas are encouraging to ensuring we are meeting students' needs, both online and on-ground as we move through the next several months.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, April 30, 2021 9:17 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** Fall 2021 reopening plan

Good evening,
Fall 2021 reopening plan is attached.

Kindly,
Nicole

Nicole Esposito, Ed.D

1

CSCU 10/26/21 POSITION 000406
ESPOSITO 1/7/22 HEARING - 000582

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

2

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, May 4, 2021 12:09 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M; McDowell, James M |
| **Cc:** | Levinson, David; Gates, Jane; Ellis, Rose R; Minkler, Steven L; Harris, G. Duncan; Jukoski, Mary Ellen |
| **Subject:** | RE: Fall 2021 reopening plan |

Hi all,

A quick note, although I imagine I am stating the obvious here....but I think using actual numbers rather than percentages could give us a fuller picture. Clearly, it is easier to reach 50% on ground or "full capacity" when your overall numbers are much smaller (number of courses, number of students, number of employees etc...). MCC currently has about 100 courses set to run fully traditional/on-ground in the fall with an additional number running as LRON. Given the mix of modalities, we anticipate having close to 1,000 students in our buildings this fall. I also want to note again that these percentages fluctuate depending on how many sections we initially offer in the first place. For example, if the goal is to hit a "50% mark", then we can simply cut a number of our online offerings in the fall (rather than flip them to traditional) and we would successfully reach that 50% goal. I would prefer not to do that and just watch the enrollment in the courses to determine what makes sense, but it always helps to know what the primary goal is so I can adjust accordingly.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Monday, May 3, 2021 1:13 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Fall 2021 reopening plan

Hi Nicole,

Thanks to you and the team for working through the reopening plan. While 63% fully online course in the fall is still a bit away from our goal of 50% on-ground, I'm hopeful that the number can continue to move as we review student interest. All of the other areas are encouraging to ensuring we are meeting students' needs, both online and on-ground as we move through the next several months.

Best,

i

CSCU 10/26/21 POSITION 000408
ESPOSITO 1/7/22 HEARING - 000584

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, April 30, 2021 9:17 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** Fall 2021 reopening plan

Good evening,
Fall 2021 reopening plan is attached.

Kindly,
Nicole


Nicole Esposito, Ed.D.

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

2

CSCU 10/26/21 POSITION 000409
ESPOSITO 1/7/22 HEARING - 000585

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Nielsen, David J. |
| **Sent:** | Monday, June 21, 2021 2:07 PM |
| **To:** | Czarnota, Kathleen; Arboleda, Licella M; Barfield, Kerri; Bordonaro, Diane J; Breault, Susan J; Briggs, Kenneth Michael; Cullen, Joseph P; Ellis, Rose R; Esposito, Nicole C; Giles, Amanda L; Gray, Jennifer L; Hanson, Sara; Harris, G. Duncan; Hendrick, Sarah E; Horner, Jennifer; Hynick, Karen; Jones, Michelle A; Jukoski, Mary Ellen; Keller, Patrick; Kelly, Kevin P; Lamiotte, Jonathan K; LaPierre-Dreger, Miah C; Marcoux-Bowen, Nicole R; Mathis, Sharaie W; Minkler, Steven L; Osborn, Jodi; Plourd, Samantha E; Salman, Fatma; Scappaticci, Jason P; Van Orden, Sara W; Vincent, Sara M |
| **Cc:** | Steinmetz III, Robert R |
| **Subject:** | CEELT Enrollment Update |
| **Attachments:** | CEELT Enrollment Update 2021-0621.docx |

The attached word document has this week's CEELT enrollment update on applicants and registrations.

At last week's meeting there was discussion about Fa21 course offerings in traditional formats. The chart below looks at the current Fa21 schedule by instructional method vs. the two prior fall terms.  The source is the swrxS09, the unit of measure is the sum of section limits; this estimate includes cancelled and hold sections, and includes all xlisted sections.



1

CSCU 10/26/21 POSITION 000410
ESPOSITO 1/7/22 HEARING - 000586

CSCU 10/26/21 POSITION 000411
ESPOSITO 1/7/22 HEARING - 000587

**CEELT ENROLLMENT UPDATE**
**Pre-Fa21 Thru Sunday, June 20, 2021**

## APPLICATIONS

### Pre-Fa20 Estimate thru Sun, Jun-21, 2020

|  | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Applications | 1522 | 2266 | 956 | 559 | 1311 | 6614 |
| New, 1st time at any college | 854 | 1605 | 637 | 428 | 914 | 4438 |
| Readmitted student | 191 | 134 | 95 | 53 | 134 | 607 |
| Transfer, w/wo credit | 410 | 517 | 206 | 72 | 218 | 1423 |

#### Yield - % Registered for Credit

|  | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| All Applications | 10% | 15% | 9% | 20% | 20% | 15% |
| New, 1st time at any college | 4% | 12% | 6% | 21% | 16% | 11% |
| Readmitted student | 17% | 17% | 19% | 15% | 27% | 19% |
| Transfer, w/wo credit | 21% | 24% | 14% | 19% | 21% | 21% |

### Pre-Fa21 thru Sun, Jun-20, 2021

|  | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Applications | 1304 | 2354 | 916 | 584 | 1229 | 6387 |
| New, 1st time at any college | 716 | 1552 | 654 | 396 | 827 | 4145 |
| Readmitted student | 198 | 273 | 67 | 68 | 134 | 740 |
| Transfer, w/wo credit | 390 | 466 | 193 | 89 | 222 | 1360 |

#### Yield - % Registered for Credit

|  | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| All Applications | 18% | 18% | 25% | 26% | 30% | 22% |
| New, 1st time at any college | 14% | 12% | 23% | 25% | 26% | 18% |
| Readmitted student | 25% | 34% | 24% | 24% | 34% | 30% |
| Transfer, w/wo credit | 23% | 25% | 32% | 22% | 34% | 27% |

### Difference

| % Change in Applicants | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Applications | -14% | 4% | -4% | 4% | -6% | -3% |
| New, 1st time at any college | -16% | -3% | 3% | -7% | -10% | -7% |
| Readmitted student | 4% | 104% | -29% | 28% | 0% | 22% |
| Transfer, w/wo credit | -5% | -10% | -6% | 24% | 2% | -4% |

| Yield - % Point Difference in Registered for Credit | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| All Applicants | 8% | 3% | 16% | 6% | 9% | 7% |
| New, 1st time at any college | 10% | 1% | 17% | 3% | 10% | 7% |
| Readmitted student | 8% | 17% | 5% | 8% | 7% | 10% |
| Transfer, w/wo credit | 2% | 1% | 18% | 3% | 13% | 6% |

CSCU 10/26/21 POSITION 000412
ESPOSITO 1/7/22 HEARING - 000588

## CEELT ENROLLMENT UPDATE
## Pre-Fa21 Thru Sunday, June 20, 2021

## REGISTRATIONS

### Pre-Fa20 Estimate thru Sunday, Jun 21, 2020

| | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Credit Registrations | 1277 | 2242 | 648 | 475 | 1541 | 6183 |
| FTE (Total Credits / 15) | 692.87 | 1363.6 | 395.2 | 298.93 | 933.2 | 3684 |
| Credits per Student | 8.1 | 9.1 | 9.1 | 9.4 | 9.1 | 8.9 |
| | | | | | | |
| Full Time Students | 227 | 784 | 220 | 201 | 470 | 1902 |
| Part Time Students | 1050 | 1458 | 428 | 274 | 1071 | 4281 |
| | | | | | | |
| Continuing Students | 1097 | 1704 | 547 | 337 | 1247 | 4932 |
| Transfer-In Students | 96 | 291 | 32 | 18 | 77 | 514 |
| New 1st Time Students | 44 | 194 | 49 | 99 | 144 | 530 |
| Re-Admit Students | 34 | 30 | 14 | 16 | 46 | 140 |

### Pre-Fa21 thru Sunday Jun 13, 2021

| | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Credit Registrations | 1261 | 2155 | 861 | 516 | 1532 | 6325 |
| FTE (Total Credits / 15) | 696 | 1279 | 551 | 312 | 921 | 3759 |
| Credits per Student | 8.3 | 8.9 | 9.6 | 9.1 | 9.0 | 8.9 |
| | | | | | | |
| Full Time Students | 266 | 710 | 360 | 193 | 487 | 2016 |
| Part Time Students | 995 | 1445 | 501 | 323 | 1045 | 4309 |
| | | | | | | |
| Continuing Students | 959 | 1641 | 604 | 298 | 1132 | 4634 |
| Transfer-In Students | 123 | 149 | 73 | 47 | 89 | 481 |
| New 1st Time Students | 102 | 202 | 157 | 123 | 219 | 803 |
| Re-Admit Students | 75 | 106 | 22 | 20 | 59 | 282 |

*Fa21 Student types may not have been rolled at some campuses

### Percent Change

| | Ca | Ma | Mx | QV | TR | CapEast Total |
|---|---|---|---|---|---|---|
| Total Credit Registrations | -1% | -4% | 33% | 9% | -1% | 2% |
| FTE (Total Credits / 15) | 1% | -6% | 39% | 4% | -1% | 2% |
| Credits per Student (numeric change) | 0.1 | (0.2) | 0.5 | (0.4) | (0.1) | (0.0) |
| | | | | | | |
| Full Time Students | 17% | -9% | 64% | -4% | 4% | 6% |
| Part Time Students | -5% | -1% | 17% | 18% | -2% | 1% |
| | | | | | | |
| Continuing Students | -13% | -4% | 10% | -12% | -9% | -6% |
| Transfer-In Students | 28% | -49% | 128% | 161% | 16% | -6% |
| New 1st Time Students | 132% | 4% | 220% | 24% | 52% | 52% |
| Re-Admit Students | 121% | 253% | 57% | 25% | 28% | 101% |

*Fa21 Student types may not have been rolled at some campuses

CSCU 10/26/21 POSITION 000413

ESPOSITO 1/7/22 HEARING - 000589

Exhibit R

CSCU 10/26/21 POSITION 000414
ESPOSITO 1/7/22 HEARING - 000590

CSCU 10/26/21 POSITION 000415
ESPOSITO 1/7/22 HEARING - 000591

# CSCU/CSCC HUMAN RESOURCES SHARED SERVICES
# ADMINISTRATIVE INVESTIGATION REPORT
# MANCHESTER COMMUNITY COLLEGE

### REVIEW OF ALLEGATIONS OF MCC CULTURE AND CLIMATE

Investigation Outline:

I.   Summary of the Allegations
II.  Parties
III. Summary of Witness Accounts
IV.  Evidence/Relevant Information
V.   Allegations
VI.  Findings

1

I.    **Summary of Issues:**

On May 16, 2020, Professor ███████ (complainant) sent an email to CSCU President Mark Ojakian, Regional President Robert Steinmetz, and former labor relations director Christopher Henderson alleging that there has been a culture and climate of discrimination and bullying towards African American women at MCC. Professor ███████ indicated that it has been a long-standing issue at MCC where African American women in administrative and managerial positions have had their credentials and qualifications questioned in public by the "same usual suspects over and over again" who have not been held accountable for their actions. Specifically, when Ms. Patricia Lindo was appointed to the HR Director position, her credentials/qualifications were questioned at a public faculty senate meeting; and most recently, Dr. Cooper's qualifications were questioned via an email sent through the *All Points* email distribution. The *All Points* is an email distribution list that includes all faculty and staff at MCC. Professor ███████ further stated that in the past, when she coordinated an event on or about January 2007 to bring Dr. Henry Louis Gates to campus, the n-word was written on her office door. Ms. ███████ reported this to the police and added that the police came and removed the graffiti.

Based on Professor ███████ complaint, the investigation focused on three issues: the culture and climate of MCC with an emphasis on race relations; disparate treatment of Black women when promoted into leadership positions at MCC, and Professor Stafford's *All Points* email regarding Dr. Cooper.

II.   **Parties (Investigative Interviews)**

a.  Ms. ███████ Professor (Complainant)
b.  Mr. Carl Stafford, Professor (Respondent)
c.  Dr. Nicole Esposito, CEO (Respondent)

III.  **Summary of Investigative Interviews:**

During the investigation, 14 parties were identified and interviewed. Out of the 14 parties interviewed, 11 consisted of witnesses identified during the investigation which included former MCC administration, current MCC faculty and staff.

IV.   **Investigative summary of the eleven witness interviews:**

- Seven witnesses spoke about Dr. Daube taking on an active role with the search committees, in an effort to diversify the workforce. At least four of these witnesses believed that the no confidence vote was a direct result of his efforts to diversify MCC.
- Four witnesses identified Professor Stafford as someone who contributed negatively to the culture and climate at MCC by questioning the credentials of Black female employees, issues with Ms. Townsend, and by sending the *All Points* emails about Dr. Cooper.

2

- Two of the witnesses felt that they could not turn to the union for assistance on human resources or labor related issues because the union had cosigned Professor Stafford's behavior and was in lock step with him.
- Five of the witnesses spoke about Dr. Glickman hiring 20 faculty, and no people of color, as a pivotal point where the culture and climate at MCC took a turn for the worse.
- Five witnesses stated that the treatment displayed towards Dr. Millner and Dr. Cooper was disrespectful and they did not recall this happening in the past with other colleagues.
- Four witnesses spoke about their thoughts as to why Dr. Millner and Dr. Cooper were criticized so harshly, and they expressed concern that this was due to their race and gender.
- Eight (of the eleven) witnesses stated that the public questioning of qualifications and credentials of Black female employees who were promoted had not occurred when White employees were moved into advanced positions.
- The investigators found credibility issues with Professor Stafford. During his interview, when asked about the April 2020 *All Points* email about Dr. Cooper, Professor Stafford initially stated that the union wrote the email and he sent it out. After more discussion about this topic, Professor Stafford admitted that he wrote the email and sent it out.

**V.   _Summary of Evidence Reviewed:_**

The investigators reviewed documents provided by complainant and respondents during their review. Evidence used is reflected within the Findings.

**VI.   _Findings_:**

The findings or conclusions were made using the preponderance of evidence standard (more likely than not).

**Issue 1: Culture/Climate at MCC.**

Finding: There has been a history of culture/climate issues with racial undertones at MCC. There is sufficient evidence to suggest that over the past 20 years MCC has experienced challenges related to diversity and specifically race and gender.

- Many of the experiences the witnesses shared with us were from incidents that occurred several years ago, some of the incidents were investigated and some were never reported. The culture/climate issues with racial undertones were also present regarding diversity in hiring. So much so, that Dr. Daube, former president at MCC, felt the need to oversee the search processes because he said this was the only way the college would diversify. Of the eleven witnesses, seven spoke about Dr. Daube's efforts to increase diversity in hiring at MCC, and his efforts were met with calls for a vote of no confidence. There were eight (of the eleven) witnesses who stated that the public questioning of qualifications and credentials of Black female employees who were promoted had not occurred when White employees were moved into advanced positions.

3

CSCU 10/26/21 POSITION 000418
ESPOSITO 1/7/22 HEARING - 000594

- The climate has been negatively impacted during this time and most recently in 2012 when approximately 20 hires occurred, and all hired employees were White. This incident had a significant impact on the culture and climate at MCC. Additionally, the appointment of women of color in permanent and interim positions without formal searches also elevated the tension at MCC during this time. This combined with the public approach to questioning credentials (i.e., faculty senate meeting regarding Ms. Lindo and *All Points* email regarding Dr. Cooper) have sustained campus-wide challenges related to race and gender.

**Finding:** There is insufficient evidence to determine if the comment "three little black girls" was made towards complainant.

- With reference to the *"Three Little Black Girls"* comment, no identified witness who was interviewed reported hearing this comment first-hand. Several reported hearing about the comment from Professor ███.

**Finding:** There is no evidence to suggest that CEO Esposito engaged in behaviors that contributed to the culture/climate issues at MCC since her return as CEO in July 2020.

- The current CEO was identified as someone who negatively contributed to the culture/climate issues at MCC in the past. However, those past incidents were investigated and closed. As of the conclusion of this investigation (on or about January 2021), there was insufficient evidence gathered to support a finding that she has negatively contributed to the culture/climate issues at MCC in her current position as CEO.

**Issue 2: Harassment towards Black females by having their qualifications and credentials questioned.**

**Finding:** There is sufficient evidence to suggest that Professor Stafford's All Points email and previous public questioning of another employee's qualifications publicly were done intentionally to discredit and embarrass these two employees. This is based on the following:

- There were eight (of the eleven) witnesses who stated that the public questioning of qualifications and credentials of Black female employees who were promoted had not occurred when White employees were moved into advanced positions. In this respect, the optics are that Black female colleagues were treated differently than White employees.
- Moreover, the recent *All Points* email sent by Professor Stafford which publicly called out the qualifications and credentials of Dr. Cooper, a Black female, was unprecedented. It was stated that tensions were already running high due to the consolidation efforts, and two witnesses questioned as to whether racial undertones played a role in Dr. Millner not being considered for the CEO position.
- Professor Stafford's *All Points* email negatively contributed to the culture and climate at MCC. The majority of the witnesses indicated that Professor Stafford's email was

4

**CSCU 10/26/21 POSITION 000419**

**ESPOSITO 1/7/22 HEARING - 000595**

meant to publicly shame Dr. Cooper and some witnesses felt that his intentions were racially motivated as he intentionally singled her out.

* Further, when a White female colleague was moved into a faculty position, or when a White male colleague was moved into an interim promotional position, their credentials were not publicly questioned, and certainly not via *All Points*.

* The majority of the witnesses indicated that this incident negatively impacted the culture and climate at MCC and made an already tense climate worse. Additionally, all of the currently employed witnesses interviewed (including comments from Mr. Reutenauer who represented several members in this process) stated that Professor Stafford's *All Points* email was inappropriate, and he should not have addressed Dr. Cooper personally.

<u>Finding:</u> There is sufficient evidence to suggest that Professor Stafford's *All Points* email regarding Dr. Cooper, and the faculty senate meeting regarding Ms. Lindo's appointment to HR Director was more likely than not impacted by their race, gender or both in violation of MCC's Statement on Harassment. According to this statement, "Harassment consists of abusive behavior directed toward an individual or group because of race, color, religious creed, age, gender, gender identity or expression, national origin, marital status, ancestry, present or past history of intellectual disability, learning disability or physical disability, veteran status, sexual orientation, genetic information or criminal record." It further states, "Behaviors that denigrate others because of their race, ethnicity, ancestry, national origin, religion, gender, sexual preference or age, and learning, physical or intellectual disabilities are likewise prohibited. The use of derogatory names, inappropriately directed laughter, inconsiderate jokes, anonymous notes or phone calls, and conspicuous exclusion from conversations and/or classroom discussions are examples of harassing behaviors that are prohibited."

* The primary basis for this finding is that other White colleagues and male colleagues had also been appointed and/or transitioned back to faculty without the same level of questioning or any questioning of their actual credentials. No other employee has been publicly called out in the same manner, e.g., via *All Points*. Based on the preponderance of the evidence standard, the investigators find the actions to be a pattern of behavior and that race and/or gender appear to be a motivator in the public questioning of credentials.

<u>Finding:</u> Professor Stafford's usage of the College's *All Points* email distribution list to send this email violated the CSCU Information Technology Policy on Electronic Communication which states "*using electronic communications to harass or intimidate others or to interfere with the ability of others to conduct ConnSCU business is prohibited.*"

5

**Issue 3: Concerns presented by Professor ███████ regarding inappropriate and racially charged comments.**

Finding: Based on the information presented, there is insufficient evidence to suggest that Professor ███████ was subjected to unwelcomed comments of a racial nature that would rise to a hostile work environment based on race within the scope of this investigation[1].

Finding: The evidence suggests that Professor ███████ more likely than not contributed comments based on race that might have been welcomed at the time; however, were unprofessional.

Finding: The investigators find that racially charged bantering was either tolerated and/or accepted at that time when they were all friends, but once complaints were filed and investigations launched, these comments were brought up as unaccepted behavior.

- There was a relationship between some colleagues wherein joking (racially) was accepted. Three of the witnesses stated that Professor ███████ made race-based comments to them, but one of the witnesses also acknowledged that Professor Hurston made the comments jokingly.
- The only parties involved in this matter that were alleged to make race-based comments were Professors ███████ and Paulin. Professor ███████ and Professor Paulin reported having a strong relationship and at times they joked around with each other and made comments to each other with racial undertones. For example, Professor ███████ admitted that she referred to Professor Paulin as "massa."
- During the investigation, three parties reported that Professor ███████ approached a group in the cafeteria and asked if she could sit or "is this a KKK rally?" sometime in 2015. Professor ███████ denied making the comment about the KKK. According to all accounts on this matter, Professor ███████ joined them for lunch on this date and this was ultimately a non-issue for those involved. Additionally, when complaints were brought between Professors ███████ and Esposito (on or around 2017/2018), this incident was not reported at that time. In fact, this incident was never reported until this investigation.
- Professor ███████ was accused of making a comment to Mr. Barber to the effect of, "let me wipe that lipstick off your cheek so your wife doesn't know a Black woman kissed you." Professor ███████ denied making such a comment.

**VII.   _Conclusion and Recommendations_:**

The findings were issued to complainant and two respondents on or about June 8, 2021. An appeal was filed by Respondent Stafford on June 21, 2021. No other appeals were received. The appeal was reviewed and determined by Mr. Andy Kripp, VP of Human Resources. The

---

[1] Previous incidents with racially charged graffiti were not re-investigated in this matter as the parties involved then do not appear to overlap with the parties in this matter.

6

appeal was denied on or about July 26, 2021. There were no changes made to the findings based on the appeal.

The following recommendations are made as a result of the findings of this investigation:

1. That an independent racial climate survey be coordinated for MCC.
2. That Professor Stafford be held in violation of the MCC Harassment Statement and BOR policies related to his *All Points* email.
3. The CEO engage outside consultants to specifically address racial climate concerns.

Respectfully Submitted by: _____, Director of EEO (Investigator)     Date: August 24, 2021

Respectfully Submitted by: _____, HR Manager     Date: August 24, 2021

Reviewed and Approved by: _____, Director of Labor Relations     Date: August 26, 2021

Reviewed and Approved by: _____, Regional President     Date: August 26, 2021

7

CSCU 10/26/21 POSITION 000423
ESPOSITO 1/7/22 HEARING - 000599

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, July 28, 2020 11:19 AM |
| **To:** | Esposito, Nicole C; Pritchard, Alice M; Henderson, Christopher R |
| **Subject:** | RE: Inclusivity and Accessibility "Think Tank" |

Greetings, Nicole.

Thank you for sharing this information with us. It looks like you had a positive and productive initial discussion, and I look forward to hearing how this important work progresses.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, July 27, 2020 4:25 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Henderson, Christopher R <CHenderson@commnet.edu>;
Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Fw: Inclusivity and Accessibility "Think Tank"

Just a quick note to make you all aware as I know issues of diversity and inclusion are very challenging at MCC right now.
  I pulled together a group of people from diverse backgrounds to have a virtual discussion today about true diversity and inclusion at MCC. It was a fantastic representative group and the meeting went very well. It was a wonderful first step, but I plan to continue working on this moving forward across the campus. I also have set up various 1:1 meetings with state diversity leaders this month.

Here are the notes I took from the first meeting today with this group.
I think we are already moving in a more positive direction. I will continue to ensure this is a high priority.

1

CSCU 10/26/21 POSITION 000424
ESPOSITO 1/7/22 HEARING - 000600

Best,
-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Esposito, Nicole C
**Sent:** Monday, July 27, 2020 4:02 PM
**To:** Vig, Umesh Kunwar <UVig@mcc.commnet.edu>; Reyes-Dawes, Wanda I <WReyes-Dawes@mcc.commnet.edu>;
Oliver, Elijah A <EOliver@mcc.commnet.edu>; Mounds, Paul H <PMounds@mcc.commnet.edu>; Gutterman, Jennifer
<JGutterman@mcc.commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Faezi, Mehrdad
<MFaezi@mcc.commnet.edu>; Yang, Guocun <GYang@mcc.commnet.edu>; Coleman, Lois
<LColeman@mcc.commnet.edu>; Pigott, Miquel G <MPigott@mcc.commnet.edu>; Tirfessa, Negussie
<NTirfessa@mcc.commnet.edu>; Flores, Carolina <CFlores@mcc.commnet.edu>; Lugo, Takia S
<TLugo@mcc.commnet.edu>; Dorsey, Douglas A <DDorsey@mcc.commnet.edu>; Turner Jr., Robert C
<RTurner@mcc.commnet.edu>
**Subject:** Inclusivity and Accessibility "Think Tank"

Dear Colleagues,
Just a quick note to thank you for joining me today. I felt it was a positive, and productive, conversation with
all of you. This is the first step in the process and I hope to keep the momentum going. I would like to quickly
reflect on what I heard from you today:

-The importance of embedding UDI in our curriculum across the college
-Share with our colleagues the possibility of including pronouns on their syllabus
-Starting an online "chat" platform to connect with students regularly about their concerns (not just advising,
but more about how they are feeling/doing and how issues of diversity might be impacting them)
-Using this as a starting point to begin holding events that open doors for positive and courageous discussions
- Ensuring that we hold each other, and ourselves, accountable for our language, words and actions
-Holding a campus-wide virtual discussion about diversity and inclusion (students, faculty and staff)
-Ensuring that we are mindful of including all voices, races, ethnicities, religions, gender, orientations etc.. in
our discussions about diversity
-Remembering that we do not operate in silos and we must have a collective voice for equality on our campus
and larger community
-Ensuring that we do not have just one event or training, but rather ensure we embed cultural sensitivity into
our daily life on and off campus
-Open lines of communication with our colleagues

Please let me know if I missed anything. I will wait to get your feedback regarding additional action items...
then I will draft an email to the campus to bring our discussion to the larger community as we move forward.

2

CSCU 10/26/21 POSITION 000425
ESPOSITO 1/7/22 HEARING - 000601

I appreciate your time today and please know this is only the beginning of change for us. This is a priority.

I also appreciate those of you who were willing to share more personal stories. It is a good reminder that we often have more in common than we think.

A big thank you to Umesh for helping to organize the initial discussion! I look forward to many more.

Kindly,
Nicole

*She, her, hers ----->(Thank you for this suggestion!)*

**Nicole Esposito, Ed.D**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

3

CSCU 10/26/21 POSITION 000427
ESPOSITO 1/7/22 HEARING - 000603

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, July 27, 2020 4:25 PM |
| **To:** | Pritchard, Alice M; Henderson, Christopher R; Steinmetz III, Robert R |
| **Subject:** | Fw: Inclusivity and Accessibility "Think Tank" |

Just a quick note to make you all aware as I know issues of diversity and inclusion are very challenging at MCC right now.
I pulled together a group of people from diverse backgrounds to have a virtual discussion today about true diversity and inclusion at MCC. It was a fantastic representative group and the meeting went very well. It was a wonderful first step, but I plan to continue working on this moving forward across the campus. I also have set up various 1:1 meetings with state diversity leaders this month.

Here are the notes I took from the first meeting today with this group.
I think we are already moving in a more positive direction. I will continue to ensure this is a high priority.


Best,
-Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Esposito, Nicole C
**Sent:** Monday, July 27, 2020 4:02 PM
**To:** Vig, Umesh Kunwar <UVig@mcc.commnet.edu>; Reyes-Dawes, Wanda I <WReyes-Dawes@mcc.commnet.edu>; Oliver, Elijah A <EOliver@mcc.commnet.edu>; Mounds, Paul H <PMounds@mcc.commnet.edu>; Gutterman, Jennifer <JGutterman@mcc.commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Faezi, Mehrdad <MFaezi@mcc.commnet.edu>; Yang, Guocun <GYang@mcc.commnet.edu>; Coleman, Lois <LColeman@mcc.commnet.edu>; Pigott, Miquel G <MPigott@mcc.commnet.edu>; Tirfessa, Negussie <NTirfessa@mcc.commnet.edu>; Flores, Carolina <CFlores@mcc.commnet.edu>; Lugo, Takia S <TLugo@mcc.commnet.edu>; Dorsey, Douglas A <DDorsey@mcc.commnet.edu>; Turner Jr., Robert C <RTurner@mcc.commnet.edu>
**Subject:** Inclusivity and Accessibility "Think Tank"
Dear Colleagues,
Just a quick note to thank you for joining me today. I felt it was a positive, and productive, conversation with all of you. This is the first step in the process and I hope to keep the momentum going. I would like to quickly reflect on what I heard from you today:

1

CSCU 10/26/21 POSITION 000428
ESPOSITO 1/7/22 HEARING - 000604

-The importance of embedding UDI in our curriculum across the college
-Share with our colleagues the possibility of including pronouns on their syllabus
-Starting an online "chat" platform to connect with students regularly about their concerns (not just advising, but more about how they are feeling/doing and how issues of diversity might be impacting them)
-Using this as a starting point to begin holding events that open doors for positive and courageous discussions
- Ensuring that we hold each other, and ourselves, accountable for our language, words and actions
-Holding a campus-wide virtual discussion about diversity and inclusion (students, faculty and staff)
-Ensuring that we are mindful of including all voices, races, ethnicities, religions, gender, orientations etc.. in our discussions about diversity
-Remembering that we do not operate in silos and we must have a collective voice for equality on our campus and larger community
-Ensuring that we do not have just one event or training, but rather ensure we embed cultural sensitivity into our daily life on and off campus
-Open lines of communication with our colleagues

Please let me know if I missed anything. I will wait to get your feedback regarding additional action items... then I will draft an email to the campus to bring our discussion to the larger community as we move forward.

I appreciate your time today and please know this is only the beginning of change for us. This is a priority.

I also appreciate those of you who were willing to share more personal stories. It is a good reminder that we often have more in common than we think.
A big thank you to Umesh for helping to organize the initial discussion! I look forward to many more.

Kindly,
Nicole

*She, her, hers -----> (Thank you for this suggestion!)*

**Nicole Esposito, Ed.D**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

CSCU 10/26/21 POSITION 000429
ESPOSITO 1/7/22 HEARING - 000605

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, November 17, 2020 5:37 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M |
| **Cc:** | Gates, Jane |
| **Subject:** | FW: Diversity & Inclusion Awareness Training |
| **Attachments:** | SC Diversity and Inclusion Course Brochure.pdf; DiversityEDU Contributing Scholars 2020.pdf |

Is this something we might want to explore? Thought I would share this resource.

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Tom Elmer <tom.elmer@vectorsolutions.com>
**Sent:** Tuesday, November 17, 2020 5:35 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Diversity & Inclusion Awareness Training

Hello Nicole –

I hope you are healthy and safe amidst the impact that the novel Coronavirus is having on institutions of higher education, our families, and friends. I wanted to make sure you were aware that we have recently partnered with DiversityEDU and we now offer their Diversity and Inclusion awareness courses for your students and employees on SafeColleges. DiversityEdu's research-based courses teach skills for engaging with difference using a methodology that's proven to increase inclusive language, attitudes and behaviors.

- College Students: Personal Skills for a Diverse Campus
- Graduate Students: Personal Skills for a Diverse Campus
- Faculty and Staff: Personal Skills for a Diverse Campus.
- Faculty Search Committees: Skills for Academic Searches and Hiring

Our solution provides the following benefits:
> Extremely Cost-effective
> Intuitive and Easy-to-Use
> Upload and Assign: Policies, Handbooks and Procedure Manuals
> Expandable
> Industry-leading Customer and Technical Support Team

1

CSCU 10/26/21 POSITION 000430
ESPOSITO 1/7/22 HEARING - 000606

I have attached a couple of PDFs for your review.  Please let me know if you are interested in previewing these courses on my demo site.

I look forward to speaking with you about this.

Tom

--

**Tom Elmer**
Senior Regional Sales Manager. Higher Education
tom.elmer@vectorsolutions.com
513.792.4409   Direct
513.659.2892   Mobile
                Follow me on 



2

CSCU 10/26/21 POSITION 000431
ESPOSITO 1/7/22 HEARING - 000607



# BUILDING INCLUSIVE CAMPUS CULTURE

Online Diversity and Inclusion Courses

VECTOR™ SOLUTIONS | **SafeColleges**
DIVERSITY & INCLUSION
by diversity.edu

CSCU 10/26/21 POSITION 000432
ESPOSITO 1/7/22 HEARING - 000608

# METHODOLOGY



**SafeColleges**
DIVERSITY & INCLUSION
by diversity.edu



## Research-Based Approach

- Content based on the most current, peer-reviewed research.

- Expands rather than restricts choices.

- Builds practical skills for succeeding in a diverse community.



## Expertise and Experience

- Courses built by experts in education, psychology, law, and instructional design.

- Video contributions from preeminent scholars.

- Proven, measurable impact on behavior.

## Engaging Content

- Mobile-friendly, accessible course design.

- Reenactments relate learning points to realistic personal experiences.

- Variety of interactive exercises.



# 93%

say course will help them recognize the impact of unconscious biases, myths, and stereotypes on decisions.

*Based on anonymous survey responses from 3,000 faculty and staff who took the training course.

## Assessable Outcomes

- End-of-module assessments.

- Pass/fail options.

- Performance analytics.

01

CSCU 10/26/21 POSITION 000433
ESPOSITO 1/7/22 HEARING - 000609

# THE RESULTS



# Over 150,000
course takers enrolled in these courses across the nation.





## Diversity Learning with Impact

The results of our randomized, mixed-methods study show significant increase in inclusive behavior.

After taking the one-hour course, college students were significantly more likely to engage with diversity and intervene during a microaggressive exchange.

The students were also:

**8x** more likely to exhibit awareness of their own behaviors and assumptions.

**3x** more likely to use diversity terms and concepts after taking the course.

CSCU 10/26/21 POSITION 000434
ESPOSITO 1/7/22 HEARING - 000610

# SAMPLE COURSE TOPICS



Below you will find a non-exhaustive, sample list of topics in each course.

## Undergraduate Students

🕐 ~1 hour

- An Inclusive Definition of Diversity
- Detecting Stereotypes and Managing Assumptions
- Anticipating the Impact of Language and Choices
- Understanding and Responding to Microaggressions

## Faculty and Staff

🕐 ~2.5 hours

- Engagement With Diversity to Grow Inclusion
- Inclusive Communication
- Classroom Microaggressions
- Unconscious Bias in Academic Decision-Making

## Graduate Students

🕐 ~2 hours

- Engaging with Difference as a Skill for Success
- Monitoring Assumptions for Better Decisions
- Identity Terminology and Responding to Microaggressions
- Recognizing and Reducing Unconscious Bias

## Academic Search Committees

🕐 ~1.5 hours

- Part I: Unconscious Bias in Academic Decision-Making
- Part II: Ground Rules and Guidelines for Search Committees

# Contact Us Today

Visit SafeColleges.com or contact us at 1.800.434.0154 or info@safecolleges.com to learn more.

03

CSCU 10/26/21 POSITION 000435
ESPOSITO 1/7/22 HEARING - 000611



VECTOR SOLUTIONS

**SafeColleges**
DIVERSITY & INCLUSION
<sub>by</sub> diversity<sub>edu</sub>

## DiversityEDU's Contributing Scholars

DiversityEdu is based on scholarly research. Video commentary by eminent scholars is a key feature of our online courses.



### Dr. Genny Beemyn

Director of the Stonewall Center for Gender Identity at the University of Massachusetts, Amherst They are the Trans Policy Clearinghouse coordinator for Campus Pride. and an editorial board member and trans article reviewer for the *Journal of LGBT Youth*. the *Journal of Bisexuality*, and the *Journal of Homosexuality*. Dr. Beemyn is the editor or author of nine journal articles and books. including *Lives of Transgender People* (with Susan Rankin, Columbia University Press. 2011) and the "Transgender History" chapter in *Trans Bodies. Trans Selves* (Oxford University Press. 2014).



### Dr. Mark G. Birchette

Professor of biology at Long Island University, where one of his specialties is the biology of racial differences

Among his publications related to his specialties. Dr. Birchette is an Editor of *The Idea of the Human* (XanEdu Publishing. Inc., 2012) and co-author of "Comparing Genetic Ancestry and Self-Described Race in African Americans Born in the United States and in Africa," in *Cancer Epidemiology, Biomarkers & Prevention* (June 2008). Dr. Birchette also delivers lectures on the passion for teaching: including his experiences teaching his first college class as a tenure-track professor of color.

**CSCU 10/26/21 POSITION 000436**
**ESPOSITO 1/7/22 HEARING - 000612**

VECTOR  **SafeColleges**
DIVERSITY & INCLUSION
*by* diversity.edu



## Dr. Andrei Cimpian

Professor of psychology and Director of the Cognitive Development Lab at the University of Illinois Urbana-Champaign

His research interests include stereotypes and prejudice and gender gaps in achievement and representation. Dr. Cimpian is the author and co- author of many journal articles, including the recent, "Expectations of brilliance underlie gender distributions across academic disciplines," in *Science* (March 2015). Dr. Cimpian has contributed to *The Economist, The Wall Street Journal, The Washington Post, National Science Foundation, The Chronicle of Higher Education, Science News,* and *Smithsonian.*



## Dr. Nilanjana Dasgupta

Professor of psychology at the University of Massachusetts, Amherst

Her research has profoundly affected our understanding of how unconscious bias influences decisions, including decisions made in academic communities. She writes, "I'm interested in how the culture in which people live shapes their mind and affects their overt and covert social behavior toward disadvantaged and advantaged groups." The author of over 50 publications, Dr. Dasgupta's research challenges the assumption that implicit prejudice and stereotypes are immutable and identifies circumstances under which they can be changed.

