# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ESPOSITO,<br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF HIGHER EDUCATION, et al.,<br>    Defendants. | No. 3:21-cv-1149 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On March 17, 2022, and March 22, 2022, I held status conferences on the record with Todd Steigman, attorney for the plaintiff, Nicole Esposito ("Esposito"); and Sarah Bold, attorney for the defendants, Board of Regents of Higher Education, Connecticut State Colleges and Universities, Robert Steinmetz, Alice Pritchard, and Andrew Kripp ("Defendants").[1] I scheduled the calls to discuss two of the three pending motions: Esposito's emergency motion for preliminary injunction (doc. no. 64), and Defendants' motion for an extension of time to file an opposition that motion (doc. no. 67).

On the first call, we discussed Esposito's motion for preliminary injunction. Esposito seeks immediate relief, in part, out of fear that Defendants will fill her former position as Campus CEO of Manchester Community College. Further, Esposito fears that Defendants will engage in acts of retaliation against employees who could be potential witnesses in her case. Based on Esposito's concerns, I asked Defendants if they would be willing to enter a stipulation with Esposito agreeing to not do those respective things. At the time, Defendants were uncertain, so I scheduled a second call to obtain an update.

---

[1] Inez Diaz Galloza, attorney for the defendants, was also present on the March 17, 2022 call.

By the second call, the parties entered a joint stipulation that I approved. And because of the stipulation, I granted Defendants' motion for an extension of time. Defendants' opposition is now due on **May 2, 2022.**

Prior to oral arguments on the motion for preliminary injunction, the parties expressed a potential need for limited discovery. Therefore, I ordered the parties to meet and confer, on or before **April 5, 2022**, about the appropriate scope of discovery necessary to conduct a meaningful hearing. By that date, the parties shall file: (1) either a stipulation governing the scope of such discovery or their respective proposals therefor; and (2) an agreed-upon proposed schedule for such discovery or their respective proposals therefor. The schedule will be set forth at the next status conference, which is currently scheduled for **Thursday, April 7 at 10:00 am.**

So ordered.

Dated at Bridgeport, Connecticut, this 28th day of March 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge