UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ESPOSITO,<br>    Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS OF HIGHER EDUCATION, et al.,<br>    Defendants. | No. 3:21-cv-1149 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On July 11, 2022, I held a status conference on the record with Todd Steigman, attorney for the plaintiff, Nicole Esposito ("Esposito"); and Stephanie Wainwright, attorney for the defendants, Board of Regents of Higher Education, Connecticut State Colleges and Universities, Robert Steinmetz, Alice Pritchard, and Andrew Kripp ("Defendants").

A discovery issue has recently emerged between the parties. The issue is whether Esposito's counsel is prohibited from communicating *ex parte* with the Defendants' current and former employees. To resolve the dispute, I set the following briefing schedule:

- Plaintiff's Motion to Compel due by **Monday, August 1**.

- Defendants' Opposition to Motion to Compel due by **Monday, August 22, 2022**.

Until resolution of the motion, I ordered that Esposito's counsel refrain from speaking with current—but not former—employees.

Considering the discovery dispute, the parties are in agreement that the preliminary injunction hearing previously set for Tuesday, August 2, 2022, should be rescheduled. On the call, we tentatively set Monday, November 21, 2022 and Tuesday, November 22, 2022 as the new dates. Counsel for the Defendants will confirm if those dates work with her clients and will provide the Court with an update.

So ordered.

Dated at Bridgeport, Connecticut, this 21st day of July 2022.

<u>/s/ STEFAN R. UNDERHILL</u>
Stefan R. Underhill
United States District Judge
