UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE ESPOSITO | : | CIVIL NO. 3:21CV01149(SRU) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| BOARD OF REGENTS OF HIGHER | : | |
| EDUCATION; CONNECTICUT STATE | : | |
| COLLEGES AND UNIVERSITIES; | : | |
| ROBERT STEINMETZ, in his individual | : | |
| and official capacities | ; | |
| ALICE PRITCHARD, in her individual | : | |
| and official capacities; and | : | |
| ANDREW KRIPP, in his individual | : | |
| and official capacities. | : | |
| *Defendants* | : | September 12, 2022 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Nicole Esposito, and Defendants Board of Regents of Higher Education, Connecticut State Colleges and Universities, Robert Steinmetz, Alice Pritchard and Andrew Kripp in their individual and official capacities, through counsel, hereby stipulate to a dismissal with prejudice. Each party shall pay its own costs and fees.

                                                           PLAINTIFF,
                                                           NICOLE ESPOSITO

                                                           By: */s/ Todd Steigman*
                                                           Todd Steigman (ct26875)
                                                           Madsen, Prestley & Parenteau, LLC
                                                           402 Asylum Street
                                                           Hartford, CT 06103
                                                           Tel: (860) 246-2466
                                                           Fax: (860) 246-1794
                                                           tsteigman@mppjustice.com

DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By: */s/ Stephanie A. Wainwright*
Stephanie A. Wainwright
Assistant Attorney General
Office of the Attorney General
Employment Section
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel.: 860-808-5340
Fax: 860-808-5383
E-mail: Stephanie.A.Wainwright@ct.gov
Federal Bar # ct29280

## CERTIFICATION

I hereby certify that on September 12, 2022 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephanie A. Wainwright
Stephanie A. Wainwright (# ct29280)
Assistant Attorney General