**CSCU 10/26/21 POSITION 000437**
**ESPOSITO 1/7/22 HEARING - 000613**

VECTOR **SafeColleges**
DIVERSITY & INCLUSION
.m diversity.edu



### Sandra B. Durant, Esq.

Attorney with a distinguished record who has taught at four law schools, most recently as Assistant Professor at Arizona Summit School of Law

She is on the Editorial Board of the American Law Institute-American Bar Association publication "*The Practical Lawyer.*" Durant is an experienced civil and employment rights litigator. Her publications include "The Application of American Anti-Discrimination Laws in a Global Work Environment" and "How Anti-Discrimination Laws Apply to Foreign Enterprises in the United States". She has lectured extensively, including before the American Bar Association, The Conference Board, and the National Bar Association.



### Dr. Christina Gomez

Professor of liberal arts and the Director of Academic Affairs for Diversity & Inclusion at the School of the Art Institute of Chicago

Her research has concentrated on racial identity construction, discrimination, and immigration. Dr. Gomez is the author of numerous articles that focus on such topics as skin-color discrimination, construction of Latino identity, politics of bilingual education, and experiences of undocumented students in higher education. She has received many prizes and fellowships including from the Henry Luce Foundation, the National Science Foundation, and a Faculty Excellence Award (2013) from Northeastern Illinois University.





## Dr. Derald Wing Sue

Professor of psychology and education at Columbia University Teachers College
He is one of the most cited multicultural scholars in the United States and a foremost scholar of
microaggressions. Dr. Sue's scholarly interests include multicultural counseling and
psychotherapy, psychology of racism and antiracism, cultural diversity, cultural competence,
and multicultural organizational development. He is the author of many articles and book
chapters. His influential books include *Counseling the Culturally Diverse, Microaggressions in
Everyday Life,* and most recently, *Race Talk and the Conspiracy of Silence.*

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, November 18, 2020 1:50 PM |
| **To:** | Steinmetz III, Robert R; Pritchard, Alice M |
| **Cc:** | Esposito, Nicole C |
| **Subject:** | Diversity and Equity Plans |
| **Attachments:** | MCC Diversity and Equity Plan.docx |

Dear Rob and Alice,

I have been working on this plan and have created this document prior to the deadline. However, I have been waiting to hold an additional meeting with my ATD MCC team to talk about details for concrete action plans. I believe we have been able to find a time to meet next week. With that being said, I am sharing what I have already been able to put together based on the information from our ATD Capacity Café. I have not sent this along yet because I feels a bit incomplete (if I am understanding your directions correctly). Please let me know if this initial draft is sufficient, or if you would like me to continue to work on this document as I continually meet with various groups on campus. I didn't want you to think I forget about this, or that I have not been working on it.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000440
ESPOSITO 1/7/22 HEARING - 000616

CSCU 10/26/21 POSITION 000441
ESPOSITO 1/7/22 HEARING - 000617

**Institutional Barriers of Equity**
**Manchester Community College**
**Fall 2020/Spring 2021**

**Summary of Process:**

Manchester Community College utilized the Achieving the Dream data to inform the process of identifying barriers of equity. Additionally, MCC held a variety of open forums and meetings to gather anecdotal qualitative data. Specifically, MCC held an ATD Capacity Café event, held a virtual open forum with current students, a virtual open forum with faculty and staff, created a faculty and staff MCC group called the MCC *Accessibility and Inclusion Think Tank*, and held a well-attended Black Lives Matter virtual event to bring our community together to discuss barriers and ways to eliminate barriers. Additionally, MCC has created and launched a campus-wide climate survey to help inform future planning and identify any additional barriers among our faculty, staff, and students. The results of the survey are forthcoming.

Manchester Community College will continue to assess for identified barriers, areas of needed attention, and to determine what strategies have proven effective. This process of open communication and college-wide assessment will continue throughout the academic year to inform continual and future planning focusing on equity. Data will be routinely shared with the college community and MCC leadership will utilize all data, including qualitative data, to inform future Action Plans.

**Institutional Barriers Collected from the Achieving the Dream Virtual World Café**

**Clarifying Path:**

Themes:
- Communication
- Orientations
- Student Support / Outreach

Challenges:
- Website (and the college itself) can be difficult to navigate for students
- Objections to consolidation slowing progress on student success initiatives

Actions Requested:
- Mandatory - New Student Orientations
- One-page questionnaire for students to assist them with choosing a major and to gather other high priority information
- Bring Focus2 Career Assessment back and manage received information internally
- Help students feel like they belong by increasing holistic student supports and wrap-around services

CSCU 10/26/21 POSITION 000442
ESPOSITO 1/7/22 HEARING - 000618

- Avoid burdening the students by forcing them to choose a major right away; allow them to begin in General Education and Liberal Arts requirements first to explore options with guidance
- Improve onboarding process for incoming students
- Increase number of staff in Enrollment Management departments

## Enter the Path:

Themes:
- Advising
- Student Engagement / Motivation
- Students' Soft Skills
- Technology

Challenges:
- Struggle with online classes; technical support
- More advisors needed
- Students confused about how to choose a path
- Improve outreach to students to encourage persistence in college

Possible Actions:
- Prerecorded videos on college website showing career paths
- Make advising mandatory
- Require students to engage in multiple advising sessions
- Match advisors with students' majors
- Allow more advising from non-teaching faculty
- More scaffolding for students as they enter college
- Improve intake assessment/self-assessment process to identify potential issues (prerequisites, etc.) to target resources to help students succeed from beginning to end
- Incorporate peer mentors

## Ensure Learning:

Themes:
- Technology
- Communication
- Advising
- Assessment
- Professional Development

Challenges:
- Ensuring prerequisites are met before registering to ensure improved opportunity for success

- Students are not seeking our services and living in uncertainty
- Technology not yet there to fully support online teaching
- Need more investment in technology
- Assessment at MCC has been challenging and this data is imperative to determine student outcomes and success

Actions Requested:

- Identify steps to take when people leave the college to avoid miscommunications
- We should celebrate more student successes
- Increase the number of peer-mentors/coaches for students
- Embed reflections in class – how to apply to profession or personal life to ensure success after college
- Offer more sections of Developmental English and Math to ensure all students in need have access and opportunity to take these entry level courses
- Holistic student supports needed – MCC Food Pantry, additional mental health support
- Shift resources within existing staff and talent to address needs in advising
- Add Advising Chat function to MCC website to connect with students frequently and in real-time
- Professional development opportunities for faculty and staff to ensure a balance of academic standards, but appropriate to student abilities
- Professional development related to meaningful assessment of student learning
- Close the loop using assessment data to improve teaching and learning for all students, regardless of ability when entering college

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Carolina, Kimberly B |
| **Sent:** | Friday, March 19, 2021 3:44 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Walsh, Shannon M |
| **Subject:** | FW: Update and Concern |

Good Afternoon Andy,

Shannon and I met with Nicole today. As an FYI for you, below is the email that I sent to Nicole to briefly document what we discussed at our meeting today.

Many thanks,
Kim

**From:** Carolina, Kimberly B
**Sent:** Friday, March 19, 2021 3:01 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Walsh, Shannon M <SWalsh@commnet.edu>
**Subject:** RE: Update and Concern

Good Afternoon Nicole,

Many thanks for taking the time to meet with Shannon and myself this afternoon to address the safety concerns you raised in the email below. At today's meeting, we discussed the threat assessment process and what that would entail should you decide to pursue that option. You informed us that you did not wish to proceed with the threat assessment process at this time.

As discussed, should you decide that you would like to engage in the threat assessment process as we discussed, please let Shannon and myself know.

Thanks again and have good weekend.
Kim

Kimberly Carolina
CSCU Regional HR Manager – Capital East
860-343-5757

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, March 3, 2021 12:53 PM
**To:** D'Agostino, Nicholas <NDAgostino@commnet.edu>; Carolina, Kimberly B <KCarolina@commnet.edu>; Walsh, Shannon M <SWalsh@commnet.edu>
**Subject:** Update and Concern

Hello Nick, Kim and Shannon,

1

CSCU 10/26/21 POSITION 000446
ESPOSITO 1/7/22 HEARING - 000622

I am writing you today to ask if your fact finding investigation has concluded with ███████? I was questioned at length regarding her accusations and I provided you with 14 different email threads that clearly confirmed the accuracy of my statements. Unfortunately, I have not heard back from HR (Nick or Kim) regarding the outcome, but I have also not been provided anything in writing to date. If you have completed this investigation, I would like to request a copy of the findings for my records.

To add, given the lengthy pattern of maladaptive behavior and concerning conduct presented by ███████ I am beginning to grow concerned about my own safety. While I understand that her claim of discrimination was against the institution (As I was not in my role, or even in the state of CT at the time) it appears that this might, in fact, be another attempt at a misguided personal attack on me. She has acted out aggressively in previous mediations and I have a serious concern as I watch this continue to escalate. As you all know, my area of expertise is Psychology and I practiced in the field for many years. Several years ago ████ asked me to provide her a recommendation for a Psychologist in the area that can administer her a Neuropsychological evaluation due to her family expressing concerns over her "aggression/mood and unusual behavior". I did not inquire further, but did provide her a referral to Hartford Psychological Services in Hartford, CT. ████ shared that she did go in for testing and she seemed to be very angry about whatever the results were. Again, I never asked or inquired and, of course, I have no idea what the results of her testing were. However, I noticed a drastic change in her conduct and behavior directed toward me since that time and this is when the pattern of harassment started (a pattern of harassing behavior by ███████ was documented by Human Resources and I am still in possession of their findings).

I left MCC for about a year to serve as an administrator in MA, and as you know, ████ filed a "claim" against the institution, and me personally, on June 26th which was shortly after the announcement of the CEO selections.....but was 10 days prior to my return to the CT to begin in my role as CEO. This is why I am concerned that ████ might be targeting me personally again, rather than this being a claim against the institution (which was still under the leadership of Tanya Millner and Tuesday Cooper for several years before my return).

As I am experiencing this unfold, I am growing concerned about my safety, and safety of the MCC community, due to the following variables: 1) Her pervasive pattern of harassment 2) Her pattern of aggression and attempts to intimidate others 3) her reporting to me that her family was noticing a cognitive decline, aggression, and pattern of unusual behavior (which is what prompted her to ask me for a referral for a neuropsychological evaluation a few years ago).

As I have expressed all along, I bear no ill will toward ████ and will continue to treat her with compassion and empathy. With that being said, I want it to be on your radar that I am concerned about safety given her pattern of behavior that continues to escalate.

Best,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

2

CSCU 10/26/21 POSITION 000447
ESPOSITO 1/7/22 HEARING - 000623

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Friday, April 16, 2021 1:12 PM |
| **To:** | Pritchard, Alice M; Weaver, Ernestine Y; Carolina, Kimberly B; Steinmetz III, Robert R; Kripp, Andrew; Walsh, Shannon M |
| **Subject:** | RE: MCC Personnel Matter |
| **Attachments:** | 2014IR_MCC_Noel-LevitzCESS_ Results.pdf; 2020 MCC Fa20 Employee Climate Survey Results.pdf; 2019IR_MCC_CESS_ResultsSummary.pdf |

Greetings.

Per our discussion, attached please find the last three climate surveys at MCC. Most of our conversation was around the "2019IR" results. Note that the public summary provided does not include the more concerning comments made toward the African-American leaders of the campus at the time.

Please let me know if I can provide any additional information.

Best,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





-----Original Appointment-----
**From:** Wilson, Noreen H <NWilson@commnet.edu>
**Sent:** Friday, April 9, 2021 1:44 PM
**To:** Wilson, Noreen H; Pritchard, Alice M; Weaver, Ernestine Y; Carolina, Kimberly B; Steinmetz III, Robert R; Kripp, Andrew; Walsh, Shannon M
**Subject:** MCC Personnel Matter
**When:** Wednesday, April 14, 2021 8:00 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

1

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 860-241-5459,,426960538#   United States, Hartford
Phone Conference ID: 426 960 538#
Find a local number | Reset PIN



**Connecticut State Colleges & Universities**

Learn More | Help | Meeting options | Legal

2

CSCU 10/26/21 POSITION 000449
ESPOSITO 1/7/22 HEARING - 000625

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Tuesday, June 29, 2021 4:49 PM |
| **To:** | Elease E. Wright (External Contact) (eleaseewright@mac.com) |
| **Subject:** | FW: Three MCC Articles |

Good afternoon:

We had 2 articles pop up related to the HR matter at MCC alluded to at the BOR meeting and one related to race relations on campus (see below).  The latter is now getting significant attention as the plaintiff shared the findings of our investigation yesterday with reporters and a few more have reached out to us today.

I would be happy to fill you in if you'd like more details.

Alice

Alice Pritchard, Ph.D.
Chief of Staff
CT State Colleges and Universities (CSCU)
61 Woodland Street
Hartford, CT 06105
(860) 723-0016
pritcharda@ct.edu
www.ct.edu



**From:** Appleby, Leigh <LAppleby@commnet.edu>
**Sent:** Monday, June 28, 2021 8:47 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Three MCC Articles

https://www.courant.com/politics/hc-pol-manchester-community-college-racism-20210628-5ht2cqs6qnel7c2kbref6ra7xi-story.html

**Courant: A report finds a pattern of "culture/climate issues with racial undertones" at Manchester Community College**
By Daniela Altimari, June 28, 2021

An investigation into allegations of discrimination against Black and female employees at Manchester Community College has uncovered a "history of culture/climate issues with racial undertones."

The six-month probe into the racial climate at the community college by Nicholas D'Agostino, Director of Equal Employment Opportunity for the Connecticut State Colleges and Universities, found that for decades the school has "been negatively impacted," noting that at one point, in 2012, there were 20 new hires and all were white.

1

CSCU 10/26/21 POSITION 000450
ESPOSITO 1/7/22 HEARING - 000626

"There is sufficient evidence to suggest that over the past 20 years, MCC has experienced challenges related to diversity and specifically race and gender," D'Agostino, wrote in the report issued earlier this month.

D'Agostino's report recommends that the college conduct an independent survey of its racial climate and that outside consultants be hired to "specifically address racial climate concerns."

The investigation into the racial climate at the community college following a complaint by ██████, a longtime sociology professor at Manchester Community College.

██████ the niece of famed Harlem Rennaisance writer ██████ said Black faculty at the community college were subject to an almost daily torrent of microaggressions and hostility. Black female employees who were promoted had their credentials questioned. And almost all of the faculty members hired in recent years were white, despite a student body that is 40% Black and Latinx.

"The bullying was very gradual," ██████ said. "But over the last few years, it got out of control."

Jane McBride Gates, interim president of the Connecticut State Colleges and Universities, said the incidents detailed in D'Agostino's report are unacceptable.

"The findings show significant racial and gender issues on campus," Gates said. "This is unacceptable, and it must end. The investigation contained specific recommendations to improve MCC's climate and culture, and CSCU is committed to ensuring that those recommendations are implemented."

At colleges across the country, from elite institutions to large, publicly-funded schools, faculty and students are coming forward with their experiences of overt racism and hostility on campus.

At Manchester Community College, a state-funded two-year school with an demographically diverse student body, racial tensions have been roiling for years, ██████ said.

House gives final legislative approval to a bill that declares racism a public health hazard in Connecticut »
D'Agostino based his findings on interviews with witnesses, written statements and other evidence. In reviewing the school's hiring, he found that of the approximately 20 employees hired in 2012, all were white.

"The culture/climate issues with racial undertones were also present regarding diversity in hiring," D'Agostino wrote. "So much so, that [Jonathan M.] Daube, former president at MCC, felt the need to oversee the search processes because he said this was the only way the college would diversify. Of the eleven witnesses, seven spoke about Dr. Daube's efforts to increase diversity in hiring at MCC, and his efforts were met with calls for a vote of no confidence."

When women of color were appointed to permanent or interim positions at the school, their credentials were questioned, something that did not occur when white employees were shifted into advanced positions, D'Agostino wrote. "In this respect, the optics are that Black female colleagues were treated differently than white employees," his report states.

The report cites two separate instances in which the credentials of two Black female professors were publicly questioned. One of those episodes was contained in an "all points" email sent by a now-former professor member to every active member of the faculty and staff.

The email was "unprecedented" and "negatively contributed to the culture and climate at MCC," D'Agostino wrote.

"The majority of the witnesses indicated that [the] email was meant to publicly shame [the Black professor] and some witnesses felt that the intentions [of the professor who sent the email] were racially motivated as he intentionally singled her out," D'Agostino wrote. "Further, when a white female colleague was moved into a faculty position, or when

2

a white male colleague was moved into an interim promotional position, their credentials were not publicly questioned, and certainly not via all points."

The use of the school's email distribution list to criticize a Black faculty member constitutes a violation of the state university system's information technology policy, which states "using electronic communications to harass or intimidate others or to interfere with the ability of others to conduct .[college] business is prohibited."

D'Agostino recommends that the professor who sent the email be held "in violation," although no punishment was listed. The professor retired earlier this month and Hurston questioned the timing of the report's release.

According to investigation procedures, the state university system must issue a final report within 90 days of receiving the complaint — "this investigation took 324 days to issue a final report," she said. "Despite repeated requests on the status of the investigation and the final report, no one explained why the process took so long."

D'Agostino's report recommends that the college conduct an independent survey of its racial climate.

████████who had taught at the school since 1997, recently left her job. The racism she witnessed and experienced was taking a toll on her physical and emotional health, she said. Other Black professors have also left.


https://www.journalinquirer.com/connecticut_and_region/mcc-ceos-firing-thwarted-after-lawyers-were-hired-cscu-officials-never-gave-reason/article_e2c19ae2-d813-11eb-9583-0ba5792b8725.html

**MCC CEO's firing thwarted after lawyers were hired; CSCU officials never gave reason**
By Eric Bedner, June 28, 2021

Manchester Community College CEO Nicole Esposito hired a team of lawyers to mount a defense after learning on June 14 that Connecticut State Colleges and Universities system officials planned to end her contract without explanation.

Todd Steigman and William Madsen, attorneys for Esposito, in a joint statement said, "Dr. Esposito not only successfully led MCC through the COVID-19 pandemic, but she delivered a budget surplus for the year and helped MCC achieve the recognition as the top community college in Connecticut."

Esposito's leadership, they said, has achieved "outstanding" results for students, faculty, and staff.

Nonetheless, CSCU officials moved to end Esposito's employment before halting an official decision last week.

"Despite her stellar performance, on June 17, 2021, CSCU officials advised Dr. Esposito that a decision had been made to not continue her employment as campus CEO for Manchester Community College," Steigman and Madsen said. "Dr. Esposito asked them to provide a rationale or justification for the decision, but they declined to do so and could not identify any deficiencies in Dr. Esposito's performance as campus CEO."

Before Thursday's Board of Regents meeting, Esposito hired Steigman and Madsen as her legal representation to oppose the actions against her and demand an investigation, the attorneys said.

"On June 23, 2021, CSCU's general counsel advised that the Board of Regents would not be taking any action relating to Dr. Esposito at its June 24, 2021 meeting, and that an outside firm would be retained to conduct an investigation," Steigman and Madsen said.

Leigh Appleby, CSCU spokesman, declined to comment late last week and wouldn't comment further today, saying only "it's a personnel matter that is currently under review."

3

**CSCU 10/26/21 POSITION 000452**
**ESPOSITO 1/7/22 HEARING - 000628**

At the start of the regents virtual meeting Thursday, members voted to remove an executive session discussion on personnel and potential vote on the non-continuation of a Board of Regents-appointed executive, presumably Esposito.

Dozens of MCC professors and one state lawmaker came to her aid last week with statements and circulation of a petition on her behalf.

Supporters noted that Esposito has been on the job for only a year, and the petition was signed by 89 members of MCC's faculty and staff.

Esposito was named CEO of MCC in May 2020, returning to the college where she served for five years as a program coordinator and associate professor in the disability specialist and speech-language pathology degree program.

She began in her current role on July 1, 2020, with an annual salary of $155,250.

https://www.journalinquirer.com/connecticut_and_region/manchester-community-college-ceo-s-future-uncertain-nicole-espositos-contract-under-review/article_b7d01a62-d5ba-11eb-9c29-c3d1fdec00e2.html#utm_campaign=blox&utm_source=twitter&utm_medium=social

**JI: Manchester Community College CEO's future uncertain; Nicole Esposito's contract 'under review'**
By Eric Bedner / Jun 25, 2021 (updated today)

The Board of Regents for Higher Education seems to have reversed a decision it planned to make official on Thursday not to continue the contract of Manchester Community College CEO Nicole Esposito.

The board, which governs the Connecticut State Colleges and Universities system, had two items on its agenda presumably related to the dissolution of her contract, but removed them at the start of the meeting.

As of this morning, it was unclear whether Esposito's contract will be terminated.

"It's a personnel matter that is currently under review," Leigh Appleby, spokesman for CSCU, said today.

At the start of the board's virtual meeting, members removed an executive session discussion on personnel and potential vote on the non-continuation of a Board of Regents-appointed executive.

The agenda items likely were related to Esposito's contract as dozens of MCC professors and one state lawmaker came to her aid this week with statements and circulation of a petition on her behalf.

Angelo Messore, a political science professor at MCC, spoke in support for Esposito during the public comment section of the board meeting Thursday.

"During what has been a challenging year for our college, we have benefited from Dr. Esposito's wise, responsible, and effective leadership," he said. "Over the course of this year, she has repeatedly demonstrated her deep commitment to the welfare of our students and to the academic success of our college."

Messore noted that a petition in support of Esposito has been signed by 89 members of the school's faculty and staff, who generally feel that one year is not enough time to evaluate a CEO.

Esposito was named CEO of MCC in May 2020, returning to the college where she served for five years as a program coordinator and associate professor in the disability specialist and speech-language pathology degree program.

4

CSCU 10/26/21 POSITION 000453
ESPOSITO 1/7/22 HEARING - 000629

She began in her current role on July 1, 2020, with an annual salary of $155,250.

State Rep. Geoff Luxenberg, D-Manchester, released a scathing statement this week, saying the Board of Regents operated in secret when initially deciding not to renew Esposito's contract.

"To learn, now, that her contract to lead this institution will not be renewed, and to not be given any information as to why, raises a red flag of suspicion around the Board of Regents' decision-making process and lack of transparency," he said. "To remove a beloved leader from a public, state-funded position like this, in secrecy, without an explanation to community stakeholders, is a concern."

Luxenberg opined that Esposito's gender might have played a role in what has become her uncertain future.

"My worst fear is that Dr. Esposito has fallen victim to what happens, all too often, to highly educated, effective, professional women of integrity in leadership positions of authority in institutions that have been traditionally and are currently dominated by men," he said. "We know that often there is a price to pay for being smart, being effective, being vocal, and being a woman in power all at the same time — and I hope that isn't the reason she is being shown the door now. With the absence of any other information, it is hard to not jump to that possible and unfortunate conclusion."

**COVID vaccine required for students**
Board members, however, did vote unanimously on Thursday to require students to get the COVID-19 vaccine in order to attend on-campus classes, but the policy allows students to request exemptions for medical and non-medical reasons.

Board members and CSCU faculty said the decision is in the best interest of the health and safety of students and staff, and noted that students already must be vaccinated for other conditions, such as measles, mumps, and rubella.

Julia Blau, a psychology professor at Central Connecticut State University in New Britain, noted that COVID-19 variants are on the rise.

"The only way to stop this is to vaccinate as many people as possible as quickly as possible," she said. "The virus has not gone away, it is just looking for an opportunity. Please, let's not provide such."

Vaccinations will be required for the fall semester.

"The vaccines that are currently authorized in the United States are safe, effective, and critical to resuming normal operations at our campuses this fall," interim CSCU President Jane Gates said in a written statement. "Now is the time for students planning on attending college this fall to get vaccinated. With more infectious, more severe variants becoming more and more prevalent, getting your shot is the best way to protect yourself, your family, and our communities."

No member of the board or other speaker spoke in opposition to the decision.

Whether CSCU employees will be subject to a vaccine requirement is more complicated, as employee collective bargaining units first must approve the policy, but board members expressed optimism that the unions will approve the policy sometime in July.

Leigh Appleby (he/him)
Director of Communications
Connecticut State Colleges and Universities (CSCU)
860-818-1824

5

appleby1@ct.edu

6

CSCU 10/26/21 POSITION 000455
ESPOSITO 1/7/22 HEARING - 000631

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Pritchard, Alice M |
| **Sent:** | Wednesday, June 30, 2021 7:37 PM |
| **To:** | Ernestine Y Weaver (EWeaver@commnet.edu) |
| **Subject:** | FW: Diversity and Inclusion |

**From:** Millner, Tanya <TMillner@commnet.edu>
**Sent:** Wednesday, June 30, 2021 7:33 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Fwd: Diversity and Inclusion

Fyi

Warmest regards,
Tanya

Associate Vice President of Teaching and Learning
Professor of English
CT State Community College
CT State Colleges and Universities
61 Woodland Street
Hartford, CT 06105

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, June 30, 2021 6:02:23 PM
**To:** MA-Allpoints <Allpoints@mcc.commnet.edu>
**Cc:** Jordan-Reilly, Michael <MJordan-Reilly@mcc.commnet.edu>
**Subject:** Diversity and Inclusion

Dear MCC Community,

As you may have seen, various media outlets recently reported that the CSCU system office director of equal employment opportunity investigated a claim relating to the racial and equity climate on the MCC campus over the past two decades, and issued findings relating to events that occurred under previous MCC leadership suggesting that over the past 20 years MCC has experienced challenges related to diversity and specifically in regard to race and gender.

I am writing to assure you that the college, and my current leadership team, are dedicated to finding and continuously pursuing opportunities to improve our climate of equity and inclusion, including issues relating to race and gender. As part of our continuing efforts to address these important issues, after full discussions with the leadership team, I intend to move forward with engaging outside consultants to address concerns relating to the racial climate at MCC, and will also coordinate an independent racial climate survey for MCC – both of which were recommendations in the recent report. These measures are consistent with our objective of enhancing our learning and working environments for all at MCC.

1

CSCU 10/26/21 POSITION 000456
ESPOSITO 1/7/22 HEARING - 000632

In addition, I want to take this opportunity to share just a few examples of what—despite this challenging year—we have already accomplished to support this ongoing valuable work:

First and foremost, as an institution, our definition of diversity and inclusion extends to everyone in the community, regardless of race, gender, age, faith, ethnicity, or ability. It has been a challenging year, but we have focused efforts and energy on building on work previously accomplished that brought to light areas for improvement. Together, we have brought to light areas for improvement in our search process and strengthened staffing and faculty targets to ensure a more diverse work force at the college. As you know, search committees are charged with EEOC targets relevant to each search and must do their best to meet these targets. In addition, all employees are required to complete training in equity and inclusion.
More recently, the college implemented several events spotlighting diversity and inclusion issues, most notably the virtual Black Lives Matter event last October that included nationally recognized speakers in diversity work. Mr. Jesse Ross has been a powerful voice and advocate for Black and African American citizens after the death of George Floyd and graciously accepted our invitation to speak. Also invited was Dr. John Selders, dean of students at Trinity College, as he is also a local leader in diversity and inclusion work. MCC also organized an ad hoc group of MCC professionals at the beginning of the academic year to brainstorm the various ways we can be deliberate about improving inclusion on our campus. This group generated ideas and recommendations to embed diversity and inclusion in everything we do, including ways to work with Center for Teaching and the Common Read program to focus on culturally inclusive instruction and culturally inclusive curriculum. We then held a number of ATD events to further support equity and inclusion on our campus and developed a diversity plan that was submitted to the CSCU system office.
In addition to the various events held this year, we also embarked on developing a campus-wide climate survey. The results of that survey highlighted several areas of focus as we move forward together. Notably, the campus community expressed the need for open dialogue across the college. In response to your valuable comments, I implemented the CEO Coffee Hours to open dialogue and allow for us to have time together and talk about our climate, concerns, and feelings. These events were so well received that we held a total of 4 open dialogue events just this year. My goal is to hold many more!

These are just a few examples, but please know that I will always be responsive to the needs of all members the college community. Together we are a strong community and I feel blessed to lead such a passionate group of caring professionals. You all are what makes MCC so wonderful, and you continue to inspire me every day!

I look forward to what the future holds as we continue to grow.

As always, please feel free to reach out to me anytime. I enjoy hearing from you.

Kindly,
Nicole


Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*

CSCU 10/26/21 POSITION 000457
ESPOSITO 1/7/22 HEARING - 000633

*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**CSCU 10/26/21 POSITION 000458**
**ESPOSITO 1/7/22 HEARING - 000634**

CSCU 10/26/21 POSITION 000459
ESPOSITO 1/7/22 HEARING - 000635

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, June 30, 2021 6:02 PM |
| **To:** | MA-Allpoints |
| **Cc:** | Jordan-Reilly, Michael |
| **Subject:** | Diversity and Inclusion |

Dear MCC Community,

As you may have seen, various media outlets recently reported that the CSCU system office director of equal employment opportunity investigated a claim relating to the racial and equity climate on the MCC campus over the past two decades, and issued findings relating to events that occurred under previous MCC leadership suggesting that over the past 20 years MCC has experienced challenges related to diversity and specifically in regard to race and gender.

I am writing to assure you that the college, and my current leadership team, are dedicated to finding and continuously pursuing opportunities to improve our climate of equity and inclusion, including issues relating to race and gender. As part of our continuing efforts to address these important issues, after full discussions with the leadership team, I intend to move forward with engaging outside consultants to address concerns relating to the racial climate at MCC, and will also coordinate an independent racial climate survey for MCC – both of which were recommendations in the recent report. These measures are consistent with our objective of enhancing our learning and working environments for all at MCC.

In addition, I want to take this opportunity to share just a few examples of what—despite this challenging year-- we have already accomplished to support this ongoing valuable work:

First and foremost, as an institution, our definition of diversity and inclusion extends to everyone in the community, regardless of race, gender, age, faith, ethnicity, or ability. It has been a challenging year, but we have focused efforts and energy on building on work previously accomplished that brought to light areas for improvement. Together, we have brought to light areas for improvement in our search process and strengthened staffing and faculty targets to ensure a more diverse work force at the college. As you know, search committees are charged with EEOC targets relevant to each search and must do their best to meet these targets. In addition, all employees are required to complete training in equity and inclusion. More recently, the college implemented several events spotlighting diversity and inclusion issues, most notably the virtual Black Lives Matter event last October that included nationally recognized speakers in diversity work. Mr. Jesse Ross has been a powerful voice and advocate for Black and African American citizens after the death of George Floyd and graciously accepted our invitation to speak. Also invited was Dr. John Selders, dean of students at Trinity College, as he is also a local leader in diversity and inclusion work. MCC also organized an ad hoc group of MCC professionals at the beginning of the academic year to brainstorm the various ways we can be deliberate about improving inclusion on our campus. This group generated ideas and recommendations to embed diversity and inclusion in everything we do, including ways to work with Center for Teaching and the Common Read program to focus on culturally inclusive instruction and culturally inclusive curriculum. We then held a number of ATD events to further support equity and inclusion on our campus and developed a diversity plan that was submitted to the CSCU system office.

1

CSCU 10/26/21 POSITION 000460
ESPOSITO 1/7/22 HEARING - 000636

In addition to the various events held this year, we also embarked on developing a campus-wide climate survey. The results of that survey highlighted several areas of focus as we move forward together. Notably, the campus community expressed the need for open dialogue across the college. In response to your valuable comments, I implemented the CEO Coffee Hours to open dialogue and allow for us to have time together and talk about our climate, concerns, and feelings. These events were so well received that we held a total of 4 open dialogue events just this year. My goal is to hold many more!

These are just a few examples, but please know that I will always be responsive to the needs of all members the college community. Together we are a strong community and I feel blessed to lead such a passionate group of caring professionals. You all are what makes MCC so wonderful, and you continue to inspire me every day!

I look forward to what the future holds as we continue to grow.

As always, please feel free to reach out to me anytime. I enjoy hearing from you.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

CSCU 10/26/21 POSITION 000461
ESPOSITO 1/7/22 HEARING - 000637

Exhibit S

CSCU 10/26/21 POSITION 000462
ESPOSITO 1/7/22 HEARING - 000638

CSCU 10/26/21 POSITION 000463
ESPOSITO 1/7/22 HEARING - 000639

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Carolina, Kimberly B |
| **Sent:** | Friday, March 19, 2021 3:44 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Walsh, Shannon M |
| **Subject:** | FW: Update and Concern |

Good Afternoon Andy,

Shannon and I met with Nicole today. As an FYI for you, below is the email that I sent to Nicole to briefly document what we discussed at our meeting today.

Many thanks,
Kim

**From:** Carolina, Kimberly B
**Sent:** Friday, March 19, 2021 3:01 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Walsh, Shannon M <SWalsh@commnet.edu>
**Subject:** RE: Update and Concern

Good Afternoon Nicole,

Many thanks for taking the time to meet with Shannon and myself this afternoon to address the safety concerns you raised in the email below. At today's meeting, we discussed the threat assessment process and what that would entail should you decide to pursue that option. You informed us that you did not wish to proceed with the threat assessment process at this time.

As discussed, should you decide that you would like to engage in the threat assessment process as we discussed, please let Shannon and myself know.

Thanks again and have good weekend.
Kim

Kimberly Carolina
CSCU Regional HR Manager – Capital East
860-343-5757

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, March 3, 2021 12:53 PM
**To:** D'Agostino, Nicholas <NDAgostino@commnet.edu>; Carolina, Kimberly B <KCarolina@commnet.edu>; Walsh, Shannon M <SWalsh@commnet.edu>
**Subject:** Update and Concern

Hello Nick, Kim and Shannon,

1

CSCU 10/26/21 POSITION 000464
ESPOSITO 1/7/22 HEARING - 000640

I am writing you today to ask if your fact finding investigation has concluded with ███████████ I was questioned at length regarding her accusations and I provided you with 14 different email threads that clearly confirmed the accuracy of my statements. Unfortunately, I have not heard back from HR (Nick or Kim) regarding the outcome, but I have also not been provided anything in writing to date. If you have completed this investigation, I would like to request a copy of the findings for my records.

To add, given the lengthy pattern of maladaptive behavior and concerning conduct presented by ███████████ I am beginning to grow concerned about my own safety. While I understand that her claim of discrimination was against the institution (As I was not in my role, or even in the state of CT at the time) it appears that this might, in fact, be another attempt at a misguided personal attack on me. She has acted out aggressively in previous mediations and I have a serious concern as I watch this continue to escalate. As you all know, my area of expertise is Psychology and I practiced in the field for many years. Several years ago, ████ asked me to provide her a recommendation for a Psychologist in the area that can administer her a Neuropsychological evaluation due to her family expressing concerns over her "aggression/mood and unusual behavior". I did not inquire further, but did provide her a referral to Hartford Psychological Services in Hartford, CT. ████ shared that she did go in for testing and she seemed to be very angry about whatever the results were. Again, I never asked or inquired and, of course, I have no idea what the results of her testing were. However, I noticed a drastic change in her conduct and behavior directed toward me since that time and this is when the pattern of harassment started (a pattern of harassing behavior by ███████████ was documented by Human Resources and I am still in possession of their findings).
I left MCC for about a year to serve as an administrator in MA, and as you know, ████ filed a "claim" against the institution, and me personally, on June 26th which was shortly after the announcement of the CEO selections.....but was 10 days prior to my return to the CT to begin my role as CEO. This is why I am concerned that ████ might be targeting me personally again, rather than this being a claim against the institution (which was still under the leadership of Tanya Millner and Tuesday Cooper for several years before my return).

As I am experiencing this unfold, I am growing concerned about my safety, and safety of the MCC community, due to the following variables: 1) Her pervasive pattern of harassment 2) Her pattern of aggression and attempts to intimidate others 3) her reporting to me that her family was noticing a cognitive decline, aggression, and pattern of unusual behavior (which is what prompted her to ask me for a referral for a neuropsychological evaluation a few years ago).

As I have expressed all along, I bear no ill will toward ████ and will continue to treat her with compassion and empathy. With that being said, I want it to be on your radar that I am concerned about safety given her pattern of behavior that continues to escalate.

Best,
Nicole


Nicole Esposito, Ed.D
Chief Executive Officer
She, her, hers

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

2

**CSCU 10/26/21 POSITION 000465**
**ESPOSITO 1/7/22 HEARING - 000641**

Exhibit T

**CSCU 10/26/21 POSITION 000466**
**ESPOSITO 1/7/22 HEARING - 000642**

## Weaver, Ernestine Y

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 1:52 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Steinmetz III, Robert R; Bonilla, Sofia; Weaver, Ernestine Y |
| **Subject:** | Re: FOIA teahcing request - MCC.xlsx |

Andy,
I sent this back to your staff on March 12th at 2:39pm. Please let me know if you need me to send this again.

-Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS


**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:10:29 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** FOIA teahcing request - MCC.xlsx

Nicole,

We need your <u>urgent</u> response to K & L on the non-Bu members excel tab. It is central to potential grievances and/or charges we may get resulting from this information request. If you don't know the provide that response but the field cannot be left blank.

1

CSCU 10/26/21 POSITION 000468
ESPOSITO 1/7/22 HEARING - 000644

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 1:53 PM |
| **To:** | Kripp, Andrew; Steinmetz III, Robert R; Weaver, Ernestine Y; Bonilla, Sofia |
| **Subject:** | Fwd: Union information request |
| **Attachments:** | FIOA teahcing request_MCC.xlsx |

Here it is again....

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, March 12, 2021 2:39:33 PM
**To:** Bonilla, Sofia <SBonilla@commnet.edu>
**Subject:** Fwd: Union information request

This is what I received from our HR generalist and we also confirmed that neither my dual Dean of AA and SA or my Associate Dean of Faculty are teaching either.

Thanks,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Wednesday, February 24, 2021 3:04:29 PM

1

CSCU 10/26/21 POSITION 000470
ESPOSITO 1/7/22 HEARING - 000646

**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Good afternoon,

Thank you all for confirming no outside teaching at a location than a college campus excluding online from fall 2019 through present.

Attached is the partial completed spreadsheet:
- The 1st tab (Non BU Instructors off campus) is completed.
- The 2nd tab (Courses taught by Non BU on campus) is incomplete and need to be completed by the academic division. Therefore, Columns C, K and L requires input from department chair/dean and/or academic associate.
- Additionally, I was unable to locate the spring 2021 PTL Seniority List to verify who was on the PTL seniority list. The fall final 2020 PTL list showed Tuesday Cooper on the list.

Please let me know if I can be of further assistance. If not, please complete the spreadsheet with the required academic information and forward to Andy Kripp by March 1st.

Thank you.

Patricia

**From:** Salman, Fatma <FSalman@mcc.commnet.edu>
**Sent:** Tuesday, February 16, 2021 12:17 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** Re: Union information request

I am not teaching at MCC nor at any of system CCs. However I teach at CCSU fall and spring.

Fatma

**Fatma Salman, PhD**
Interim Dean of Academic and Student Affairs
Manchester Community College
Great Path, M.S. #15, P.O. Box 1046
Manchester, CT 06045-1046
Office: SSC L202
Phone: 860.512.2602
Email: fsalman@mcc.commnet.edu

On Feb 16, 2021, at 11:35 AM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:

Thank you Patricia. Very helpful!
I am not teaching at all this semester. Mary Lou and Fatma are not teaching at MCC (I believe)

Nicole Esposito, Ed.D

Chief Executive Officer

2

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Tuesday, February 16, 2021 11:33:50 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Nicole, you're welcome!

I'll reach out to find out about outside teaching and enter it on the spreadsheet.

Please confirm to let me know you all are not teaching off campus other than a college on the semesters
where your name is listed.

Thanks,
Patricia

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, February 16, 2021 10:37 AM
**To:** Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** Re: Union information request

Thank you Patricia,
I think this is a good starting point.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

3

CSCU 10/26/21 POSITION 000472
ESPOSITO 1/7/22 HEARING - 000648

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Tuesday, February 16, 2021 10:29:08 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Good morning Nicole,

Thank you for bringing this to my awareness – I was not aware of this request.

I don't know how much info I can provide because PTL contracts were issued by the academic division. However, I can reach out to MCC managers to inquire if he/she taught any course off campus other than a college.

HR shared services in collaboration with academic affairs issued the spring 2021 PTL contracts – there were no PTL contracts issued to non BU MCC staff.

To start, below are MCC's non BU members during the requested periods:

**Fall 2019:**
Sofia Bonilla – no teaching off campus or on campus
Karyn Case
Tuesday Cooper
Debi Freund
Peter Harris
Patricia Lindo – no teaching off campus or on campus
Jim McDowell
Tanya Millner
Pam Mitchell

**Spring 2020**
Sofia Bonilla – no teaching off campus or on campus
Karyn Case
Tuesday Cooper
Debi Freund
Peter Harris – retired 3/1/20
Patricia Lindo – no teaching off campus or on campus
Jim McDowell
Tanya Millner
Pam Mitchell
Mary Lou Vredenburg

**Fall 2020**
Karyn Case
Nicole Esposito
Marilyn Haney
Jim McDowell
Pam Mitchell
Mick Pigott

4

CSCU 10/26/21 POSITION 000473
ESPOSITO 1/7/22 HEARING - 000649

Fatma Salman
Mary Lou Vredenburg

<u>Spring 2021</u>
Karyn Case
Nicole Esposito
Marilyn Haney
Jim McDowell
Pam Mitchell
Mick Pigott
Tom Reynolds
Fatma Salman
Mary Lou Vredenburg

Thanks,
Patricia

**Sent:** Tuesday, February 16, 2021 9:06 AM
**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** Fwd: Union information request

Good morning,
There was some discussion about this among the CEO's, but it look like the original request
remains. We will need to compile the list.
Patricia, I think it makes sense for HR to be looped in here. I am not sure why Andy would
request that academic Deans pull this list together. It seems as though HR would be a better
starting place.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, February 9, 2021 11:22:12 AM
**To:** Brown, William T <WBrown@gwcc.commnet.edu>; Coach, Michelle A
<MCoach@acc.commnet.edu>; DeVonish, Cheryl C <CDeVonish@ncc.commnet.edu>; Dresdner, Lisa
<LDresdner@nvcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole C
<NEsposito@mcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen

CSCU 10/26/21 POSITION 000474
ESPOSITO 1/7/22 HEARING - 000650

<MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Reome, Darryl <DReome@txcc.commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Smith, Dwayne <DSmith@hcc.commnet.edu>
**Cc:** Mazza, Diane <DMazza@commnet.edu>; Lombella, James P <JLombella@commnet.edu>; Coley, Thomas G <TColey@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Union information request

All,

We have received an information request for the data on courses taught by non-bargaining unit members from the Community College 4C's and AFT. Copy of the request attached above. Please work with your Deans as needed using the attached excel sheet.

The request covers courses taught by non-bargaining unit members at off campus locations and courses taught by non-bargaining unit members on our campuses that students received credit for at your college.

Please be sure to complete both tabs on the spreadsheet and consolidate the information from each of your Deans in to a single sheet for each tab for your campus.

Please return your completed excel sheet to me by March 1, 2021 to ensure we can provide timely response to the request as required by law.


Andrew J. Kripp
Vice President Human Resources, CSCU

Email: AKripp@commnet.edu
Office: (860) 723 0604
Cell: (860) 372 6054

CSCU 10/26/21 POSITION 000475
ESPOSITO 1/7/22 HEARING - 000651

# Courses taught by Non Bargaining unit members on Campus

| Manchester CC | | | |
|---|---|---|---|
| Insert rows as needed be sure to report thru and including Spring 2021 | Course Name | Course Number | # of Credits |
| fall 2019 | First Year Experience, IDS 101 | | |
| spring 2020 | Criminal Law II | | 3 |
| | First Year Experience, IDS 101 | | 3 |
| Fall 2020 | First Year Experience, IDS 101 | | 3 |
| Spring 2021 | NONE | | |

**Name of non-bargaining unit member that taught course**

| First name | Last name |
|---|---|
| Pamela | Mitchell |

| | |
|---|---|
| Tuesday | Cooper |
| Pamela | Mitchell |

| | |
|---|---|
| Pamela | Mitchell |

| Is this person on any  Community College PTL seniority list Yes/No. If yes which Campus | Job title | Location employed |
|---|---|---|
| No | Associate Dean of Academics | MCC |
| Yes | | |
| No | Interim Academic Dean | MCC |
| | Associate Dean of Academics | MCC |
| No | Associate Dean of Academics | MCC |

| Were they compensated by the college | Was this course first offered to member on the PLT seniority list | Why was the non bargaining unit member selected to teach this course |
|---|---|---|
| Yes | | |
| Yes | | |
| | | |
| Yes | | |

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 2:25 PM |
| **To:** | Bonilla, Sofia; Kripp, Andrew; Steinmetz III, Robert R; Weaver, Ernestine Y |
| **Subject:** | RE: Union information request |

Hi Sofia,
I am looking back at that document to see what you are referring to...however, I am not able to answer these questions. This is something that HR would typically be asked to provide to me. To add, it's the department chairs and Program Coordinators that do the selection and hiring of all adjunct faculty (and full time employees being hired as adjuncts). I will add the HR Generalist (Patricia Lindo) to this email as she might be able to include this information. However, truthfully, I am not sure how to confirm the info in sections K&L on this spreadsheet.

-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Bonilla, Sofia <SBonilla@commnet.edu>
**Sent:** Tuesday, March 23, 2021 2:01 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: Union information request

Hi Nicole,

I did get the spreadsheet you provided, however in reviewing Andy noticed that there are no responses to column K & L on the non-Bu members excel tab.

Fields cannot be left blank.

*Sofia*

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:53 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>
**Subject:** Fwd: Union information request

1

CSCU 10/26/21 POSITION 000480
ESPOSITO 1/7/22 HEARING - 000656

Here It Is again....

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, March 12, 2021 2:39:33 PM
**To:** Bonilla, Sofia <SBonilla@commnet.edu>
**Subject:** Fwd: Union information request

This is what I received from our HR generalist and we also confirmed that neither my dual Dean of AA and SA or my Associate Dean of Faculty are teaching either.

Thanks,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Wednesday, February 24, 2021 3:04:29 PM
**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Good afternoon,

Thank you all for confirming no outside teaching at a location than a college campus excluding online from fall 2019 through present.

Attached is the partial completed spreadsheet:

2

CSCU 10/26/21 POSITION 000481
ESPOSITO 1/7/22 HEARING - 000657

- The 1st tab (Non BU instructors off campus) is completed.
- The 2nd tab (Courses taught by Non BU on campus) is incomplete and need to be completed by the academic division. Therefore, Columns C, K and L requires input from department chair/dean and/or academic associate.
- Additionally, I was unable to locate the spring 2021 PTL Seniority List to verify who was on the PTL seniority list. The fall final 2020 PTL list showed Tuesday Cooper on the list.

Please let me know if I can be of further assistance.  If not, please complete the spreadsheet with the required academic information and forward to Andy Kripp by March 1st.

Thank you.

Patricia

**From:** Salman, Fatma <FSalman@mcc.commnet.edu>
**Sent:** Tuesday, February 16, 2021 12:17 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** Re: Union information request

I am not teaching at MCC nor at any of system CCs. However I teach at CCSU fall and spring.

Fatma

**Fatma Salman, PhD**
Interim Dean of Academic and Student Affairs
Manchester Community College
Great Path, M.S. #15, P.O. Box 1046
Manchester, CT 06045-1046
Office: SSC L202
Phone: 860.512.2602
Email: fsalman@mcc.commnet.edu

On Feb 16, 2021, at 11:35 AM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:

Thank you Patricia. Very helpful!
I am not teaching at all this semester. Mary Lou and Fatma are not teaching at MCC (I believe)

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

3

CSCU 10/26/21 POSITION 000482
ESPOSITO 1/7/22 HEARING - 000658

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Tuesday, February 16, 2021 11:33:50 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Nicole, you're welcome!

I'll reach out to find out about outside teaching and enter it on the spreadsheet.

Please confirm to let me know you all are not teaching off campus other than a college on the semesters
where your name is listed.

Thanks,
Patricia


**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, February 16, 2021 10:37 AM
**To:** Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** Re: Union information request

Thank you Patricia,
I think this is a good starting point.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS


**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Tuesday, February 16, 2021 10:29:08 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** RE: Union information request

Good morning Nicole,

4

Thank you for bringing this to my awareness – I was not aware of this request.

I don't know how much info I can provide because PTL contracts were issued by the academic division. However, I can reach out to MCC managers to inquire if he/she taught any course off campus other than a college.

HR shared services in collaboration with academic affairs issued the spring 2021 PTL contracts – there were no PTL contracts issued to non BU MCC staff.

To start, below are MCC's non BU members during the requested periods:

**Fall 2019**:
Sofia Bonilla – no teaching off campus or on campus
Karyn Case
Tuesday Cooper
Debi Freund
Peter Harris
Patricia Lindo – no teaching off campus or on campus
Jim McDowell
Tanya Millner
Pam Mitchell

**Spring 2020**
Sofia Bonilla – no teaching off campus or on campus
Karyn Case
Tuesday Cooper
Debi Freund
Peter Harris – retired 3/1/20
Patricia Lindo – no teaching off campus or on campus
Jim McDowell
Tanya Millner
Pam Mitchell
Mary Lou Vredenburg

**Fall 2020**
Karyn Case
Nicole Esposito
Marilyn Haney
Jim McDowell
Pam Mitchell
Mick Pigott
Fatma Salman
Mary Lou Vredenburg

**Spring 2021**
Karyn Case
Nicole Esposito
Marilyn Haney
Jim McDowell
Pam Mitchell
Mick Pigott

5

Tom Reynolds
Fatma Salman
Mary Lou Vredenburg

Thanks,
Patricia

**Sent:** Tuesday, February 16, 2021 9:06 AM
**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** Fwd: Union information request

Good morning,
There was some discussion about this among the CEO's, but it look like the original request
remains. We will need to compile the list.
Patricia, I think it makes sense for HR to be looped in here. I am not sure why Andy would
request that academic Deans pull this list together. It seems as though HR would be a better
starting place.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, February 9, 2021 11:22:12 AM
**To:** Brown, William T <WBrown@gwcc.commnet.edu>; Coach, Michelle A
<MCoach@acc.commnet.edu>; DeVonish, Cheryl C <CDeVonish@ncc.commnet.edu>; Dresdner, Lisa
<LDresdner@nvcc.commnet.edu>; Ellis, Rose R <REllis@gvcc.commnet.edu>; Esposito, Nicole C
<NEsposito@mcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Jukoski, Mary Ellen
<MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Reome, Darryl
<DReome@txcc.commnet.edu>; Rooke, Michael A <MRooke@nwcc.commnet.edu>; Smith, Dwayne
<DSmith@hcc.commnet.edu>
**Cc:** Mazza, Diane <DMazza@commnet.edu>; Lombella, James P <JLombella@commnet.edu>; Coley,
Thomas G <TColey@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia
<SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Union information request

All,

CSCU 10/26/21 POSITION 000485
ESPOSITO 1/7/22 HEARING - 000661

We have received an information request for the data on courses taught by non-bargaining unit members from the Community College 4C's and AFT. Copy of the request attached above. Please work with your Deans as needed using the attached excel sheet.

The request covers courses taught by non-bargaining unit members at off campus locations and courses taught by non-bargaining unit members on our campuses that students received credit for at your college.

Please be sure to complete both tabs on the spreadsheet and consolidate the information from each of your Deans in to a single sheet for each tab for your campus.

Please return your completed excel sheet to me by March 1, 2021 to ensure we can provide timely response to the request as required by law.

Andrew J. Kripp
Vice President Human Resources, CSCU

Email: AKripp@commnet.edu
Office: (860) 723 0604
Cell: (860) 372 6054

7

CSCU 10/26/21 POSITION 000486
ESPOSITO 1/7/22 HEARING - 000662

CSCU 10/26/21 POSITION 000487
ESPOSITO 1/7/22 HEARING - 000663

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 3:48 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Steinmetz III, Robert R; Bonilla, Sofia; Weaver, Ernestine Y |
| **Subject:** | RE: FOIA teahcing request - MCC.xlsx |

Andy,

Now that we have connected via Teams, it is clear that at MCC this is a confirmation that needs to come directly from Department Chairs. They are the individuals that do the hiring for part time adjuncts. At MCC, the Dean does receive a seniority list, but my HR Generalist confirmed that we do not track information confirming that every Department Chair did, in fact, exhaust the seniority list prior to hiring.

As for your question regarding Dual Enrollment....As I mentioned when we spoke, each college does have a different model for this and we do have a High School Partnership program, but this is not connected to union because this is an agreement through our co-op department with local area high schools (not connected to adjunct pool or professors at MCC etc...). With that being said, I am told this is not currently happening anyway due to the pandemic.

Just as a side note and to help with these questions in the future, the CEO's office doesn't typically have access to this lower level of detail on a campus the size of MCC. These are questions we would typically ask HR to work though on our campus. They would track down the information by reaching out to the individuals directly involved. I understand that on much smaller campuses everything might be all managed (loosely) under the CEO's office, but at MCC (with so many employees and departments etc...) it does operate a bit differently.

I will send another email to track down who was running each department during the time that Tuesday Cooper and Pam Mitchell were teaching and ask them to confirm that they exhausted the PTL seniority list and let them know this is a question/request from HR (in case they inquire further they can reach out to HR directly).

Best,
-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 2:22 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: FOIA teahcing request - MCC.xlsx
**Importance:** High

The version you just resent does not have the required information on K&L as requested below.

CSCU 10/26/21 POSITION 000488
ESPOSITO 1/7/22 HEARING - 000664

Please review the request below and provide the missing information as soon as possible.

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:52 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Re: FOIA teahcing request - MCC.xlsx

Andy,
I sent this back to your staff on March 12th at 2:39pm. Please let me know if you need me to send this again.

-Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

---

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:10:29 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** FOIA teahcing request - MCC.xlsx

Nicole,

We need your **urgent** response to K & L on the non-Bu members excel tab. It is central to potential grievances and/or charges we may get resulting from this information request. If you don't know the provide that response but the field cannot be left blank.

2

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 4:42 PM |
| **To:** | Kripp, Andrew |
| **Cc:** | Steinmetz III, Robert R; Bonilla, Sofia; Weaver, Ernestine Y; Delloiacono, Dean |
| **Subject:** | RE: FOIA teahcing request - MCC.xlsx |

Yes, this helps clarify the request and I did connect to Patricia Lindo (the HRG) about the DC and PC process of exhausting the seniority list.
As for the additional question...when we spoke I understood that you were referring to high school partnerships only (which we discussed briefly), but based on your written question below, the answer is a bit more complicated. I am going to need to reach out to my Co-op Director and Associate Dean of Workforce to have them gather this information for HRSS.

Best,
Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 4:22 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>; Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** RE: FOIA teahcing request - MCC.xlsx
**Importance:** High

Nicole,

Thanks for the response and I look forward to the clarification re Tuesday Copper and Pam Mitchel. Given there are only two individual involved this should not be too burdensome.

In future please work with your HRG to ensure Department Heads understand the obligation to exhaust the PTL list of qualified candidates prior to any position to teach classes on campus being offered to a non-bargaining unit member.

I do need to ensure you understand the second request and I understand your response. To that end please review the conditions below and provide me a response as requested:

There are no classes **for the semesters noted** in the request:

1

CSCU 10/26/21 POSITION 000490
ESPOSITO 1/7/22 HEARING - 000666

- not taught on your campus **and**
- that are eligible for credit at your college simply taking the class and receiving a satisfactory grade **and**
- that are taught by individuals that are not members of the Union at your campus

Separately from the above, you have no MOAs with any high schools in you're area to teach courses thru their staff and at their high school that receive credit at your institution simply by taking the class and receiving a satisfactory grade?

Are all the answers to the conditions noted above Yes?

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 3:48 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: FOIA teahcing request - MCC.xlsx

Andy,
Now that we have connected via Teams, it is clear that at MCC this is a confirmation that needs to come directly from Department Chairs. They are the individuals that do the hiring for part time adjuncts. At MCC, the Dean does receive a seniority list, but my HR Generalist confirmed that we do not track information confirming that every Department Chair did, in fact, exhaust the seniority list prior to hiring.
As for your question regarding Dual Enrollment....As I mentioned when we spoke, each college does have a different model for this and we do have a High School Partnership program, but this is not connected back to union because this is an agreement through our co-op department with local area high schools (not connected to adjunct pool or professors at MCC etc...). With that being said, I am told this is not currently happening anyway due to the pandemic.
Just as a side note and to help with these questions in the future, the CEO's office doesn't typically have access to this lower level of detail on a campus the size of MCC. These are questions we would typically ask HR to work though on our campus. They would track down the information by reaching out to the individuals directly involved. I understand that on much smaller campuses everything might be all managed (loosely) under the CEO's office, but at MCC (with so many employees and departments etc...) it does operate a bit differently.
I will send another email to track down who was running each department during the time that Tuesday Cooper and Pam Mitchell were teaching and ask them to confirm that they exhausted the PTL seniority list and let them know this is a question/request from HR (in case they inquire further they can reach out to HR directly).

Best,
-Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 2:22 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>

2

**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** RE: FOIA teahcing request - MCC.xlsx
**Importance:** High

The version you just resent does not have the required information on K&L as requested below.

Please review the request below and provide the missing information as soon as possible.

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:52 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Re: FOIA teahcing request - MCC.xlsx

Andy,
I sent this back to your staff on March 12th at 2:39pm. Please let me know if you need me to send this again.

-Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 1:10:29 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** FOIA teahcing request - MCC.xlsx

Nicole,

We need your **urgent** response to K & L on the non-Bu members excel tab. It is central to potential grievances and/or charges we may get resulting from this information request. If you don't know the provide that response but the field cannot be left blank.

3

CSCU 10/26/21 POSITION 000492
ESPOSITO 1/7/22 HEARING - 000668

CSCU 10/26/21 POSITION 000493
ESPOSITO 1/7/22 HEARING - 000669

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 5:26 PM |
| **To:** | Kripp, Andrew; Steinmetz III, Robert R; Bonilla, Sofia; Lindo, Patricia O; Weaver, Ernestine Y |
| **Subject:** | Fwd: Info needed... |

Here are the details from our director of Co-op. As you can see, it's a bit more complicated and this is why is was difficult to answer the question with just a "yes or no" earlier. However, if I understand the intent of your question, Bob has confirmed what I shared earlier today.
Now I will wait to hear back from Mick to confirm this for the entire workforce areas and all of his PTL's as well.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Henderson, Robert A <RHenderson@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:04 PM
**To:** Esposito, Nicole C
**Subject:** Re: Info needed...

Hi Nicole:

Through the College Career Pathways program, we have several courses articulated at service area high schools. These courses are taught by the high school teachers, employees of the public school districts, after receiving professional development and orientation from MCC staff. The courses are articulated to match our curriculum. Students who successfully complete the courses taught at the high school can receive both high school and MCC credit.

I am a little unclear about how the questions below are phrased, but the general answer seems to be that we do have classes that are not taught on our campus; that are eligible for credit at the college by completing the class and receiving a satisfactory grade; and that are taught by individuals that are not members of the Union at our campus. This is essentially the definition of dual enrollment. Similarly, we do have MOAs (called articulation agreements) with the public high schools in our service area to formalize these relationships.

1

David Nielsen recently asked me for information on all the courses we have currently articulated and the database of the high school teachers that have been certified by our faculty to teach these courses in the College Career Pathways program, and I provided that information to him.

Please let me know if you need anything else.

Bob

**Robert Henderson**
Director of Cooperative Education
Manchester Community College
Great Path
Manchester, CT 06045-1046
860.512.3312
Fax: 860.512.3371
Student Info
Employer Info
College Career Pathways

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:46 PM
**To:** Henderson, Robert A <RHenderson@mcc.commnet.edu>; Pigott, Miquel G <MPigott@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>
**Subject:** Info needed...

Bob and Mick,

HR Shared Services (Andy) is asking that I answer the questions below....I did let them know we have the High School Partnership, but that you both would need to answer these questions in more detail. Please let me know the answers to these questions as soon as you can.

Thank you!!
-Nicole

I do need to ensure you understand the second request and I understand your response. To that end please review the conditions below and provide me a response as requested:

There are no classes **for the semesters noted** in the request:
- not taught on your campus **and**
- that are eligible for credit at your college simply taking the class and receiving a satisfactory grade **and**
- that are taught by individuals that are not members of the Union at your campus

Separately from the above, you have no MOAs with any high schools in you're area to teach courses thru their staff and at their high school that receive credit at your institution simply by taking the class and receiving a satisfactory grade?

Are all the answers to the conditions noted above Yes?

2

CSCU 10/26/21 POSITION 000495
ESPOSITO 1/7/22 HEARING - 000671

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
She, her, hers

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

3

CSCU 10/26/21 POSITION 000497
ESPOSITO 1/7/22 HEARING - 000673

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, March 23, 2021 6:36 PM |
| **To:** | Kripp, Andrew; Steinmetz III, Robert R; Bonilla, Sofia; Lindo, Patricia O; Weaver, Ernestine Y |
| **Cc:** | Delloiacono, Dean |
| **Subject:** | Re: Info needed... |

No worries Andy,
As the information rolls in from the faculty/dept chairs and workforce leadership, it will be added to your spreadsheet.


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

---

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:58:51 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Cc:** Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** RE: Info needed...

Nicole,

As the other campuses have done I need you to provide the detail requested for these classes in the tab provided.

These classes meet the criteria we laid out in the original request the other campuses were able to provide. They also fall into the scope of the information the union asked for and is entitled to in the FOI request.

I look forward to your prompt reply so we can ensure a timely response to the FIO from the Union.

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:26 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Fwd: Info needed...

CSCU 10/26/21 POSITION 000498
ESPOSITO 1/7/22 HEARING - 000674

Here are the details from our director of Co-op. As you can see, it's a bit more complicated and this is why is was difficult to answer the question with just a "yes or no" earlier. However, if I understand the intent of your question, Bob has confirmed what I shared earlier today.
Now I will wait to hear back from Mick to confirm this for the entire workforce areas and all of his PTL's as well.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Henderson, Robert A <RHenderson@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:04 PM
**To:** Esposito, Nicole C
**Subject:** Re: Info needed...

Hi Nicole:

Through the College Career Pathways program, we have several courses articulated at service area high schools.  These courses are taught by the high school teachers, employees of the public school districts, after receiving professional development and orientation from MCC staff.  The courses are articulated to match our curriculum.  Students who successfully complete the courses taught at the high school can receive both high school and MCC credit.

I am a little unclear about how the questions below are phrased, but the general answer seems to be that we do have classes that are not taught on our campus; that are eligible for credit at the college by completing the class and receiving a satisfactory grade; and that are taught by individuals that are not members of the Union at our campus. This is essentially the definition of dual enrollment.  Similarly, we do have MOAs (called articulation agreements) with the public high schools in our service area to formalize these relationships.

David Nielsen recently asked me for information on all the courses we have currently articulated and the database of the high school teachers that have been certified by our faculty to teach these courses in the College Career Pathways program, and I provided that information to him.

Please let me know if you need anything else.

Bob

2

**Robert Henderson**
Director of Cooperative Education
Manchester Community College
Great Path
Manchester, CT 06045-1046
860.512.3312
Fax: 860.512.3371
Student Info
Employer Info
College Career Pathways

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:46 PM
**To:** Henderson, Robert A <RHenderson@mcc.commnet.edu>; Pigott, Miquel G <MPigott@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>
**Subject:** Info needed...

Bob and Mick,

HR Shared Services (Andy) is asking that I answer the questions below....I did let them know we have the High School Partnership, but that you both would need to answer these questions in more detail. Please let me know the answers to these questions as soon as you can.

Thank you!!
-Nicole

I do need to ensure you understand the second request and I understand your response. To that end please review the conditions below and provide me a response as requested:

There are no classes **for the semesters noted** in the request:
- not taught on your campus **and**
- that are eligible for credit at your college simply taking the class and receiving a satisfactory grade **and**
- that are taught by individuals that are not members of the Union at your campus

Separately from the above, you have no MOAs with any high schools in you're area to teach courses thru their staff and at their high school that receive credit at your institution simply by taking the class and receiving a satisfactory grade?

Are all the answers to the conditions noted above Yes?

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

3

CSCU 10/26/21 POSITION 000500
ESPOSITO 1/7/22 HEARING - 000676

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

4

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, March 24, 2021 1:33 PM |
| **To:** | Kripp, Andrew; Steinmetz III, Robert R; Bonilla, Sofia; Lindo, Patricia O; Weaver, Ernestine Y |
| **Cc:** | Delloiacono, Dean |
| **Subject:** | RE: Info needed... |
| **Attachments:** | Copy of FOIA teaching request - MCC.xlsx |

Andy,

Now that my staff understand what you are looking for, they have been able to put all of the high school teachers names into this document for you. I assume you already know that these individuals are not our employees, and are not part of our union.

On another note* and as I mentioned already, the issue of the non-BU leadership that taught on my campus (under the previous CEO and administration) raises other issues that I am not sure if you are aware of. I have asked the Department Chairs to confirm that they exhausted the PTL seniority list before giving the courses to **Tuesday Cooper and Pam Mitchell**...both of these individuals were (or still are) administrators at MCC and there was some lawsuit (?) or investigation into this prior to my return. **Katy Kleis is the Dept Chair for Criminal Justice and Samantha Gonzales was the individual overseeing FYE.** I directly asked them both to confirm and I have not received a response from Katy yet (perhaps she is seeking union advisement now given the very recent investigation) and Samantha has requested to meet with me to discuss this tomorrow...she stated "this was a complicated situation and I want to speak to you about it".

Again, my intention is certainly not to make this complicated at all. However, I hope providing you this information helps you understand my comment yesterday that I am not sure if I can simply say "yes or no" to those questions.

I will meet with Samantha tomorrow and try to follow up with Katy Kleis again to see if she can confirm. In the meantime, our HRG has pulled what we have so far together for you.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 7:04 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>

CSCU 10/26/21 POSITION 000502
ESPOSITO 1/7/22 HEARING - 000678

**Cc:** Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** RE: Info needed...

So we are clear - Here is this is the information we need, sharing from the Gateway response:

## Courses taught outside of a Community College Campus that received Con

| Campus | | | |
|---|---|---|---|
| Insert rows as needed be sure to report thru and including Spring 2021 | Course Name | Course Number | # of Cr |
| Fall 2019 | Auto. Systems & Shop Practices | AUT 132 | |
| | Auto. Systems & Shop Practices | AUT 132 | |
| | Intro. To Hospitality | HSP 101 | |
| | Intro. To Hospitality | HSP 101 | |
| | Principles of Baking I | HSP 103 | |
| | Auto. Systems & Shop Practices | AUT 132 | |
| | Power Plant | AUT 130 | |
| | Electric/Electrical Systems | AUT 134 | |
| | Steering and Suspension | AUT 136 | |
| | Brakes/Braking Systems | AUT 138 | |
| | Investigations in Health Care | HLT 103 | |
| | Elem. Algebra Foundations | MAT 095 | |
| | Auto. Systems & Shop Practices | AUT 132 | |
| | Steering and Suspension | AUT 136 | |
| | Brakes/Braking Systems | AUT 138 | |
| | Intro. To Hospitality | HSP 101 | |
| | Principles of Baking I | HSP 103 | |
| | Investigations in Health Care | HLT 103 | |
| | Intro. To Medical Terminology | HIM 101 | |
| | Auto. Systems & Shop Practices | AUT 132 | |
| | Electric/Electrical Systems | AUT 134 | |
| | Power Plant | AUT 130 | |
| | Steering and Suspension | AUT 136 | |
| | Brakes/Braking Systems | AUT 138 | |
| | Technical Drafting | ARC 133 | |
| | Computer Appls./Technology | CET 116 | |
| | Intro. To Early Childhood Ed. | ECE 101 | |
| | Intro. To Hospitality | HSP 101 | |
| | Principles of Baking I | HSP 103 | |
| | Child Growth & Development | PSY 122 | |
| | Elem. Algebra Foundations | MAT 095 | |
| | Intro. To Hospitality | HSP 101 | |
| | Principles of Baking I | HSP 103 | |
| | Intro. To Hospitality | HSP 101 | |
| | Intro. To Early Childhood Ed. | ECE 101 | |
| | CDA Credential Prep. I | ECE 180 | |

2

| Course | Code |
|---|---|
| Child Growth & Development | PSY 122 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Auto. Systems & Shop Practices | AUT 132 |
| Elem. Algebra Foundations | MAT 095 |
| Auto. Systems & Shop Practices | AUT 132 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Investigations in Health Care | HLT 103 |
| Intro. To Hospitality | HSP 101 |
| Investigations in Health Care | HLT 103 |
| Elem. Algebra Foundations | MAT 095 |
| Intro. To Hospitality | HSP 101 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Brakes/Braking Systems | AUT 138 |
| Elem. Algebra Found.w/pre-Algebra | MAT 085 |
| Intro. Reading,Writ. Schol. | ENG 066 |
| Intro. Reading,Writ. Schol. | ENG 066 |
| Technical Drafting | ARC 133 |
| Computer Appls./Technology | CET 116 |

**Spring 2020**

| Course | Code |
|---|---|
| Auto. Systems & Shop Practices | AUT 132 |
| Auto. Systems & Shop Practices | AUT 132 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Auto. Systems & Shop Practices | AUT 132 |
| Principles of Baking I | HSP 103 |
| Auto. Systems & Shop Practices | AUT 132 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Investigations in Health Care | HLT 103 |
| Intermediate Algebra | MAT 137 |
| Auto. Systems & Shop Practices | AUT 132 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Investigations in Health Care | HLT 103 |
| Intro. To Medical Terminology | HIM 101 |
| Auto. Systems & Shop Practices | AUT 132 |
| Electric/Electrical Systems | AUT 134 |
| Power Plant | AUT 130 |

3

| | | |
|---|---|---|
| | Steering and Suspension | AUT 136 |
| | Brakes/Braking Systems | AUT 138 |
| | Intro. To Early Childhood Ed. | ECE 101 |
| | Intro. To Hospitality | HSP 101 |
| | Principles of Baking I | HSP 103 |
| | Child Growth & Development | PSY 122 |
| | Intermediate Algebra | MAT 137 |
| | Investigations in Health Care | HLT 103 |
| | Intro. To Medical Terminology | HIM 101 |
| | Intro. To Hospitality | HSP 101 |
| | Principles of Baking I | HSP 103 |
| | Intro. To Hospitality | HSP 101 |
| | Intro. To Medical Terminology | HIM 101 |
| | Investigations in Health Care | HLT 103 |
| | Intro. To Early Childhood Ed. | ECE 101 |
| | CDA Credential Prep. I | ECE 180 |
| | Child Growth & Development | PSY 122 |
| | Intro. To Hospitality | HSP 101 |
| | Intermediate Algebra | MAT 137 |
| | Auto. Systems & Shop Practices | AUT 132 |
| | Power Plant | AUT 130 |
| | Electric/Electrical Systems | AUT 134 |
| | Steering and Suspension | AUT 136 |
| | Brakes/Braking Systems | AUT 138 |
| | Investigations in Health Care | HLT 103 |
| | Intro. To Hospitality | HSP 101 |
| | Intro. To Early Childhood Ed. | ECE 101 |
| | Intermediate Algebra | MAT 137 |
| | Intro. To Hospitality | HSP 101 |
| | Power Plant | AUT 130 |
| | Electric/Electrical Systems | AUT 134 |
| | Brakes/Braking Systems | AUT 138 |
| Fall 2020 | Auto. Systems & Shop Practices | AUT 132 |
| | Auto. Systems & Shop Practices | AUT 132 |
| | Intro. To Hospitality | HSP 101 |
| | Principles of Baking I | HSP 103 |
| | Auto. Systems & Shop Practices | AUT 132 |
| | Power Plant | AUT 130 |
| | Electric/Electrical Systems | AUT 134 |
| | Steering and Suspension | AUT 136 |
| | Brakes/Braking Systems | AUT 138 |
| | Elem. Algebra Found.w/pre-Algebra | MAT 085 |
| | Elem. Algebra Found.w/pre-Algebra | MAT 085 |
| | Investigations in Health Care | HLT 103 |
| | Intro. To Medical Terminology | HIM 101 |
| | Elem. Algebra Foundations | MAT 095 |
| | Intro. To Hospitality | HSP 101 |

4

| | |
|---|---|
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Intro. To Medical Terminology | HIM 101 |
| Auto. Systems & Shop Practices | AUT 132 |
| Electric/Electrical Systems | AUT 134 |
| Power Plant | AUT 130 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Intro. To Early Childhood Ed. | ECE 101 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Child Growth & Development | PSY 122 |
| Elementary Algebra Found. | MAT 095 |
| Technical Drafting | ARC 133 |
| Computer Appls./Technology | CET 116 |
| Technical Drafting | ARC 133 |
| Computer Appls./Technology | CET 116 |
| Computer Aided Manuf. | MFG 108 |
| General Psychology | PSY 111 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Intro. To Hospitality | HSP 101 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Intro. To Early Childhood Ed. | ECE 101 |
| CDA Credential Prep. I | ECE 180 |
| Child Growth & Development | PSY 122 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Elem. Algebra Foundations | MAT 095 |
| Auto. Systems & Shop Practices | AUT 132 |
| Steering and Suspension | AUT 136 |
| Investigations in Health Care | HLT 103 |
| Investigations in Health Care | HLT 103 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Brakes/Braking Systems | AUT 138 |
| Auto. Systems & Shop Practices | AUT 132 |
| Steering and Suspension | AUT 136 |

**Spring 2021**

| | |
|---|---|
| Auto. Systems & Shop Practices | AUT 132 |
| Auto. Systems & Shop Practices | AUT 132 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Intro. To Hospitality | HSP 101 |

5

CSCU 10/26/21 POSITION 000506
ESPOSITO 1/7/22 HEARING - 000682

| | |
|---|---|
| Principles of Baking I | HSP 103 |
| Auto. Systems & Shop Practices | AUT 132 |
| Auto. Systems & Shop Practices | AUT 132 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Investigations in Health Care | HLT 103 |
| Intro. To Medical Terminology | HIM 101 |
| Intermediate Algebra | MAT 137 |
| Intro. To Hospitality | HSP 101 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Intro. To Medical Terminology | HIM 101 |
| Auto. Systems & Shop Practices | AUT 132 |
| Electric/Electrical Systems | AUT 134 |
| Power Plant | AUT 130 |
| Steering and Suspension | AUT 136 |
| Brakes/Braking Systems | AUT 138 |
| Intro. To Early Childhood Ed. | ECE 101 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Child Growth & Development | PSY 122 |
| Intermediate Algebra | MAT 137 |
| Manufacturing Processes | MFG 102 |
| Adv. Computer Aided Manuf. | MFG 204 |
| General Psychology | PSY 111 |
| Investigations in Health Care | HLT 103 |
| Intro. To Medical Terminology | HIM 101 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Intro. To Hospitality | HSP 101 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Intro. To Medical Terminology | HIM 101 |
| Investigations in Health Care | HLT 103 |
| Intro. To Early Childhood Ed. | ECE 101 |
| CDA Credential Prep. I | ECE 180 |
| Child Growth & Development | PSY 122 |
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Auto. Systems & Shop Practices | AUT 132 |
| Intermediate Algebra | MAT 137 |
| Auto. Systems & Shop Practices | AUT 132 |
| Steering and Suspension | AUT 136 |
| Investigations in Health Care | HLT 103 |
| Intro. To Early Childhood Ed. | ECE 101 |

6

CSCU 10/26/21 POSITION 000507
ESPOSITO 1/7/22 HEARING - 000683

| | |
|---|---|
| Intro. To Hospitality | HSP 101 |
| Principles of Baking I | HSP 103 |
| Power Plant | AUT 130 |
| Electric/Electrical Systems | AUT 134 |
| Brakes/Braking Systems | AUT 138 |
| Auto. Systems & Shop Practices | AUT 132 |
| Steering and Suspension | AUT 136 |

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 6:36 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Cc:** Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** Re: Info needed...

No worries Andy,
As the information rolls in from the faculty/dept chairs and workforce leadership, it will be added to your spreadsheet.


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS


**From:** Kripp, Andrew <AKripp@commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:58:51 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Cc:** Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** RE: Info needed...

Nicole,

As the other campuses have done I need you to provide the detail requested for these classes in the tab provided.

These classes meet the criteria we laid out in the original request the other campuses were able to provide. They also fall into the scope of the information the union asked for and is entitled to in the FOI request.

I look forward to your prompt reply so we can ensure a timely response to the FIO from the Union.

7

CSCU 10/26/21 POSITION 000508
ESPOSITO 1/7/22 HEARING - 000684

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:26 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Fwd: Info needed...

Here are the details from our director of Co-op. As you can see, it's a bit more complicated and this is why is was difficult to answer the question with just a "yes or no" earlier. However, if I understand the intent of your question, Bob has confirmed what I shared earlier today.
Now I will wait to hear back from Mick to confirm this for the entire workforce areas and all of his PTL's as well.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Henderson, Robert A <RHenderson@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:04 PM
**To:** Esposito, Nicole C
**Subject:** Re: Info needed...

Hi Nicole:

Through the College Career Pathways program, we have several courses articulated at service area high schools. These courses are taught by the high school teachers, employees of the public school districts, after receiving professional development and orientation from MCC staff. The courses are articulated to match our curriculum. Students who successfully complete the courses taught at the high school can receive both high school and MCC credit.

I am a little unclear about how the questions below are phrased, but the general answer seems to be that we do have classes that are not taught on our campus; that are eligible for credit at the college by completing the class and receiving a satisfactory grade; and that are taught by individuals that are not members of the Union at our campus. This is essentially the definition of dual enrollment. Similarly, we do have MOAs (called articulation agreements) with the public high schools in our service area to formalize these relationships.

CSCU 10/26/21 POSITION 000509
ESPOSITO 1/7/22 HEARING - 000685

David Nielsen recently asked me for information on all the courses we have currently articulated and the database of the high school teachers that have been certified by our faculty to teach these courses in the College Career Pathways program, and I provided that information to him.

Please let me know if you need anything else.

Bob


**Robert Henderson**

Director of Cooperative Education

Manchester Community College

Great Path

Manchester, CT 06045-1046

860.512.3312

Fax: 860.512.3371

Student Info

Employer Info

College Career Pathways


---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 5:46 PM
**To:** Henderson, Robert A <RHenderson@mcc.commnet.edu>; Pigott, Miquel G <MPigott@mcc.commnet.edu>
**Cc:** Salman, Fatma <FSalman@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>
**Subject:** Info needed...

Bob and Mick,

HR Shared Services (Andy) is asking that I answer the questions below....I did let them know we have the High School Partnership, but that you both would need to answer these questions in more detail. Please let me know the answers to these questions as soon as you can.

Thank you!!
-Nicole


I do need to ensure you understand the second request and I understand your response. To that end please review the conditions below and provide me a response as requested:

9

CSCU 10/26/21 POSITION 000510
ESPOSITO 1/7/22 HEARING - 000686

Case 3:21-cv-01149-SRU   Document 64-4   Filed 03/10/22   Page 512 of 685

There are no classes **for the semesters noted** in the request:
- not taught on your campus **and**
- that are eligible for credit at your college simply taking the class and receiving a satisfactory grade **and**
- that are taught by individuals that are not members of the Union at your campus

Separately from the above, you have no MOAs with any high schools in you're area to teach courses thru their staff and at their high school that receive credit at your institution simply by taking the class and receiving a satisfactory grade?

Are all the answers to the conditions noted above Yes?

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

10

CSCU 10/26/21 POSITION 000511
ESPOSITO 1/7/22 HEARING - 000687

# Courses taught outside of a Community College Campus that

| Manchester CC | | |
|---|---|---|
| Insert rows as needed be sure to report thru and including Spring 2021 | Course Name | Course Number |
| Fall 2019 | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 116 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |
| | Human Biology | BIO 115 |

CSCU 10/26/21 POSITION 000512

ESPOSITO 1/7/22 HEARING - 000688

| | |
|---|---|
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Immunity and Human Disease | BIO 120 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| TV Production | COM 141 |
| TV Production | COM 141 |
| TV Production | COM 141 |

CSCU 10/26/21 POSITION 000513
ESPOSITO 1/7/22 HEARING - 000689

| | |
|---|---|
| TV Production | COM 141 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Web Design and Development | CST 150 |
| Web Design and Development | CST 150 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |

CSCU 10/26/21 POSITION 000514
ESPOSITO 1/7/22 HEARING - 000690

| | |
|---|---|
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |

| | |
|---|---|
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |

**Spring 2020**

| | |
|---|---|
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 116 |

| | |
|---|---|
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Accounting | ACC 115 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Human Biology | BIO 115 |
| Immunity and Human Disease | BIO 120 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |

CSCU 10/26/21 POSITION 000517

ESPOSITO 1/7/22 HEARING - 000693

| | |
|---|---|
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 1 | BOT 111 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Keyboarding for Info Pro 2 | BOT 112 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to CAD | CAD 110 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Introduction to Criminal Justice | CJS 101 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| Video Filmaking | COM 166 |
| TV Production | COM 141 |
| TV Production | COM 141 |
| TV Production | COM 141 |
| TV Production | COM 141 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |

| | |
|---|---|
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Public Speaking | COM 173 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Web Design and Development | CST 150 |
| Web Design and Development | CST 150 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Introduction to Early Childhood Development | ECE 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Composition | ENG 101 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |
| Investigations in Health Careers | HLT 103 |

| | |
|---|---|
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Food Prep | HSP 101 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Principles of Baking 1 | HSP 103 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |

| | |
|---|---|
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Intermediate Algebra | MAT 138 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Quantitative Literacy | MAT 109 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |
| Introductory Physics | PHY 110 |

| | | |
|---|---|---|
| Fall 2020 | Financial Accouting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |

| | | |
|---|---|---|
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals I | BOT 111 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Keyboarding for Information Professionals II | BOT 112 |
| | Computer Aided Drafting | CAD 110 |
| | Introduction to Software Applications | CSA 105 |
| | Introduction to Software Applications | CSA 105 |
| | Introduction to Software Applications | CSA 105 |
| | Introduction to Software Applications | CSA 105 |
| | Introduction to Computers | CSC 101 |
| | Introduction to Computers | CSC 101 |
| | Engineering Drawing Interpretations | EGR 112 |
| Spring 2021 | Financial Accouting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Accounting | ACC 115 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |
| | Financial Literacy | BFN 111 |

| | |
|---|---|
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Financial Literacy | BFN 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals I | BOT 111 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Keyboarding for Information Professionals II | BOT 112 |
| Computer Aided Drafting | CAD 110 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Software Applications | CSA 105 |
| Introduction to Computers | CSC 101 |
| Introduction to Computers | CSC 101 |
| Engineering Drawing Interpretations | EGR 112 |

# received Community College Credit

Name of none bargaining unit member that taught course

| #of Credits | First Name | Last Name | Is this person on any Community College PTL seniority list Yes/No? If so, which campus? |
|---|---|---|---|
| 4 | Carolyn | Titelbaum | No |
| 4 | Victoria | Flynn | No |
| 4 | Jeremy | LaPointe | No |
| 4 | Kelly | Rondeau | No |
| 4 | Carol | Godzyk-Synnott | No |
| 4 | Theresa | Graziola | No |
| 4 | Raymond | Perry | No |
| 4 | Janet | Giola | No |
| 4 | Mari-Jo | Scandura | No |
| 4 | Timothy | Landry | No |
| 4 | Charles | Martucci | No |
| 3 | Victoria | Flynn | No |
| 3 | Theresa | Graziola | No |
| 3 | Charles | Martucci | No |
| 3 | Janet | Giola | No |
| 3 | Kelly | Rondeau | No |
| 3 | Raymond | Perry | No |
| 3 | Mari-Jo | Scandura | No |
| 3 | Carolyn | Titelbaum | No |
| 3 | David | Jedidian | No |
| 3 | James | Abbott | No |
| 3 | Naysha | Cruz | No |
| 3 | David | Hodge | No |
| 3 | Robert | Nimmo | No |
| 3 | Karen | Penn | No |
| 3 | Michelle | Rivera | No |
| 3 | Samantha | Schadtle* | No |
| 3 | Paul | Smith | No |
| 3 | Nancy | Schweityer | No |
| 3 | Katharine | Chambers | No |
| 3 | Brendan | Walsh | No |
| 3 | Jennifer | Murdock-Sherman | No |
| 4 | Matthew | Allegretti | No |
| 4 | Daniel | Bugnacki | No |
| 4 | Tamara | Cohen | No |
| 4 | Thomas | Demko | No |
| 4 | Liahna | Gonda-King | No |
| 4 | Kathleen | Greene | No |
| 4 | Judith | Hamel | No |
| 4 | Jeffrey | Labasi | No |

| | | |
|---|---|---|
| 4 Stephen | Struble | No |
| 4 Whitney | Thurrott | No |
| 4 Gregory | Tutolo | No |
| 4 Jill | Williams | No |
| 4 George | Wine | No |
| 4 Daniel | Bugnacki | No |
| 3 Mary | Brandt-White | No |
| 3 Lynne | Bridge | No |
| 3 Laura | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Nancy | Schweitzer | No |
| 3 Mari-Jo | Scandura | No |
| 3 Raymond | Perry | No |
| 3 Janet | Giola | No |
| 3 Carol | Godzyk-Synnott | No |
| 3 Lynne | Bridge | No |
| 3 Laura | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Nancy | Schweitzer | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Katharine | Chambers | No |
| 3 Jacqueline | Wetherell | No |
| 3 Mari-Jo | Scandura | No |
| 3 Elia | Antunes | No |
| 3 John | Buxton | No |
| 3 Philip | Gatcomb | No |
| 3 Frederick | Huhn | No |
| 3 Edward | Knoeckel | No |
| 3 Beth | Penney | No |
| 3 Carla | Anderson | No |
| 3 Ryan | Jones | No |
| 3 A. J. | LaPlant | No |
| 3 Dave | Maloney | No |
| 3 Michael | Rambone | No |
| 3 Armand | Saccomanno | No |
| 3 Chelsea | Schonvisky | No |
| 3 Alicia | Lynn | No |
| 3 Phil | Rockey | No |
| 3 Eric | Larson | No |
| 3 Paul | Bancroft | No |
| 3 Holly | Constantine | No |
| 3 William | Plein | No |
| 3 Bryan | Wright | No |
| 3 Phil | Rockey | No |
| 3 Eric | Larson | No |
| 3 Paul | Bancroft | No |

| | | |
|---|---|---|
| 3 Bryan | Wright | No |
| 3 William | Balsewicz | No |
| 3 Andrea | Barton | No |
| 3 Katharine | Chambers | No |
| 3 Margaret | Clifton | No |
| 3 Kris | Coffey | No |
| 3 Angelina | Dale | No |
| 3 Christine | Kendall | No |
| 3 Meredith | Kirkpatrick | No |
| 3 Mary Rose | Meade | No |
| 3 Cynthia | Russell-Williams | No |
| 3 Kevin | Simpson | No |
| 3 Jennifer | Tierney | No |
| 3 Elizabeth | Wright | No |
| 3 Sarah | Forte | No |
| 3 Nicole | Milewski | No |
| 3 Jacqueline | Wetherell | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Mary | Brandt-White | No |
| 3 Kelly | Rondeau | No |
| 3 Charles | Martucci | No |
| 3 Raymond | Perry | No |
| 3 Jeremy | Lapointe | No |
| 3 Victoria | Flynn | No |
| 3 Janet | Giola | No |
| 3 Raymond | Cambell | No |
| 3 Beth | Penney | No |
| 3 Robert | Nimmo | No |
| 3 Jeremy | LaPointe | No |
| 3 Phil | Rockey | No |
| 3 Nancy | Schweitzer | No |
| 3 Anne | Crème | No |
| 3 Melissa | Doherty | No |
| 3 Janine | Elliott | No |
| 3 Patricia | Goff | No |
| 3 Katherine | Morrone | No |
| 3 Wendy | Scott* | No |
| 3 Diane | Szeber | No |
| 3 Janice | Uerz* | No |
| 3 Ann | Wolff | No |
| 3 Martha | Aborn-Paribello | No |
| 3 Anthony | Bianca III | No |
| 3 Kelly | Cecchini | No |
| 3 Jillian | Dobosz | No |
| 3 Liza | Escott | No |
| 3 Amanda | Flachsbart | No |

| | | |
|---|---|---|
| 3 Sarah | Forte | No |
| 3 Julianna | Lyons | No |
| 3 Nicole | Milewski | No |
| 3 Emma | Rossi | No |
| 3 Regan | Rowley | No |
| 3 Angelina | Dale | No |
| 3 Mary Rose | Meade | No |
| 3 Jennifer | DeDominicis | No |
| 3 Cynthia | Dee | No |
| 3 Jennifer | Kasek | No |
| 3 Kathleen | Greene | No |
| 3 Carolyn | Anderson | No |
| 3 Alison | Bush | No |
| 3 Sandra | Cimino | No |
| 3 Lauren | DeBlois | No |
| 3 Marian | Gingras | No |
| 3 Jennifer | Murdock-Sherman | No |
| 3 Scott | Pestka | No |
| 3 Kathleen | Taranto | No |
| 3 Lindsy | Gay | No |
| 3 Lori | Gilmore | No |
| 3 Beth | Daitch | No |
| 3 Janice | Uerz | No |
| 3 Anne | Creme | No |
| 3 Jessie | DeMarco | No |
| 3 Lindsy | Gay | No |
| 3 Lori | Gilmore | No |
| 3 Jennifer | Murdock-Sherman | No |
| 3 Lauren | DeBlois | No |
| 3 Alison | Bush | No |
| 3 Wendy | Scott | No |
| 3 Kimberly | Steinbach | No |
| 3 Adam | Apicella | No |
| 3 Allyson | Hand | No |
| 3 Thomas | Dziekan | No |
| 3 Amie | O'Brien | No |
| 3 Ashley | Ruegg | No |
| 3 Karolyn | Andrews | No |
| 3 Jenae | Beauchamp | No |
| 3 Nicole | Beauchamp | No |
| 3 Kara | Bergeron | No |
| 3 Kelly | Blaisdell | No |
| 3 Andrew | Brindisi | No |
| 3 Carla | Brown | No |
| 3 Alexandra | Bustillos | No |

CSCU 10/26/21 POSITION 000527
ESPOSITO 1/7/22 HEARING - 000703

| | | |
|---|---|---|
| 3 Alison | Carlson (Chase) | No |
| 3 Daniel | Cormier | No |
| 3 Rebecca | Correale | No |
| 3 Mariamma | Devassy-Schwob | No |
| 3 Joseph | Donovan | No |
| 3 Laura | DuBois | No |
| 3 Matt | Eppler | No |
| 3 Kirsten | Erlandsen | No |
| 3 Jennifer | Faenza | No |
| 3 Amy | Farrell | No |
| 3 Giselle | Garcia | No |
| 3 Virginia | Jacoby | No |
| 3 Ruth | Leary | No |
| 3 Lisa | Lyon-Visny | No |
| 3 Sue | Mazzonna | No |
| 3 Catherine | Mazzotta | No |
| 3 Maureen | McNally | No |
| 3 Renee | Midford | No |
| 3 Gisselle | Murillo | No |
| 3 Brian | Murray | No |
| 3 Beverley | Netter | No |
| 3 Joshua | Raap | No |
| 3 Maureen | Ringrose | No |
| 3 Nancy | Roberts | No |
| 3 Emily | Robinson | No |
| 3 Adrianne | Satin | No |
| 3 Margaret | Shea | No |
| 3 D'Andre | Sims | No |
| 3 Cara | Singer | No |
| 3 Michelle | Swanson | No |
| 3 Nancy | Wimer | No |
| 3 Miroslaw | Klapyk | No |
| 3 Kaitlyn | Anderson | No |
| 3 Thomas | Dziekan | No |
| 3 Amie | O'Brien | No |
| 3 Ashley | Ruegg | No |
| 4 Robert | Dee | No |
| 4 David | Ennis | No |
| 4 Kurtis | Kiser | No |
| 4 Miroslaw | Klapyk | No |
| 4 Joseph | Maselli | No |
| 4 Robert | McAndrew | No |
| | | |
| 4 Carolyn | Titelbaum | No |
| 4 Victoria | Flynn | No |
| 4 Jeremy | LaPointe | No |
| 4 Kelly | Rondeau | No |

CSCU 10/26/21 POSITION 000528
ESPOSITO 1/7/22 HEARING - 000704

| | | |
|---|---|---|
| 4 Carol | Godzyk-Synnott | No |
| 4 Theresa | Graziola | No |
| 4 Raymond | Perry | No |
| 4 Janet | Giola | No |
| 4 Mari-Jo | Scandura | No |
| 4 Timothy | Landry | No |
| 4 Charles | Martucci | No |
| 3 Victoria | Flynn | No |
| 3 Theresa | Graziola | No |
| 3 Charles | Martucci | No |
| 3 Janet | Giola | No |
| 3 Kelly | Rondeau | No |
| 3 Raymond | Perry | No |
| 3 Mari-Jo | Scandura | No |
| 3 Carolyn | Titelbaum | No |
| 3 David | Jedidian | No |
| 3 James | Abbott | No |
| 3 Naysha | Cruz | No |
| 3 David | Hodge | No |
| 3 Robert | Nimmo | No |
| 3 Karen | Penn | No |
| 3 Michelle | Rivera | No |
| 3 Samantha | Schadtle* | No |
| 3 Paul | Smith | No |
| 3 Nancy | Schweityer | No |
| 3 Katharine | Chambers | No |
| 3 Brendan | Walsh | No |
| 3 Jennifer | Murdock-Sherman | No |
| 4 Matthew | Allegretti | No |
| 4 Daniel | Bugnacki | No |
| 4 Tamara | Cohen | No |
| 4 Thomas | Demko | No |
| 4 Liahna | Gonda-King | No |
| 4 Kathleen | Greene | No |
| 4 Judith | Hamel | No |
| 4 Jeffrey | Labasi | No |
| 4 Stephen | Struble | No |
| 4 Whitney | Thurrott | No |
| 4 Gregory | Tutolo | No |
| 4 Jill | Williams | No |
| 4 George | Wine | No |
| 4 Daniel | Bugnacki | No |
| 3 Mary | Brandt-White | No |
| 3 Lynne | Bridge | No |
| 3 Laura | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Nancy | Schweitzer | No |

| | | |
|---|---|---|
| 3 Mari-Jo | Scandura | No |
| 3 Raymond | Perry | No |
| 3 Janet | Giola | No |
| 3 Carol | Godzyk-Synnott | No |
| 3 Lynne | Bridge | No |
| 3 Laura | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Nancy | Schweitzer | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Katharine | Chambers | No |
| 3 Jacqueline | Wetherell | No |
| 3 Mari-Jo | Scandura | No |
| 3 Elia | Antunes | No |
| 3 John | Buxton | No |
| 3 Philip | Gatcomb | No |
| 3 Frederick | Huhn | No |
| 3 Edward | Knoeckel | No |
| 3 Beth | Penney | No |
| 3 Carla | Anderson | No |
| 3 Ryan | Jones | No |
| 3 A. J. | LaPlant | No |
| 3 Dave | Maloney | No |
| 3 Michael | Rambone | No |
| 3 Armand | Saccomanno | No |
| 3 Chelsea | Schonvisky | No |
| 3 Alicia | Lynn | No |
| 3 Phil | Rockey | No |
| 3 Eric | Larson | No |
| 3 Paul | Bancroft | No |
| 3 Holly | Constantine | No |
| 3 William | Plein | No |
| 3 Bryan | Wright | No |
| 3 Phil | Rockey | No |
| 3 Eric | Larson | No |
| 3 Paul | Bancroft | No |
| 3 Bryan | Wright | No |
| 3 William | Balsewicz | No |
| 3 Andrea | Barton | No |
| 3 Katharine | Chambers | No |
| 3 Margaret | Clifton | No |
| 3 Kris | Coffey | No |
| 3 Angelina | Dale | No |
| 3 Christine | Kendall | No |
| 3 Meredith | Kirkpatrick | No |
| 3 Mary Rose | Meade | No |
| 3 Cynthia | Russell-Williams | No |

| | | |
|---|---|---|
| 3 Kevin | Simpson | No |
| 3 Jennifer | Tierney | No |
| 3 Elizabeth | Wright | No |
| 3 Sarah | Forte | No |
| 3 Nicole | Milewski | No |
| 3 Jacqueline | Wetherell | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Mary | Brandt-White | No |
| 3 Kelly | Rondeau | No |
| 3 Charles | Martucci | No |
| 3 Raymond | Perry | No |
| 3 Jeremy | Lapointe | No |
| 3 Victoria | Flynn | No |
| 3 Janet | Giola | No |
| 3 Raymond | Cambell | No |
| 3 Beth | Penney | No |
| 3 Robert | Nimmo | No |
| 3 Jeremy | LaPointe | No |
| 3 Phil | Rockey | No |
| 3 Nancy | Schweitzer | No |
| 3 Anne | Crème | No |
| 3 Melissa | Doherty | No |
| 3 Janine | Elliott | No |
| 3 Patricia | Goff | No |
| 3 Katherine | Morrone | No |
| 3 Wendy | Scott* | No |
| 3 Diane | Szeber | No |
| 3 Janice | Uerz* | No |
| 3 Ann | Wolff | No |
| 3 Martha | Aborn-Paribello | No |
| 3 Anthony | Bianca III | No |
| 3 Kelly | Cecchini | No |
| 3 Jillian | Dobosz | No |
| 3 Liza | Escott | No |
| 3 Amanda | Flachsbart | No |
| 3 Sarah | Forte | No |
| 3 Julianna | Lyons | No |
| 3 Nicole | Milewski | No |
| 3 Emma | Rossi | No |
| 3 Regan | Rowley | No |
| 3 Angelina | Dale | No |
| 3 Mary Rose | Meade | No |
| 3 Jennifer | DeDominicis | No |
| 3 Cynthia | Dee | No |
| 3 Jennifer | Kasek | No |
| 3 Kathleen | Greene | No |

| | | |
|---|---|---|
| 3 Carolyn | Anderson | No |
| 3 Alison | Bush | No |
| 3 Sandra | Cimino | No |
| 3 Lauren | DeBlois | No |
| 3 Marian | Gingras | No |
| 3 Jennifer | Murdock-Sherman | No |
| 3 Scott | Pestka | No |
| 3 Kathleen | Taranto | No |
| 3 Lindsy | Gay | No |
| 3 Lori | Gilmore | No |
| 3 Beth | Daitch | No |
| 3 Janice | Uerz | No |
| 3 Anne | Creme | No |
| 3 Jessie | DeMarco | No |
| 3 Lindsy | Gay | No |
| 3 Lori | Gilmore | No |
| 3 Jennifer | Murdock-Sherman | No |
| 3 Lauren | DeBlois | No |
| 3 Alison | Bush | No |
| 3 Wendy | Scott | No |
| 3 Kimberly | Steinbach | No |
| 3 Adam | Apicella | No |
| 3 Allyson | Hand | No |
| 3 Thomas | Dziekan | No |
| 3 Amie | O'Brien | No |
| 3 Ashley | Ruegg | No |
| 3 Karolyn | Andrews | No |
| 3 Jenae | Beauchamp | No |
| 3 Nicole | Beauchamp | No |
| 3 Kara | Bergeron | No |
| 3 Kelly | Blaisdell | No |
| 3 Andrew | Brindisi | No |
| 3 Carla | Brown | No |
| 3 Alexandra | Bustillos | No |
| 3 Alison | Carlson (Chase) | No |
| 3 Daniel | Cormier | No |
| 3 Rebecca | Correale | No |
| 3 Mariamma | Devassy-Schwob | No |
| 3 Joseph | Donovan | No |
| 3 Laura | DuBois | No |
| 3 Matt | Eppler | No |
| 3 Kirsten | Erlandsen | No |
| 3 Jennifer | Faenza | No |
| 3 Amy | Farrell | No |
| 3 Giselle | Garcia | No |

CSCU 10/26/21 POSITION 000532
ESPOSITO 1/7/22 HEARING - 000708

| | | |
|---|---|---|
| 3 Virginia | Jacoby | No |
| 3 Ruth | Leary | No |
| 3 Lisa | Lyon-Visny | No |
| 3 Sue | Mazzonna | No |
| 3 Catherine | Mazzotta | No |
| 3 Maureen | McNally | No |
| 3 Renee | Midford | No |
| 3 Gisselle | Murillo | No |
| 3 Brian | Murray | No |
| 3 Beverley | Netter | No |
| 3 Joshua | Raap | No |
| 3 Maureen | Ringrose | No |
| 3 Nancy | Roberts | No |
| 3 Emily | Robinson | No |
| 3 Adrianne | Satin | No |
| 3 Margaret | Shea | No |
| 3 D'Andre | Sims | No |
| 3 Cara | Singer | No |
| 3 Michelle | Swanson | No |
| 3 Nancy | Wimer | No |
| 3 Miroslaw | Klapyk | No |
| 3 Kaitlyn | Anderson | No |
| 3 Thomas | Dziekan | No |
| 3 Amie | O'Brien | No |
| 3 Ashley | Ruegg | No |
| 4 Robert | Dee | No |
| 4 David | Ennis | No |
| 4 Kurtis | Kiser | No |
| 4 Miroslaw | Klapyk | No |
| 4 Joseph | Maselli | No |
| 4 Robert | McAndrew | No |
| 4 Carolyn | Titelbaum | No |
| 4 Victoria | Flynn | No |
| 4 Jeremy | LaPointe | No |
| 4 Kelly | Rondeau | No |
| 4 Carolyn | Godzyk-Synnott | No |
| 4 Theresa | Graziola | No |
| 4 Mari-Jo | Scandura | No |
| 4 Katherine | Chambers | No |
| 4 Timothy | Landry | No |
| 4 Charles | Martucci | No |
| 3 Carolyn | Titelbaum | No |
| 3 Victoria | Flynn | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Brendan | Walsh | No |

| | | |
|---|---|---|
| 3 Theresa | Graziola | No |
| 3 Michele | Rivera | No |
| 3 Nancy | Schweitzer | No |
| 3 Katherine | Chambers | No |
| 3 Samantha | Schadtle | No |
| 3 Charles | Martucci | No |
| 3 Robert | Nimmo | No |
| 3 Paul | Smith | No |
| 3 Laurie | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Janet | Giola | No |
| 3 Raymond | Perry | No |
| 3 Mary | Brandt-White | No |
| 3 Nancy | Schweitzer | No |
| 3 Laurie | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Janet | Giola | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Nancy | Schweitzer | No |
| 3 Katherine | Chambers | No |
| 3 Christopher | Casey | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Monica | Oquendo | No |
| | | |
| 4 Carolyn | Titelbaum | No |
| 4 Victoria | Flynn | No |
| 4 Jeremy | LaPointe | No |
| 4 Kelly | Rondeau | No |
| 4 Carolyn | Godzyk-Synnott | No |
| 4 Theresa | Graziola | No |
| 4 Mari-Jo | Scandura | No |
| 4 Katherine | Chambers | No |
| 4 Timothy | Landry | No |
| 4 Charles | Martucci | No |
| 3 Carolyn | Titelbaum | No |
| 3 Victoria | Flynn | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Brendan | Walsh | No |
| 3 Theresa | Graziola | No |
| 3 Michele | Rivera | No |

| | | |
|---|---|---|
| 3 Nancy | Schweitzer | No |
| 3 Katherine | Chambers | No |
| 3 Samantha | Schadtle | No |
| 3 Charles | Martucci | No |
| 3 Robert | Nimmo | No |
| 3 Paul | Smith | No |
| 3 James | Abbott | No |
| 3 Naysha | Cruz | No |
| 3 Ellen | Festi | No |
| 3 David | Hodge | No |
| 3 Laurie | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Janet | Giola | No |
| 3 Raymond | Perry | No |
| 3 Mary | Brandt-White | No |
| 3 Nancy | Schweitzer | No |
| 3 Laurie | Cannata | No |
| 3 Melissa | Edge | No |
| 3 Janet | Giola | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Nancy | Schweitzer | No |
| 3 Katherine | Chambers | No |
| 3 Christopher | Casey | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Edward | Knoeckel | No |
| 3 John | Buxton | No |
| 3 Jeremy | LaPointe | No |
| 3 Kelly | Rondeau | No |
| 3 Monica | Oquendo | No |

| Location course was taught Name, address | Were they compensated by the college? |
|---|---|
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E.O. Smith High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Coventry High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Bolton High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Manchester High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| Great Path Academy | No |
| Rockville High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Great Path Academy | No |
| RHAM High School | No |
| Coventry High School | No |
| Manchester High School | No |

CSCU 10/26/21 POSITION 000536
ESPOSITO 1/7/22 HEARING - 000712

| | |
|---|---|
| Glastonbury High School | No |
| Great Path Academy | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| Tolland High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| East Hartford High School | No |
| Tolland High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Manchester High School | No |
| RHAM High School | No |
| Manchester High School | No |
| Bolton High School | No |
| Howell Cheney Tech. | No |
| Coventry High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Tolland High School | No |
| Manchester High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| RHAM High School | No |
| E.O. Smith High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| South Windsor | No |
| Manchester High School | No |
| RHAM High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| RHAM High School | No |

| | |
|---|---|
| Rockville High School | No |
| Rockville High School | No |
| RHAM High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Tolland High School | No |
| Manchester High School | No |
| Coventry High School | No |
| Coventry High School | No |
| RHAM High School | No |
| East Hartford High School | No |
| Great Path Academy | No |
| Bolton High School | No |
| Coventry High School | No |
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| East Hartford High School | No |
| Tolland High School | No |
| Rockville High School | No |
| E. O. Smith High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Tolland High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| Bolton High School | No |
| RHAM High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| South Windsor High School | No |

CSCU 10/26/21 POSITION 000538
ESPOSITO 1/7/22 HEARING - 000714

| | |
|---|---|
| Manchester High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| Manchester High School | No |
| RHAM High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| RHAM High School | No |
| RHAM High School | No |
| Newington High School | No |
| Tolland High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| | No |
| Great Path Academy | |
| Newington High School | No |
| Windsor High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| E. O. Smith High School | |
| Manchester High School | |
| Manchester High School | |
| Manchester High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| | No |
| Great Path Academy | |
| Glastonbury High School | No |
| Newington High School | No |
| Bolton High School | No |
| South Windsor High School | No |
| Coventry High School | No |
| Coventry High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| E.O. Smith | No |
| South Windsor High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| E.O. Smith | No |
| Howell Cheney Tech. | No |

CSCU 10/26/21 POSITION 000539

ESPOSITO 1/7/22 HEARING - 000715

| | |
|---|---|
| Tolland High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| Rockville High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| RHAM High School | No |
| Coventry High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Tolland High School | No |
| Tolland High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| Tolland High School | No |
| Bolton High School | No |
| Manchester High School | No |
| Howell Cheney Tech. | No |
| Manchester High School | No |
| Great Path Academy | No |
| Rockville High School | No |
| Howell Cheney Tech. | No |
| Coventry High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| Coventry High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| Bolton High School | No |
| E. O. Smith High School | No |
| Bolton High School | No |
| South Windsor High School | No |
| | |
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E.O. Smith High School | No |

CSCU 10/26/21 POSITION 000540
ESPOSITO 1/7/22 HEARING - 000716

| | |
|---|---|
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Coventry High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Bolton High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Manchester High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| Great Path Academy | No |
| Rockville High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Great Path Academy | No |
| RHAM High School | No |
| Coventry High School | No |
| Manchester High School | No |
| Glastonbury High School | No |
| Great Path Academy | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| Tolland High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |

| | |
|---|---|
| Manchester High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| East Hartford High School | No |
| Tolland High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Manchester High School | No |
| RHAM High School | No |
| Manchester High School | No |
| Bolton High School | No |
| Howell Cheney Tech. | No |
| Coventry High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Tolland High School | No |
| Manchester High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| RHAM High School | No |
| E.O. Smith High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| South Windsor | No |
| Manchester High School | No |
| RHAM High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Rockville High School | No |
| RHAM High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Tolland High School | No |
| Manchester High School | No |
| Coventry High School | No |
| Coventry High School | No |
| RHAM High School | No |
| East Hartford High School | No |

| | |
|---|---|
| Great Path Academy | No |
| Bolton High School | No |
| Coventry High School | No |
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Howell Cheney Tech. | No |
| Howell Cheney Tech. | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| E. O. Smith High School | No |
| Coventry High School | No |
| Glastonbury High School | No |
| East Hartford High School | No |
| Tolland High School | No |
| Rockville High School | No |
| E. O. Smith High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Tolland High School | No |
| Rockville High School | No |
| Glastonbury High School | No |
| Bolton High School | No |
| RHAM High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| Rockville High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| Manchester High School | No |
| RHAM High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| RHAM High School | No |

| | |
|---|---|
| RHAM High School | No |
| Newington High School | No |
| Tolland High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| | No |
| Great Path Academy | |
| Newington High School | No |
| Windsor High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| E. O. Smith High School | |
| Manchester High School | |
| Manchester High School | |
| Manchester High School | No |
| East Hartford High School | No |
| Rockville High School | No |
| | No |
| Great Path Academy | |
| Glastonbury High School | No |
| Newington High School | No |
| Bolton High School | No |
| South Windsor High School | No |
| Coventry High School | No |
| Coventry High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| E.O. Smith | No |
| South Windsor High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| E.O. Smith | No |
| Howell Cheney Tech. | No |
| Tolland High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| Rockville High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| RHAM High School | No |
| Coventry High School | No |
| South Windsor High School | No |
| Manchester High School | No |

CSCU 10/26/21 POSITION 000544
ESPOSITO 1/7/22 HEARING - 000720

| | |
|---|---|
| RHAM High School | No |
| Tolland High School | No |
| Tolland High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| Tolland High School | No |
| Bolton High School | No |
| Manchester High School | No |
| Howell Cheney Tech. | No |
| Manchester High School | No |
| Great Path Academy | No |
| Rockville High School | No |
| Howell Cheney Tech. | No |
| Coventry High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| Manchester High School | No |
| South Windsor High School | No |
| Coventry High School | No |
| South Windsor High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| East Hartford High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| East Hartford High School | No |
| South Windsor High School | No |
| Bolton High School | No |
| E. O. Smith High School | No |
| Bolton High School | No |
| South Windsor High School | No |
| | |
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E.O. Smith High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |

| | |
|---|---|
| East Hartford High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Rockville High School | No |
| Rockville High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Howell Cheney Technical High School | No |
| Howell Cheney Technical High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| Howell Cheney Technical High School | No |
| Howell Cheney Technical High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| Manchester High School | No |
| | |
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E.O. Smith High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Bolton High School | No |
| Coventry High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| East Hartford High School | No |
| Manchester High School | No |

| | |
|---|---|
| Manchester High School | No |
| Manchester High School | No |
| RHAM High School | No |
| Rockville High School | No |
| Rockville High School | No |
| Rockville High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| South Windsor High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Glastonbury High School | No |
| Manchester High School | No |
| East Hartford High School | No |
| East Hartford High School | No |
| Glastonbury High School | No |
| Howell Cheney Technical High School | No |
| Howell Cheney Technical High School | No |
| Manchester High School | No |
| Manchester High School | No |
| Manchester High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| Howell Cheney Technical High School | No |
| Howell Cheney Technical High School | No |
| E. O. Smith High School | No |
| E. O. Smith High School | No |
| Manchester High School | No |

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Friday, April 2, 2021 10:13 AM |
| **To:** | Finley, Meghan |
| **Cc:** | 'Bob Reutenauer'; Kripp, Andrew; Weaver, Ernestine Y; Steinmetz III, Robert R; Bonilla, Sofia; Delloiacono, Dean |
| **Subject:** | Re: Request for info from Dr. Kleis |

Dear Meg,

I understand the concern and will pass this along to HRSS. As I mentioned previously, Mr. Kripp and his HR employees, requested this information. This was not a request from MCC management and I do not believe this was specific to MCC employees. It appears to have been a broader attempt to collect data/information.

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Finley, Meghan <MFinley@mcc.commnet.edu>
**Sent:** Friday, April 2, 2021 9:58:56 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** 'Bob Reutenauer' <bob@the4cs.org>
**Subject:** Request for info from Dr. Kleis

Dear Nicole,

On behalf of Associate Professor Kleis, I am informing you that Dr. Kleis has supplied the union with the information request in your 3/23/21 email regarding the Dean teaching a CJ course and whether the PTL list was exhausted prior to assigning the course. Dr. Kleis does not have to provide this information to management.

Thank you,

Meg

1

Meghan K. Finley, Ph.D.
Associate Professor
Chair, Department of Sociology
Co-Coordinator, General Education Assessment
Manchester Community College
Great Path, Room L278
Manchester, Connecticut 06040
860-512-2758
Mfinley@manchestercc.edu

"Education must not simply teach work – it must teach Life." – W. E. B. Du Bois

2

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, March 25, 2021 2:39 PM |
| **To:** | Kripp, Andrew; Weaver, Ernestine Y; Carolina, Kimberly B; Steinmetz III, Robert R; Lindo, Patricia O; Bonilla, Sofia |
| **Cc:** | Delloiacono, Dean |
| **Subject:** | FW: PTL Seniority List |

FYI....Kim, I believe this also addresses the question of why Pam Mitchell is not teaching this semester. However, I did not discuss that with Samantha, but I didn't know why Pam wasn't teaching until I spoke to her today about this unrelated inquiry that I was directed to ask.

Andy, now that I have this last piece of confirmation, I will add it to your spreadsheet. Thank you for your patience as this isn't as "simple" as we assume at times.

Best,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Esposito, Nicole C
**Sent:** Thursday, March 25, 2021 2:31 PM
**To:** Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>
**Subject:** RE: PTL Seniority List

Hi Samantha,
Thank you for connecting with me today and for your honesty. It is 100% clear to me that you have a full understanding of the process, specifically, the process of exhausting the PTL seniority list when staffing courses. It is also clear that your intent is/was to follow that process. However, I can understand why this particular circumstance was a challenge due to the directive you received by previous administration. I am sorry you had that experience and please feel free to reach out to me anytime.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*

1

CSCU 10/26/21 POSITION 000550
ESPOSITO 1/7/22 HEARING - 000726

*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>
**Sent:** Thursday, March 25, 2021 1:48 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: PTL Seniority List

Hi Nicole – thanks for reaching out! First Year Experience courses don't have a defined PTL list, per se, because the adjuncts usually teach in other departments.  I only have one person who has 18+ credits in FYE (that I'm aware of) and I do hire her every semester.  Otherwise, there are 3 other individuals who taught a few years back and I check every semester to make sure they have at least one course in their field of study.  With my shift to FT, there has also been less sections to offer the adjuncts.  However, I was directed by previous administrators to assign Pam a section of FYE online which prevented me from providing an opportunity for online teaching for myself or other adjuncts.  With even fewer sections this spring, I was only able to hire the adjunct with seniority as well as teach my two sections so Pam is not teaching this spring.

Please let me know if you need further information from me. Thanks!

Samantha

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 3:56 PM
**To:** Kleis, Kathryn M <KKleis@mcc.commnet.edu>; Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Cc:** Kripp, Andrew <AKripp@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** PTL Seniority List

Hello Katy and Samantha,
I have been asked to provide confirmation that you both exhausted the PTL seniority list when you hire adjuncts. Katy, they are referring to when you hired Tuesday Cooper for Criminal Law back in Spring 2020 and Samantha, they are inquiring about Pam Mitchell teaching FYE courses in Fall 2019, Spring 2020, and Fall 2020

I hope you are both doing well.

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046

2

P: 860-512-3103 | F: 860-512-3101

3

CSCU 10/26/21 POSITION 000552
ESPOSITO 1/7/22 HEARING - 000728

CSCU 10/26/21 POSITION 000553
ESPOSITO 1/7/22 HEARING - 000729

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, March 25, 2021 2:44 PM |
| **To:** | Kripp, Andrew; Weaver, Ernestine Y; Carolina, Kimberly B; Steinmetz III, Robert R; Lindo, Patricia O; Bonilla, Sofia |
| **Cc:** | Delloiacono, Dean |
| **Subject:** | RE: PTL Seniority List |
| **Attachments:** | Copy of FOIA teaching request - MCC.xlsx |

Here is the final draft.

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Esposito, Nicole C
**Sent:** Thursday, March 25, 2021 2:39 PM
**To:** Kripp, Andrew <AKripp@commnet.edu>; Weaver, Ernestine Y <EWeaver@commnet.edu>; Carolina, Kimberly B <KCarolina@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>
**Cc:** Delloiacono, Dean <DDelloiacono@commnet.edu>
**Subject:** FW: PTL Seniority List

FYI....Kim, I believe this also addresses the question of why Pam Mitchell is not teaching this semester. However, I did not discuss that with Samantha, but I didn't know why Pam wasn't teaching until I spoke to her today about this unrelated inquiry that I was directed to ask.

Andy, now that I have this last piece of confirmation, I will add it to your spreadsheet. Thank you for your patience as this isn't as "simple" as we assume at times.

Best,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*

1

CSCU 10/26/21 POSITION 000554
ESPOSITO 1/7/22 HEARING - 000730

P: 860-512-3103 / F: 860-512-3101

**From:** Esposito, Nicole C
**Sent:** Thursday, March 25, 2021 2:31 PM
**To:** Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>
**Subject:** RE: PTL Seniority List

Hi Samantha,
Thank you for connecting with me today and for your honesty. It is 100% clear to me that you have a full understanding of the process, specifically, the process of exhausting the PTL seniority list when staffing courses. It is also clear that your intent is/was to follow that process. However, I can understand why this particular circumstance was a challenge due to the directive you received by previous administration. I am sorry you had that experience and please feel free to reach out to me anytime.

Kindly,
Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
She, her, hers

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1064
Manchester, CT 06045-1046
P: 860-512-3103 / F: 860-512-3101

**From:** Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>
**Sent:** Thursday, March 25, 2021 1:48 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: PTL Seniority List

Hi Nicole — thanks for reaching out! First Year Experience courses don't have a defined PTL list, per se, because the adjuncts usually teach in other departments. I only have one person who has 18+ credits in FYE (that I'm aware of) and I do hire her every semester. Otherwise, there are 3 other individuals who taught a few years back and I check every semester to make sure they have at least one course in their field of study. With my shift to FT, there has also been less sections to offer the adjuncts. However, I was directed by previous administrators to assign Pam a section of FYE online which prevented me from providing an opportunity for online teaching for myself or other adjuncts. With even fewer sections this spring, I was only able to hire the adjunct with seniority as well as teach my two sections so Pam is not teaching this spring.

Please let me know if you need further information from me. Thanks!

Samantha

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 23, 2021 3:56 PM
**To:** Kleis, Kathryn M <KKleis@mcc.commnet.edu>; Gonzalez, Samantha <SGonzalez@mcc.commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>

2

CSCU 10/26/21 POSITION 000555
ESPOSITO 1/7/22 HEARING - 000731

Cc: Kripp, Andrew <AKripp@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>; Bonilla, Sofia <SBonilla@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
Subject: PTL Seniority List

Hello Katy and Samantha,
I have been asked to provide confirmation that you both exhausted the PTL seniority list when you hire adjuncts. Katy, they are referring to when you hired Tuesday Cooper for Criminal Law back in Spring 2020 and Samantha, they are inquiring about Pam Mitchell teaching FYE courses in Fall 2019, Spring 2020, and Fall 2020

I hope you are both doing well.

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

3

## Courses taught by Non Bargaining unit members on Campus

| Manchester CC | | | |
|---|---|---|---|
| Insert rows as needed be sure to report thru and including Spring 2021 | Course Name | Course Number | # of Credits |
| fall 2019 | First Year Experience, IDS 101 | | 3 |
| spring 2020 | Criminal Law II | | 3 |
| | First Year Experience, IDS 101 | | 3 |
| Fall 2020 | First Year Experience, IDS 101 | | 3 |
| Spring 2021 | NONE | | |

**Name of non-bargaining unit member that taught course**

| First name | Last name |
|---|---|
| Pamela | Mitchell |

| | |
|---|---|
| Tuesday | Cooper |
| Pamela | Mitchell |

| | |
|---|---|
| Pamela | Mitchell |

| Is this person on any Community College PTL seniority list Yes/No. If yes which Campus | Job title | Location employed |
|---|---|---|
| No | Associate Dean of Academics | MCC |
| Yes | Interim Academic Dean | MCC |
| No | Associate Dean of Academics | MCC |
| No | Associate Dean of Academics | MCC |

| Were they compensated by the college | Was this course first offered to member on the PLT seniority list | Why was the non bargaining unit member selected to teach this course |
|---|---|---|
| Yes | Yes | The Dept. Chair states that she was directed by pre |
| Yes | member on PTL seniority list | member on PTL list |
| Yes | member on PTL seniority list | Dept. Chair states that she was directed by previou |
| Yes | yes | Dept. Chair states that she was directed by previou |

CSCU 10/26/21 POSITION 000561
ESPOSITO 1/7/22 HEARING - 000737

vious administration to give her the course

s administration

s administration

CSCU 10/26/21 POSITION 000562
ESPOSITO 1/7/22 HEARING - 000738

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, March 29, 2021 12:42 PM |
| **To:** | Finley, Meghan |
| **Cc:** | 'Bob Reutenauer'; Kripp, Andrew; Weaver, Ernestine Y; Bonilla, Sofia; Steinmetz III, Robert R; Weaver, Ernestine Y; Delloiacono, Dean; Carolina, Kimberly B |
| **Subject:** | RE: Email to Kleis and Gonzalez regarding PTL list |

Good Afternoon Meg,

Thank you for your email and expressed concern. Yes, I did recently ask Katy and Samantha to confirm that they both exhausted the PTL seniority list prior to hiring former Academic Dean, Dr. Tuesday Cooper, and current Associate Dean of Academic Affairs, Dr. Pamela Mitchell. As you know, Department Chairs must exhaust the PTL seniority list prior to offering a course to a non-BU employee. I am not aware of any intent to discipline, but I am also not privy to the details of why this has come up recently. I was directed by VP of HR, Mr. Andy Kripp, and his staff to ask this question and receive confirmation that the CBA had been followed.

To assist you with your inquiry, I have attached Mr. Kripp (and others) involved with this particular request of the CEO's and/or Deans. I assume they can assist you with more information if needed.

Thank you again for your inquiry.

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Finley, Meghan <MFinley@mcc.commnet.edu>
**Sent:** Monday, March 29, 2021 11:15 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** 'Bob Reutenauer' <bob@the4cs.org>
**Subject:** Email to Kleis and Gonzalez regarding PTL list

HI Nicole,

As you may (or may not) know, I recently became campus representative for the faculty union.  One of our members has reached out to me regarding an email you sent last week to Katy Kleis and Samantha Gonzalez. In the email you had asked them to provide information about assignment of classes to administration members with the suggestion that these two faculty members had done so before exhausting the adjunct seniority lists.

CSCU 10/26/21 POSITION 000564
ESPOSITO 1/7/22 HEARING - 000740

If the inquiry is directed to possible wrongdoing by these members (for possible violation of the union contract or some other reason), then these emails would fall under communications/meetings that could potentially result in discipline. Any communication/meeting that is conducted where discipline is even a distant consideration should be communicated to myself as the union representative and the members of the union should be informed that they have the right to union representation at the meeting or have the right to consult union representation prior to providing any answer.

If the email is seeking information with, no matter how remote, a consideration of discipline, please let me know and I will advise the respective members of the union in their responses. If your email was for another purpose, then I am sorry to bother you.

Hope all is well,

Meg

Meghan K. Finley, Ph.D.

Associate Professor

Chair, Department of Sociology

Co-Coordinator, General Education Assessment

Manchester Community College

Great Path, Room L278

Manchester, Connecticut 06040

860-512-2758

mfinley@manchestercc.edu

"Education must not simply teach work—it must teach Life." - W. E. B. Du Bois

2

Exhibit U

CSCU 10/26/21 POSITION 000566
ESPOSITO 1/7/22 HEARING - 000742

CSCU 10/26/21 POSITION 000567
ESPOSITO 1/7/22 HEARING - 000743

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Weaver, Ernestine Y |
| **Sent:** | Friday, July 16, 2021 7:07 PM |
| **To:** | Esposito, Nicole C |
| **Subject:** | RE: FOI Request- Esposito |
| | |
| **Importance:** | High |

Dr. Esposito,
I am following up on the email below. Please let me know if you have any responsive documents.
Thanks,
Ernestine

**From:** Weaver, Ernestine Y
**Sent:** Thursday, July 8, 2021 10:35 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** FOI Request- Esposito

Dr. Esposito,

I received a Freedom of Information request which requests that a number of people, including you provide information. Specifically you are asked to provide the following:

> All public records, documents and communications concerning any complaint or allegation regarding Dr. Steinmetz's conduct.

Please provide all responsive documents to me by Friday, July 16.

If you do not have any responsive records, please respond that you have reviewed your records and that you do not have any responsive documents, records or communications concerning any complaint or allegation regarding Dr. Steinmetz's conduct.

Thank you,

Ernestine Yuille Weaver, Esq.
CSCU General Counsel
Connecticut State Colleges & Universities
61 Woodland Street
Hartford, CT 06105
(p) 860-723-0114
(f) 860-723-0080
(e) WeaverE@ct.edu



CSCU 10/26/21 POSITION 000568
ESPOSITO 1/7/22 HEARING - 000744

This email and any attached documents may contain confidential and privileged information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited. Do not distribute this email without careful consideration. If you believe that you have received this email in error, please notify the sender by telephone at (860) 723-0131.

Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

CSCU 10/26/21 POSITION 000569
ESPOSITO 1/7/22 HEARING - 000745

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Friday, July 16, 2021 8:37 PM |
| **To:** | Weaver, Ernestine Y; nicoleesposito30@gmail.com |
| **Subject:** | FOIA request |
| **Attachments:** | 2021-06-23 Ltr.Weaver.pdf |

Dear Ernestine,

To respond to your request, I sent Alice Prichard an email in July last year (2020). I also informed the following CSCU system office individuals, verbally and directly, about Robs discrimination, sexism, and retaliatory behavior and his attempts to intimidate: Alice Prichard, David Levinston, Mike Stefanowicz, and Diane Mazza. To add, I appreciate your patience as I have been primarily working with my attorneys to ensure they have all documentation needed as well. I have also attached the letter from my attorneys to provide additional information.

I hope you have a nice weekend.

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

1

CSCU 10/26/21 POSITION 000571
ESPOSITO 1/7/22 HEARING - 000747

# MADSEN, PRESTLEY & PARENTEAU, LLC
*Representing Individuals in Employment Law and Related Litigation*

Attorneys At Law
Hartford ● New London

_____

June 23, 2021

402 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

*William G. Madsen*
wmadsen@mppjustice.com

**Via E-mail**

Ernestine Yuille Weaver, Esq.
CSCU Counsel
Connecticut State Colleges & Universities
39 Woodland Street
Hartford, CT 06105

Re: Dr. Nicole Esposito

Dear Ernestine,

We are writing on behalf of our client, Dr. Nicole Esposito, in opposition to the blatantly retaliatory and discriminatory attempt by the Connecticut State Colleges & Universities ("CSCU") to remove Dr. Esposito from her position as Campus Chief Executive Officer for Manchester Community College ("MCC").

As you know, under Dr. Esposito's leadership, MCC has achieved outstanding results for the College's students, faculty, and staff. Dr. Esposito not only successfully led MCC through the COVID 19 pandemic, but she delivered a budget surplus for the year and helped MCC achieve the recognition as the top community college in Connecticut.

Notwithstanding Dr. Esposito's stellar performance, you and Dr. Rob Steinmetz, CSCU Regional President, recently notified Dr. Esposito that CSCU would be moving to non-renew her appointment as CEO. There is only one reasonable conclusion to be drawn from that meeting, and the events which preceded it; CSCU and Dr. Steinmetz discriminated against Dr. Esposito because of her sex/gender, and retaliated against Dr. Esposito for opposing sex discrimination and speaking on matters of public concern. We are sharing some of the relevant facts so that CSCU can understand our position and implement an appropriate response and investigation.

When Dr. Esposito first complained to Dr. Steinmetz regarding her concerns that he was discriminating against her, and other women, based on sex, Dr. Steinmetz responded immediately to Dr. Esposito and warned her that she was "not going to last." Given the severity of the issue, and due to the fact that Dr. Steinmetz was apparently engaged in a pattern and

practice of discriminating against other women as well, Dr. Esposito escalated her concerns to others in the CSCU System Office, including Michael Stefanowicz, Interim CSCU Associate Vice President for Academic & Student Affairs, and then at his recommendation, to Dr. Alice Pritchard, the Chief of Staff for the CSCU System and Dr. Steinmetz's supervisor. By July 2020, Dr. Esposito escalated her concerns regarding sexism by Dr. Steinmetz to Dr. Pritchard.

After receiving Dr. Esposito's complaint, Dr. Pritchard and CSCU failed to conduct any investigation into the claims concerning Dr. Steinmetz's misconduct and his discriminatory and sexist behavior. CSCU's failure to respond and investigate Dr. Esposito's complaint reflects a larger institutional failure by CSCU to address sexism and discrimination by Dr. Steinmetz. It is our understanding that numerous women, in addition to Dr. Esposito, communicated concerns regarding Dr. Steinmetz, and that CSCU failed to conduct a proper investigation into any of the allegations. In addition to her own knowledge, other CSCU officials, including Dr. David Levinson, Interim President of Connecticut State Community College, confirmed to Dr. Esposito that they were aware that other people had come forward to complain about Dr. Steinmetz's conduct. In the face of the pattern of complaints about Dr. Steinmetz, CSCU looked the other way, thereby enabling Dr. Steinmetz to continue violating women's rights.

On Wednesday, June 16, 2021, Dr. Steinmetz sent Dr. Esposito an e-mail, copied to you, mandating that Dr. Esposito appear for a meeting the following afternoon at 4:00 p.m. Dr. Esposito asked questions about the meeting so that she could be prepared, which Dr. Steinmetz disregarded. The following morning, you informed Dr. Esposito that she did not need to prepare for the meeting because she would not be required to speak during the meeting, but would only be required to listen as you and Dr. Steinmetz presented her with information.

In advance of the meeting with you and Dr. Steinmetz on the afternoon of June 17, 2021, Dr. Esposito communicated concerns to Diane Mazza in Human Resources, and also to Dr. Levinson. In these communications, Dr. Esposito expressed concern about the meeting to which Dr. Steinmetz had summoned her and once again reiterated her concerns that Dr. Steinmetz had a pattern of discriminating against women, providing examples of other women who had also raised concerns regarding Dr. Steinmetz's conduct. When Dr. Esposito conveyed her concerns to Dr. Levinson on June 17, Dr. Levinson agreed that Dr. Steinmetz should not be treating women that way and confirmed that Dr. Esposito was not the first person who expressed concerns to him about Dr. Steinmetz's treatment of women, but deflected responsibility. As Dr. Levinson expressed it to Dr. Esposito, because Dr. Steinmetz reported to Dr. Pritchard, there was not much that he could do.

Later in the afternoon on June 17th, Dr. Steinmetz and you notified Dr. Esposito that Dr. Steinmetz would be moving to non-renew her appointment as CEO of MCC, but failed to explain to Dr. Esposito why Dr. Steinmetz was taking that action. Dr. Esposito asked you and Dr. Steinmetz repeatedly to explain the basis for the decision, but neither you nor Dr. Steinmetz offered any justification or rationale. At no time did you or Dr. Steinmetz allege that the decision to not renew her appointment was based on any deficiencies in Dr. Esposito's performance, nor did you identify any deficiencies in Dr. Esposito's performance during that

Ernestine Yuille Weaver, Esq.
June 23, 2021
Page 3 of 3

meeting. Instead, you and Dr. Steinmetz attempted to pressure Dr. Esposito into resigning from her position and signing a general release and waiver of claims; you even went so far as to imply that if she did not agree to resign from her position and sign the agreement offered to her that things would become public and that would not be good for Dr. Esposito. In order to pressure Dr. Esposito into accepting CSCU's terms, you represented to Dr. Esposito that the BOR was already on board with the decision to not renew Dr. Esposito's appointment, which, if true, indicates that the BOR held an illegal meeting on this issue without public notice.

It is clear that Dr. Steinmetz's more recent actions against Dr. Esposito are part of a larger pattern and practice of discrimination and retaliation, and reveal an institutional failure by CSCU to comply with its legal obligations to prevent discrimination and retaliation in the workplace. On behalf of Dr. Esposito, we are demanding that CSCU and the BOR refrain from any further adverse actions against Dr. Esposito, and allow Dr. Esposito to remain in her position as CEO of MCC in which she has performed admirably. In addition, in light of the obvious pattern and practice of discrimination by Dr. Steinmetz, and the pervasive institutional failure by CSCU to conduct an appropriate investigation into the multiple allegations of sex discrimination by Dr. Steinmetz, it is also imperative that the State of Connecticut retain an independent, outside investigator who is empowered to conduct a full and complete investigation into allegations of sex discrimination by Dr. Steinmetz, and empower that impartial investigator to interview witnesses, review documents, and follow the facts wherever they may lead.

We trust that you will immediately share this communication with CSCU leadership, including President Cheng, and the BOR so that they can take appropriate action. Kindly respond to this communication by close of business today.

Very truly yours,

William G. Madsen

Todd Steigman

CSCU 10/26/21 POSITION 000574
ESPOSITO 1/7/22 HEARING - 000750

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Weaver, Ernestine Y |
| **Sent:** | Saturday, July 17, 2021 8:40 AM |
| **To:** | Esposito, Nicole C |
| **Cc:** | nicoleesposito30@gmail.com |
| **Subject:** | Re: FOIA request |

Thank you, I just wanted to be certain that there wasn't any other documents related to Rob's conduct. Enjoy your weekend,

Ernestine

> On Jul 16, 2021, at 8:36 PM, Esposito, Nicole C <NEsposito@mcc.commnet.edu> wrote:

Dear Ernestine,
To respond to your request, I sent Alice Prichard an email in July last year (2020). I also informed the following CSCU system office individuals, verbally and directly, about Robs discrimination, sexism, and retaliatory behavior and his attempts to intimidate: Alice Prichard, David Levinston, Mike Stefanowicz, and Diane Mazza. To add, I appreciate your patience as I have been primarily working with my attorneys to ensure they have all documentation needed as well. I have also attached the letter from my attorneys to provide additional information.

I hope you have a nice weekend.

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

<2021-06-23 Ltr.Weaver.pdf>

1

CSCU 10/26/21 POSITION 000577
ESPOSITO 1/7/22 HEARING - 000753

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:38 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI #1   Fw: Campus Leadership Equity Audit due June 14 |

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 14, 2021 12:05 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Yes, Mary Ellen. I felt the same and I absolutely did have a frank and direct discussion. In fact, he 100% believed me because he indicated that "my scores from my personality assessment clearly indicate that I am being truthful about what is happening". However, these are private discussions because their coaching firm is required to maintain confidentiality...but that means what we share will never make it beyond Rob to folks in the system office. In Psychology, we call that a splitting behavior... as you all are likely aware :-)

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Monday, June 14, 2021 11:59:20 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

Nicole,

I think you have a frank discussion with the CEO "coaches" when and if that happens and share your perceptions. mej

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 14, 2021 10:34 AM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler,

1

CSCU 10/26/21 POSITION 000578
ESPOSITO 1/7/22 HEARING - 000754

Steven L <SMinkler@mxcc.commnet.edu>
Subject: Re: Campus Leadership Equity Audit due June 14

My understanding (and what I gathered) is that Duncan is the person he works the best with, I am the most "difficult" and, other than Duncan, we are just anti consolidation. He believes we should do as we are told. This is what I gathered in recent conversations. Our feedback and attempts to collaborate is viewed as combative and/or resistance to change and we are "unwilling to let go of our control over our campuses". Apparently, he is asking the CEO "coaches" to work with me (and others) to come to terms with the changes...which threw me for a loop because that is not, at all, how I think or what I am concerned about. Perhaps he is projecting?
However, I also notice that, regardless of what I say or how I frame it, he only hears what he wants to hear, rather than listening to what I am actually saying.
As a side note, I am also aware that they have the ability to pull and read all of our emails without our knowledge.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

From: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
Sent: Monday, June 14, 2021 10:20:43 AM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
Subject: Re: Campus Leadership Equity Audit due June 14

I think we all need to be involved so you are not alone. What else is Rob saying about individuals in our region?
Mej

Get Outlook for iOS

From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Sent: Monday, June 14, 2021 10:17:19 AM
To: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
Subject: Re: Campus Leadership Equity Audit due June 14

I had a meeting set up with David, but he needed to cancel and it hasn't been set up again. However, since then I learned what Rob has been saying and I now believe it makes more sense to have others in the meeting too.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01

2

CSCU 10/26/21 POSITION 000579
ESPOSITO 1/7/22 HEARING - 000755

PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Monday, June 14, 2021 10:12:55 AM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Good thoughts, Lisa. Thanks!
Mej

Get Outlook for iOS

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Monday, June 14, 2021 10:11:58 AM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

Definitely a meeting with David, and I would include specific examples. I would also follow up with an e-mail that informally "memorializes" the conversation.

*Lisa*
*********************
Lisa Dresdner, Ph.D. (she, her, hers)
Chief Executive Officer
Naugatuck Valley Community College

**From:** Jukoski, Mary Ellen
**Sent:** Monday, June 14, 2021 9:58 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

I don't know what he is saying about me. I think we should meet with David Levinson and share our concerns. Rob doesn't want any feedback that questions what is being done.
Mej

Get Outlook for iOS

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 14, 2021 9:44:35 AM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

3

I recently learned that Rob is sharing that I am just "anti-consolidation" and "difficult". He is stating this to folks in the system office, which is very concerning to me.

I'm not sure why he insists on pegging me this way, but it seems to be related to my desire to give feedback or when I try to collaborate. It's clear to me that (a least Rob) does not want me to provide any help/feedback/or ideas related to making consolidation more successful. I was very disappointed to learn that he is doing this. Not sure if it's even worth addressing it, or if you all are having a similar experience?

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Monday, June 14, 2021 9:35:07 AM
**To:** Jukoski, Mary Ellen <Mjukoski@trcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

Perhaps for our catch-up meeting...
Their version of a matrixed organization is telling us what to do.

I can share some stories about how MxCC is gaining our Guided Pathways Advisors and how much input I've had in a lot of what is going on in EMSA these days... as in ZERO consultation with me (except, how to take over more space in our Founders Hall building for the advisors).

Steve

**From:** Jukoski, Mary Ellen
**Sent:** Monday, June 14, 2021 9:21 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

You are spot on, Nicole.

What needs to happen is that they need to "rethink" the organizational structure we are moving to because it will be dysfunctional at best.
And, they don't have the org chart finalized so this would be the time to do it. Maybe when we have the meetings on a matrix organization we can
Bring this up for discussion depending on what's being discussed.

Enjoy the liquid sunshine today!
mej

4

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 14, 2021 9:12 AM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

And how do you find someone to take a CAO role knowing it is not a permanent position? The CAO position will go away at individual colleges and the position will (mostly) be a Dean of SA role, but without any direct reports. I'm not sure this would be appealing to qualified individuals.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Monday, June 14, 2021 9:01:20 AM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

I hear you.
Mej

Get Outlook for iOS

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Monday, June 14, 2021 9:00:09 AM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

I, sadly, am experiencing it already like Steve is. And to be frank, finding replacements for a CAO, which is required for NECHE, is really hard! The few qualified faculty I have approached are interested until they realize that they will take a significant pay cut because their professor salary + extra courses in summer/winter gives them a bigger salary!

*Lisa*

*********************
Lisa Dresdner, Ph.D. (she, her, hers)
Chief Executive Officer
Naugatuck Valley Community College

5

CSCU 10/26/21 POSITION 000582
ESPOSITO 1/7/22 HEARING - 000758

**From:** Jukoski, Mary Ellen
**Sent:** Sunday, June 13, 2021 5:09 PM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner,
Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Steve,
I think it's important for you to include this info because I think the system is going to experience a " talent drain" in the
years to come.
Mej

Get Outlook for iOS

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Sunday, June 13, 2021 2:36:09 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner,
Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

I'm just catching up... the inclusion of CCP20 and 21 employees as "managers" has been standard practice in CHRO and
Affirmative Action reports for many years.  While such employees might not be part of a non-union "Cabinet," they
could have supervisory responsibility of two or more levels within the organization.

These audits - as well as the AA report -- could be used punitively, I suppose.  One response I will give is that I lost a high-
performing African-American female executive manager (Dean of Academic & Student Affairs) due to seeking better
career advancement because of the reduced job role and reduced opportunities for anyone at that level within the
single college regardless of race, gender, or ethnicity.

Steve

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, June 9, 2021 12:02 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler,
Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

That is why I am concerned about this because I don't know how this info will be used. I am also concerned that it will be
punitive

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

6

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Wednesday, June 9, 2021 11:12:57 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: Campus Leadership Equity Audit due June 14

The consolidation and the matrix reporting is making this all very confusing. The question I want to know is what is the purpose of this audit and how will the information be used.
mej

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, June 9, 2021 7:52 AM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Yes, and that is part of my issue with this. The demographics of people in my leadership (pulled by my regional IR person and he did it for the entire system) does not reflect my actual leadership. In fact, the regional IR person who pulled this info for all of us was originally an MCC hire and on my cabinet. Therefore, he was included in my demographics and I don't think he should be. They also are including anyone who is a director at the CCP 20 or 21 level...even if they don't supervise anyone and are NOT part of my leadership team. (For example, my library director) This is drastically skewing my data. Right now, I have 2 white females, one black male, two white males, one black female, and one identifies as Egyptian and Muslim. This makes up my current cabinet because I worked to diversify my leadership this year. This includes only my deans and associate deans. I also had an HR director as part of my cabinet, but she was demoted to a HR regional generalist due to consolidation so she was removed from my cabinet. She is also a woman of color. My one black male was ALSO taken into the regional workforce structure. So, given how the data is being pulled now, and the consolidation change in reporting lines, the data looks like I have "4 white males, 4 white females and one black female". This is simply not correct and makes it look like MCC has no diversity in our leadership. I don't understand why it's being done this way.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Wednesday, June 9, 2021 7:39:54 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Hi Nicole,

7

CSCU 10/26/21 POSITION 000584
ESPOSITO 1/7/22 HEARING - 000760

Thank you for sharing this thread.

Did you receive the data put together by the regional or system IR people (can't remember which)? There's a big spreadsheet that should pull out each college's information for the data portion. However, the data is not necessarily "clean" (I can explain later), in part because they took it from this spring rather than fall census. We've been told not to use the data gathered for any other purposes!

Lisa

Get Outlook for Android

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, June 8, 2021 8:04:28 PM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Subject:** Fwd: Campus Leadership Equity Audit due June 14

Interesting response from her

Nicole Esposito, Ed.D.

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Beckford, Kerry L <KBeckford@txcc.commnet.edu>
**Sent:** Tuesday, June 8, 2021 7:57:03 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** James, Kimberly H <KJames@txcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Hello Nichole.

Those examples certainly add new light to the situation.  Please know that we will accept whatever it is that you can submit. We are also planning to send campus CEOs a survey about any challenges they had filling out the audit. One of the terrific things about research are the stories you uncover.  While faculty may not be experiencing drastic changes to the way they work, it's clear that the looming consolidation is changing the way staff and administration function.

Your insight is of tremendous help.

Thanks again!

8

CSCU 10/26/21 POSITION 000585
ESPOSITO 1/7/22 HEARING - 000761

Kerry

Kerry L. Beckford, MFA
Associate Professor of English
Interim Associate Director, Office of Equity and Inclusion
Tunxis Community College
271 Scott Swamp Road
Farmington, CT 06032

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 7, 2021 8:49:47 PM
**To:** Beckford, Kerry L <KBeckford@txcc.commnet.edu>
**Cc:** James, Kimberly H <KJames@txcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Let me provide a concrete example to help explain...my new associate Dean of workforce was hired this year, but effective a few months ago, he no longer reports to MCC leadership. He only has a "dotted communication line" to MCC, but he is now part of the "regional leadership structure". He is also a person of color. Do I include him as part of my leadership? Or are we only counting those that still are a part of the MCC leadership team? Also, if we have shared interim positions with the system office and/or another college...do I include them as well? Even if they were not hired by the college, but rather appointed as an interim for a short time?
These examples exist across a number of institutions now. It would be helpful to have clarity about this. Another example is my HR director, who was essentially demoted to an HR generalist due to the consolidation and she is now shared with other colleges in my region. She was part of our cabinet, but the consolidation moved her reporting line and she now works for the region, not any individual college. She is also a person of color and was originally hired by MCC. Do I include her in my reporting?
I think the challenge is that folks still assume consolidation hasn't happened yet, but it's actually already very far along. Reporting lines for all of these individuals already moved months ago. They were officially notified of the change and no longer serve as campus-level leadership. We also do not have access to an organizational chart for the new structure that has already been implemented so it's difficult to figure out those details.

I imagine other CEO's are having similar challenges. I will reach out to my colleagues again to see how they reported this.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

9

CSCU 10/26/21 POSITION 000586
ESPOSITO 1/7/22 HEARING - 000762

**From:** Beckford, Kerry L <KBeckford@txcc.commnet.edu>
**Sent:** Monday, June 7, 2021 5:41:07 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** James, Kimberly H <KJames@txcc.commnet.edu>
**Subject:** Re: Campus Leadership Equity Audit due June 14

Nicole,

Consolidation certainly does seem to be moving forward. However, we still have 12 independently accredited colleges. As such, the information that you submit should be about Manchester Community College.

Changes in leadership seem to be happening all over. The fact that the colleges leadership is relatively new is a fact that we will likely add to our report this fall. What is important about an audit is that it is a snapshot of where you are now in terms of diversity, equity, and inclusion. If you provide a few pieces of evidence for your responses, that's fine.

I hope this helps.
Kerry

Kerry L. Beckford, MFA
Associate Professor of English
Interim Associate Director, Office of Equity and Inclusion
Tunxis Community College
271 Scott Swamp Road
Farmington, CT 06032

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, June 7, 2021 2:45 PM
**To:** Beckford, Kerry L
**Cc:** James, Kimberly H
**Subject:** RE: Campus Leadership Equity Audit due June 14

I appreciate your willingness to help. The challenge I am facing has more to do with tracking down the information internally. Given that much of my leadership team is new, myself included, we don't have the historical knowledge that could assist us with completing part 1. However, like most academics, perhaps I am overthinking this and taking too much time trying to track down all the evidence to support my responses (?).

As for the demographic information, the challenge with that piece is figuring out who is still considered MCC leadership vs the regional or "one-college" leadership now that the consolidation has moved forward. Not sure if this would even be something you could help clarify for us, but this does make it a bit more challenging for us to quantify the data.

Thanks again.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*

10

CSCU 10/26/21 POSITION 000587
ESPOSITO 1/7/22 HEARING - 000763

PO Box 1064
Manchester, CT 06045-1046
P: 860-512-3103 / F: 860-512-3101

From: Beckford, Kerry L <KBeckford@txcc.commnet.edu>
Sent: Monday, June 7, 2021 2:30 PM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Cc: James, Kimberly H <KJames@txcc.commnet.edu>
Subject: Re: Campus Leadership Equity Audit due June 14

Thank you, Nicole. We truly appreciate your cooperation and we are here to help.
Regards,
Kerry

Kerry L. Beckford,  M. F. A.
Associate Professor of English
Interim Associate Director, Office of Equity and Inclusion
Tunxis Community College
271 Scott Swamp Road
Farmington, CT 06032
kbeckford@txcc.commnet.edu

Kerry Beckford's Personal WebEx Room:
https://ctedu.webex.com/meet/KBeckfordtxcc.commnet.edu



From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Sent: Monday, June 7, 2021 1:45 PM
To: Beckford, Kerry L <KBeckford@txcc.commnet.edu>
Cc: James, Kimberly H <KJames@txcc.commnet.edu>
Subject: Re: Campus Leadership Equity Audit due June 14

Hi Kerry,
Today I received the demographic information from our IT director and the other pieces are slowly coming in from my deans. Like several of the CEO's, we asked for our leadership teams to input various parts of the data (what was applicable).
I intend to put the various pieces together this week, and then add anything that is still missing. I will let you know if I have questions at that point.

-Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College

11

CSCU 10/26/21 POSITION 000588
ESPOSITO 1/7/22 HEARING - 000764

SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

From: Beckford, Kerry L <KBeckford@txcc.commnet.edu>
Sent: Monday, June 7, 2021 1:20:10 PM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Cc: James, Kimberly H <KJames@txcc.commnet.edu>
Subject: Campus Leadership Equity Audit due June 14

Dear Dr. Esposito:

We hope that you are making great progress with the Campus Leadership Equity Audit for Connecticut's Community Colleges. As we get closer to the June 14 deadline, please know that we are here to answer your questions.

Email your completed audit it to Kerry Beckford at kbeckford@tunxis.edu.

We look forward to receiving your audit in the coming days.

Sincerely,

Kimberly H. James, M.Ed., D.M.
Interim Executive Director Office of Equity & Inclusion
Director of Student Access, Success & Engagement
Tunxis Community College

Prof. Kerry L. Beckford
Associate Professor of English
Interim Associate Director, Office of Equity and Inclusion
Tunxis Community College

*Kerry L. Beckford, M. F. A.*
*Associate Professor of English*
*Interim Associate Director, Office of Equity and Inclusion*
*Tunxis Community College*
*271 Scott Swamp Road*
*Farmington, CT 06032*
*kbeckford@txcc.commnet.edu*

*Kerry Beckford's Personal WebEx Room:*
*https://ctedu.webex.com/meet/KBeckfordtxcc.commnet.edu*

12

CSCU 10/26/21 POSITION 000589
ESPOSITO 1/7/22 HEARING - 000765



13

CSCU 10/26/21 POSITION 000590
ESPOSITO 1/7/22 HEARING - 000766

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:39 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI #2  Fw: 6/24/2020 communication |

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 2:32 PM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: 6/24/2020 communication

I had my meeting about FA as well. I also feel a bit better about it and asked my Exec Assistant to put my electronic signature on it. To add, I have similar concerns about marketing.

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 1:25 PM
**To:** Ellis, Rose R <REllis@qvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** RE: 6/24/2020 communication

Hi all,

My Director of our Office of Institutional Research and Effectiveness has not told me about any regional meetings at this point, and I think she would do so if any were forthcoming. I worry about that! She has SO MUCH to do at NVCC!

The EMSA and summer schedules does not make sense to me: Allison made it clear that we are to keep the AVPs apprised of our plans and that she and they will support them.

I had my meeting re: the Financial Aid this morning and I *do* feel better about it now. It'd be easier to let you know what happened in a Teams meeting or something – I still have to write it up to memorialize it.

I requested a meeting with DL to talk about the marketing approach as well as the title for the Development positions. I'll forward you all the e-mail I sent expressing my concerns.

1

CSCU 10/26/21 POSITION 000591
ESPOSITO 1/7/22 HEARING - 000767

I was a busy bee yesterday!

*Lisa*

●●●●●●●●●●●●●●●●●
Lisa Dresdner, Ph.D.
CEO, Naugatuck Valley Community College

**From: Ellis, Rose R**
**Sent: Thursday, April 15, 2021 1:07 PM**
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject: Re: 6/24/2020 communication**

All of this is just over the top! We are in the MATRIX!!

**From: "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>**
**Date: Thursday, April 15, 2021 at 1:00 PM**
**To: "Jukoski, Mary Ellen" <MJukoski@trcc.commnet.edu>, "Minkler, Steven L"**
<SMinkler@mxcc.commnet.edu>, "Dresdner, Lisa" <LDresdner@nvcc.commnet.edu>, Rose Ellis
<RElis@gvcc.commnet.edu>
**Subject: RE: 6/24/2020 communication**

Are you aware that he is holding a meeting with all our Director and Deans of IA in our region? We are not included in
this meeting, but my Dean of IA shared that Rob would like to discuss regional strategies....which was something I was
concerned about because we cannot merge, regionalize, or centralize "control/management" of independent 501 C3's.
Lisa, is this happening in your region as well?

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>**
**Sent: Thursday, April 15, 2021 12:51 PM**
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner,
Lisa <LDresdner@nvcc.commnet.edu>; Ellis, Rose R <RElis@gvcc.commnet.edu>
**Subject: RE: 6/24/2020 communication**

What do you think is behind this "authoritarian" approach? Do you think it is come from Alice and system office folks?

2

CSCU 10/26/21 POSITION 000592
ESPOSITO 1/7/22 HEARING - 000768

It's like we are dealing with Dr. Jeckyl and Mr. Hyde??

Steve, at some point, you have got to talk with David Levinson on what's happening.
mej

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 12:06 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>
**Subject:** Re: 6/24/2020 communication

Rob was a guest at our Cabinet meeting this week. Our first agenda item was to give him the floor to provide updates to us.

I am paraphrasing slightly, but one of his points was "the merger is happening and your responsibility is to get your campus on board with this." Several of us were texting during his comments and we were appalled by this level of arrogance and ignorance of how Middlesex has actually been a pretty quiet place while we work together to "be at the table and not on the menu." Regardless, our "marching orders" were to keep the troops in line.

I bring this up because it seems a similar theme to what he wrote to you, Nicole.

It also brought up discussions about the EMSA groups and scheduling them throughout the summer. He did yet another 180-degree turnaround and made it clear we have no authority over that group. (Remember, last week he was implying the CEOs were giving up that authority voluntarily.) We are supposed to work collaboratively in this matrixed organization, we can't "demand" that the offices we used to control can actually be open during the summer!

Steve

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 9:52 AM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>
**Subject:** Fwd: 6/24/2020 communication

I am sharing this with you all confidentially. This was a communication prior to me starting my role as CEO of MCC. These were all-points emails at MCC and I was still teaching an online course at the time so I was able to view them. As you can see, I forwarded them to Rob to keep him in the loop about these concerns and the obvious issue that seemed to be bubbling up on campus. However, his response to me seemed unusual. Especially the entire second half of his email. To add, this was AFTER I already accepted the position and was ready to start just a few weeks after this.

This caused confusion for me right from the start. What would be my role? What is his responsibility vs mine? Do I have authority over my independently accredited institution? The phone conversations that followed were further insulting and when I finally expressed concern, I was told to "go out to lunch with him and smooth it over". All very uncomfortable for me.
Thought I would share.

Nicole Esposito, Ed.D

Chief Executive Officer

3

CSCU 10/26/21 POSITION 000593
ESPOSITO 1/7/22 HEARING - 000769

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

From: Nicole Esposito <nicoleesposito30@gmail.com>
Sent: Thursday, April 15, 2021 9:45 AM
To: Esposito, Nicole C
Subject: Fwd: 6/24/2020 communication


*Nicole Esposito, Ed.D*
*Chief Executive Officer*
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1046*
*Manchester, CT 06045-1046*
*P: 860-512-3103 | F: 860-512-3101*

*Get Outlook for iOS*

Begin forwarded message:

From: "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
Date: June 24, 2020 at 1:46:55 PM EDT
To: Nicole Esposito <nicoleesposito30@gmail.com>
Subject: Re: 4C's Chapter Note to MCC members

Thanks, Nicole.

No matter how framed, Carl's email is not appropriate. We are working with Chris Henderson to determine what could be done to address this. Once you're on-board, these are the types of items you'll certainly lean in to. We have to be cautious about engaging without very specific guidance, however. I think you're going to find that a lot of areas you've seen from a different perspective can be analogous to an iceberg. We will have many conversations about what should be done and how to appropriately respond. You then may be limited on what type of response is possible and appropriate. This situation is beyond informal communications, unfortunately. I will also be involved in these particularly difficult issues.

Ultimately, we're going to get to a decision with which you're satisfied regarding your office space. However, one of the three main points I want to cover with you when we speak is a possible assumption you have that the CEO will act largely in the same ways as previous presidents at MCC.

4

CSCU 10/26/21 POSITION 000594
ESPOSITO 1/7/22 HEARING - 000770

I am the president and you are the CEO. I'm sure it was not intentional, but it seems like you've made assumptions about our two roles that do not match the vision with which we're moving forward. I am not a "system office" person; I am the president of the five colleges in our region and will be involved in decision-making and campus engagement with you. It's completely understandable that those with which you've engaged at the campus continue to work from an assumption of the old structure, but that's not the reality now. We will need to be united in our understanding and communications to support the campus community through this significant change.

No need to respond to this right now. It will be better to talk through, but I thought I'd provide a bit of information in preparation for our discussion. We're going to be a great team and I want to ensure I'm doing everything possible to put you in the best possible position as you're coming into the role.

Thanks,

Rob

Sent from my iPhone

> On Jun 24, 2020, at 12:45 PM, Nicole Esposito <nicoleesposito30@gmail.com> wrote:
>
> Confidentially....these are the types of communications/concerns happening (that I have also been contacted about). This is just one example of several, but I wanted to keep you in the loop and provide context regarding my first email about my onboarding process.
>
> -Nicole
>
> *Nicole Esposito, Ed.D, LMHC*
>
> Sent from iPhone
>
> Begin forwarded message:
>
>> From: "Hurston, Lucy" <LHurston@mcc.commnet.edu>
>> Date: June 24, 2020 at 12:34:31 PM EDT
>> To: "Simmons, Deborah A" <DSimmons@mcc.commnet.edu>
>> Cc: "Stafford, Carl" <CStafford@mcc.commnet.edu>, MA-Full Time Faculty <FullTimeFaculty@mcc.commnet.edu>, MA-Community College Professionals <MA-CCP@mcc.commnet.edu>, MA-Adjunct Faculty <AdjunctFaculty@mcc.commnet.edu>, "bob@the4cs.org" <bob@the4cs.org>
>> Subject: Re: 4C's Chapter Note to MCC members
>>
>> I considered this an abuse of college resources for this type of aggressive behavior to continue to be dumped on us. If you care to send these messages out, please remove me from your mailings as this is an embarrassment, a disgrace and a waste of time. Well, here's another idea: STOP IT!
>>
>> Lucy Anne Hurston

5

CSCU 10/26/21 POSITION 000595
ESPOSITO 1/7/22 HEARING - 000771

On Jun 24, 2020, at 12:27 PM, Simmons, Deborah A
<DSimmons@mcc.commnet.edu> wrote:

This not an opinion. Why do you need to do an all-
points of a colleagues personal info? I guess if I
irritate you, you will do the same to me. Again, that
is not an opinion but based on this action, a fact.

Everyone stay safe
Deborah Simmons

**From:** Stafford, Carl <CStafford@mcc.commnet.edu>
**Sent:** Tuesday, June 23, 2020 4:51 PM
**To:** MA-Full Time Faculty
<FullTimeFaculty@mcc.commnet.edu>; MA-Community
College Professionals <MA-CCP@mcc.commnet.edu>
**Cc:** MA-Adjunct Faculty
<AdjunctFaculty@mcc.commnet.edu>; bob@the4cs.org
<bob@the4cs.org>
**Subject:** 4C's Chapter Note to MCC members

Congress union organizer Bob Reutenauer just
sent summary excerpt from the BOR's denial
of the CJ faculty appointment grievance.

**"Background:** On or about April 24, 2020, the
Congress filed a Step II grievance challenging
the appointment of Manchester Community
College Interim Academic Dean to a position of
Professor with the MCC Dept. of Criminal
Justice. The Congress alleges that CSCU and
MCC lack the authority "in law, contract
provision, practice, policy, precedent,
candidate search protocol, or theory of
management rights" to make a faculty
appointment to an academic department in a
unilateral manner. The Congress asks that
CSCU President, Mark Ojakian, stop this
appointment. CSCU Labor Relations
investigated the grievance and the parties
mutually agreed to extend the grievance
timelines in pursuit of that investigation.

**Analysis and Conclusion:** The grievance is
denied as management has the sole authority
to make the appointment and no provision in
the contract counters that authority…. The

6

CSCU 10/26/21 POSITION 000596
ESPOSITO 1/7/22 HEARING - 000772

Board further retains the authority on the following personnel matters; appointments which constitute exceptions to the minimum qualifications, and appointment...for unclassified managers at or above the level of Associate Dean."

Bob added some analysis of his own. "This assertion of 'management rights,' a bold, reckless, and unvarnished version to be sure, is the only justification relied on. That they are doing so and expressly owning that customary limitations on this power are ignored—department input, search committee, for example—is unprecedented in our union's long experience. There is a lot at stake here. Consolidation of colleges and curriculum is a challenge all are aware of. The consolidation of decision making by system office and BOR, seen here, is management's real goal and the threat to academic governance, the professional standing of our disciplines, and the power of the union. We will work now to bring this to resolution before an arbitrator."

If this appointment was to stand, it would destroy MCC's search and hiring committees procedure and the process of promotion Article XII (which is, in part, merit and evaluation-based). This appointment to full professor is without a proper search and has an omission of a peer review procedure. Most importantly this appointment sets precedent whereby the individual does not have an Associates, Bachelors or Masters degree in Criminal Justice.

Kindest Regards,
Carl and TJ

Sent from my iPad

7

CSCU 10/26/21 POSITION 000597
ESPOSITO 1/7/22 HEARING - 000773

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:39 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI #3  Fw: MCC - Outstanding Timesheet Approvals |

**From:** Esposito, Nicole C <NEsposito@mxcc.commnet.edu>
**Sent:** Wednesday, March 17, 2021 8:02 AM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@mvcc.commnet.edu>
**Subject:** Re: MCC - Outstanding Timesheet Approvals

It's a complete lack of understanding about how things are done. Rob also doesn't seem to get it. He thinks the CEO's office has the ability to just approve everyone's timesheet and seems annoyed that I am somehow not complying. I also don't want them disciplining Anita for this. She works incredibly hard and is very bright. She is responsive and responsible and I really believe this was just an oversight/honest mistake.
Steve, you're right! This is much more "administrivia". I am starting to just feel like an assistant to the regional people and one-college staff. I didn't see that in the job description when I applied.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for IOS

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Wednesday, March 17, 2021 7:39 AM
**To:** Esposito, Nicole C; Jukoski, Mary Ellen; Dresdner, Lisa
**Subject:** Re: MCC - Outstanding Timesheet Approvals

I received a similar message and a list of about 12 employees whose timesheets had not yet been approved.  Out of curiosity, I tried to approve some of their timesheets and am unable to do so.  I DO NOT WANT THIS AUTHORITY but just wanted to check.

I wrote back to Laura to say that the best I can do is send an email to the people whom I THINK are the supervisors since that information was not provided to me.  Unless they want to develop a disciplinary tool for repeat offenders (supervisors who regularly do not approve timesheets on time) then what do they expect us to do?

1

CSCU 10/26/21 POSITION 000598
ESPOSITO 1/7/22 HEARING - 000774

We've had a litany of difficulties with supervisors being unable to see their own subordinates in their approval queues. This is a payroll issue, not a supervisory issue. These are slowly being resolved.  One year into Self Service, I am still approving employees who do not report directly to me.  I recently was asked to approve a student worker whom I didn't know, and did not know which department she worked in.  At first, it seemed an error as the student was showing up on a UConn employee database.  Then they discovered she worked in our Distance Learning department so I was able to verify her attendance with her supervisor.

As for blanket approvals of late timesheets, I told Rob I am uncomfortable with me, or anyone else on campus, approving timesheets blindly.  I told him I've been asked to approve timesheets for student workers whom I don't even know, and have no idea where they work on campus.  To ask me to just approve timesheets at the last minute with no way to verify the employees' veracity invites abuse, fraud, and an audit investigation.

I have had to fire an employee (who fortunately was still in his "working test period") for knowingly falsifying timesheets.  Who's going to check on this stuff?

I further agree with Nicole that as of the work period beginning March 26 (timesheet approval date April 9) the EMSA team needs to approve its employees.  And Alison very definitely should have some level of approval in case one of her AVPs is on vacation or out sick on a timesheet approval date.  I do not want anyone on campus to be approving timesheets if one of them does not.

So... what was that about less "administrivia" for the CEOs?

Steve

From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Sent: Tuesday, March 16, 2021 10:29 PM
To: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
Subject: Fwd: MCC - Outstanding Timesheet Approvals

It's clear they don't have a clear understanding of the issue here. They seem to think any CEO and/or campus supervisor has access to everyone's timesheet (in my case at MCC, that would be about 1,000 employees). I also find Alison's response to be unusual. Anita is my registrar...and she was told her reporting line changes on the 26th, so I don't understand Alison's comments about this still being in discussion.
Doesn't matter how you look at this situation, it HAS to be payroll, HR, or one-college leadership that deals with these issues given the current structure they created. I can't think of any other way I can help here...

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

CSCU 10/26/21 POSITION 000599

ESPOSITO 1/7/22 HEARING - 000775

Get Outlook for iOS

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, March 16, 2021 9:53:58 PM
**To:** Buckley, Alison <ABuckley@commnet.edu>; Ewell, Laura <LEwell@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Ochs, Joshua S <JOchs@ccc.commnet.edu>; Levinson, David <DLevinson@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** Re: MCC - Outstanding Timesheet Approvals

Alison and Rob,
To clarify, Anita is currently our MCC registrar and she was informed that her reporting line will change on the 26th. Rob, it seems you might be misunderstanding the circumstance here. Anita is the supervisor who would be approving the time for Elizabeth. Anita is away until next week and (other than HR or Payroll) no one else has the ability to log in as Anita to approve Elizabeth's timesheet in Core CT.
With that being said, I will leave it to your team and HR and/or payroll shared services to determine how they want to handle this. If they want another member of the MCC leadership team to approve her time, then we need HR shared services to add this employees name to that other supervisors "roster". I am suggesting that since we are so close to the change of reporting lines, it makes sense to add it to Alison's (or assigned AVP's) roster in Core CT. Either way, this is a change that HR and/or payroll needs to make. To be more clear, we do not have access to approve the time of employees not currently on our roster.
 Another option is to see if HR and/or payroll can just go ahead and approve it. That is something we would have done internally at MCC when situations like this came up in the past.
Please let me know if you need further clarification or assistance.

Best,
Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Tuesday, March 16, 2021 9:37:43 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Ewell, Laura <LEwell@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Ochs, Joshua S <JOchs@ccc.commnet.edu>; Levinson, David <DLevinson@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** Re: MCC – Outstanding Timesheet Approvals

3

CSCU 10/26/21 POSITION 000600
ESPOSITO 1/7/22 HEARING - 000776

Hi Nicole,

I do not think we can move the reporting lines until we have had our discussion of who reports to whom.

I won't be approving time for staff. That will fall to one of the AVPs. We need to discuss the campus reporting structure when we meet.

Best,
Alison

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Date:** Tuesday, March 16, 2021 at 9:32 PM
**To:** Buckley, Alison <ABuckley@commnet.edu>, Ewell, Laura <LEwell@commnet.edu>, Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>, Ochs, Joshua S <JOchs@ccc.commnet.edu>, Levinson, David <DLevinson@commnet.edu>, Kripp, Andrew <AKripp@commnet.edu>
**Subject:** Re: MCC - Outstanding Timesheet Approvals

Hi Alison,
Seems we are both working much too late this evening! Haha

I appreciate you letting me know you do not yet have the ability to approve time for them. I assume the timesheet approval will move over on Thursday or Friday of next week.
Laura, perhaps you can move this over to Alison's roster for approval for now since we are so close to the change in reporting lines...and by the next pay period, this would have moved over anyway (because EM at the one college will be the new supervising team). Once the reporting lines have all shifted on the 26th, then Alison would likely approve the timesheets when Anita is out on vacation.

From my perspective, this is the most efficient way to handle this.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Tuesday, March 16, 2021 9:22:05 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Ewell, Laura <LEwell@commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Ochs, Joshua S <JOchs@ccc.commnet.edu>; Levinson, David

4

CSCU 10/26/21 POSITION 000601

ESPOSITO 1/7/22 HEARING - 000777

<DLevinson@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
Subject: Re: MCC - Outstanding Timesheet Approvals

Hi Nicole,

We have not transitioned the reporting lines at this point and so my team cannot approve.

Alison

From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Date: Tuesday, March 16, 2021 at 9:19 PM
To: Ewell, Laura <LEwell@commnet.edu>, Lindo, Patricia O <PLindo@commnet.edu>
Cc: Steinmetz III, Robert R <RSteinmetz@commnet.edu>, Ochs, Joshua S <JOchs@ccc.commnet.edu>,
Levinson, David <DLevinson@commnet.edu>, Kripp, Andrew <AKripp@commnet.edu>, Buckley, Alison
<ABuckley@commnet.edu>
Subject: Re: MCC – Outstanding Timesheet Approvals

Hi Laura,
I appreciate you letting me know. However, I am not sure how I can be helpful or assist you.

Timesheets are approved by immediate supervisors and only HR (or perhaps payroll?) have the ability to change who
actually approves the time. You would need to go into the system and add this employee to another supervisors "roster"
to approve the timesheet. Once that is done, that manager can log in and approve the time for this employee. To
expedite things, I would recommend reaching out to HR shared services, or the enrollment management leadership at
the one college. The EM leadership will be Anita's direct superiors next week and may have the ability to approve time
for her staff (if that is a quicker option). I have attached them on this email to see if they can assist.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

From: Ewell, Laura <LEwell@commnet.edu>
Sent: Tuesday, March 16, 2021 3:46 PM
To: Esposito, Nicole C
Cc: Steinmetz III, Robert R; Ochs, Joshua S
Subject: MCC – Outstanding Timesheet Approvals

Hi Nicole,

5

CSCU 10/26/21 POSITION 000602
ESPOSITO 1/7/22 HEARING - 000778

There is one timesheet for Elizabeth Daigle which is still awaiting approval as of Tuesday afternoon. Her supervisor is Anita Sparrow and I was going to attempt to reach out to her to approve Elizabeth's timesheet but her out-of-office is on until 3/22/2021.

Can you please have someone at MCC approve Elizabeth's timesheet so that she does not go unpaid during this pay cycle?

Thank you,
Laura

**Laura Ewell**
**Director, Shared Services and Business Transformations**
**CT State Colleges and Universities (CSCU)**
**61 Woodland Street**
**Hartford, CT 06105**
**www.ct.edu**
**P: (802) 578-7908 (call/text) | E: lewell@commnet.edu**

6

**CSCU 10/26/21 POSITION 000603**
**ESPOSITO 1/7/22 HEARING - 000779**

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:40 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI #4  Fw: FA |

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 7:28 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: FA

FYI...I had an interesting one on one with Rob today as well. I also recognized that he seems to engage in some splitting behavior to make me (perhaps others in our region too?) look like we are "problematic" or acting irrationally. In my meeting with him, Alison and Steve McDowell today, I mentioned that I don't know why we were having any meeting because I simply asked him (in three different emails) to confirm this was all legal. I also told them I emailed Ernestine and she just never responded at all...and if he HAD just sent me an email telling me it was ok to sign (and confirm that this was legal) then I would have signed it. However, it seemed like this was not how Rob presented the issue with people in the system office. This is another reason why I think we do need to talk to David. This is just unprofessional and bullying behavior and David needs to be aware.

Lastly, Rob shared today that we would all be receiving final drafts of the SLA's tonight with the expectation that we will sign all of them by the end of this month. Have any of you heard about this??? If those documents do not incorporate all of the changes we requested, then how can I sign these in good faith?

Nicole Esposito, Ed.D
**Chief Executive Officer**
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Thursday, April 15, 2021 5:48 PM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: FA

Thanks, Steve, for this information. I think we should have a meeting with David Levinson and share what is going on because I don't think he is aware since the Regional Presidents report to Alice.

You should pursue what Kim Carolina thinks.

1

Yesterday, I spoke to Rob about the need to fill 6 faculty positions before June 1. He admitted to me that HR hiring is a mess and he doesn't think that they should hire adjuncts. I also told him that we
Need marketing folks on campus and that I am concerned that we saw an org chart but had no input. His response was that we are in a highly centralized system.

He also shared that the thinks the EMSA should report to the Academic Dean on campus. He again shared that this was a decision that was made without input. He cited the example of Walmart, where they have centralized functions but each Walmart has a store manager.

I forgot to bring up to him that the Presidents/CEO's need to be cc on any emails and meetings he is arranging with Development Directors. We need to make the case that we need to be included.

Steve, Rob is going to extend his tentacles in many areas and he is going to be overextended. Things will implode because he doesn't have the time and experience to manage everything he wants to
get involved but he will use it as a way to "brag" to Alice all that he is doing never mentioning how Presidents/CEO's made this possible.

We should keep notes because we have the makings of a great case study for the Harvard B School!

Have a good evening!
mej

From: Minkler, Steven L <SMinkler@mxcc.commnet.edu>
Sent: Thursday, April 15, 2021 5:30 PM
To: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Subject: Re: FA

I'm glad to hear you're feeling better about the FA mess.

I think some of Rob's behavior at our Cabinet meeting is his own version of a Napoleon Complex, as well as him probably being told to read us all the riot act. I'm very curious to know what Kim Carolina thought of the meeting (as another "outsider").

I am growing increasingly concerned about the general centralized takeover of everything. Rob is playing a bit of a game including himself in some of what he's telling us (i.e., "we don't want to lose control") while at the same time failing to realize he is one of "them."

Additionally, Rob and Diane Bordonaro asked our Workforce Development staff for a complete list of employers in our area. I am concerned about this because I don't know why they want it. But if my guess is that they want to drum up business, I am even more concerned because Rob has had ZERO presence in our community and with our Chambers (yes, two of them), ZERO presence with the Workforce Alliance; and, Diane has had ZERO presence since leaving MxCC for the regional position. I am afraid they will muck up the relationships that Rob has told us are our responsibilities as CEOs.

I do feel as if we are being set up for failure.

News from Planet Bizzaro, otherwise known as the MxCC Promotion Committee. I met with them today to review their recommendations. We were supposed to have met a couple of weeks ago but there were some snafus on that committee. Today is the deadline I am supposed to tell people whether or not they're being promoted. Anyway, two

2

folks up for promotion are in the EMSA group.  I reported that I will not be promoting one of them and that next year, their new supervisor (one of the AVPs) will need to conduct an evaluation.  The two faculty members on the committee were shocked – as if we haven't told them – that certain departments are already being centralized.  I reminded them that their departments are up next for centralization.

Steve

From: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
Sent: Thursday, April 15, 2021 4:53 PM
To: Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>
Subject: FA

I am relieved for both of you that you had good meetings today regarding signing the financial aid form and that this is behind you.

Steve, what do you think is behind Rob's behavior at your cabinet meeting?

Cordially,

*Mary Ellen*

Mary Ellen Jukoski, Ed.D.
President
Three Rivers Community College
574 New London Turnpike
Norwich, CT 06360
Office: C209C
Phone: 860-215-9007
Fax: 860-215-9917

3

CSCU 10/26/21 POSITION 000606
ESPOSITO 1/7/22 HEARING - 000782

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:41 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI # 5 Fw: Director of Admission Search Committee |

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Friday, January 29, 2021 9:27 AM
**To:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Jukoski, Mary
Ellen <MJukoski@trcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>
**Subject:** Re: Director of Admission Search Committee

Rob set up a meeting between me, him, Andy and Mike Lopez for next week. I asked him if he would consider bringing in
other CEO's as this is a symptom of a larger process issue with HRSS. He reached out to other RP and did not get the
feedback that any other colleges have experienced this. I think it's more likely the CEO's didn't loop in their RP. I told
him that I know several CEO's within our region have experienced similar frustrations with HRSS, but it seems like it
might not be 100% on the radar for RP and SO/one college people.
He recommended we add this as an item for systemwide meeting. Rose, something to add to the agenda for us to all
discuss?
I think this is an indication that we need to be more vocal about the issues we are facing with process...especially as we
continue to move closer to what they view as a "matrixed" organization. Which, in reality, is not a matrixed organization
at all. The reporting lines are clear, everything reports directly up to a one college or system office.

In fact, how is this matrixed at all?

Nicole Esposito, Ed.D.

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

**From:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Sent:** Friday, January 29, 2021 9:19:19 AM
**To:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Esposito,
Nicole C <NEsposito@mcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>
**Subject:** RE: Director of Admission Search Committee

Hi Lisa,
The process I described was for our Gear Up Coordinator.  It doesn't matter that it's grant funded.  In our case, it is a
replacement for a person whom we hired last spring but had to resign due to family issues.  We were not allowed to use

1

CSCU 10/26/21 POSITION 000607
ESPOSITO 1/7/22 HEARING - 000783

the job posting or interview protocol that was approved for that search – albeit, approved by MxCC HR and not Shared Services.

We were approved for this replacement position in September. The incumbent left in early November. We were just recently given permission to look at the applications (86 of them). My understanding is several good candidates already took other jobs and dropped out.

Meanwhile, Christina Lapierre (the state GearUP coordinator) has been overseeing our program. Luckily she has the energy and interest to do so because I have nobody on campus who could have done this.

Steve

From: Dresdner, Lisa
Sent: Friday, January 29, 2021 8:10 AM
To: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>
Subject: Re: Director of Admission Search Committee

Good morning, all –

We have not yet conducted a search with the new shared services model, but we have some GEAR UP positions that will be starting. I was hoping that since they were grant funded that we could use our "usual" process, but it is not looking like that.

Hiring has taken such an extraordinarily long time at NVCC in the best of circumstances, and to think it might take even longer is disheartening. How are efficiencies being realized?

The idea to ask for a flow chart in which we can provide feedback is a great idea, as my sense is that we need to "educate up" so that people are aware of what is actually happening on the ground floor. Also, doing so might highlight that some processes are not in place and/or people who should be involved with them don't know about them.

Thank you for looping me in on these conversations! I hope that we can make a case for having our input considered.

Lisa


From: Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
Sent: Thursday, January 28, 2021 4:56 PM
To: Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
Subject: RE: Director of Admission Search Committee

Steve,

Everything you write is what I have been thinking, especially the number of HR people involved. I think at some point we need to bring this up with Andy.

2

CSCU 10/26/21 POSITION 000608
ESPOSITO 1/7/22 HEARING - 000784

The onboarding is very concerning to me. I believe that HRSS needs to develop a flow chart for all of us that we can provide feedback and we can point out areas that need to be clarified.
Maybe this is another discussion with David just to let him know what we are experiencing.
mej

**From:** Minkler, Steven I. <SMinkler@mxcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 4:45 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: Director of Admission Search Committee

The bureaucracy is a nightmare.

The AAP-1 form also asks the person completing it to list the places the job posting will be advertised. Note there are expectations that faculty positions are national searches. All advertising is paid by the college, not HRSS. I have gone back and forth with them to explain that I am not an expert in human resources recruitment and advertising and that I need their expertise to tell us where to place ads WITHIN OUR BUDGET. In other words, they should be the experts to tell us how to get the biggest bang for our buck.

Just wait until you get to writing search committee interview questions.

I started a list of how many HR people it is taking to "touch" one hire. Where we used to have two people on campus, our latest full-time hire (Gear Up coordinator, grant-funded) has been "touched" by at least six or seven people PLUS Rob and Jenn to sign off on the regional level.

And then once they come on board, nobody seems to be responsible for onboarding and making sure the new employee knows how to fill out timesheets, gets a Banner ID number, an email address, their login instructions, etc., etc., etc.

But I am looking forward to hearing how I should be managing unionized employees. That should be fun.

Steve

**From:** Jukoski, Mary Ellen
**Sent:** Thursday, January 28, 2021 4:36 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven I. <SMinkler@mxcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: Director of Admission Search Committee

I just can't believe how this is making more work rather than simplifying work!
Thanks for your thoughts on Lisa. I don't think Steve and Rose will have a problem.
mej

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 4:25 PM
**To:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Minkler, Steven I. <SMinkler@mxcc.commnet.edu>; Ellis, Rose R <REllis@qvcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: Director of Admission Search Committee

Yes, this is a good example of just some of the levels of bureaucracy I have been met with too. However, I have found that I am asked different question, different departments/individuals will request more information, different

3

CSCU 10/26/21 POSITION 000609

ESPOSITO 1/7/22 HEARING - 000785

information, justifications for things I am attempting to accomplish, and then there are all the different levels of approval etc... It is certainly challenging and takes up a lot of time.
As for Lisa, I love the idea of including her! I think many of the Presidents/CEO's collaborate well across the state and she is definitely a great person to have on our team 😊

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 3:18 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; Ellis, Rose R <REllis@gvcc.commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** FW: Director of Admission Search Committee

Is this the kind of detail you are asked for the positions you are filling? I can't believe the bureaucracy that has been created.

Also, how would you feel if I invited Lisa Dresdner to join out Check In meetings. I know she feels comfortable with all of us. Don't know if she would feel comfortable with Duncan.
Your thoughts?
mej

**From:** Goetchius, Stephen <SGoetchius@trcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 12:41 PM
**To:** Kelly, Kevin P <KKelly@trcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Cc:** Barfield, Kem <KBarfield1@trcc.commnet.edu>; Hodson, April M <AHodson@trcc.commnet.edu>
**Subject:** Re: Director of Admission Search Committee

This is what I received back from the HR Shared Services regarding committee charging for the CE Coordinator position at the MAC:

"The committee will have to be charged by a member of the Diversity team but first they will have to review the AAP-1 and approve of the committee members. She will also review the interview questions and approve or provide suggestions. Could you please provide me with a copy of the interview questions?

Lastly, the Talent & Recruitment team mentioned that there are three members on the committee, and is wondering if you are planning on having an interview with the hiring manager sitting in or will the hiring manager conduct a second interview. If it is the latter, the hiring manager will also need to be charged."

I've asked for who the TRCC hiring manager is. I relayed that up to this point that TRCC's President has been the ONLY hiring decision maker. Will relay what response I get back.

4

Kem: I'll complete the AAP-1 form for Kem's approval.

SHG (860) 215-9002

**From:** Kelly, Kevin P <KKelly@trcc.commnet.edu>
**Sent:** Thursday, January 28, 2021 12:28 PM
**To:** Goetchius, Stephen <SGoetchius@trcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>
**Cc:** Barfield, Kem <KBarfield1@trcc.commnet.edu>
**Subject:** Director of Admission Search Committee

Hi Mary Ellen and Steve,

After review with Dean Barfield and with Dean Cullen (at QV), we have assembled the following team to be the Search Committee for the combined Director of Admissions position:

Co-Chairs:  Sarah Van Orden (QV, Director of Academic Affairs) & Kevin Kelly (TR, Associate Dean of Enrollment)
Members in alphabetical order:

1. Kem Barfield (TR, Dean of Academic/Student Affairs)
2. Sarah Hendrick (QV, Associate Director of Admissions)
3. Patrick Keller (QV/TR, Director of Institutional Research)
4. Jeff Nixon (TR, CJ Faculty)
5. Veda Wellington (TR, Secretary)

If this is acceptable, please let me know so I can gather the group for the charge and such.

Thanks!

Kevin

5

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Dresdner, Lisa |
| **Sent:** | Thursday, July 15, 2021 8:41 PM |
| **To:** | Dresdner, Lisa |
| **Subject:** | FOI #6  Fw: Authority/Responsibility with Financial Aid |

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Thursday, June 24, 2021 8:43 PM
**To:** Nicole Esposito <nicoleesposito30@gmail.com>
**Subject:** Fw: Authority/Responsibility with Financial Aid

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Thursday, April 8, 2021 8:53 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>
**Cc:** Lombella, James P <JLombella@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
**Subject:** Re: Authority/Responsibility with Financial Aid

Good evening, all --

To be clear, I am quite capable of thinking on my own. I have the education, experience, and training to know how to ask critical questions. To imply otherwise, to suggest that I am "being fed" information that I would simply parrot, is highly insulting and, in fact, misogynistic.

Am I genuinely concerned? Yes, and for the reasons I state in my e-mail.

I look forward to finding a solution that protects the colleges as well as all the CEOs.

Lisa

**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Thursday, April 8, 2021 6:38 PM
**To:** Lombella, James P <JLombella@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>; Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Subject:** RE: Authority/Responsibility with Financial Aid

Looping in Rob too since he is dealing with this as well.

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff/COO
61 Woodland Street

1

CSCU 10/26/21 POSITION 000612
ESPOSITO 1/7/22 HEARING - 000788

Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Lombella, James P <JLombella@commnet.edu>
**Sent:** Thursday, April 8, 2021 5:21 PM
**To:** Pritchard, Alice M <APritchard@commnet.edu>; Buckley, Alison <ABuckley@commnet.edu>
**Subject:** FW: Authority/Responsibility with Finanial Aid

Ok, I need your input and thoughts on this? See below...
(also just to clarify both Gennaro and I agreed that much of what NECHE is requiring us to do seems like the cart before the horse. Just wanted you to have the context around that statement below). I definitely know she is being fed this from somewhere. When we talked yesterday she seemed genuinely concerned as if someone just put a big scare in her. Just my observations. Is a letter even possible?

James Lombella, Ed.D.
*Regional President*
North-West Region; Connecticut Community Colleges
Connecticut State Colleges and Universities
Phone: 860.723.0625
lombellaj@ct.edu



This email and any attached documents may contain confidential information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited.   Do not distribute this email without careful consideration.  If you believe that you have received this email in error, please notify the sender by telephone at the number listed above. Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

**From:** Dresdner, Lisa <LDresdner@nvcc.commnet.edu>
**Sent:** Thursday, April 8, 2021 4:15 PM
**To:** Lombella, James P <JLombella@commnet.edu>
**Subject:** Authority/Responsibility with Finanial Aid

Dear Jim,

Thank you for your time yesterday in talking through my concerns about signing the E-App update form that deals with Title IV Federal Funding. I also appreciate you getting Gennaro on the call to give me his perspective.

I still have grave concerns about signing this document because it puts me in a highly vulnerable position. Signing it requires me to take full responsibility for all information in the document at the risk of a "fine of not more than $58,328 or imprisonment of not more than five years, or both, for misinformation that is material to receipt and stewardship of federal student financial aid funds." However, the new reporting structure removes my authority over NVCC's Financial Aid Services and places that authority with the Associate Vice President for Financial Aid Services and Title IV Compliance, Steve McDowell.

2

CSCU 10/26/21 POSITION 000613
ESPOSITO 1/7/22 HEARING - 000789

I very much appreciate your belief in my authority with a dotted line and your genuine support of me. But dotted line management has been explained in our organization as primarily task-based or project management. The absolute authority goes hand-in-hand with the solid line. I think that this structure has been put into place without fully comprehending the consequences of the implementation, as even Gennaro agreed that it was a bit of the cart before the horse. Leaders of the individual colleges, in spite of our current independent accreditation, do not have the authority in this structure to execute—in this instance—their legally mandated responsibilities for the federal government.

Additionally, I understand that we are to look at the Shared Services model as a third-party vendor that, with thirty days' notice, we could effectively "fire." Yet that is simply not feasible: unlike with an actual third-party vendor, we have no possibility of an alternative supplier or some method to directly take corrective action. If a shared service fails or disappoints, the only option we appear to have is to nag them. That doesn't seem like a good strategy given, in this case, the severity of the potential penalties.

Transitions certainly add difficulty, and that makes them a time for extra attention; yet we put ourselves in a critical time bind right at the start. The document was sent to me for signature *on the day it was due, April 6*, but Steve McDowell requested on February 8 that the Directors of Financial Aid make the required changes. With inadequate follow-up, the result was an extremely tight deadline for a signature, which does not indicate effective stewardship over the process nor give me, the apparent but not legitimate responsible party, reasonable time to approve it.

I recognize the additional challenges faced in moving toward one college, one accreditation, and one OPEID number to ensure students in the Connecticut State Community College are eligible for Title IV funding. I trust that you know that I am completely dedicated to shepherding NVCC's movement in that direction. Insofar as my responsibilities, I am glad to project-manage this work, and to do the tracking, cajoling, and, if necessary, the nagging. But I don't feel safe signing a document without the commensurate authority. I would feel much safer if there were concrete evidence that the organization was committed to effective execution. One solution could be a letter from Steve McDowell, who has solid line authority, stating that he takes ultimate responsibility for ensuring proper compliance with what I will need to be signing now and until we are one college. In short, I want to be indemnified for signing the Title IV documents when I do not have solid line authority.

Thank you for your understanding. I am hopeful that we can work out a reasonable solution.

All the best,

*Lisa*

Lisa Dresdner, Ph.D.
CEO, Naugatuck Valley Community College
750 Chase Parkway
Waterbury, CT 06708
203-575-8004
Ldresdner@nv.edu



Naugatuck
Valley
Community
College
Waterbury and Danbury

3

CSCU 10/26/21 POSITION 000614
ESPOSITO 1/7/22 HEARING - 000790

CSCU 10/26/21 POSITION 000615
ESPOSITO 1/7/22 HEARING - 000791

Exhibit V

CSCU 10/26/21 POSITION 000616
ESPOSITO 1/7/22 HEARING - 000792



**CSCU**

Connecticut State Colleges and Universities System Office
Notice of Non-Continuation of Appointment

**DATE:** June 8, 2018

**NAME:** ███████

**BOARD CLASSIFICATION:** Assistant Professor

**FUNCTIONAL TITLE/SUBJECT AREA:** DARC Program Coordinator

**PERIOD OF APPOINTMENT:** June 8, 2018 to September 7, 2018

**TYPE OF APPOINTMENT:** Non-Continuation of first year appointment (Date of hire 08/18/2017)

If there are any questions on this notice, please contact Holly Foetsch or Patricia Lindo, Human Resources Department.

Gena Glickman, Ph.D.
President
Manchester Community College

C: Employee's Professional file
   Human Resources Department
   CCSU System Office
   4C's union



MANCHESTER
COMMUNITY
COLLEGE

Tanya Milliner-Harlee, Ed.D.
Interim Chief Executive Officer

tel 860.512.3100
fax 860.512.3101
tmillnerharlee@manchestercc.edu

A separate letter with COBRA information will be sent to provide you with options and costs to review to continue benefits, as applicable.

The Human Resources/Labor Relations Department will be in touch with you shortly to provide instructional information regarding office and computer access; and to obtain information from you on any outstanding student follow up matters for this summer and the hiring process status of PTLs for this fall semester 2018. In addition, this information will be shared with MCC's Interim Academic Dean, Tuesday Cooper.

If you have any questions, please contact either Holly Foetsch, Director of Labor Relations or Patricia Lindo, Director of Human Resources.

With Regards

Tanya Milliner-Harlee Ed. D.
Interim Chief Executive Officer
Manchester Community College

C. P. Lindo, HR Director
  H. Foetsch, Labor Relations Director
  T. Cooper, Interim Academic Dean
  R. Reutenauer, 4C's Union Representative

**Henderson, Christopher R**

| | |
|---|---|
| **From:** | Bob Reutenauer <bob@the4cs.org> |
| **Sent:** | Monday, July 16, 2018 10:45 AM |
| **To:** | Henderson, Christopher R |
| **Cc:** | ▮▮▮▮▮▮▮▮▮Foetsch, Holly |
| **Subject:** | Appeal grievance to Level 2 (MCC) |

Dear Mr. Henderson,

We are appealing to Level 2 the response by the college (MCC) to the grievance of ▮▮▮▮▮▮▮ The denial of the grievance was dated July 5, 2018 and was received in the union office on July 6, 2018.

Thank you,

Bob Reutenauer
Staff Organizer
Congress of Connecticut Community Colleges (the 4Cs)
860.983.1497
Facebook.com/4CsSEIU1973
Membership Form: http://the4cs.seiu.org/page/s/membership-form-2017

*Attachment D*

1

BOARD OF REGENTS OF CSCU

CONGRESS OF CONNECTICUT
COMMUNITY COLLEGES/SEIU

## G RI EVAN C E   F O R M

Please print or type all information.

NAME OF GRIEVANT  ███████████        POSITION  Assistant Professor

COLLEGE   Manchester CC

---

### GRIEVANCE

Filed at Level      1                  To Whom Submitted  Interim CEO Millner-Harlee

Date Problem Occurred : June 8, 2018

For informational purposes, indicate the Article(s) and section(s) of the Collective Bargaining Agreement which
you allege have been violated:  Article IX. Appointments

**Briefly outline the facts concerning the grievance and explain the nature of the grievance:**

By letter from President Glickman, dated June 8, 2018, ███████ was informed that her standard appointment will not
be renewed.

In order that the contractual notice period of three months be met the letter indicates that employment will end September
7, 2018. The letter further indicates the college intends to compensate Professor Pierce for the ten-day period August 27,
2018 to September 7, 2018.

This is a violation of the collective bargaining agreement. In circumstances like this a full three months of additional
compensation is due to a 10-month employee who is paid bi-weekly over 12 months.

On behalf of Pierce we also demand that the college make known the reason for this drastic action. To the extent that is-
sues of student conduct, internship placement, and/or grade disputes are relevant we have critical information for the col-
lege. This new faculty member was offered no guidance, indeed was continuously mis-directed, in her earnest efforts to
fairly and effectively resolve very complex matters.

Remedy:  Remove the June 8, 2018 letter and issue a second standard appointment.

SIGNATURE OF GRIEVANT  ███████████        DATE  6/19/18

SIGNATURE OF CONGRESS REPRESENTATIVE  _____  DATE  6/19/18

*Peter Renterow*

**Attachment B**

CSCU 10/26/21 POSITION 000620
ESPOSITO 1/7/22 HEARING - 000796



**MANCHESTER
COMMUNITY
COLLEGE**

Tanya Millner-Harlee, Ed.D.
Interim Chief Executive Officer

tel 860.512.3100
fax 860.512.3101
tmillnerharlee@manchestercc.edu

**Attachment C**

July 5, 2018



<u>RE:  Manchester Community College's Response to first step grievance on Article IX Appointments</u>

Dear Assistant Professor 

This letter provides the College's response to the first step grievance meeting held on June 26, 2018 in which you, Bob Reutenauer, Union Representative; Tuesday Cooper, Interim Academic Dean (Division Director) and Holly Foetsch, Labor Relations Director were present.

Regarding the Notice of Continuation dated June 8, 2018, this letter is to confirm that per the Union Contract under Article IX, Section 3, the College's decision to not renew your first standard appointment was reviewed and still determined to be final.

In addition, to respond to your grievance, you will receive the following compensation per the union contract:

- Starting on June 8, 2018, your bi-weekly paycheck in the amount of $2,299.43 will continue to be paid until the total of 26 pay periods have been paid, regarding your first year faculty appointment.  The last payment will be made on the pay period end date of August 16, 2018 (pay check dated August 31, 2018).

- From June 8, 2018 through August 24, 2018 (2017-2018 academic year), you will receive payment under the first 56 days of the three month notice period at your faculty daily rate of $276.57.  This means you will receive the amount of approximately $15,487 on the pay check dated September 14, 2018.

- Also, from August 27, 2018 to September 7, 2018 (2018-2019 academic year), you will receive payment for the remainder of the three month notification period of 10 days at your faculty daily rate of $276.57  This means you will receive a final payment of approximately $2,765 on the pay check dated September 28, 2018.

CSCU 10/26/21 POSITION 000621
ESPOSITO 1/7/22 HEARING - 000797

BOR Grievance File: cc 18-0021
Step II Response – ███████████Non-Renewal

I.

A.   Introduction

█████████████ Assistant Professor and Drug and Alcohol Recovery Counselor (DARC) Program
Coordinator, was given three months notice of the non-continuation of her appointment on June 8,
2018 ( Attachment A).

The Congress filed a Step 1 grievance on June 19, 2018 alleging violations of Article IX (Appointments)
claiming that the College's mechanism of notifying and issuing final compensation to █████████████
violated the contract and █████████ should receive a full three months of additional compensation
given her 10-month appointment (Attachment B) . They further demanded that the College make known
the reason for █████████ non-renewal of appointment due to the fact that during her appointment
she was "offered no guidance, ...was continuously misdirected, in her earnest efforts to fairly and
effectively resolve very complex matter." The Union's sought remedy was the removal of the June 8,
2018 non-continuation letter and the subsequent issuance of a second standard appointment.

The Step 1 grievance was heard at Manchester Community College on June 26, 2018. The College
responded via letter on July 5, 2018 (Attachment C). The letter informed █████████ that under the
Congress contract Article IX, Section 3, the College's decision to not renew her first standard
appointment was reviewed and still determined to be final. In addition, the College ensured that she
would continue to receive her bi-weekly paycheck through August 16 per her first year faculty
appointment, payment for the first 56 days of the three month notice period, and payment for the 10
day remainder of the three month notice period.

The Union filed their Step II with the BOR on July 16, 2018 and the Step II meeting was held on July 24,
2018 (Attachment D).

B.   Step II Meeting Summary

The Union reiterated their proposed remedy that █████████ be given another standard appointment.
They believe that █████████ was not given the appropriate guidance or support in her first year as
Coordinator of the DARC program. They believe that a non-renewal is a drastic measure given the
events that transpired over █████████ first year of appointment. Typically, the union claims, the
decision not to renew is one where there is a level of certainty in the decision. They claim that level of
certainty is lacking in █████████ case.

The parties generally discussed █████████ employment history where she began as an adjunct in the
DARC program for the 2016-2017 academic year teaching Addiction Counseling I and II. Upon the
retirement of the previous DARC Coordinator, █████████ applied and accepted the appointment for the
2017-2018 year.

The Union and █████████ then outlined the series of issues █████████ experienced in her first year that
warrants the issuance of a second year of appointment. Generally they include the lack of guidance from
college administrators as it pertains to the handling of difficult students and other faculty work. They
state that she was given no feedback and no information on why she was not being renewed. They

highlight the fact that her predecessor left no files or protocols for ████ to follow to get her started on the right track as program coordinator. Information was shared on her experiences with one particularly difficult student who had trouble obtaining and maintaining an internship, and difficulty functioning as an active participant in the classroom. The Union discussed how she attempted to address the behavior of the difficult student through one channel but was directed not to use that particular channel without further guidance on how to address the student's behavior. They further claim that ████ non-renewal is the by-product of another personnel matter between two faculty members. In addition, they discuss an issue where a student failed an exam because they were utilizing their cell phone during the exam and ask how ████ handling of that situation in line with College policies and procedures is a poor reflection of ████ work product.

The Union and ████ also discussed the positive contributions of ████ in her first year. They include the successful placement of students in internships and jobs, the success of DARC students receiving scholarships, hosting large-scale events to create positive collaborations and community connections with the program, and setting up global opportunities for students while recalibrating the program's relationship with counseling licensing board. In addition, the discuss the numerous students who are grateful for ████ teaching and mentorship.

At the conclusion of the meeting, the BOR acknowledged that they would take the parties' positions under advisement and issue a decision pursuant to the Congress contractual timelines.

II.
Analysis

1.   *Three Months Compensation/Notice*

In the June 19, 2018 grievance the Congress allege a violation of the Congress CBA stating that in addition to ████ being paid (as a 10 month employee paid out over 12 months) the remainder of her contract, including the ten days into the new academic year in line with her three month notice, that she be paid for a full three months of additional compensation.

While the Congress offered no evidence to support that this is common practice in the colleges at the Step II, the College in their Step I response agreed to pay ████ for the full three months notice period at the faculty daily rate of $276.57.

Therefore, the compensation/notice aspect of the grievance has been resolved and ████ will be paid according to the College's July 5, 2018 letter.

2.   *Non-Renewal*

The Congress also demanded the College make known the reasons for ████ non-renewal and further demanded that she be issued another standard appointment. [1] The decision not to renew a first standard appointment is not subject to the grievance procedure outlined in Article VII.

The Contract is vehemently clear that when it comes to notice, the extension of appointment to meet the notice requirements does "not constitute a new appointment and the termination of the extension shall not otherwise be reviewable." It further states, that for "each of the first three standard

---

[1] In the Step II meeting, they asked she be given a second first standard appointment as a "re-do" of the last year.

appointments, the decision of the employer not to renew an appointment shall be final." Lastly in Sec 3. it states that only in the case of a non-reappointment of a third or subsequent appointment, can the employee request a written statement of the factors considered in the employer's decision. And in that case, the employer's decision is subject to an arbitrary capricious standard. It is not subject to such a standard for the non-renewal of the first standard appointment.

Despite the language of the contract, that supports the proposition that a non-renewal of a first standard appointment is final and no reasons need to be given for the decision, the College and the BOR, out of respect for ████████ and the Congress, heard ████████ arguments for the renewal of her appointment. While we appreciate the time the Congress and ████████ took to highlight the issues she experienced and contributions she has made to the College and the DARC program, the College does not wish to renew ████████ appointment.

### III.
### Conclusion

The decision to not renew is final and not subject to an arbitrary and capricious standard, and given that the BOR will not substitute its judgment for that of the College. Therefore, the decision not to renew ████ ████ appointment is upheld.


**MANCHESTER COMMUNITY COLLEGE**

Office of the President
Gena Glickman, Ph.D.

tel. 860 512 3100
fax. 860 512 3101
email. gglickman@mcc.commnet.edu

**Attachment A**

June 8, 2018



RE: Notification of Non-continuation of Appointment:

Dear ███

In accordance with Article IX, Section 2 of the Collective Bargaining Agreement between the Board of Trustees of the Community Colleges and The Congress of Connecticut Community Colleges, I am hereby notifying you that your appointment as Assistant Professor/Program coordinator at Manchester Community College will not be renewed. Your employment will conclude effective with the close of business on Friday, September 7, 2018.

Please know that you will be receiving a separate notification after September 7, 2018 regarding COBRA benefit information/insurance coverages. Also, you will receive compensation for 10 days from August 27, 2018 through September 7, 2018, the last day of the three month notice.

Director of Labor Relations, Holly Foetsch, is available to assist you with any questions, which you may have regarding the transition.

I wish you well in your future endeavors.

Sincerely,

Gena Glickman, Ph.D.
President

cc:   Tanya Millner-Harlee, Interim Dean of Academic Affairs
      Holly Foetsch, Director of Labor Relations
      Patricia Lindo, Director of Human Resources

An Equal Opportunity Employer      Great Path   P.O. Box 1046   Manchester, CT  06045-1046      A Connecticut Community College

Article. See side letter RE: Grants and Contracts. Employees serving on the third or subsequent special appointment, each lasting an academic year or calendar year (two consecutive semesters) shall be given 90 days notice of nonrenewal. For each of the first three special appointments, the decision of the employer not to renew shall be final.

    a.  In cases of nonappointment of the 4th consecutive special appointment, the employee may request the reasons in writing. The reasons shall not be arbitrary or capricious. This provision is subject to the grievance and arbitration procedures.

    b.  The Board may grant special appointments for a period of six (6) years. Any employee who has successfully completed six (6) consecutive special appointments shall transition to a standard, tenure-track appointment.

Nonreappointment for reasons other than special reasons of a full-time employee on special appointment who was hired prior to January 1, 1975 shall be subject to the provisions of Section 3 of this Article as if such individual had been on a standard appointment; this provision shall not constitute a precedent for individuals hired on special appointments after January 1, 1975.

    Newly hired ten-month staff who have met their scheduled obligation of professional staff meetings and are present and working on the first day of classes shall receive compensation from the beginning of the appointment period for all ten-month staff.

Section 2.    Authority to Appoint and Reappoint

    Except as expressly provided for by Board policy, the authority to offer appointments and reappointments rests with the Board of Regents and no agent of the Board may expressly or by implication offer appointment or reappointment.

Section 3.    Nonreappointment of Standard Appointments

    Notice of intent not to renew a standard appointment shall be afforded by the employer, in writing, three (3) months prior to the termination of the appointment for the first standard appointment, six (6) months prior to the termination of the appointment for the second standard appointment, and, in the case of each subsequent standard appointment, the effective date of termination shall be at least twelve (12) months from the date of notification. Any extension of appointment to meet the notice requirements of this section shall not constitute a new appointment and the termination of the extension shall not be otherwise reviewable. In the case of the nonappointment of the third or subsequent standard appointment, the bargaining unit member shall be notified in writing of his/her right to union representation.

    For each of the first three standard appointments, the decision of the employer not to renew an appointment shall be final. An initial standard appointment made on or before December 1 of any appointment period shall constitute the first standard appointment. This provision shall not be deemed to affect appointments made prior to the effective date of this Agreement.

CSCU 10/26/21 POSITION 000626
ESPOSITO 1/7/22 HEARING - 000802

In the case of nonreappointment of the third or subsequent standard appointment, the employee may request a written statement of the factors considered. The decision of the employer not to renew the third or subsequent standard appointment shall not be arbitrary, capricious, or unreasonable, provided, however, that the decision of the employer not to renew the third standard appointment shall not be subject to the arbitration procedure of this Agreement.

Section 4.     Tenure

A.  Purpose

Tenure is a means for providing job security consistent with the mission of the community colleges and of assuring a high level of service to the college by those holding such tenure. The employer agrees that the appointment of a member of the bargaining unit who has been granted tenure pursuant to the terms of this Agreement or who had acquired tenure under the Board's personnel policies may be terminated only in accordance with the procedures set forth in this Agreement. The professional staff member has a correlative responsibility to the employer to maintain an acceptable level of proficiency in service to the college.

Tenure is granted by the President and relates only to the college and not the System, except as provided in Article IX, Section 4 (B) (4). Tenure recognizes professional growth and improvement in service to the college, the usefulness of the individual's services to the college, affirmative evidence of an acceptable level of proficiency of service, and the potential for service and professional growth.  The decision of the President with respect to tenure shall be final.

B.  Procedure

The following procedures shall govern the consideration of bargaining unit members for tenured appointments. The President or his/her designee is responsible for insuring that the procedures are followed.

1.  At each college there shall be a Tenure Committee elected by the members of the bargaining unit. The size and composition of the committee shall be determined by the President and shall reflect, whenever possible, the ratio of teaching faculty, non-teaching faculty, and administrators in the bargaining unit at the college, except that, whenever possible, individuals not holding tenured appointments shall not be eligible for Tenure Committee memberships. The Tenure Committee shall review all evaluative material in the candidate's file generated since her/his original appointment to the college, and the recommendations of the supervisor.

2.  The Tenure Committee shall keep a written record of the dates of all meetings, attendance at meetings, and materials considered. All records and materials shall remain in the custody of the President or her/his designee. The committee shall not disclose its records or recommendations except as provided herein.

3.  In making its recommendations, the Tenure Committee shall be guided only by the

the Congress of Connecticut Community Colleges
Board of Regents for Higher Education   CBA July 1, 2016 - June 30, 2021

CSCU 10/26/21 POSITION 000627

ESPOSITO 1/7/22 HEARING - 000803

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Lugo, Miguel A |
| **Sent:** | Monday, August 23, 2021 11:47 AM |
| **To:** | Esposito, Nicole C |
| **Cc:** | Case, Karyn M; Lindo, Patricia O |
| **Subject:** | NOA Draft Asst. Prof DARC |
| **Attachments:** | ▓▓▓▓▓▓NOA_Draft.docx |

Hello Dr. Esposito,

Attached is a NOA for the Asst. Prof DARC search. Please review the contract and provide your signature if everything is accurate. I will send it to her upon receipt.

Please keep in mind all offers are contingent upon pre-employment conditions being met. This means submission of transcripts, a favorable background check, and submission of references.

We are still missing two references, our assistant has reached out to the candidate to request them again.

Thank you!

Miguel Lugo
*Human Resources Recruitment Specialist*
Capital-East Region-CSCU
North-West Region (Naugatuck Valley & Tunxis)
*MLugo@commnet.edu*
Phone: 203-332-5232   Fax: 203-332-5247

1

State of Connecticut
BOARD OF REGENTS OF CONNECTICUT STATE COLLEGES AND UNIVERSITIES
NOTICE OF APPOINTMENT

**College:** Manchester Community College
**Board Classification:** Assistant Professor

**Date:** 08/23/21
**Functional Title/Discipline:** Assistant Professor/Program Coordinator DARC

**Appointee Name:** ▮▮▮▮▮▮▮
**Appointee Address:** ▮▮▮▮▮▮▮
**City, State Zip Code** ▮▮▮▮

**Period of Appointment:**           **From:** 08/25/21      **To:** 06/01/22
**Dates of Employment Obligation: From        To**

**Empl #: /Rec#**
**Email Address:** ▮▮▮▮▮▮▮

**First Day to Report to Work:** 08/25/21
**Supervisor:** Mary Lou Vredenburg

| Bargaining Unit:    * | Employment Obligation: | Type of Appointment: | Service Months: |
|---|---|---|---|
| Congress | Full-Time | Standard | 10 Months |

Hours/week: _____ FTE: _____
Compensation: $64,291 approximate annual; $2,463.26 biweekly; $_____ hourly Grade: Assistant Professor/ Step: 3
Indicate name of funding source (CF2): BA1000
Employee is transferring from _____ agency if this appointment is for a State of CT transfer.

Indicate name of grant or contract if this position is funded by external resources:

## CONDITIONS

☐     This appointment is made under authority delegated to the Board of Regents President/Designee. (Signature below)

☒     This appointment is made by the President /CEO under authority delegated by the Board of Regents and or President/Designee.

This appointment is subject to the Pre-Employment Background Verification Policy of the Board of regents for Connecticut State Colleges and Universities.

This appointment is subject to the laws of the United States and the State of Connecticut and the personnel policies, procedures and regulations of the Board of Regents for Higher Education.

If this appointment is funded by a federal, state or private grant or contract, the appointment is subject to immediate termination in the event of reduction or elimination of funding.

Please indicate acceptance of this offer of appointment by signing and returning this form to the Human Resources Office, (5) days from the time of receipt.

Accepted: _____     Date _____
                    (Appointee signature)

Signature: _____     Date _____
                    (Campus CEO)

Signature: _____     Date _____
                    (Other, if necessary)

*Disclaimer:*
*We are governed by the Board of Regents and Department of Administrative Services. While we strive to provide only the most accurate of information, occasionally there inadvertently may be a technical/factual inaccuracy and/or a typographical error on a record or document that we process. In no event shall CSCU be held liable for the occurrence of any such errors. Please notify Human Resources with any discrepancies.*

*The terms and conditions of this appointment are governed by:
  • 2016-2021 Congress Contract (faculty)

**CSCU 10/26/21 POSITION 000629**
**ESPOSITO 1/7/22 HEARING - 000805**

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Eisenbach, Theresa A |
| **Sent:** | Wednesday, August 25, 2021 6:02 PM |
| **To:** | Lindo, Patricia O; Carolina, Kimberly B; Steinmetz III, Robert R |
| **Subject:** | FW: Notification of Dispute // ███████ |

**Importance:**          High

FYI

**From:** Maribeth Martino <MMartino@smgcorporateservices.com>
**Sent:** Wednesday, August 25, 2021 5:08 PM
**To:** Eisenbach, Theresa A <TEisenbach@commnet.edu>
**Subject:** Notification of Dispute // ███████
**Importance:** High

Hello,

We are writing to inform you that we received notice from ███████ disputing information in their background report that was requested on 8/13/2021. We are currently re-investigating this case (free of charge).  We will keep you updated as to the status of the re-investigation.

**If at all possible, please try to delay any hiring decisions until the re-investigation is complete.** If it is determined that there needs to be a revision to our report, we will be sure to get you a revised copy as soon as possible.

You may reach out directly to me with any questions regarding this case.



**MARIBETH MARTINO**
DIRECTOR, BACKGROUND SCREENING & INVESTIGATIONS

OFFICE 25 Controls Drive, Shelton, CT 06484
TOLL FREE 800.688.1707 DIRECT 203.925.6192
CELL 203.449.9062
WEB smgcorporateservices.com

SECURITY SERVICES & TRAINING  BACKGROUND SCREENING & INVESTIGATIONS
CLEANING & JANITORIAL  PROPERTY MAINTENANCE



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which it is addressed. If you have received this email in error, please notify the sender by return email.

1

CSCU 10/26/21 POSITION 000630
ESPOSITO 1/7/22 HEARING - 000806

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Thursday, August 26, 2021 2:30 PM |
| **To:** | Case, Karyn M |
| **Cc:** | Lindo, Patricia O |
| **Subject:** | FW: Draft Letter |
| **Attachments:** | Rescinded Letter_August 26.docx |

Greetings, Karyn.

Please place the attached letter on MCC letterhead and send to the email address below on my behalf.

Thank you,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu



**From:** Eisenbach, Theresa A <TEisenbach@commnet.edu>
**Sent:** Thursday, August 26, 2021 12:46 PM
**To:** Lindo, Patricia O <PLindo@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Carolina, Kimberly B <KCarolina@commnet.edu>
**Subject:** RE: Draft Letter

Email: 

Please see above.

thanks

1

August 26, 2021

████████████████████

Dear ██████████

Thank you for your interest in the Assistant Professor/Program Coordinator of the Drug and Alcohol Recovery Counselor Program at Manchester Community College. As stated previously, your appointment to the position was subject to the Pre-Employment Background Verification Policy of the Board of Regents for Connecticut State Colleges and Universities.

Therefore, as part of the hiring process, our HR team conducts a background check. As you have learned in communications with our Director of Talent & Recruitment, Theresa Eisenbach, there were some concerns based on the results of your background check, per the pre-employment verification policy for an individual who has had prior state service at a State of Connecticut institution.

After careful review, we must rescind our offer of employment for position of Assistant Professor/Program Coordinator of the Drug and Alcohol Recovery Counselor Program.

Thank you for your time and good luck with your future endeavors.

Sincerely,

Rob Steinmetz, Ed.D.

Capital-East Regional President

Connecticut Community Colleges

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Thursday, August 26, 2021 2:47 PM |
| **To:** | Salman, Fatma |
| **Subject:** | RE: DARC |

Hi Fatma,

Thank you for this update and to you and your team for working through this issue. I can't express how thankful I am for your flexibility as I have transitioned into this leadership role. I look forwad to talking about this and other issues in the coming days.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Salman, Fatma <FSalman@mcc.commnet.edu>
**Sent:** Thursday, August 26, 2021 2:28 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** DARC

Hi Rob,

We got the DARC classes covered with PT faculty. I will keep you posted on finding a temporary PT DARC coordinator.

Best,
Fatma

**Fatma Salman, PhD**
Interim Dean of Academic and Student Affairs

1

CSCU 10/26/21 POSITION 000633
ESPOSITO 1/7/22 HEARING - 000809

Manchester Community College
Great Path, M.S. #6, P.O. Box 1046
Manchester, CT 06045-1046
Office: SSC L202
Phone: 860.512.2602
Email: fsalman@mcc.commnet.edu

2

CSCU 10/26/21 POSITION 000634
ESPOSITO 1/7/22 HEARING - 000810

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Monday, August 30, 2021 2:27 PM |
| **To:** | Vredenburg, Mary Lou; Salman, Fatma |
| **Cc:** | Case, Karyn M |
| **Subject:** | RE: Kudos |

Greetings, Mary Lou.

Thank you for sending this along.

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Sent:** Monday, August 30, 2021 12:26 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>
**Cc:** Case, Karyn M <KCase@mcc.commnet.edu>
**Subject:** Fw: Kudos

Hello Rob and Fatma,

I got a phone message from ▇▇▇▇▇▇ late last week that was basically unintelligible. Then she followed up with the email below. I just wanted you have a copy for your information. I'm not planning to respond.

Take care,
Mary Lou

**Mary Lou Vredenburg**, PhD
*Associate Dean of Faculty*
Academic Affairs

1

**CSCU 10/26/21 POSITION 000635**
**ESPOSITO 1/7/22 HEARING - 000811**

Manchester Community College
LRC A237a
Great Path, MS #17
PO Box 1046
Manchester, CT 06045-1046
860-512-2606

Follow Us: Facebook | Twitter | Instagram | LinkedIn | YouTube



**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Friday, August 27, 2021 6:43 PM
**To:** Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** Kudos

Hi, Mary Lou! It took a sec for me to gather my emotions and words to reach out to you. I just wanted to say that I'm so glad to have met you. Kudos in advance to YOU! This must have been such a blow to your workflow as well. I am sure you are up to the challenge because your energy is positive and full of light. The great news is that your DARC adjuncts are always ready to instruct! Wishing you and the DARC Program both progress and longevity!

Please share with the interview panel that I am so very thankful for the opportunity to interview with such a distinguished group of people. I enjoyed every moment. Although I didn't get to thank them in the way I had planned, please know that I am incredibly thankful for all of you!

(I don't want to reach out to individuals because I don't want anyone in trouble or uncomfortable) Kudos, in advance, to an a exceptional academic year for you and the MCC community!

Sincerely,

▉▉▉▉

CSCU 10/26/21 POSITION 000636
ESPOSITO 1/7/22 HEARING - 000812

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Weaver, Ernestine Y |
| **Sent:** | Monday, September 13, 2021 12:58 PM |
| **To:** | ██████████ |
| **Subject:** | RE: ████████ Request |

Hi ██████

The documents you requested are ready. Your personnel file is 254 pages and there are other documents – I have not counted the number pages but estimate an additional 20 or so. Hard copies are $.25/ page. Do you want me to email these to you or would you prefer hard copies?

Please let me know.

Thank you,

Ernestine

**From:** ████████████████████████
**Sent:** Wednesday, September 8, 2021 8:24 PM
**To:** Weaver, Ernestine Y <EWeaver@commnet.edu>
**Subject:** Re: ████████████████

Thank you, kindly, Ernestine. Have a great evening.

On Wed, Sep 8, 2021 at 11:13 AM Weaver, Ernestine Y <EWeaver@commnet.edu> wrote:

Hi ██████

I am in the process of gathering the information you requested and will let you know when it is available.

Regards,

Ernestine

**From:** ████████████████████████
**Sent:** Monday, September 6, 2021 8:09 PM
**To:** Weaver, Ernestine Y <EWeaver@commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** ████████████████

Hello, Ernestine:

May I please have a copy of my personnel file, application file (2017 and 2021), copies of all beginning and end-of year reports filed by me, copies of the signed contract foe the 2021-20221 academic year, and a copy of my class observation including the rebuttal that I submitted? I would also like all emails sent to and from Robert Steinmetz that mention ████████ and/or the DARC program.

1

Thank you, in advance, for your assistance.


Respectfully,




2

CSCU 10/26/21 POSITION 000638
ESPOSITO 1/7/22 HEARING - 000814

CSCU 10/26/21 POSITION 000639
ESPOSITO 1/7/22 HEARING - 000815

Exhibit W

CSCU 10/26/21 POSITION 000640
ESPOSITO 1/7/22 HEARING - 000816

CSCU 10/26/21 POSITION 000641
ESPOSITO 1/7/22 HEARING - 000817

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, February 18, 2021 3:31 PM |
| **To:** | Steinmetz III, Robert R; Rooke, Michael A; Levinson, David |
| **Subject:** | FW: English Posting |
| **Attachments:** | English posting - With Notes.docx |

HR SS has asked my academic dean to write the job descriptions back in December, which she did, then she was asked to share where we will be posting it (which my understanding was HR SS role and they did ultimately do this), then the postings were not accurate when they were put up just today, and now there is quite a bit of wordsmithing happening. I do wish this was brought up back in December rather than today. I also wanted you to be aware of what my responses were to HR SS. They are in blue.

-Nicole

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Esposito, Nicole C
**Sent:** Thursday, February 18, 2021 3:18 PM
**To:** Lugo, Miguel A <MLugo@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: English Posting

Please find my feedback/comments in blue.

Nicole Esposito, Ed.D
Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Lugo, Miguel A <MLugo@commnet.edu>
**Sent:** Thursday, February 18, 2021 2:55 PM
**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>

1

CSCU 10/26/21 POSITION 000642
ESPOSITO 1/7/22 HEARING - 000818

**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** RE: English Posting

Hello,

I took a look at the announcement that was posted and the announcement created and sent to Dean Salman, which she then sent to me. I have taken the announcement and in red have added notes as to why they were changed, removed, or revised. Please see attached.

I hope this answers everyone's questions.

**From:** Salman, Fatma <FSalman@mcc.commnet.edu>
**Sent:** Thursday, February 18, 2021 1:40 PM
**To:** Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>; Lugo, Miguel A <MLugo@commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Re: English Posting

These what I submitted for all three positions for job descriptions back in December. I hope this helps again.


**Fatma Salman, PhD**

Interim Dean of Academic and Student Affairs

Manchester Community College

Great Path, M.S. #15, P.O. Box 1046

Manchester, CT 06045-1046

Office: SSC L202

Phone: 860.512.2602

Email: fsalman@mcc.commnet.edu

**From:** Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Sent:** Thursday, February 18, 2021 1:35 PM
**To:** Salman, Fatma <FSalman@mcc.commnet.edu>; Lugo, Miguel A <MLugo@commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Re: English Posting

i have attached the updated English posting. The English Department needs someone who can teach developmental courses, as well as online classes. I hope the job posting can be updated.

Thanks,
ML

2

**Mary Lou Vredenburg**, PhD
*Associate Dean of Faculty*
Academic Affairs
Manchester Community College
LRC A237a
Great Path, MS #17
PO Box 1046
Manchester, CT 06045-1046
860-512-2606

Follow Us: Facebook | Twitter | Instagram | LinkedIn | YouTube



**From:** Salman, Fatma <FSalman@mcc.commnet.edu>
**Sent:** Thursday, February 18, 2021 1:29 PM
**To:** Lugo, Miguel A <MLugo@commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Subject:** Re: English Posting

Thank you, Miguel, for your quick response and for your help to take care of this issue.

Fatma

**Fatma Salman, PhD**

Interim Dean of Academic and Student Affairs

Manchester Community College

Great Path, M.S. #15, P.O. Box 1046

Manchester, CT 06045-1046

Office: SSC L202

Phone: 860.512.2602

Email: fsalman@mcc.commnet.edu


On Feb 18, 2021, at 1:26 PM, Lugo, Miguel A <MLugo@commnet.edu> wrote:


I have removed the incorrect questions from the application until I can figure out why they crossed over into the other positions. I will look into the English announcement, but please note the announcement was sent to the HR Generalist and ultimately the Hiring Manager and Diversity team for review before posting.

3

CSCU 10/26/21 POSITION 000644
ESPOSITO 1/7/22 HEARING - 000820

**From:** Salman, Fatma <FSalman@mcc.commnet.edu> r
**Sent:** Thursday, February 18, 2021 1:07 PM
**To:** Lindo, Patricia O <PLindo@commnet.edu>; Lugo, Miguel A <MLugo@commnet.edu>
**Cc:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Vredenburg, Mary Lou
<MVredenburg@mcc.commnet.edu>
**Subject:** Re: English Posting

Hello all,
Please see what is sent to me from one of our department chair ( English) regarding the positions posted
today. Note, I submitted all the changes added from the departments of English, Biology and DARC
positions to job description to the regional SO HR. Can we please check on these concerns.

Thanks
Fatma

**Fatma Salman, PhD**

Interim Dean of Academic and Student Affairs

Manchester Community College

Great Path, M.S. #15, P.O. Box 1046

Manchester, CT 06045-1046

Office: SSC L202

Phone: 860.512.2602

Email: fsalman@mcc.commnet.edu


> On Feb 18, 2021, at 12:52 PM, Vredenburg, Mary Lou
> <MVredenburg@mcc.commnet.edu> wrote:
>
> Hello Fatma and Patricia,
>
> Please see Andrew's email below about the English position. He also points out
> that the electronic application is incorrect. Could someone please look into this
> before anyone applied for these positions?
>
> Thanks,
> ML
>
> **Mary Lou Vredenburg**, PhD
> *Associate Dean of Faculty*
> Academic Affairs
> Manchester Community College

4

CSCU 10/26/21 POSITION 000645
ESPOSITO 1/7/22 HEARING - 000821

LRC A237a
Great Path, MS #17
PO Box 1046
Manchester, CT 06045-1046
860-512-2606

Follow Us: Facebook | Twitter | Instagram | LinkedIn | YouTube



**From:** Sottile, Andrew C <ASottile@mcc.commnet.edu>
**Sent:** Thursday, February 18, 2021 12:51 PM
**To:** Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>
**Cc:** Gentile, James M <JGentile@mcc.commnet.edu>
**Subject:** English Posting

Hi, Mary Lou:

The English posting does not reflect the changes we suggested in December.
Moreover, the electronic application doesn't reflect English as the field of
expertise. (It seems to only reflect DARC for all three postings and seems to also
be incorrect for biology). We request this posting be taken down immediately until
these issues are sorted out.

Thanks,

James and Drew

**Andrew Sottile**
*he/him/his*
Assistant Professor of English
Co-chair of English and Humanities
Coordinator of the Common Read
Manchester Community College
Great Path, MS #19
Manchester, CT 06045
(860) 512-2668

CSCU 10/26/21 POSITION 000646
ESPOSITO 1/7/22 HEARING - 000822

CSCU 10/26/21 POSITION 000647
ESPOSITO 1/7/22 HEARING - 000823

**Announcement of Anticipated Opening**
**Instructor, English (1)**
Liberal and Creative Arts Division
Job Posting
10-month, Tenure-Track Position
Full-time Position


**Application must be postmarked by this date:** February 20, 2020 by 5 p.m


**Anticipated Starting Date:** August 2021

**Minimum Qualifications**
Master's degree in English or composition/rhetoric required.

Two years of teaching college-level English composition and literature courses, with an emphasis on teaching composition, from developmental to advanced, stressing the reading and writing connection, is required. *(Per the collective bargaining agreement, the minimum experience qual for an instructor is 0-2 year of exp. In other words, 0 years; thus, we cannot make this a 2-year requirement. However, we added this to the preferred quals.)*

Experience and expertise teaching composition courses designed for community college students of diverse abilities is required. *(This is a major requirement, as are, they saying Professors who teach English at Universities are not qualified to teach at a community college. How would we justify that for Affirmative Action Reports? I.e., If an English Professor from Western applies with no experience teaching at a community college, he/she is automatically disqualified. We did however add prior community college teaching experience to the preferred quals.) (This qualification should remain. In fact, teaching for a community college population is quite different than the required skills that a 4-year instructor needs. Students at a Community College have unique challenges, unique circumstances, and a variety of other barriers that can create challenges in the learning environment. It is not appropriate to simply assume that anyone with lecturing experience is appropriate to teach community college students, especially developmental education students. It is important that the full time faculty member selected understands our student populations and has a demonstrated ability to work with our population in an appropriate academic setting. I find it concerning that we would attempt to eliminate this qualification as we attempt to attract a candidate that shows evidence of a commitment to the community college mission, our unique demographics, and unique academic challenges)*

Demonstrated experience delivering courses both on campus and fully online, using learning management systems (such as Blackboard) is required. *(This was included in the amount, can we split up between two qualifications.)*

Because Manchester Community College supports and seeks to foster diversity, inclusion, and equity, demonstrated passion for the College mission and for the literatures of diverse people and populations is essential. *(This could not be used as a qualification, this could also be*

*considered subjective, how does someone demonstrate a passion?) (If you are seeking a more measurable term, I would ask that we simply change this to "a demonstrated understanding of the community college mission....." Evidence of a demonstrated understanding of the mission can be measured in a variety of ways. However, from a more philosophical perspective, it is reasonable to expect that some aspects of attracting, interviewing, and selecting the hire are always subjective.*

**A willingness to** *(The highlighted language is also subjective and not quantifiable thus was removed, we can quantify experience not a willingness.)* collaborate across the college and/or community is also essential. (Again, perhaps a "demonstrated willingness through specific initiatives, courses, etc...which evidence of this can be found in a CV. To add, the candidate's ability to showcase and articulate their passion willingness etc... in a cover letter or resume should be considered here. I would be concerned about hiring an academic who seemingly does not present the ability to articulate their passions effectively in written or verbal communications. Another way to look at this is....why would we bother with interviewing anyone if our perceptions of a candidates response is all just considered "subjective" and not applicable in the selection of a new hire?)

Interested applicants should detail their qualifications for this position at Manchester Community College. Applicants who do not meet the minimum qualifications must put in writing precisely and explicitly how their background and experience have prepared them for the responsibilities of this position.

**Responsibilities**
Teaching English courses from developmental through advanced; hosting office hours and advising students; working with other faculty and staff on curriculum development, assessment, and revision; serving on departmental, division, and college-wide committees; attending contractual meetings; and performing other duties as related to a full-time, tenure-track faculty position.

Workload for teaching faculty is subject to collective bargaining. Teaching schedule may include evenings and/or weekends. This position requires the faculty member to participate in commencement ceremonies, convocation activities, and special college meetings.

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | McDowell, James M |
| **Sent:** | Wednesday, January 13, 2021 3:19 PM |
| **To:** | Steinmetz III, Robert R; Esposito, Nicole C |
| **Cc:** | Lindo, Patricia O |
| **Subject:** | RE: Capital-East Executive Assistant |

Hi Rob,

Kathy can coordinate directly with me.

Thanks, Jim.

James McDowell
Dean of Administration
Manchester Community College
jmcdowell@mcc.commnet.edu

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, January 13, 2021 3:14 PM
**To:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Thanks so much for these updates, Jim and Nicole. I will set a time around the beginning of February for us to come and take a look at the space to see it and understand if it's appropriate for some of us to begin settling in (depending upon the belongings remaining). I'm glad to hear about the resolution with ▓▓▓▓▓ and we can continue to be patient with his office if more time is needed. I assume I'll still have access to my old office and we can continue to use that, if necessary.

We'll continue to work primarily remotely as well, but it will be good to begin thinking about the use of the space since we will likely begin more in-person activities by the fall.

With whom should Kathy coordinate to ensure we are able to get into the space and get keys, etc.?

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

1

**CSCU 10/26/21 POSITION 000650**
**ESPOSITO 1/7/22 HEARING - 000826**





**From:** McDowell, James M <JMcDowell@mcc.commnet.edu>
**Sent:** Wednesday, January 13, 2021 3:03 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hi Everyone,

I just confirmed the finance suite is L143.

Thanks, Jim.


James McDowell
Dean of Administration
Manchester Community College
jmcdowell@mcc.commnet.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, January 13, 2021 2:26 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hi Rob,
Yes, we did identify the only available space that meets all of your requirements. This is the finance suite located at
L126. We call this the "finance suite" so I will have maintenance confirm that is the accurate suite number. It is located
on the first floor of the Lowe building. In that area we have the space to accommodate you, Jenn, Diane, and Kathy (your
EA) so that you would not be separated.
So you are aware, one of the individuals that will need to be moved to accommodate this request is ████████████
The challenge is that he is currently approved by HR Shared Services for ADA accommodations and is not required to
come to campus until the summer. The other three staff members that are moving are mostly working remotely and, to
my knowledge, we are not able to move their personal belongings, but we can move their computers etc...which is not
an issue as we have been prepared to accommodate and ask them to coordinate moving all of their belongings.
Lastly, just as an FYI....this semester we have been in the process of settling a sensitive CHRO matter (that began prior to
my return to MCC) with ████████████ I was hesitant to request that he moves his belongings as this would have
appeared punitive or retaliatory, which is it absolutely not. However, we have recently been able to settle this difficult
situation with ████████ (about a week ago) so I will ask Jim to connect with Paul as he oversees this area.

Best,
Nicole


Nicole Esposito, Ed.D

2

CSCU 10/26/21 POSITION 000651
ESPOSITO 1/7/22 HEARING - 000827

Chief Executive Officer
*She, her, hers*

*Manchester Community College*
*SSC L201*
*Great Path, MS #01*
*PO Box 1064*
*Manchester, CT 06045-1046*
*P: 860-512-3103 / F: 860-512-3101*

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, January 13, 2021 1:43 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Lindo, Patricia O <PLindo@commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hi Nicole,

I wanted to see if the space that was identified has been prepared for us to begin moving in. Reading below, in October you confirmed that some staff would need to be informed and transitioned to a new space. Note that I still need the office location.

Thank you,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Steinmetz III, Robert R
**Sent:** Wednesday, October 21, 2020 12:41 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Thanks, Nicole. System Office IT was asking about the specific location for the executive assistant. Can you confirm a room number for their planning? To give time for folks to be made aware and moves to occur, I'm fine with us planning to make this transition on Jan 1, 2021.

3

CSCU 10/26/21 POSITION 000652
ESPOSITO 1/7/22 HEARING - 000828

Best,

Rob

Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, October 21, 2020 12:24 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Capital-East Executive Assistant

Hello Rob,
Time got away from me and I forgot to respond to your email about office space.
Jim and I connected about the logistics of this. We have been able to identify an area in the building that would fulfill all of your space requests. We will need to inform, at least, three employees that they will need to be moved to accommodate this request. This was the least impactful as all other suites on campus would require more individual moves or additional disruption, which we all hope to minimize during this time. I hope to make this a smooth transition and I thank you for the patience.

Best,
Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

4

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, October 21, 2020 12:13 PM
**To:** Case, Karyn M <KCase@mcc.commnet.edu>; Green, Jennifer L <JGreen@qvcc.commnet.edu>; Harris, G. Duncan <GHarris@ccc.commnet.edu>; Hodson, April M <AHodson@trcc.commnet.edu>; Jukoski, Mary Ellen <MJukoski@trcc.commnet.edu>; Martell, Corey M <CMartell@mxcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Minkler, Steven L <SMinkler@mxcc.commnet.edu>; 'REllis@qvcc.commnet.edu'; Van Cott, Margaret <MVanCott@acc.commnet.edu>; Iturrino, Liza A <LIturrino@ccc.commnet.edu>
**Subject:** Capital-East Executive Assistant

Greetings!

I am happy to report that Kathy Czarnota will begin as the Capital-East Executive Assistant on Friday, October 23, 2020. Kathy has most recently been serving as a paralegal at a law firm. Her previous experience includes administrative support, both within higher education and elsewhere.

She will join us at future regional meetings and I will work on setting up a time for her to meet with the executive assistants at each campus as well.

Thanks,

Rob


Rob Steinmetz, Ed.D.
Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu





5

CSCU 10/26/21 POSITION 000655
ESPOSITO 1/7/22 HEARING - 000831

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Sunday, August 2, 2020 5:19 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Re: Childcare Center Reopen Plans |

They seemed to feel strongly that this was the right answer, so I wouldn't say that they strongly reviewed options. Nicole supports the decision strongly and says that they will focus on their reaccreditation in the fall. My suggestion that they may need to be assigned to work in other areas since the reaccreditation process didn't represent full-time work was not met with support from Nicole.

Sent from my iPad

> On Aug 2, 2020, at 4:59 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> On MCC, did they even go through the exercise of reviewing option. Feels like maybe they made decision and that was it. Is Nicole in support of the informal recommendation?
>
> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu
>
> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Friday, July 24, 2020 1:35 PM
> **To:** Pritchard, Alice M <APritchard@commnet.edu>
> **Subject:** Childcare Center Reopen Plans
>
> Hi Alice,
>
> Attached please find the plans related to Childcare for Capital, Manchester and Three Rivers. As we discussed, Capital and Three Rivers plan to reopen in the fall and Manchester plans to remain closed. For Manchester, I am providing an informal recommendation from the center director. If you would like something different, please let me know and we will work on more of a report style document.
>
> Please let me know if you need any additional information at this time.
>
> Thank you,
>
> Rob
>
> Rob Steinmetz, Ed.D.

1

Pronouns: he, him, his
*Regional President*
*Capital-East Region*
*Connecticut Community Colleges*
Phone: 860-723-0624
Email: steinmetzr@ct.edu

<image001.png>

<image002.png>

<image003.jpg>

2

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, July 21, 2020 3:00 PM |
| **To:** | Lindo, Patricia O |
| **Cc:** | Steinmetz III, Robert R; McDowell, James M; Pritchard, Alice M; Carolina, Kimberly B |
| **Subject:** | RE: Interim Dean Position |

Hello Patricia,
I am thinking it makes the most sense to offer at the ¼ mark ($120,578) based on her salary information below.
However, moving forward I feel strongly that a person in this position (or other new leadership positions above union)
should not be teaching in the classroom while serving in the leadership role. I feel strongly that this is a conflict of
interest if there was ever an issue with a student in their classroom.
Personally, I did not teach in my previous role as an administrator at STCC for this reason. With that being said, is it
possible to add some language about this in the interim contract?
I do understand this might happen at other institutions in CT, but I hope to change that expectation for MCC leadership
moving forward. I believe it is the ethical think, but also best for our students and other faculty.

Lastly, I will call ███ as soon as I receive an answer/confirmation to the above. I will let you know when I speak to
███ so that you can call the other applicants afterwards.
Thank you!

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Tuesday, July 21, 2020 1:52 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>
**Subject:** RE: Interim Dean Position

Hi Nicole,

I've researched ███ 2019-2020 base salary and salary paid for overloads taught during the fall/spring/summer to
capture her total salary for that year so that can be considered in the offer. Base salary was $78,026. Therefore, her total
2019-2020 salary = $107,389 (base salary plus overloads for fall, spring & summer).

Effective July 1, 2020, collective bargaining increase was applied and her current base salary is $83,335. PTL rates were
also increased so that will also change the salary for her overload pay for the 2020-2021 academic year.

1

**CSCU 10/26/21 POSITION 000658**
**ESPOSITO 1/7/22 HEARING - 000834**

Do you plan to allow her to teach for the one year that's she under contract? If so, that will impact the salary offer because if she teaches a course, that can reduce the starting salary.

The Executive 1 salary range are: $104,846 (minimum)
$120,578 (1/4 mark)
$136,310 (midpoint)
Any salary offer over midpoint has to be approved by SO

Upcoming start dates are: July 31 & August 14th. What date are you considering for the start date?

Tuesday Cooper's interim dean of academic affairs contract ends on 8/13/20

Once I hear back from you, I can draft a memorandum of agreement for your review and then you can send to Mike Lopez for his review/approval to move forward if the offer is accepted by ▆▆▆▆

Please feel free to contact me with any questions.

Thanks,
Patricia

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Tuesday, July 21, 2020 8:24 AM
**To:** Lindo, Patricia O <PLindo@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>
**Cc:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Subject:** Interim Dean Position

Hello Patricia,
I have made a decision to make the offer to
▆▆▆▆▆▆▆▆▆▆ for the Interim Dean of AA and SA.
Can we please move forward with this ASAP. This is 100% confidential at this time as I have not informed her (or others yet). However, I would like to have a solid offer in-hand (including salary and contract length etc..) before I call her. I would like to inform her today or tomorrow.

Kindly,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

CSCU 10/26/21 POSITION 000659
ESPOSITO 1/7/22 HEARING - 000835

Get Outlook for iOS

CSCU 10/26/21 POSITION 000660
ESPOSITO 1/7/22 HEARING - 000836

CSCU 10/26/21 POSITION 000661
ESPOSITO 1/7/22 HEARING - 000837

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Thursday, July 23, 2020 10:52 AM |
| **To:** | Lindo, Patricia O |
| **Cc:** | McDowell, James M; Steinmetz III, Robert R; Pritchard, Alice M; Lopez, Michael J |
| **Subject:** | Re: New hire Interim Dean of AA and SA - DRAFT MOA |

Patricia,

Thank you for making these changes. I believe that these additions to the MOA language will help us avoid conflicts in the future.

I have attached Mike Lopez on this email for his review as well.

Kindly,
Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

**From:** Lindo, Patricia O <PLindo@commnet.edu>
**Sent:** Thursday, July 23, 2020 9:37 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
**Subject:** Re: New hire Interim Dean of AA and SA - DRAFT MOA

Good morning Nicole,

Please see attached revised draft. The job description is also attached.

If this is fine, please forward to Mike Lopez for his review and finalization of the MOA.

Thanks,
Patricia


**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, July 22, 2020 10:20 PM
**To:** Lindo, Patricia O <PLindo@commnet.edu>
**Cc:** McDowell, James M <JMcDowell@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>;

CSCU 10/26/21 POSITION 000662
ESPOSITO 1/7/22 HEARING - 000838

Pritchard, Alice M <APritchard@commnet.edu>
Subject: Re: New hire Interim Dean of AA and SA - DRAFT MOA
Hi Patricia,
Just a few notes:

1) under number 5, it says she will receive "guidance and direction" from the CEO. I believe this should say direct supervision from the CEO as this position, to my knowledge, is not a consolidated position at this time. We can confirm with Rob and Alice, but it should explicitly state who she directly reports to for this one year appointment.

2) You have my name listed as "Nicole Miller" for the signature line at the bottom.

Thank you,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

From: Lindo, Patricia O <PLindo@commnet.edu>
Sent: Wednesday, July 22, 2020 7:21:23 PM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Cc: McDowell, James M <JMcDowell@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
Subject: RE: New hire Interim Dean of AA and SA - DRAFT MOA
Hi Nicole,
Thank you for the update on the job offer to ▮▮▮▮▮
Attached is a draft MOA to work with before sending to Mike Lopez. Please review and edit accordingly.
Mike may have specific language for MOAs but this gives him a framework to work through any changes before finalizing the agreement.
In addition, please send the attached BOR employment application to ▮▮▮▮ — this will initiate HR to conduct the pre-employment background check when she returns it back to you.
Thanks,
Patricia

From: Esposito, Nicole C <NEsposito@mcc.commnet.edu>
Sent: Wednesday, July 22, 2020 11:02 AM
To: Lindo, Patricia O <PLindo@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>
Subject: New hire Interim Dean of AA and SA
I have contacted ▮▮▮▮ this morning. I offered her a salary of $120,578 (1/4 point on the grid). She did not accept and countered at $130K. I spoke with Jim and it seems we actually originally allotted for up to $130K, but that was not ideal given our challenging financial situation. I counter-offered her a final salary of $126,000 and she agreed. She will also not be teaching courses at MCC as I feel strongly that this creates conflicts of

2

CSCU 10/26/21 POSITION 000663
ESPOSITO 1/7/22 HEARING - 000839

interest. She may, however, teach an overload at another institution in our system. I told her this was fine as long as it does not interfere with her role as Interim Dean.

She is preparing to get her current courses covered for fall. Keeping you all in the loop. Hope we can send her a contract soon.

Kindly,

Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

CSCU 10/26/21 POSITION 000664
ESPOSITO 1/7/22 HEARING - 000840

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Tuesday, August 25, 2020 2:51 PM |
| **To:** | Steinmetz III, Robert R |
| **Cc:** | Simoni Jr, Angelo; Buckley, Alison |
| **Subject:** | RE: ███████████ |

Hi Rob and Alison,
I passed this information along and my Director of Enrollment management said she will ask internally. She is not sure who the student spoke to, but she is happy to send out a reminder. Thanks for letting us know.

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Tuesday, August 25, 2020 12:37 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Fwd: ███████████

Hi Nicole,

Can we reiterate to enrollment staff that they should be responding to these requests? If we are unsure of the correct response, it is better for us to ask system office staff so we can respond to the student and then have the answer for the next time a student asks.

Thank you,

Rob

Sent from my iPhone

Begin forwarded message:

> **From:** "Buckley, Alison" <ABuckley@commnet.edu>
> **Date:** August 25, 2020 at 12:33:20 PM EDT
> **To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
> **Subject:** FW: ███████████

1

**CSCU 10/26/21 POSITION 000666**
**ESPOSITO 1/7/22 HEARING - 000842**

Hi Rob,

We can answer but just sharing as an example of students being directed to the system office when the college has the info to answer the question.

Alison

**From:** CCC-PACT <P\CT a ct.edu>
**Date:** Tuesday, August 25, 2020 at 11:43 AM
**To:** "Buckley, Alison" <\Buckley a.commnct.edu>
**Subject: FW:** ███████████

FYI on MCC pushing to the general PACT inbox.

-Steve

**From:** ████████████████████
**Sent:** Tuesday, August 25, 2020 8:36 AM
**To:** CCC-PACT <PACT@ct.edu>; ████████████████████████
**Subject:** ███████████████

Good morning. I was given your email address by the admissions department at MCC. My son is going to be withdrawing from the fall semester. He was accepted into MCC as part of your program. We are writing to find out what will happen to his college enrollment with respect to your program if he withdrawals this fall. Please contact us at the above emails with any information you might have. You could also use cell phones which I will provide below. Thank you.



Sent from my Verizon, Samsung Galaxy smartphone

CSCU 10/26/21 POSITION 000667
ESPOSITO 1/7/22 HEARING - 000843

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Wednesday, September 9, 2020 1:23 PM |
| **To:** | Steinmetz III, Robert R |
| **Subject:** | Fwd: 3 cases of COVID at MCC |

Here is the rest of the correspondence starting from when we notified system office (which was immediately) Sending the communication to ensure you have it. I wasn't attached to the email Angelo sent to Alice, but I can ask him to share of you would like? Just let me know.

-Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

---

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, September 9, 2020 1:14 PM
**To:** Pritchard, Alice M; Steinmetz III, Robert R; McDowell, James M; Simoni Jr, Angelo; Salman, Fatma; Vredenburg, Mary Lou; Kripp, Andrew
**Subject:** Re: 3 cases of COVID at MCC

Yes, that is correct and the message I have sent all along. We are not doing anything yet as we are waiting for specific guidance from DPH.
I did, however, suggest that we allow the faculty member to move their hybrid/on-ground class into LRON or online for a grace period (which, to my understanding, is what they initially asked.) If the issue persists, we can move the rest of the class online, but Jim and I are in agreement that we need to do this case by case. The curveball here is when Jim spoke to the Manchester DPH and she asked him how we are communicating 1) to the campus in general and 2) to any individual who was potentially exposed. Jim requested that she perhaps provide us a sample of what she is referring to. She also expressed to Jim that she wanted to confirm that this is what all the DPH locations are doing. We are waiting to hear back from her now.
To me, it sounds like the local departments and the state-level department might be sending different messages at the moment (?). However, we have not taken any action yet as we are waiting for some standardized and consistent language from DPH and the system.

Hope that helps to clarify.

1

CSCU 10/26/21 POSITION 000668
ESPOSITO 1/7/22 HEARING - 000844

Kindly,
Nicole

**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

---

**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Wednesday, September 9, 2020 12:41 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** RE: 3 cases of COVID at MCC

Nicole,

If I am understanding you correctly, you are not suggesting any action be taken at this time.  is that right?

I agree that consistent language will be helpful and I'll ask Andy who is on the email to have his team take a stab at that if a class needs to change modality.  As I said in the email I just sent, being in class doesn't not mean you are a contact/exposed and so any consideration of a change in modality should be based on higher risk assessment.

In the meantime, appreciate being kept in the loop. Doesn't sound as yet that any action is needed until contact tracing is underway by local public health.  Mostly need to calm the waters, remind folks we expected positive cases, and tell them that your reopening plans are in action and close communication with public health is happening.

Again, happy to chat with your team to review circumstances at MCC.

Thanks.

Alice

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)
Chief of Staff
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, September 9, 2020 12:18 PM

2

**CSCU 10/26/21 POSITION 000669**
**ESPOSITO 1/7/22 HEARING - 000845**

**To:** Pritchard, Alice M <APritchard@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>; Vredenburg, Mary Lou <MVredenburg@mcc.commnet.edu>; Kripp, Andrew <AKripp@commnet.edu>
**Subject:** 3 cases of COVID at MCC

Good Afternoon,

We now have two confirmed cases of COVID at MCC. One is still pending, but that one is likely positive per the discussion of circumstances with DPH. To clarify, no one is suggesting we close MCC down. I am not quite sure where that notion came from, but I want to ensure this is clear to my leadership team. We can, however think about having a course run online for a few weeks as discussed with the DPH this morning. This would be to ensure we limit exposure for the 14 day grace period.

The DPH as asked us how we will communicate to the campus that there has been a case confirmed and then how we will notify each individual that could have been exposed. I know the system office would like to have standard language and I think that this is a good idea. In my humble opinion, and my experience with this at STCC last Spring (we had more than 10 cases pop up on campus before we closed down) We sent a standard notification from HR stating that someone has tested positive and IF you are someone who has been in contact with the individual, you will be notified. If you are not contacted, then this indicates that you have not be in contact with the individual.
To add, this is the reason we have been so diligent at MCC about verifying who is on campus and where they are.

Would you like us to move forward with a letter? Or can the system office provide us with the standard language to inform the college, and the individuals possibly exposed. (Obviously, we must keep the names of the individuals confidential)

Thank you in advance for the guidance.

Kindly,
Nicole


**Nicole Esposito, Ed.D**
*Chief Executive Officer*
*She, her, hers*

Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103
F: 860-512-3101

3

CSCU 10/26/21 POSITION 000671
ESPOSITO 1/7/22 HEARING - 000847

**Weaver, Ernestine Y**

| | |
|---|---|
| **From:** | Esposito, Nicole C |
| **Sent:** | Monday, November 23, 2020 2:36 PM |
| **To:** | Pritchard, Alice M; Steinmetz III, Robert R; McDowell, James M; Simoni Jr, Angelo; Salman, Fatma |
| **Cc:** | Morris, Andrew; Appleby, Leigh |
| **Subject:** | Re: MCC Website |

Thank you Alice. I'm trying to leave no stone unturned and I am glad to know you are already looped into what's happening.
This is a crazy, and frustrating, situation all around.

Thanks to everyone who tried to help! Please let me know if you think of any other resource/idea (other than what we are already doing). However, it sounds like we might have no other choice but to just wait this out.

Thanks,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Pritchard, Alice M <APritchard@commnet.edu>
**Sent:** Monday, November 23, 2020 2:29:22 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>
**Cc:** Morris, Andrew <AMorris@commnet.edu>; Appleby, Leigh <LAppleby@commnet.edu>
**Subject:** RE: MCC Website

Nicole,

I just had a meeting with Andrew Morris and Leigh Appleby about this. Other than the temporary page there is not much we can do either until your vendor can get the site back up and operational. I have looped them in as I know Andrew has been working with Adam at MCC to establish the temporary page so that students can still get to services.

Alice

Alice Pritchard, Ph.D.
CT State Colleges and Universities (CSCU)

1

CSCU 10/26/21 POSITION 000672
ESPOSITO 1/7/22 HEARING - 000848

Chief of Staff/COO
61 Woodland Street
Hartford, CT 06105
860-723-0016
pritcharda@ct.edu
www.ct.edu

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Monday, November 23, 2020 2:23 PM
**To:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M <APritchard@commnet.edu>; McDowell, James M <JMcDowell@mcc.commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Salman, Fatma <FSalman@mcc.commnet.edu>
**Subject:** MCC Website

Good Morning All,

Charlene has been working diligently to get our webpage back up, but it seems there is still no resolution at this point. The company that hosts our webpage was hacked and our webpage content is being held for a ransom. This is creating challenges for students looking to register during this critical period. Charlene has been able to work around this for now, but I have asked the new IT shared services to assist. Nothing has been resolved so far and MCC has limited resources and personnel. As you can imagine, I am concerned because we have no way to tell when this will be resolved. Joe T. is aware because I reached out to him about needed IT assistance. However, I am not clear about how/if IT shared services is able to assist with getting our webpage back up.

I am keeping all of you in the loop.

-Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

CSCU 10/26/21 POSITION 000673
ESPOSITO 1/7/22 HEARING - 000849

## Pritchard, Alice M

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Wednesday, October 7, 2020 7:24 PM |
| **To:** | Pritchard, Alice M |
| **Subject:** | Re: Student Change of Status |

I don't have a great deal of confidence in Sara, but the jury is still out. She was also leading the charge when Nicole approved completing a deletion for non-payment right at the census date (without my knowledge). This was also a mistake.

Sent from my iPhone

> On Oct 7, 2020, at 7:05 PM, Pritchard, Alice M <APritchard@commnet.edu> wrote:
>
> Keep me posted and I am continuing to watch from a distance.  Does Sara know what she's talking about?
>
> Alice Pritchard, Ph.D.
> CT State Colleges and Universities (CSCU)
> Chief of Staff/COO
> 61 Woodland Street
> Hartford, CT 06105
> 860-723-0016
> pritcharda@ct.edu
> www.ct.edu
>
> **From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
> **Sent:** Wednesday, October 7, 2020 6:57 PM
> **Cc:** Pritchard, Alice M <APritchard@commnet.edu>
> **Subject:** Re: Student Change of Status
>
> Hi Alice,
>
> I am concerned that I have a CEO who seems unwilling to change a process after being made aware that the practice is not compliant with requirements for the college to remain in compliance to receive financial aid.
>
> This is just an FYI, as I will plan to address this with her in the coming days. Chris Henderson, with a few others from HR, have asked to meet with me tomorrow about some concerns they have regarding MCC and I may have more to discuss after that time.
>
> Best,
>
> Rob
>
> Sent from my iPhone

1

CSCU 10/26/21 POSITION 000674
ESPOSITO 1/7/22 HEARING - 000850

On Oct 7, 2020, at 6:50 PM, Buckley, Alison <ABuckley@commnet.edu> wrote:

You may want to consider requiring the immunization records in the admissions process. I know that some colleges do this and report success in securing compliance since students are expecting a process with requirements. It was a recommended process adjustment from the CRM Recruit team. Sarah White would be able to provide the specifics on the recommendation.

Thank you for your attention to this. We know we have a program review on the horizon and it is imperative to correct issues as they are uncovered.

Best,
Alison

**From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
**Date:** Wednesday, October 7, 2020 at 6:35 PM
**To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>
**Cc:** "Buckley, Alison" <ABuckley@commnet.edu>, "Pritchard, Alice M" <APritchard@commnet.edu>, "Simoni Jr, Angelo" <ASimoni@commnet.edu>, "Salman, Fatma" <FSalman@mcc.commnet.edu>, "Vincent, Sara M" <SVincent@mcc.commnet.edu>
**Subject:** Re: Student Change of Status

I spoke to Sara and she clarified for me. It seems we did change majors for a group a students this year because of the new system, which requires a selection of a major. This was to ensure they were registered. With that being said, Sara is putting together the numbers to show the two scenarios so we can make an informed decision. This will likely drop our compliance rate for health records again, but the students will remain in their selected major.

Best,
Nicole


Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101


Get Outlook for iOS

2

CSCU 10/26/21 POSITION 000675
ESPOSITO 1/7/22 HEARING - 000851

**From:** Steinmetz III, Robert R <RSteinmetz@commnet.edu>
**Sent:** Wednesday, October 7, 2020 4:37:21 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Buckley, Alison <ABuckley@commnet.edu>; Pritchard, Alice M
<APritchard@commnet.edu>; Simoni Jr, Angelo <ASimoni@commnet.edu>; Salman,
Fatma <FSalman@mcc.commnet.edu>
**Subject:** Re: Student Change of Status

Hi Nicole,

To reiterate what Alison said, a student chooses a major when they apply to the college.
If this major is considered "degree seeking", then they are eligible for financial aid.
Based upon the information provided, it is clear that we are changing the student's
major to something other than degree seeking, without the student's authorization, to
deny their ability to qualify for financial aid. Based upon Alison's concern about this
being a violation of federal financial aid standards, we need to change the process to
prevent registration or put a hold on the student's record so they cannot register for
future terms instead of our current process.

Best,

Rob

Sent from my iPhone


> On Oct 7, 2020, at 4:27 PM, Esposito, Nicole C
> <NEsposito@mcc.commnet.edu> wrote:
>
> I don't think their major is changed. It's more that they can register, but
> cannot select their major until all their immunization records are in. I
> will ask Sara to clarify this again for us, but my understanding is that
> once the immunization records are in, then they are allowed to choose
> their major.
> I remember this was also a challenge when we developed and
> implemented TAP degrees several years ago.
>
> I am happy to discuss ways you think we can improve.
>
> Best,
> Nicole
>
> Nicole Esposito, Ed.D
>
> Chief Executive Officer
> Manchester Community College
> SSC L201
> Great Path, MS #01
> PO Box 1046
> Manchester, CT 06045-1046

3

CSCU 10/26/21 POSITION 000676
ESPOSITO 1/7/22 HEARING - 000852

P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Wednesday, October 7, 2020 4:11:40 PM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III,
Robert R <RSteinmetz@commnet.edu>; Pritchard, Alice M
<APritchard@commnet.edu>; Simoni Jr, Angelo
<ASimoni@commnet.edu>; Salman, Fatma
<FSalman@mcc.commnet.edu>
**Subject:** Re: Student Change of Status

We still have an issue I think. The PACT funds may require us to go to
the BOR and ask for reinstatement since 139 students will likely push us
beyond the projection.

More importantly, withholding Title IV funding, a student is eligible for,
as a means to collect documents is a violation of the college's
agreement with the Department of Education. The student has not
taken the action (i.e. changing their program) that removes
eligibility. The college is doing that as a punitive measure. That would
be a serious finding in a program review related to student eligibility. It
is easily detected (given the numbers) and any of the students impacted
have grounds to file a complaint with the Department.

I'm happy to chat more if that would be helpful—
Alison

---

**From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
**Date:** Wednesday, October 7, 2020 at 3:52 PM
**To:** "Buckley, Alison" <ABuckley@commnet.edu>, "Steinmetz III,
Robert R" <RSteinmetz@commnet.edu>, "Pritchard, Alice M"
<APritchard@commnet.edu>, "Simoni Jr, Angelo"
<ASimoni@commnet.edu>, "Salman, Fatma"
<FSalman@mcc.commnet.edu>
**Subject:** Re: Student Change of Status

Sara sent along this email as well:

> "Hi everyone,
>
> I will reiterate this... as long as we
> put them back into their majors prior
> to the end of the semester, the FA
> (including PACT funding) will pay
> out.
>
> Kind regards,
> Sara"

4

CSCU 10/26/21 POSITION 000677
ESPOSITO 1/7/22 HEARING - 000853

Alison and Rob, please let me know
if this helps clarify at all. Getting
students to submit immunization
records has been a long-standing
issue at MCC. It seems this was an
attempt to work around the problem
after we received concerns from the
Dept of Health. We previously had a
very low compliance rate. However,
per your request, we can certainly
review this to see if there is any way
to change our process without
violating the immunization policy.

Best,
Nicole

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Buckley, Alison <ABuckley@commnet.edu>
**Sent:** Wednesday, October 7, 2020 12:30 PM
**To:** Esposito, Nicole C; Steinmetz III, Robert R
**Subject:** Re: Student Change of Status

I would suggest that this practice be reconsidered since an institution
switching students in and out of aid eligibility in a single term solely to
collect documents would not be viewed favorably by US DoE. I believe
the college is leaving itself open to serious findings related to student
eligibility. In addition, if you remove the PACT funding we may not be
able to put it back. The central PACT funds are very close to the Board
authorization and we don't want to have to go back to the Board for a
second resolution.

Best,
Alison

**From:** "Esposito, Nicole C" <NEsposito@mcc.commnet.edu>
**Date:** Wednesday, October 7, 2020 at 12:13 PM
**To:** "Steinmetz III, Robert R" <RSteinmetz@commnet.edu>,

5

CSCU 10/26/21 POSITION 000678
ESPOSITO 1/7/22 HEARING - 000854

"Buckley, Alison" <ABuckley@commnet.edu>
**Subject:** Fwd: Student Change of Status

Not sure if you both received this one from Anita too...
Alison, we can certainly make that change.

Nicole Esposito, Ed.D

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

---

**From:** Sparrow, Anita <ASparrow@mcc.commnet.edu>
**Sent:** Wednesday, October 7, 2020 11:52:25 AM
**To:** Vincent, Sara M <SVincent@mcc.commnet.edu>; Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Subject:** Re: Student Change of Status

Hello,
I believe Sara covered it all. We've had, in the past, a low compliance
for MMRV and that resulted in a visit from the the Department of
Health. We have been between 97%-98% compliance since we've been
handling Immunizations this way.

As the students submit their MMRV documents, we put them back in
their major and notify FA office and their aid gets reinstated.

We can definitely look at other options as Sara Suggested.

Thank you,

Anita Sparrow
Registrar
Manchester Community College

Get Outlook for iOS

---

**From:** Vincent, Sara M <SVincent@mcc.commnet.edu>
**Sent:** Wednesday, October 7, 2020 11:19:06 AM
**To:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Cc:** Sparrow, Anita <ASparrow@mcc.commnet.edu>
**Subject:** RE: Student Change of Status

6

Hi Nicole,

This is handled through the Registrar's Office and is done to get to our compliance number for Department of Public Health. Students are pulled from their major but placed back into their majors when we receive the immunization records. Title IV funds can be sent up to 30 days after the end of the semester, so we have found that it is an effective way to get students to get the documents in.

We could certainly change this with two options, outlined below:

1. Require immunizations before admitting to the college
    1. This will prove a challenge for students to be admitted and then registered
    2. Potentially damage enrollment numbers farther
2. Require immunizations prior to September 15 (this is our current process)
    1. This means putting holds on all students after September 15th and potentially not meeting the mark with DPH.
    2. We would just remove the piece where we pull students from their major.

Ultimately the decision is up to you and Angelo, I know the Registrar's Office will do whatever they feel is necessary. I copied Anita Sparrow on the email in case she has any additional insight.

Kind regards,
Sara

**From:** Esposito, Nicole C <NEsposito@mcc.commnet.edu>
**Sent:** Wednesday, October 7, 2020 11:04 AM
**To:** Buckley, Alison <ABuckley@commnet.edu>; Steinmetz III, Robert R <RSteinmetz@commnet.edu>; Vincent, Sara M <SVincent@mcc.commnet.edu>
**Cc:** Barnes, Benjamin <BBarnes@commnet.edu>; Kelley, Kerry A <KKelley@commnet.edu>
**Subject:** Re: Student Change of Status

Hi Alison,

Thank you for bringing this to our attention. I will connect to our MCC enrollment management team to gain more information about this. I can say that the immunization records requirement has been a long standing struggle (for several reasons).

Best,
Nicole


Nicole Esposito, Ed.D

7

CSCU 10/26/21 POSITION 000680
ESPOSITO 1/7/22 HEARING - 000856

Chief Executive Officer
Manchester Community College
SSC L201
Great Path, MS #01
PO Box 1046
Manchester, CT 06045-1046
P: 860-512-3103 | F: 860-512-3101

Get Outlook for iOS

From: Buckley, Alison <ABuckley@commnet.edu>
Sent: Wednesday, October 7, 2020 10:38:23 AM
To: Esposito, Nicole C <NEsposito@mcc.commnet.edu>; Steinmetz III,
Robert R <RSteinmetz@commnet.edu>
Cc: Barnes, Benjamin <BBarnes@commnet.edu>; Kelley, Kerry A
<KKelley@commnet.edu>
Subject: Student Change of Status

Dear Nicole and Rob,

I recently learned that Manchester has a process whereby students who
did not submit their immunization records for enrollment have been
changed from a degree-seeking status to non-degree. This means that
these students lose eligibility to participate in the Title IV programs
which seems to be especially harmful to students given the pandemic. I
don't know the total number of students impacted but approximately
139 students have lost their eligibility to participate in the PACT
program because of this.

Is it possible to reconsider this practice? I think it leaves Manchester
susceptible to significant negative publicity especially from PACT
students who enrolled but were removed from the program.

Thank you for your consideration,
Alison

--
Alison Buckley, Ed.D. | Vice President for Enrollment Management
Connecticut State Colleges and Universities
61 Woodland Street | Hartford, CT 06105
• 860-723-0122 | • buckleya@ct.edu

8

**Pritchard, Alice M**

| | |
|---|---|
| **From:** | Steinmetz III, Robert R |
| **Sent:** | Tuesday, August 18, 2020 9:53 AM |
| **To:** | Henderson, Christopher R |
| **Cc:** | Pritchard, Alice M; Kripp, Andrew |
| **Subject:** | Re: MCC Updates |

Thanks, Chris. Looking forward to the conversation.

Best,

Rob

Sent from my iPhone

> On Aug 18, 2020, at 9:04 AM, Henderson, Christopher R <CHenderson@commnet.edu> wrote:
>
> Hi All,
> I need to schedule a half hour with you both to talk about the T. Cooper situation at MCC and the plans
> to have her teach in CJ? The chair is increasingly uncomfortable with her return and I think we need to
> brainstorm some creative solutions to attempt to establish some peace on that campus.
> Chris
>
> **Christopher R. Henderson, J.D., SHRM-CP**
> Director of Labor Relations Center of Excellence
> Connecticut State Colleges and Universities System Office
> 61 Woodland Street, Hartford, CT 06105
> chenderson@commnet.edu  Ph:  860-723-0059 / Fax: 860-723-0885

1

**CSCU 10/26/21 POSITION 000683**
**ESPOSITO 1/7/22 HEARING - 000859**